| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KIRKLAND & ELLIS LLP |
| 767 Fifth Avenue | 300 North LaSalle |
| New York, New York 10153 | Chicago, Illinois 60654 |
| Telephone: (212) 310-8000 | Telephone: (312) 862-2000 |
| Facsimile: (212) 310-8007 | Facsimile: (312) 862-2200 |
| Marcia L. Goldstein | James H.M. Sprayregen, P.C. |
| Gary T. Holtzer | Anup Sathy, P.C. (*admitted pro hac vice*) |
| Adam P. Strochak | |
| Stephen A. Youngman (*admitted pro hac vice*) | |
| Sylvia A. Mayer (*admitted pro hac vice*) | |
| | |
| Proposed Attorneys for Debtors and | Proposed Co-Attorneys for Certain |
| Debtors in Possession | Subsidiary Debtors and Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**GENERAL GROWTH** : 09 – 11977 (ALG)
**PROPERTIES, INC., et al.,** :
: **(Jointly Administered)**
**Debtors.** :
------------------------------------------------------------x

## NOTICE OF FILING OF FINAL CREDIT AGREEMENT

**PLEASE TAKE NOTICE** that on April 16, 2009 and continuing thereafter, South Street Seaport Limited Partnership, its ultimate parent, General Growth Properties, Inc., and certain of their affiliates (collectively, the "**Debtors**")[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on April 16, 2009, the Debtors filed *Debtors' Motion Requesting (I) Entry of (A) Interim and Final Orders (1) Authorizing the Debtors' Use of Cash Collateral and Granting Adequate Protection Therefor Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001, and (2) Modifying the Automatic Stay, and (B) A Final Order Authorizing Borrowing with Priority over Administrative Expenses and Secured by Liens on Property of the Estates Pursuant to Section 364(c) of the Bankruptcy Code, and (II) Scheduling of a Final Hearing on Each Requested Final Order* (Docket No. 9) (the "**DIP/Cash Collateral Motion**").

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Exhibit "A"**.

**PLEASE TAKE FURTHER NOTICE** that, as **Exhibit "C"** to the DIP/Cash Collateral Motion the Debtors filed the Final DIP Order (as defined in the DIP/Cash Collateral Motion) (the "**Original Final DIP Order**"), and as **Exhibit "D"**, the DIP Credit Agreement (as defined in the DIP/Cash Collateral Motion) (the "**Original DIP Agreement**"), as well as certain schedules to Exhibit "D," including, schedule 3.1 ("**Original Schedule 3.1**") and schedule 9.3 ("**Original Schedule 9.3**") (Docket No. 9).

**PLEASE TAKE FURTHER NOTICE** that, on May 6, 2009 the Debtors amended: **(i)** Exhibit "C" to the DIP/Cash Collateral Motion by filing a revised Final DIP Order (the "**First Revised Final DIP Order**") as well as a redline of the Revised Final DIP Order marked against the Original Final DIP Order (Docket No. 366); and **(ii)** Exhibit "D" to the DIP/Cash Collateral Motion by filing a revised DIP Credit Agreement (the "**First Revised DIP Agreement**") as well as a redline of the First Revised DIP Agreement marked against the Original DIP Agreement (Docket No. 372).

**PLEASE TAKE FURTHER NOTICE** that, on May 8, 2009 the Debtors further amended: **(i)** Exhibit "C" to the DIP/Cash Collateral Motion, by filing a revised Final DIP Order (the "**Second Revised Final DIP Order**"), as well as a redline of the Second Revised Final DIP Order marked against the First Revised Final DIP Order; **(ii)** Exhibit "D" to the DIP/Cash Collateral Motion by filing a revised DIP Credit Agreement (the "**Second Revised DIP Agreement**") as well as a redline of the Second Revised DIP Agreement marked against the First Revised DIP Agreement; and **(iii)** Schedule 3.1 ("**First Revised Schedule 3.1**") and 9.3 ("**First Revised Schedule 9.3**") to Exhibit "D" to the DIP/Cash Collateral Motion by filing revised copies of these documents, as well as redlines of First Revised Schedule 3.1 and First Revised Schedule 9.3 marked against Original Schedule 3.1 and Original Schedule 9.3, respectively (Docket No. 446).

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby further amend Exhibit "C" to the DIP/Cash Collateral Motion by filing the attached final DIP Order (the "**Final DIP Order**") as well as a redline of the Final DIP Order marked against the Second Revised Final DIP Order.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby further amend Exhibit "D" to the DIP/Cash Collateral Motion by filing the attached final DIP Credit Agreement (the "**Final DIP Agreement**") as well as a redline of the Final DIP Agreement marked against the Second Revised DIP Agreement.

**PLEASE TAKE FURTHER NOTICE** that, summary of the salient differences between the Final DIP Agreement and the Second Revised DIP Agreement are set forth below:

- the Final DIP Agreement provides for a 3.75% exit fee (as opposed to 4.00% for the Second Revised DIP Agreement)
- the Final DIP Agreement is not secured by second liens on the encumbered property of the Debtors or Capital Stock of Debtors owning Property to the extent such Capital Stock secures Prior Lien Debt

- the Final DIP Agreement provides a first lien on the cash collateral in the Debtors' main concentration account in favor of those prepetition creditors that are entitled to receive adequate protection liens
- the Final DIP Agreement provides for conversion into up to $400 million of equity or debt, at the company's sole option, capped at the Lenders' receipt of 8.0% of the common stock distributed in connection with the plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby further amend Schedules 3.1 ("**Final Schedule 3.1**") and 9.3 ("**Final Schedule 9.3**") to Exhibit "D" to the DIP/Cash Collateral Motion by filing revised copies of theses schedules as well as a redlines of the Final Schedule 3.1 and Final Schedule 9.3 marked against the First Revised Schedule 3.1 and First Revised Schedule 9.3, respectively.

**PLEASE TAKE FURTHER NOTICE** that a full set of the pleadings and documents referenced above may be obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004, or (iii) from the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/GeneralGrowth or by calling 866-381-9100. Note that a PACER password is needed to access documents on the Court's website.

Dated: May 12, 2009
     New York, New York

/s/ *Gary T. Holtzer*
Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Stephen A. Youngman (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

and

Sylvia A. Mayer (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Proposed Attorneys for Debtors
and Debtors in Possession

    and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Proposed Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

# Exhibit A

# Debtors

| Debtor | Last Four Digits of Federal Tax I.D. No.[*] | Debtor | Last Four Digits of Federal Tax I.D. No.[*] |
|---|---|---|---|
| 10 CCC Business Trust | N/A | Augusta Mall Anchor Acquisition, LLC | N/A |
| 10000 Covington Cross, LLC | N/A | Augusta Mall Anchor Holding, LLC | N/A |
| 10000 West Charleston Boulevard, LLC | N/A | Augusta Mall Holding, LLC | N/A |
| 10190 Covington Cross, LLC | N/A | Austin Mall Limited Partnership | N/A |
| 1120/1140 Town Center Drive, LLC | N/A | Austin Mall, LLC | N/A |
| 1160/1180 Town Center Drive, LLC | N/A | Bakersfield Mall, Inc. | N/A |
| 1201-1281 Town Center Drive, LLC | N/A | Bakersfield Mall LLC | 3084 |
| 1251 Center Crossing, LLC | N/A | Baltimore Center Associates Limited Partnership | 5598 |
| 1450 Center Crossing Drive, LLC | N/A | Baltimore Center Garage Limited Partnership | 6087 |
| 1451 Center Crossing Drive, LLC | N/A | Baltimore Center, LLC | N/A |
| 1551 Hillshire Drive, LLC | N/A | Bay City Mall Associates L.L.C. | N/A |
| 1635 Village Centre Circle, LLC | N/A | Bay Shore Mall II L.L.C. | 9502 |
| 1645 Village Center Circle, LLC | N/A | Bay Shore Mall, Inc. | N/A |
| 20 CCC Business Trust | N/A | Bay Shore Mall Partners | 5255 |
| 30 CCC Business Trust | N/A | Beachwood Place Holding, LLC | N/A |
| 9901-9921 Covington Cross, LLC | N/A | Beachwood Place Mall, LLC | N/A |
| 9950-9980 Covington Cross, LLC | N/A | Bellis Fair Partners | 5992 |
| Alameda Mall Associates | N/A | Benson Park Business Trust | N/A |
| Alameda Mall L.L.C. | N/A | Birchwood Mall, LLC | N/A |
| Apache Mall, LLC | N/A | Boise Mall, LLC | N/A |
| Arizona Center Parking, LLC | N/A | Boise Town Square Anchor Acquisition, LLC | N/A |
| Augusta Mall, LLC | N/A | Boise Towne Plaza L.L.C. | N/A |
|  |  | Boulevard Associates | 7916 |
|  |  | Boulevard Mall, Inc. | N/A |
|  |  | Boulevard Mall I LLC | 3079 |
|  |  | Boulevard Mall II LLC | 3080 |

---

[*] Pursuant to Treasury Regulation section 301.7701-3(b), certain Debtors are disregarded for tax purposes. "N/A" indicates that a separate tax identification number is not required for these Debtors.

| Debtor | Last Four Digits of Federal Tax I.D. No.* | Debtor | Last Four Digits of Federal Tax I.D. No.* |
|---|---|---|---|
| BTS Properties L.L.C. | N/A | Eden Prairie Mall, Inc. | N/A |
| The Burlington Town Center LLC | N/A | Eden Prairie Mall L.L.C. | 1182 |
| Burlington Town Center II LLC | N/A | Elk Grove Town Center L.L.C. | N/A |
| Cache Valley, LLC | N/A | Elk Grove Town Center, L.P. | N/A |
| Caledonian Holding Company, Inc. | N/A | ER Land Acquisition L.L.C. | N/A |
| Capital Mall, Inc. | N/A | Fallbrook Square Partners Limited Partnership | N/A |
| Capital Mall L.L.C. | 9469 | Fallbrook Square Partners L.L.C. | N/A |
| Century Plaza, Inc. | N/A | Fallen Timbers Shops, LLC | N/A |
| Century Plaza L.L.C. | 9142 | Fallen Timbers Shops II, LLC | N/A |
| Champaign Market Place L.L.C. | N/A | Faneuil Hall Marketplace, LLC | N/A |
| Chapel Hills Mall L.L.C. | N/A | Fashion Place, LLC | N/A |
| Chattanooga Mall, Inc. | N/A | Fashion Place Anchor Acquisition, LLC | N/A |
| Chico Mall L.L.C. | N/A | Fashion Show Mall LLC | N/A |
| Chico Mall, L.P. | N/A | Fifty Columbia Corporate Center, LLC | N/A |
| Chula Vista Center, LLC | N/A | Forty Columbia Corporate Center, LLC | N/A |
| Collin Creek Anchor Acquisition, LLC | N/A | Fox River Shopping Center, LLC | N/A |
| Collin Creek Mall, LLC | N/A | Franklin Park Mall, LLC | 1736 |
| Colony Square Mall L.L.C. | N/A | Franklin Park Mall Company, LLC | N/A |
| Columbia Mall L.L.C. | N/A | Gateway Crossing L.L.C. | N/A |
| Coronado Center L.L.C. | N/A | Gateway Overlook Business Trust | N/A |
| Coronado Center Holding L.L.C. | N/A | Gateway Overlook II Business Trust | N/A |
| Cottonwood Mall, LLC | N/A | General Growth Properties, Inc. | 3895 |
| Country Hills Plaza, LLC | N/A | GGP Acquisition, L.L.C. | N/A |
| Deerbrook Mall, LLC | N/A | GGP Ala Moana L.L.C. | N/A |
| DK Burlington Town Center LLC | N/A | GGP Ala Moana Holdings L.L.C. | N/A |
| Eagle Ridge Mall, Inc. | N/A | GGP American Holdings Inc. | N/A |
| Eagle Ridge Mall, L.P. | 1211 | GGP American Properties Inc. | N/A |
| Eastridge Shopping Center L.L.C. | N/A | GGP General II, Inc. | N/A |
| Eden Prairie Anchor Building L.L.C. | N/A | | |

| Debtor | Last Four Digits of Federal Tax I.D. No.* | Debtor | Last Four Digits of Federal Tax I.D. No.* |
|---|---|---|---|
| GGP Holding, Inc. | 0211 | GGP-Lakeview Square, Inc. | N/A |
| GGP Holding II, Inc. | 7493 | GGP-Lansing Mall, Inc. | N/A |
| GGP Holding Services, Inc. | 0219 | GGPLP, L.L.C. | 9491 |
| GGP Ivanhoe II, Inc. | N/A | GGP-Maine Mall L.L.C. | N/A |
| GGP Ivanhoe IV Services, Inc. | 6959 | GGP-Maine Mall Holding L.L.C. | N/A |
| GGP Jordan Creek L.L.C. | N/A | GGP-Maine Mall Land L.L.C. | N/A |
| GGP Kapiolani Development L.L.C. | N/A | GGP-Mall of Louisiana, Inc. | N/A |
| GGP Knollwood Mall, LP | 1685 | GGP-Mall of Louisiana, L.P. | 7204 |
| GGP Limited Partnership | 6121 | GGP-Mall of Louisiana II, L.P. | 9443 |
| GGP Natick Residence LLC | N/A | GGP-Mint Hill L.L.C. | N/A |
| GGP Savannah L.L.C. | N/A | GGP-Moreno Valley, Inc. | N/A |
| GGP Village at Jordan Creek L.L.C. | N/A | GGP-Newgate Mall, LLC | N/A |
| GGP/Homart, Inc. | 2784 | GGP-NewPark, Inc. | N/A |
| GGP/Homart Services, Inc. | 2467 | GGP-NewPark L.L.C. | N/A |
| GGP-Bay City One, Inc. | N/A | GGP-North Point, Inc. | N/A |
| GGP-Brass Mill, Inc. | N/A | GGP-North Point Land L.L.C. | N/A |
| GGP-Burlington L.L.C. | 2109 | GGP-Pecanland, Inc. | N/A |
| GGP-Canal Shoppes L.L.C. | N/A | GGP-Pecanland, L.P. | 0863 |
| GGP-Columbiana Trust | N/A | GGP-Pecanland II, L.P. | 0891 |
| GGP-Foothills L.L.C. | N/A | GGP-Redlands Mall L.L.C. | N/A |
| GGP-Four Seasons L.L.C. | N/A | GGP-Redlands Mall, L.P. | N/A |
| GGP-Gateway Mall, Inc. | N/A | GGP-South Shore Partners, Inc. | N/A |
| GGP-Gateway Mall L.L.C. | 6052 | GGP-Steeplegate, Inc. | N/A |
| GGP-Glenbrook L.L.C. | N/A | GGP-Tucson Land L.L.C. | N/A |
| GGP-Glenbrook Holding L.L.C. | N/A | GGP-Tucson Mall L.L.C. | N/A |
| GGP-Grandville L.L.C. | 6334 | GGP-UC L.L.C. | N/A |
| GGP-Grandville II L.L.C. | N/A | Grand Canal Shops II, LLC | N/A |
| GGP-Grandville Land L.L.C. | 1990 | Grand Traverse Mall Holding, Inc. | N/A |
| GGP-La Place, Inc. | N/A | Grand Traverse Mall Partners, LP | 9582 |

| Debtor | Last Four Digits of Federal Tax I.D. No.* | Debtor | Last Four Digits of Federal Tax I.D. No.* |
|---|---|---|---|
| Grandville Mall, Inc. | N/A | Kapiolani Retail, LLC | N/A |
| Grandville Mall II, Inc. | N/A | Knollwood Mall, Inc. | N/A |
| Greengate Mall, Inc. | 8940 | La Place Shopping, L.P. | N/A |
| Greenwood Mall, Inc. | N/A | Lakeside Mall Holding, LLC | 7441 |
| Greenwood Mall L.L.C. | 5815 | Lakeside Mall Property LLC | N/A |
| Greenwood Mall Land, LLC | N/A | Lakeview Square Limited Partnership | 8376 |
| Harbor Place Associates Limited Partnership | 8763 | Lancaster Trust | N/A |
| Harborplace Borrower, LLC | N/A | Land Trust No. 89433 | N/A |
| HHP Government Services, Limited Partnership | 5387 | Land Trust No. 89434 | N/A |
| | | Land Trust No. FHB-TRES 200601 | N/A |
| Hickory Ridge Village Center, Inc. | N/A | Land Trust No. FHB-TRES 200602 | N/A |
| HMF Properties, LLC | N/A | Landmark Mall L.L.C. | N/A |
| Ho Retail Properties I Limited Partnership | 6769 | Lansing Mall Limited Partnership | 8373 |
| Ho Retail Properties II Limited Partnership | N/A | Lincolnshire Commons, LLC | N/A |
| Hocker Oxmoor, LLC | N/A | Lockport L.L.C. | 5991 |
| Hocker Oxmoor Partners, LLC | N/A | Lynnhaven Holding L.L.C. | N/A |
| Howard Hughes Canyon Pointe Q4, LLC | N/A | Lynnhaven Mall L.L.C. | N/A |
| | | Majestic Partners-Provo, LLC | N/A |
| The Howard Hughes Corporation | 8800 | Mall of Louisiana Holding, Inc. | N/A |
| Howard Hughes Properties, Inc. | 8603 | Mall of Louisiana Land, LP | N/A |
| Howard Hughes Properties, Limited Partnership | 3933 | Mall of Louisiana Land Holding, LLC | N/A |
| Howard Hughes Properties IV, LLC | N/A | Mall of the Bluffs, LLC | N/A |
| Howard Hughes Properties V, LLC | N/A | Mall St. Matthews Company, LLC | N/A |
| HRD Parking, Inc. | N/A | Mall St. Vincent, Inc. | N/A |
| HRD Remainder, Inc. | N/A | Mall St. Vincent, L.P. | 6370 |
| Hulen Mall, LLC | N/A | Mayfair Mall, LLC | N/A |
| The Hughes Corporation | 4858 | Mondawmin Business Trust | 2758 |
| Kalamazoo Mall, Inc. | N/A | MSAB Holdings, Inc. | N/A |
| Kalamazoo Mall L.L.C. | 5371 | MSAB Holdings L.L.C. | 7198 |
| Kapiolani Condominium Development, LLC | N/A | | |

| Debtor | Last Four Digits of Federal Tax I.D. No.* | Debtor | Last Four Digits of Federal Tax I.D. No.* |
|---|---|---|---|
| MSM Property L.L.C. | 2929 | Parkside Limited Partnership | N/A |
| Natick Retail, LLC | N/A | Parkview Office Building Limited Partnership | N/A |
| New Orleans Riverwalk Associates | 0856 | PC Lancaster L.L.C. | N/A |
| New Orleans Riverwalk Limited Partnership | 1645 | PC Lancaster Trust | N/A |
| Newgate Mall Land Acquisition, LLC | N/A | PDC Community Centers L.L.C. | N/A |
| NewPark Anchor Acquisition, LLC | N/A | PDC-Eastridge Mall L.L.C. | N/A |
| NewPark Mall L.L.C. | N/A | PDC-Red Cliffs Mall L.L.C. | N/A |
| North Plains Mall, LLC | N/A | Peachtree Mall L.L.C. | N/A |
| North Star Anchor Acquisition, LLC | N/A | Pecanland Anchor Acquisition, LLC | N/A |
| North Star Mall, LLC | N/A | Phase II Mall Subsidiary, LLC | N/A |
| North Town Mall, LLC | N/A | Piedmont Mall, LLC | N/A |
| Northgate Mall L.L.C. | N/A | Pierre Bossier Mall, LLC | N/A |
| NSMJV, LLC | 9431 | Pine Ridge Mall L.L.C. | N/A |
| Oakwood Hills Mall, LLC | N/A | Pines Mall Partners | 2185 |
| Oakwood Shopping Center Limited Partnership | 9385 | Pioneer Office Limited Partnership | 4181 |
| Oglethorpe Mall L.L.C. | N/A | Pioneer Place Limited Partnership | 4180 |
| Oklahoma Mall L.L.C. | 8382 | Price Development Company, Limited Partnership | N/A |
| OM Borrower, LLC | N/A | Price Development TRS, Inc. | 8038 |
| One Willow Company, LLC | N/A | Price Financing Partnership, L.P. | N/A |
| Orem Plaza Center Street, LLC | N/A | Price GP L.L.C. | N/A |
| Owings Mills Limited Partnership | N/A | Price-ASG L.L.C. | N/A |
| PARCIT-IIP Lancaster Venture | N/A | Prince Kuhio Plaza, Inc. | N/A |
| Parcity L.L.C. | N/A | Providence Place Holdings, LLC | N/A |
| Parcity Trust | N/A | RASCAP Realty, Ltd. | N/A |
| Park City Holding, Inc. | N/A | Redlands Land Acquisition Company L.L.C. | N/A |
| Park Mall, Inc. | N/A | Redlands Land Acquisition Company L.P. | N/A |
| Park Mall L.L.C. | 8169 | Redlands Land Holding L.L.C. | N/A |
| Park Square Limited Partnership | N/A | Ridgedale Center, LLC | N/A |
| Parke West, LLC | N/A | Rio West L.L.C. | N/A |

| Debtor | Last Four Digits of Federal Tax I.D. No.* | Debtor | Last Four Digits of Federal Tax I.D. No.* |
|---|---|---|---|
| River Falls Mall, LLC | N/A | Rouse-Phoenix Cinema, LLC | N/A |
| River Hills Land, LLC | N/A | Rouse-Phoenix Corporate Center Limited Partnership | N/A |
| River Hills Mall, LLC | N/A | Rouse-Phoenix Development Company, LLC | N/A |
| Rogue Valley Mall L.L.C. | N/A | Rouse-Phoenix Master Limited Partnership | 5092 |
| Rogue Valley Mall Holding L.L.C. | N/A | Rouse-Phoenix Theatre Limited Partnership | N/A |
| Rouse LLC | N/A | Rouse-Portland, LLC | N/A |
| The Rouse Company LP | N/A | RS Properties Inc. | N/A |
| The Rouse Company at Owings Mills, LLC | N/A | Running Brook Business Trust | N/A |
| The Rouse Company BT, LLC | N/A | Saint Louis Galleria L.L.C. | N/A |
| The Rouse Company of Florida, LLC | N/A | Saint Louis Galleria Anchor Acquisition, LLC | N/A |
| The Rouse Company of Louisiana, LLC | N/A | Saint Louis Galleria Holding L.L.C. | N/A |
| The Rouse Company of Michigan, LLC | N/A | Saint Louis Land L.L.C. | N/A |
| The Rouse Company of Minnesota, LLC | N/A | Seaport Marketplace, LLC | N/A |
| The Rouse Company of Ohio, LLC | N/A | Seaport Marketplace Theatre, LLC | N/A |
| The Rouse Company Operating Partnership LP | N/A | Sierra Vista Mall, LLC | N/A |
| Rouse F.S., LLC | 9886 | Sikes Senter, LLC | N/A |
| Rouse Office Management of Arizona, LLC | N/A | Silver Lake Mall, LLC | N/A |
| Rouse Providence LLC | N/A | Sixty Columbia Corporate Center, LLC | N/A |
| Rouse Ridgedale, LLC | N/A | Sooner Fashion Mall L.L.C. | N/A |
| Rouse Ridgedale Holding, LLC | N/A | South Shore Partners, L.P. | 6053 |
| Rouse SI Shopping Center, LLC | N/A | South Street Seaport Limited Partnership | N/A |
| Rouse Southland, LLC | N/A | Southlake Mall L.L.C. | N/A |
| Rouse-Arizona Center, LLC | N/A | Southland Center, LLC | N/A |
| Rouse-Arizona Retail Center Limited Partnership | 4885 | Southland Center Holding, LLC | N/A |
| Rouse-Fairwood Development Corporation | 9217 | Southland Mall, Inc. | N/A |
| Rouse-New Orleans, LLC | N/A | Southland Mall, L.P. | 1889 |
| Rouse-Oakwood Shopping Center, LLC | N/A | Southwest Denver Land L.L.C. | N/A |
| Rouse-Orlando, LLC | N/A | Southwest Plaza L.L.C. | N/A |

| Debtor | Last Four Digits of Federal Tax I.D. No.* | Debtor | Last Four Digits of Federal Tax I.D. No.* |
|---|---|---|---|
| Spring Hill Mall L.L.C. | N/A | VCK Business Trust | N/A |
| St. Cloud Land L.L.C. | N/A | Victoria Ward Center L.L.C. | N/A |
| St. Cloud Mall L.L.C. | N/A | Victoria Ward Entertainment Center L.L.C. | N/A |
| St. Cloud Mall Holding L.L.C. | N/A | Victoria Ward, Limited | 7590 |
| Stonestown Shopping Center L.L.C. | N/A | Victoria Ward Services, Inc. | 8057 |
| Stonestown Shopping Center, L.P. | N/A | The Village of Cross Keys, LLC | N/A |
| Stonestown Shopping Center Holding L.L.C. | N/A | Visalia Mall L.L.C. | N/A |
| Summerlin Centre, LLC | N/A | Visalia Mall, L.P. | N/A |
| Summerlin Corporation | 5927 | Vista Commons, LLC | N/A |
| Three Rivers Mall L.L.C. | N/A | Vista Ridge Mall, LLC | N/A |
| Three Willow Company, LLC | N/A | VW Condominium Development, LLC | N/A |
| Town Center East Business Trust | N/A | Ward Gateway-Industrial-Village, LLC | N/A |
| Town East Mall, LLC | N/A | Ward Plaza-Warehouse, LLC | N/A |
| Tracy Mall, Inc. | N/A | Weeping Willow RNA, LLC | N/A |
| Tracy Mall Partners, L.P. | 7674 | West Kendall Holdings, LLC | N/A |
| Tracy Mall Partners I L.L.C. | 9500 | Westwood Mall, LLC | N/A |
| Tracy Mall Partners II, L.P. | 9495 | White Marsh General Partnership | N/A |
| TRC Co-Issuer, Inc. | 0460 | White Marsh Mall Associates | N/A |
| TRC Willow, LLC | N/A | White Marsh Mall LLC | N/A |
| Tucson Anchor Acquisition, LLC | N/A | White Marsh Phase II Associates | N/A |
| TV Investment, LLC | N/A | White Mountain Mall, LLC | N/A |
| Two Arizona Center, LLC | N/A | Willow SPE, LLC | N/A |
| Two Willow Company, LLC | N/A | Willowbrook II, LLC | N/A |
| Tysons Galleria L.L.C. | N/A | Willowbrook Mall, LLC | N/A |
| U.K.-American Properties, Inc. | N/A | Woodbridge Center Property, LLC | N/A |
| Valley Hills Mall, Inc. | N/A | The Woodlands Mall Associates, LLC | N/A |
| Valley Hills Mall L.L.C. | 6809 | | |
| Valley Plaza Anchor Acquisition, LLC | N/A | | |