UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
MANHATTAN DIVISION

Case number 09-12210-ALG

In re: NSMJV, LLC

Taxpayer number: 1-52-1039431-6

WITHDRAWAL OF

Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

RECEIVED
AUG - 6 2009
U.S. BANKRUPTCY COURT, SDNY

1. DATE OF CLAIM : 06/26/2009

2. TOTAL AMOUNT OF CLAIM : $1,243.34
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2008 TO 12/31/2008

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 07/31/2009

REXANNE LEPISTO
Accounts Examiner      (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)


July 31, 2009

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re: Taxpayer #1-52-1039431-6
    Bankruptcy Case # 09-12210-ALG
    NSMJV, LLC

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Pre-petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

    Office of the Attorney General
    Collections Division/Bankruptcy Section
    P.O. Box 12548, Capitol Station
    Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

*[signature]*

Accounts Examiner
Revenue Accounting Division
P.O. Box 13528
Austin, TX 78711-3528

RECEIVED AUG -6 2009 U.S. BANKRUPTCY COURT, SDNY

Enclosure