UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                                     :   Case No. 09-11977 (ALG)

In re                                                        :

                                                            :   (Jointly Administered)

GENERAL GROWTH PROPERTIES, INC.,  :

                                                            :   Chapter 11

                           Debtors.     :

                                                            :
------------------------------------------------------------ x

## APPOINTMENT OF COMMITTEE OF
## EQUITY SECURITY HOLDERS

       Pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code, the following equity security holders of the above-captioned debtors, being among the largest equity security holders who are willing to serve, are appointed to the committee of equity security holders:

1. Marshall Flapan, as Trustee
   3435 Southern Hills Drive
   Des Moines, Iowa 50321

2. Warren & Penny Weiner, as Tenants by the Entirety
   912 Spring Mill Road
   Villanova, Pennsylvania 19085

3. Stanley B. Seidler Trust
   c/o Stanley B. Seidler
   1030 South Fall Creek Road
   Wilson, Wyoming 83014

4. William J. Goldsborough
   22 West 131 Ahlstrand Road
   Glen Ellyn, Illinois 60137

5. Platt W. Davis, III
   7500 San Felipe, Suite 600
   Houston, Texas 77063

6. Mary Bucksbaum Scanlan
   P.O. Box 670
   Woody Creek, Colorado 81656

7. General Trust Company, as Trustee
300 North Dakota Avenue, Suite 202
Sioux Falls, South Dakota 57104
Attention: E. Michael Greaves, Vice President

Dated: New York, New York
September 8, 2009

                                                DIANA G. ADAMS
                                                UNITED STATES TRUSTEE

By:   /s/ Greg M. Zipes
       Greg M. Zipes (GMZ-4539)
       Trial Attorney

33 Whitehall Street, 21st Floor
New York, New York  10004
Tel. No. (212) 510-0500