UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
: Chapter 11
:
In re: :
: Case No.: 09-11977 (ALG)
GENERAL GROWTH PROPERTIES, INC., et al., :
: Jointly Administered
Debtors. :
:
------------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

I, Adam L. Simpson, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), claims and noticing agent for the Debtors in the above-captioned case.

On October 15, 2009, under my direction and supervision, employees of KCC caused the following document to be served via First Class mail upon the service list attached hereto as **Exhibit A**, and via Electronic mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Monthly Fee and Expense Statement of Weil, Gotshal & Manges LLP, Attorneys for Debtors and Debtors in Possession for the Period of August 1, 2009 Through August 31, 2009 [Docket No. 3135]**

- **Notice of Filing of Monthly Fee and Expense Statement of AlixPartners, LLP, Restructuring Advisors for the Debtors and Debtors in Possession for the Period of August 1, 2009 Through August 31, 2009 [Docket No. 3137]**

- **Notice of Filing of Monthly Fee and Expense Statement of Cushman & Wakefield, Inc., Appraiser for the Debtors and Debtors in Possession for the Period of August 1, 2009 Through August 31, 2009 [Docket No. 3140]**

- **Notice of Filing of Monthly Fee and Expense Statement of Grant Thornton LLP, Tax Advisors to the Debtors and Debtors in Possession for the Period of April 16, 2009 Through August 31, 2009 [Docket No. 3143]**

- **Notice of Filing of Monthly Fee and Expense Statement of Miller Buckfire & Co., LLC, Financial Advisor and Investment Banker for the Debtors and Debtors in Possession for the Period of August 1, 2009 Through August 31, 2009 [Docket No. 3152]**

- **Notice of Filing of Monthly Fee and Expense Statement of Deloitte & Touche LLP, Independent Auditor and Internal Controls Consultant for the Debtors and Debtors in Possession for the Period of April 16, 2009 Through April 30, 2009 [Docket No. 3158]**

*Continued on the Following Page*

- **Notice of Filing of Monthly Fee and Expense Statement of Ernst & Young LLP, Tax Services Provider for the Debtors and Debtors in Possession for the Period of August 1, 2009 Through August 31, 2009 [Docket No. 3161]**

Dated: October 19, 2009

_____
Adam L. Simpson

State of Tennessee
County of Shelby

Subscribed and sworn to (or affirmed) before me on this 19th day of October, 2009, by Adam L. Simpson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____
Notary Public

# Exhibit A

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Butzel Long | Barry N Seidel | 380 Madison Ave 22nd Fl | | New York | NY | 10017 |
| Butzel Long | Eric B Fisher | 380 Madison Ave 22nd Fl | | New York | NY | 10017 |
| Cassiday Schade LLP | Deborah A Martin | 20 N Wacker Dr Ste 1040 | | Chicago | IL | 60606 |
| Cleary Gottlieb Steen & Hamilton | Deborah M Buell | One Liberty Plaza | | New York | NY | 10006 |
| Cochise County Attorneys Office | Terry Bannon | PO Drawer CA | | Bisbee | AZ | 85603 |
| Contech Services Inc | Brian Armor | 2540-A Orange Ave | | Santa Ana | CA | 92707 |
| Corporate Trust Division | Rob Major | 2 North Lasalle St Ste 1020 | | Chicago | IL | 60602 |
| Decker Cardon Thomas Weintraub & Neskis PC | Joel Weintraub Esq | 109 E Main St Ste 200 | | Norfolk | VA | 23510-3787 |
| Deutsche Bank Trust Company Americas | Scott P Speer | 200 Cresent Court Ste 550 | | Dallas | TX | 75201 |
| Duane Morris LLP | James J Holman | 30 South 17th St | | Philadelphia | PA | 19103 |
| Duane Morris LLP | Margery N Reed | 30 South 17th St | | Philadelphia | PA | 19103 |
| Duane Morris LLP | Wendy M Simkulak | 30 South 17th St | | Philadelphia | PA | 19103 |
| Eurohypo AG | Stephen Cox | 1114 Avenue of the Americas 29th Fl | | New York | NY | 10036 |
| Foster Pepper PLLC | Jane Pearson | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101-3299 |
| General Counsel Aeropostale Inc | Edward M Slezak | 112 West 34th St | | New York | NY | 10120 |
| Genovese Joblove & Battista PA | Michael D Joblove Esq | 100 SE 2nd St Ste 4400 | Bank of America Tower at International Place | Miami | FL | 33131 |
| Gibson Dunn & Crutcher LLP | David M Feldman | 200 Park Ave | | New York | NY | 10166-1093 |
| Gibson Dunn & Crutcher LLP | Matthew J Williams | 200 Park Ave | | New York | NY | 10166-1093 |
| Ikon Office Solutions | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 |
| Internal Revenue Service | | 500 N Capitol St NW | | Washington | DC | 20221 |
| Internal Revenue Service | Centralized Insolvency Opr | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255 |
| Internal Revenue Service | Centralized Insolvency Opr | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| Internal Revenue Service | Insolvency Department | 290 Broadway 5th Fl | | New York | NY | 10007 |
| IPC Intl Corp | Michael A Crane | 2111 Waukegan Rd | | Bannockburn | IL | 60015 |
| Jackson Walker LLP | Bruce J Ruzinsky | 1401 Mckinney St Ste 1900 | | Houston | TX | 77010 |
| Katten Muchin Rosenman LLP | Dustin P Branch | 2029 Century Park East Ste 2600 | | Los Angeles | CA | 90067-3012 |
| Katten Muchin Rosenman LLP | Merritt A Pardini | 575 Madison Ave | | New York | NY | 10022-2585 |
| Katten Muchin Rosenman LLP | Thomas J Leanse | 2029 Century Park East Ste 2600 | | Los Angeles | CA | 90067-3012 |
| Keleher & McLeod PA | James L Rasmussen | 201 Third NW 12th Fl | | Albuquerque | NM | 87102 |
| Law Offices of Avrum J Rosen | | 38 New St | | Huntington | NY | 11743 |
| Law Offices of Brunn & Flynn | Gerald E Brunn | 928 12th St Ste 200 | PO Box 3366 | Modesto | CA | 95354 |
| Law Offices of Brunn & Flynn | Michael G Donovan | 928 12th St Ste 200 | PO Box 3366 | Modesto | CA | 95354 |
| Legal Solutions Group PL | Jose M Chanfrau IV Esq | 18305 Biscayne Blvd Ste 200 | | Aventura | FL | 33160-2172 |
| Limited Brands | James J Harris | Three Limited Parkway | | Columbus | OH | 43230 |
| Linebarger Goggan Blair & Sampson | David G Aelvoet | 711 Navarro Ste 300 | Travis Bldg | San Antonio | TX | 78205 |
| Macdonald & Associates | Iain A Macdonald | 914 Thirteenth St | | Modesto | CA | 95354-0903 |
| Macdonald & Associates | Reno F R Fernandez III | 914 Thirteenth St | | Modesto | CA | 95354-0903 |
| Maurice Incorporated | Attn Lease Administration | 105 W Superior St | | Duluth | MN | 55802 |
| Mccalla Raymer LLC | Matthew Dyer | 1544 Old Alabama Road | | Roswell | GA | 30076-2102 |
| Mccreary Veselka Bragg & Allen | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 |
| Mcguire Woods LLP | Patrick L Hayden | 1345 Ave of the Americas 7th Fl | | New York | NY | 10105 |
| Newland & Assocs PLLC | Ashlea Brown | 10 Corporate Hill Dr Ste 330 | | Little Rock | AR | 72205 |
| NY State Dept of Environmental Consrvtn | | 625 Broadway | | Albany | NY | 12233 |
| NY State Dept of Environmental Consrvtn | Office of The General Counsel | 625 Broadway 14th Fl | | Albany | NY | 12233-1500 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York | NY | 10271 |
| Office of The United States Trustee | Diana G Adams | 33 Whitehall St 21St Fl | | New York | NY | 10004 |
| Office of The United States Trustee | Greg Zipes | 33 Whitehall St 21St Fl | | New York | NY | 10004 |
| Office of The United States Trustee | Paul Schwartzberg | 33 Whitehall St 21St Fl | | New York | NY | 10004 |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahoma City | OK | 73102 |
| Pentiuk Couvreur & Kobiljak | Kurt M Kobiljak | 2915 Biddle Ave | Edelson Bldg Ste 200 | Wyandotte | MI | 48192 |
| Pepper Hamilton LLP | Francis J Lawall Esq | 3000 Two Logan Sq | 18th & Arch Streets | Philadelphia | PA | 19103 |
| Pepper Hamilton LLP | Nina M Varughese Esq | 3000 Two Logan Sq | 18th & Arch Streets | Philadelphia | PA | 19103 |
| Perdue Brandon Fielder Collins & Mott | Co Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 |
| Pick & Zabicki LLP | Eric C Zabicki | 369 Lexington Ave 12th Fl | | New York | NY | 10017 |

In re: General Growth Properties, Inc. et al.
Case No. 09-11977 (ALG)

Page 1 of 2

10/19/2009

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Pima County Attorney Civil Division | German Yusufov | 32 N Stone Ave Ste 2100 | | Tucson | AZ | 85701 |
| Pima County Attorney Civil Division | Terri A Roberts | 32 N Stone Ave Ste 2100 | | Tucson | AZ | 85701 |
| Saul Ewing LLP | John J Jerome | 400 Madison Ave Ste 12B | | New York | NY | 10017 |
| Saul Ewing LLP | Joyce A Kuhns | 500 E Pratt St Ste 800 | | Baltimore | MD | 21202 |
| SEC Bankruptcy Division | Jolene Wise | 175 W Jackson Blvd Ste 900 | | Chicago | IL | 60604 |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 |
| Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 |
| Securities & Exchange Commission | Alan Maza | 3 World Financial Ctr Ste 400 | | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Michael Berman General Counsel | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission | Nathan M Fuchs | 233 Broadway | | New York | NY | 10279 |
| Steven G Legum | | 170 Old Country Rd | | Mineola | NY | 11501-4307 |
| Tennessee Dept of Revenue | c o TN Atty Gen Office Bankruptcy Div | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Togut Segal & Segal | Albert Togut | One Penn Plaza Ste 3335 | | New York | NY | 10119 |
| US Attorney General | US Department of Justice | 950 Pennsylvania Avenue NW | | Washington | DC | 20530-0001 |
| US Attorneys Office Southern District of New York | Michael J Garcia | 1 St Andrews Plaza | | New York | NY | 10007 |
| US Department of Justice | | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| US Department of Justice | Environmental Enforcement Section | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| US Department of Justice SDNY | Office of The US Attorney | 86 Chambers St | | New York | NY | 10007 |
| USEPA Region 6 | | 1445 Ross Ave Ste 1200 | | Dallas | TX | 75202 |
| Vorys Sater Seymour & Pease | Jesse Cook Dubin | 52 East Gay St | | Columbus | OH | 43215 |
| Warshaw Burstein Cohen Schlesinger & Kuh LLP | Jack S Kannry Esq | 555 Fifth Ave | | New York | NY | 10017 |
| Wilmington Trust Corp | Kay Adams | 1100 North Market St | | Wilmington | DE | 19890 |

In re: General Growth Properties, Inc. et al.
Case No. 09-11977 (ALG)

Page 2 of 2

10/19/2009

# Exhibit B

| Name | Notice Name | Email |
|---|---|---|
| Adler Pollock & Sheehan | Geoffrey W Millsom | gmillsom@apslaw.com |
| Advent Capital Management | David D Bullock | dbullock@adventcap.com |
| Advent Capital Management | Robert Paine | rpaine@adventcap.com |
| Akin Gump Strauss Haer & Feld | Charles R Gibbs | cgibbs@akingump.com |
| Akin Gump Strauss Haer & Feld | David M Dunn | ddunn@akingump.com |
| Akin Gump Strauss Haer & Feld | Dionisia Kaloudis | dkaloudis@akingump.com |
| Akin Gump Strauss Haer & Feld | James R Savin | jsavin@akingump.com |
| Akin Gump Strauss Haer & Feld | Michael S Stamer | mstamer@akingump.com |
| Akin Gump Strauss Haer & Feld | Stephanie Kurlanzik | skurlanzik@akingump.com |
| Arent Fox LLP | Mette Kurth Esq | kurthmette@arentfoxcom |
| Arent Fox LLP | Robert M Hirsch | hirsh.robert@arentfox.com |
| Aronauer Re & Yudell LLP | Kenneth S Yudell Esq | kyudell@aryllp.com |
| Baker & Hostetler LLP | Douglas E Spelfogel | dspelfogel@bakerlaw.com |
| Baker & Hostetler LLP | Richard J Bernard | rbernard@bakerlaw.com |
| Baker Donelson Bearman Caldwell & Berkowitz | Benjamin W Janke | bjanke@bakerdonelson.com |
| Barack Ferrazzano Kirschbaum | Janice Alwin | janicealwin@bfkncom |
| Barack Ferrazzano Kirschbaum | William J Barrett | williambarrett@bfkncom |
| Bass Berry & Sims PLC | Paul G Jennings | pjennings@bassberry.com |
| Bergman & King | Matthew B King | BergmanKingPC@aol.com |
| Bingham Mccutchen LLP | Carol Weiner Levy | carol.weinerlevy@bingham.com |
| Bingham Mccutchen LLP | Erin K Mautner | erin.mautner@bingham.com |
| Bingham Mccutchen LLP | Jonathan B Alter | jonathan.alter@bingham.com |
| Bingham Mccutchen LLP | Michael J Reilly | michael.reilly@bingham.com |
| Bradley Arant Boult Cummings LLP | J Patrick Darby | pdarby@babc.com |
| Bradley Arant Boult Cummings LLP | Molly C Taylor Esq | mtaylor@babc.com |
| Brown Rudnick LLP | Edward S Weisfelner | eweisfelner@brownrudnick.com |
| Brown Rudnick LLP | Jeffrey L Jonas | jjonas@brownrudnick.com |
| Brown Rudnick LLP | Lisa M Kresge | lkresge@brownrudnick.com |
| Brown Rudnick LLP | William R Baldiga | wbaldiga@brownrudnick.com |
| Bryan Cave LLP | Lawrence P Gottesman | lawrencegottesman@bryancavecom |
| Bryan Cave LLP | Michelle Mcmahon | michellemcmahon@bryancavecom |
| Buchalter Nemer APC | Pamela Kohlman Webster | pwebster@buchalter.com<br>ifs_filing@buchalter.com |
| Buchalter Nemer APC | Shawn M Christianson | schristianson@buchalter.com |
| Burr & Forman LLP | D Christopher Carson | ccarson@burr.com |
| Burr & Forman LLP | Jennifer B Kimble | ccarson@burr.com |
| Carmody & Torrance LLP | Thomas J Sansone | tsansone@carmodylawcom |
| Christensen James & Martin | Daryl E Martin | darylmart@gmail.com |
| Cleary Gottlieb Steen & Hamilton | Deborah M Buell | maofiling@cgshcom |
| Cohen Tauber Spievack & Wagner | Robert A Boghosian | rboghosian@ctswlaw.com |
| Cole Schotz Meisel Forman & Leonard | Greg A Friedman | gfriedman@coleschotz.com |
| Cole Schotz Meisel Forman & Leonard | Laurence May | lmay@coleschotz.com |
| Cope Law Firm | Steven E Cope | scope@copelegalcom |
| County Attorney | Belkys Escobar | belkys.escobar@loudoun.gov |
| Covington & Burling LLP | Martin E Beeler | mbeeler@cov.com |
| Covington & Burling LLP | Michael B Hopkins | mhopkins@cov.com |
| Covington & Burling LLP | Ronald A Hewitt | rhewitt@cov.com |
| Cross & Simon LLC | Michael J Joyce | mjoyce@crosslaw.com |
| Davids & Cohen | Adam G Cohen | acohen@davids-cohen.com |
| Davids & Cohen | Stephen T Oneal | soneal@davids-cohen.com |
| Day Pitney LLP | Richard M Meth | rmeth@daypitney.com |
| Day Pitney LLP | Richard M Meth | msteen@daypitney.com |
| Day Pitney LLP | Richard M Meth | rmeth@daypitney.com |
| Day Pitney LLP | Richard M Meth | msteen@daypitney.com |
| Debevoise & Plumpton LLP | Maureen A Cronin | macronin@debevoise.com |
| Debevoise & Plumpton LLP | Richard F Hahn | rfhahn@debevoise.com |
| Dechert LLP | James O Moore | james.moore@dechert.com |
| Dechert LLP | Shmuel Vasser | shmuel.vasser@dechert.com |
| Deputy Salt Lake County District Atty | Zachary D Shaw | zshaw@slco.org |
| Deutsche Bank | Amy Sinensky | amysinensky@dbcom |
| Deutsche Bank | James Rolison | jamesrolison@dbcom |
| Deutsche Bank | Michael Suchy | michaelsuchy@dbcom |
| Deutsche Bank | Robert Pettinato | robertpettinato@dbcom |
| Dorsey & Whitney | Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Dorsey & Whitney | Michael Foreman | foremanmichael@dorseycom |
| Dorsey & Whitney | Michelle Kreidler Dove | dovemichelle@dorseycom |

| Name | Notice Name | Email |
|---|---|---|
| Dorsey & Whitney | Steven J Heim | heimsteve@dorseycom |
| Downrite Engineering Corp | Jose M Chanfrau IV Esq | jchanfrau@downrite.com |
| Drinker Biddle & Reath LLP | Andrew C Kassner | andrew.kassner@dbr.com |
| Drinker Biddle & Reath LLP | Dave B Aaronson | david.aaronson@dbr.com |
| Duane Morris LLP | Gerard S Catalanello Esq | gcatalanello@duanemorris.com |
| Duane Morris LLP | James J Vincequerra Esq | jvincequerra@duanemorris.com |
| Eurohypo AG New York Branch | Andrew Huggett Syndiacted Loans | ahuggett@ehus.com |
| Foley & Lardner LLP | Joanne Lee | jlee@foley.com |
| Foley & Lardner LLP | Michael J Small | msmall@foley.com |
| Forshey & Prostok LLP | Clarke V Rogers | crogers@forsheyprostok.com |
| Forshey & Prostok LLP | J Robert Forshey | bforshey@forsheyprostok.com |
| Genovese Joblove & Battista PA | John H Genovese Esq | jgenovese@gjb-law.com |
| Genovese Joblove & Battista PA | Paul J Battista Esq | pbattista@gjb-law.com |
| Genovese Joblove & Battista PA | Robert F Elgidely Esq | relgidely@gjb-law.com |
| Gibbons PC | Dale E Barney | dbarney@gibbonslaw.com |
| Gibson Dunn & Crutcher LLP | David M Feldman | dfeldman@gibsondunn.com |
| Gibson Dunn & Crutcher LLP | Matthew J Williams | mjwilliams@gibsondunn.com |
| Gibson Dunn & Crutcher LLP | Oscar Garza | ogarza@gibsondunn.com |
| Hahn Loeser & Parks LLP | Alan S Kopit | askopit@hahnlaw.com |
| Hahn Loeser & Parks LLP | Christopher W Peer | cpeer@hahnlaw.com |
| Harrison Steck PC | Henry Steck | hsteck@harrisonsteck.com |
| Hartman Simons Spielman & Wood | Samuel R Arden | sarden@hssw.com |
| Herrick Feinstein LLP | Hanh V Huynh | hhuynh@herrick.com |
| Herrick Feinstein LLP | Stephen B Selbst | sselbst@herrickcom |
| Herrick Feinstein LLP | Stephen M Rathkopf | srathkopf@herrickcom |
| Herrig & Vogt LLP | Gina L Moyles | g.moyles@herrigvogt.com |
| Herrig & Vogt LLP | Ryan P Moore | r.moore@herrigvogt.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito | nmalito@hggcom |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis | skipnis@hggcom |
| Holland & Knight LLP | Deborah S Griffin | deborahgriffin@hklawcom |
| Honigman Miller Schwartz & Cohn | Adam K Keith | akeith@honigmancom |
| Howard County Office of Law | Jay Shulman Of Counsel | jshulman@howardcountymd.gov |
| Jackson Walker LLP | D Elaine Conway | econway@jw.com |
| Jackson Walker LLP | Heather M Forrest | hforrest@jw.com |
| JC Penney Corporation Inc | Gregory M Bair Esq | gbair@jcpenney.com |
| JL Saffer PC | Jennifer L Saffer | jlsaffer@jlsaffer.com |
| Johnson & Newby LLC | David A Newby Esq | dnewby@jnlegal.net |
| Jones Day | Arthur J Margulies Esq | ajmargulies@jonesday.com |
| Jones Day | Lee A Armstrong Esq | laarmstrong@jonesday.com |
| Jones Day | Paul D Leake Esq | pdleake@jonesday.com |
| K&L Gates LLP | Daniel I Morenoff | dan.morenoff@klgates.com |
| K&L Gates LLP | Jeffrey R Fine | jeff.fine@klgates.com |
| Keleher & McLeod PA | James L Rasmussen | jlr@keleher-law.com |
| Kilpatrick Stockton LLP | Alfred S Lurey | alurey@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Jonathan E Polonsky | jpolonsky@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Mark A Fink | mfink@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Mark D Taylor | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Rex R Veal | rveal@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Susan A Cahoon Esq | scahoon@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Todd C Meyers | tmeyers@kilpatrickstockton.com |
| Kirby & McGuinn APC | Dean T Kirby Jr | dkirby@kirbymac.com |
| Latham & Watkins LLP | Bradley E Kotler | bradley.kotler@lw.com |
| Latham & Watkins LLP | Kathryn Bowman | kathrynbowman@lwcom |
| Latham & Watkins LLP | Michael J Riela Mr 7829 | michael.riela@lw.com |
| Latham & Watkins LLP | Noah A Weiss | noah.weiss@lw.com |
| Latham & Watkins LLP | Noreen Kelly Najah | noreen.kelly-najah@lw.com |
| Latham & Watkins LLP | Robert A Klyman | robertklyman@lwcom |
| Latham & Watkins LLP | Robert Rosenberg | robert.rosenberg@lw.com |
| Lathrop & Gage LLP | Randall Scherck | rscherck@lathropgage.com |
| Lathrop & Gage LLP | Stephen B Sutton | ssutton@lathropgagecom |
| Lathrop & Gage LLP | Thomas J FitzGerald | tfitzgerald@lathropgage.com |
| Law Officers of Jo Anne M Bernhard | Jo Anne M Bernhard | jbernhard@jbernhardlaw.com |
| Law Offices of Alison Greenberg LLC | Alison G Greenberg | agreenberglaw@gmail.com |
| Law Offices of Robert E Luna | Andrea Sheehan | sheehan@txschoollawcom |
| Lewis & Roca LLP | Rob Charles | rcharles@lrlaw.com |
| Linebarger Goggan Blair & Sampson | Elizabeth Weller | dallasbankruptcy@publicanscom |

| Name | Notice Name | Email |
|------|-------------|-------|
| Linebarger Goggan Blair & Sampson | John P Dillman | houston_bankruptcy@publicans.com |
| Lowenstein Sandler PC | Joseph A Becht Jr | jbecht@lowensteincom |
| Lowenstein Sandler PC | Scott Cargill | scargill@lowensteincom |
| Lowenstein Sandler PC | Vincent A D Agostino | vdagostino@lowensteincom |
| Mcdermott Will & Emery LLP | Geoffrey T Raicht | graicht@mwe.com |
| Mcdermott Will & Emery LLP | Nava Hazan | nhazan@mwe.com |
| Mcguire Woods LLP | Daniel F Blanks Esq | dblanks@mcguirewoods.com |
| Mcguire Woods LLP | David I Swan | dswan@mcguirewoods.com |
| Mcguire Woods LLP | Douglas M Foley Esq | dfoley@mcguirewoods.com |
| Mcguire Woods LLP | James E Van Horn | jvanhorn@mcguirewoods.com |
| Mcguire Woods LLP | Kenneth M Misken | kmisken@mcguirewoods.com |
| Mcguire Woods LLP | Sally E Edison | sedison@mcguirewoods.com |
| Mcguire Woods LLP | Shawn R Fox | sfox@mcguirewoodscom |
| McKenna Long & Aldridge | Charles Weiss | cweiss@mckennalong.com |
| McKenna Long & Aldridge | Christopher F Graham | cgraham@mckennalong.com |
| McKenna Long & Aldridge | Gary W Marsh | gmarsh@mckennalong.com |
| McKenna Long & Aldridge | Jessica H Mayes | jmayes@mckennalong.com |
| Michael A Cardozo Corporation Counsel | Zachary B Kass Assistant Corporation Counsel | zkass@law.nyc.gov |
| Michael S Holmes PC | Michael S Holmes | msholmes@cowgillholmes.com |
| Miles & Stockbridge PC | Richard L Costella | rcostell@milesstockbridge.com |
| Missouri Dept of Revenue | Steven A Ginther | sdnyecf@dor.mo.gov |
| Morgan Lewis & Bockius LLP | Howard S Beltzer | hbeltzer@morganlewiscom |
| Morgan Lewis & Bockius LLP | Richard S Toder | rtoder@morganlewiscom |
| Morrison & Foerster LLP | Brett H Miller | bmiller@mofo.com |
| Morrison & Foerster LLP | Larren M Nashelsky | lnashelsky@mofo.com |
| Munsch Hardt Kopf & Harr | Patricia B Tomasco | ptomasco@munsch.com |
| Munsch Hardt Kopf & Harr | Vanessa E Gonzalez | vgonzalez@munsch.com |
| NY State Dept of Law Env Protection Bureau | Janice A Dean | janice.dean@oag.state.ny.us |
| NY State Dept of Taxation and Finance | Judith Lynne Cohen | Judith_Cohen@tax.state.ny.us |
| Office of The United States Trustee | Diana G Adams | dianaadams@usdojgov |
| Office of The United States Trustee | Greg Zipes | gregzipes@usdojgov |
| Office of The United States Trustee | Paul Schwartzberg | paulschwartzberg@usdojgov |
| Omelveny & Myers LLP | Shannon Lowry Nagle | snagle@omm.com |
| Pedersen & Houpt | Sandeep Sood | ssood@pedersenhoupt.com |
| Pershing Square Capital Management LP | Roy J Katzovicz | rjk@persq.com; ggp@persq.com |
| Pick & Zabicki LLP | Douglas J Pick | dpick@picklaw.net |
| Pillsbury Winthrop Shaw Pittman | Karen B Dine | karen.dine@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman | Philip S Warden | philip.warden@pillsburylaw.com |
| Pinnacle Law Group LLP | Matthew J Shier | mshier@pinnaclelawgroup.com |
| Porter Wright Morris & Arthur | Jack R Pigman | jpigman@porterwright.com |
| Porter Wright Morris & Arthur | Michael P Shuster | mshuster@porterwright.com |
| Reed Smith LLP | Claudia Z Springer | cspringer@reedsmith.com |
| Reed Smith LLP | Mark D Silverschotz | msilverschotz@reedsmith.com |
| Riemer & Braunstein LLP | Donald E Rothman | drothman@riemerlawcom |
| Riemer & Braunstein LLP | Jeffrey D Ganz | jganz@riemerlawcom |
| Riemer & Braunstein LLP | Paul S Samson | psamson@riemerlaw.com |
| Riemer & Braunstein LLP | Paul S Samson | psamson@riemerlaw.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Rosenberg Martin Greenberg LLP | John A Roberts | jroberts@rosenbergmartin.com |
| Roshka DeWulf & Patten | J Matthew Derstine | mderstine@rdp-law.com |
| Saul Ewing LLP | John J Jerome | jjerome@saul.com |
| Saul Ewing LLP | Joyce A Kuhns | jkuhns@saul.com |
| Sears Holdings Mgmt Corp | Matthew Joly | mjoly@searshc.com |
| Seward & Kissel LLP | John R Ashmead | ashmead@sewkiscom |
| Seward & Kissel LLP | Ronald L Cohen | cohenr@sewkiscom |
| Silvermanacampora LLP | Jay S Hellman | jhellman@silvermanacampora.com |
| Sirlin Gallogly & Lesser | Dana S Plon | dplon@sirlinlaw.com |
| Skadden Arps Slate Meagher & Flom LLP | Jay M Goffman Esq | jay.goffman@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Jessica Lubarsky | jessica.lubarsky@skadden.com |
| Sonnenschein Nath & Rosenthal | Fruman Jacobson | fjacobson@sonnenschein.com |
| Sonnenschein Nath & Rosenthal | Michael Carney | mcarney@sonnenschein.com |
| Squire Sanders & Dempsey | Peter A Zisser | pzisser@ssd.com |
| Squire Sanders & Dempsey | Sandra E Mayerson | smayerson@ssd.com |
| Starr & Starr PLLC | Stephen Z Starr Esq | sstarr@starrandstarr.com |
| Stewart Robbins & Brown LLC | William S Robbins | wrobbins@stewartrobbins.com |
| Stoel Rives LLP | Andrew F Brimmer | afbrimmer@stoel.com |

| Name | Notice Name | Email |
|---|---|---|
| Stutsman Thames & Markey PA | Richard R Thames | rrt@stmlaw.net |
| Taddeo & Shahan LLP | Karen M Taddeo | ktaddeo@ts-law.com |
| Teitelbaum & Baskin LLP | Jay Teitelbaum | jteitelbaum@tblawllp.com |
| Teitelbaum & Baskin LLP | Kenneth M Lewis | klewis@tblawllp.com |
| The Bank of NY Mellon Trust Co | Mr Robert Major Vice President | robertmajor@bnymelloncom |
| The Byrne Law Office | John P Byrne APC | john.byrne@byrnelaw.biz |
| Togut Segal & Segal | Lara Sheikh | lsheikh@teamtogut.com |
| Togut Segal & Segal | Neil Berger | neilberger@teamtogut.com |
| Togut Segal & Segal (Email Only) | Michael Hamersky | mhamersky@teamtogut.com |
| Togut Segal & Segal (Email Only) | Stephanie Reichert | sreichert@teamtogut.com |
| Van Cott Bagley Cornwall & Mccarthy PC | Gerald H Suniville | gsuniville@vancott.com |
| Van Cott Bagley Cornwall & Mccarthy PC | Mary Jane E Wagg | mwagg@vancott.com |
| Van Cott Bagley Cornwall & Mccarthy PC | Sam Meziani | smeziani@vancott.com |
| Van Cott Bagley Cornwall & Mccarthy PC | Stephen K Christiansen | schristiansen@vancott.com |
| Vinson & Elkins LLP | Jane Vris | jvris@velaw.com |
| Vinson & Elkins LLP | Michael S Davi | mdavi@velaw.com |
| Vorys Sater Seymour & Pease | Robert J Sidman | rjsidman@voryscom |
| Wachtell Lipton Rosen & Katz | Amy R Wolf | arwolf@wlrk.com |
| Wachtell Lipton Rosen & Katz | Richard M Ross | rmross@wlrk.com |
| Waller Lansden Dortch & Davis | A Bindu Thomas | bindu.thomas@wallerlaw.com |
| Waller Lansden Dortch & Davis | Robert A Guy Jr | bobby.guy@wallerlaw.com |
| Wilmington Trust Co | Patrick J Healy | phealy@wilmingtontrustcom |
| Woodward Hobson & Fulton LLP | Daniel P Cherry | dcherry@whf-law.com |