WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                   :          **Chapter 11**
                                                             :
**GENERAL GROWTH**                                          :
**PROPERTIES, INC.,** *et al.***,**                        :          **Case No. 09-11977 (ALG)**
                                                             :
                              **Debtors.**                  :          **Jointly Administered**
                                                             :
-------------------------------------------------------------x

**NOTICE OF FILING SUPPLEMENT TO DISCLOSURE STATEMENT**
**FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the documents attached hereto (the "Disclosure Statement Supplement") supplement and replace certain portions of the *Disclosure Statement  for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3659] filed on December 1, 2009, and *Exhibit 3 – "Financial Projections" to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3719] filed on December 7, 2009  (collectively, the "Disclosure Statement").[1]  For purposes of entry of

---

[1]        Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Disclosure Statement Supplement, and (ii) amended as provided in the Disclosure Statement Supplement. The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement and document in this Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("KCC")at http://www.kccllc.net/GeneralGrowth or for a fee on the Court's website at www.nysb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. To obtain hard copies of the Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at ggp_info@kccllc.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **December 15, 2009 at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing. On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

Dated:  New York, New York
      December 8, 2009

                              _/s/ Gary T. Holtzer_
                              Marcia L. Goldstein
                              Gary T. Holtzer
                              Adam P. Strochak
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

                                    and

                              Stephen A. Youngman (*admitted pro hac vice*)
                              WEIL, GOTSHAL & MANGES LLP
                              200 Crescent Court, Suite 300

Dallas, Texas  75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, *(admitted pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                  :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL GROWTH | : | |
| PROPERTIES, INC., *et al.*, | : | Case No. 09-11977 (ALG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------------x

## SUPPLEMENT TO DISCLOSURE STATEMENT FOR
## PLAN DEBTORS' JOINT PLAN OF REORGANIZATION
## <u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

**INDEX OF DISCLOSURE STATEMENT SUPPLEMENT MATERIALS**

*Capitalized terms used throughout this Disclosure Statement Supplement are defined in*
*<u>Appendix A</u> -- "Material Defined Terms for Plan Debtors' Disclosure Statement" as attached*
*to the Disclosure Statement and as supplemented herein.*

| DOCUMENT DESCRIPTION | EXPLANATION |
| --- | --- |
| Supplement to Disclosure Statement Section V.I, "Certain Litigation" | Contains a description of a litigation matter involving GGP Tucson, a Subsequent Plan Debtor. |
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the Subsequent Plan Debtors. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains additional defined terms pertaining to the Subsequent Plan Debtors and Exhibit 3 -- "Financial Projections" to the Disclosure Statement, as well as a revised Special Servicers definition that replaces the definition in the filed Disclosure Statement. |
| Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims" to the Disclosure Statement | Contains a list of the Subsequent Plan Debtors. |
| Replacement Appendix D – "Coded Organization Chart" to the Disclosure Statement | Amended to account for the Subsequent Plan Debtors. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains corporate reorganization information for the Subsequent Plan Debtors. |

# Supplement to Disclosure Statement Section V.I, "Certain Litigation"

## *KLN Partners, LLC, et al. v. GGP-Tucson Mall, LLC, et al.*

On May 2, 2006, KLN entered into a ground sub-lease with GGP-Tucson for a parcel of land on which KLN intended to build and operate a Chevron Oil Stop Service Center. Pursuant to the terms of the lease, GGP-Tucson agreed to create and deliver a building pad site after it obtained municipal site plan approval on KLN's behalf. There was significant difficulty obtaining site plan approval because KLN made multiple design changes to its plan and therefore multiple changes to the site plan were required. Municipal approval was ultimately granted. KLN submitted final plans to GGP-Tucson and GGP-Tucson commenced construction of the agreed upon pad work, but did so after KLN's final plan submission deadline in the lease had passed. GGP-Tucson then invested approximately $388,000 to prepare the pad site and secure a utility easement from the property owner. Nonetheless, KLN alleges that GGP-Tucson failed to timely deliver an estoppel certificate, provided incorrect site plan dimensions, and ultimately substantially delayed turning over the pad site. Accordingly, four weeks prior to completion of the pad work, on October 23, 2008, KLN and its two principals filed suit in Arizona state court against GGP-Tucson and GGP alleging substantial unspecified damages for among other thing, lost financing and reimbursement for engineering and other professional fees on account of the alleged delay by GGP-Tucson in turning over the pad. KLN never took possession of the pad site or commenced construction.

On December 1, 2008, all of the claims were dismissed except KLN's claims against the GGP-Tucson. On December 24, 2008, GGP-Tucson filed an answer and a counterclaim for breach of contract, seeking damages in excess of $1.7 million associated with the cost of preparing the pad site as well as consequential damages, including lost rent. Discovery was underway at the time the Chapter 11 Cases were filed and an automatic stay pursuant to section 362 of the Bankruptcy Code went into effect.

# Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations"

BAKERSFIELD MALL, INC.
By: /S/ Linda J. Wight, Vice President

BAKERSFIELD MALL LLC
By: Bakersfield Mall, Inc., a member
   By: /S/ Linda J. Wight, Vice President

BELLIS FAIR PARTNERS
By: GGPLP L.L.C., a partner
   By: GGP Limited Partnership, its managing member
      By: General Growth Properties, Inc., its general partner
         By: /S/ Ronald L. Gern, Senior Vice President

By: General Growth Properties, Inc., a partner
         By: /S/ Ronald L. Gern, Senior Vice President

FASHION PLACE ANCHOR ACQUISITION, LLC
By: /S/ Linda J. Wight, Vice President

FASHION PLACE, LLC
By: /S/ Linda J. Wight, Vice President

GATEWAY OVERLOOK BUSINESS TRUST
By: /S/ Linda J. Wight, Vice President

GATEWAY OVERLOOK II BUSINESS TRUST
By: /S/ Linda J. Wight, Vice President

GGP GENERAL II, INC.
By: /S/ Linda J. Wight, Vice President

GGP-LANSING MALL, INC.
By: /S/ Linda J. Wight, Vice President

GGP-TUCSON MALL L.L.C.
By: /S/ Linda J. Wight, Vice President

HO RETAIL PROPERTIES II LIMITED PARTNERSHIP
By: GGP General II, Inc., its general partner
   By: /S/ Linda J. Wight, Vice President

LANCASTER TRUST
under Indenture of Trust dated July 31, 1979, as amended
By: /S/ Edmund J. Hoyt
      Edmund J. Hoyt, not individually
      but solely as Trustee of Lancaster Trust

LANSING MALL LIMITED PARTNERSHIP
By: GGP-Lansing Mall, Inc.
   By: /S/ Linda J. Wight, Vice President

LINCOLNSHIRE COMMONS, LLC
By: /S/ Linda J. Wight, Vice President

PARCIT-IIP LANCASTER VENTURE
By: Parcity Trust, a partner
   By: /S/ Linda J. Wight, Vice President
By: PC Lancaster Trust, a partner
   By: /S/ Linda J. Wight, Vice President

PARCITY L.L.C.
By: Park City Holding, Inc., a member
   By: /S/ Linda J. Wight, Vice President

PARCITY TRUST
By: /S/ Linda J. Wight, Vice President

PARK CITY HOLDING, INC.
By: /S/ Linda J. Wight, Vice President

PC LANCASTER L.L.C.
By: Park City Holding, Inc., a member
   By: /S/ Linda J. Wight, Vice President

PC LANCASTER TRUST
By: /S/ Linda J. Wight, Vice President

RASCAP REALTY, LTD.
By: /S/ Linda J. Wight, Vice President

ROUSE SI SHOPPING CENTER, LLC
By: /S/ Linda J. Wight, Vice President

RS PROPERTIES INC.
By: /S/ Linda J. Wight, Vice President

STONESTOWN SHOPPING CENTER HOLDING L.L.C.
By: /S/ Linda J. Wight, Vice President

STONESTOWN SHOPPING CENTER L.L.C.
By: /S/ Linda J. Wight, Vice President

STONESTOWN SHOPPING CENTER, L.P.
By: Stonestown Shopping Center L.L.C., its general partner
   By: /S/ Linda J. Wight, Vice President

TUCSON ANCHOR ACQUISITION, LLC
By: /S/ Linda J. Wight, Vice President

VALLEY PLAZA ANCHOR ACQUISITION, LLC
By: /S/ Linda J. Wight, Vice President

VISALIA MALL L.L.C.
By: /S/ Linda J. Wight, Vice President

VISALIA MALL, L.P.
By: Visalia Mall L.L.C., its general partner
   By: /S/ Linda J. Wight, Vice President

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

<u>Subsequent Plan Debtors</u> means those entities listed on the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto.

<u>Emergence Costs</u> means the total payments required under the Plan at emergence.

<u>GGP-Tucson</u> means GGP-Tucson Mall, LLC

<u>KLN</u> means KLN Partners, LLC

<u>Special Servicers</u> means Capmark Finance, Inc., as Debtor-in-Possession, Centerline Servicing, Inc., CWCapital Asset Management LLC, J.E. Robert Company, Inc., Helios AMC, ING Clarion , LNR Partners, Inc., Midland Loan Services, Inc., ORIX Capital Markets LLC, Pacific Life, or any successors thereto.

**Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims"**

      The list of Subsequent Plan Debtors is repeated twice in this supplement to Appendix C, sorted first in ascending alphabetical order of the names of the properties the Subsequent Plan Debtors are each respectively associated with, and second in ascending alphabetical order of the legal entity names of the Subsequent Plan Debtors.  A "LID" designation, also provided, is used for purposes of identifying the Subsequent Plan Debtor entities.  Pursuant to Section XIII.B of the Disclosure Statement, this supplement to Appendix C also identifies those Subsequent Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those Subsequent Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this supplement to Appendix C are defined in Appendix A to the Disclosure Statement.

## Appendix C – List of Plan Debtors (Sorted by Property)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 623 | Bellis Fair Partners | Bellis Fair | NCSD |
| 270 | Fashion Place Anchor Acquisition, LLC | Fashion Place Mall | |
| 271 | Fashion Place, LLC | Fashion Place Mall | NCSD |
| 550 | Gateway Overlook Business Trust | Gateway Overlook | NCSD |
| 103 | Gateway Overlook II Business Trust | Gateway Overlook | CSD |
| 645 | GGP-Lansing Mall, Inc. | Lansing Mall | |
| 646 | Lansing Mall Limited Partnership | Lansing Mall | NCSD |
| 557 | Lincolnshire Commons, LLC | Lincolnshire Commons | NCSD |
| 24 | Lancaster Trust | Park City Center | CSD |
| 23 | Parcit-IIP Lancaster Venture | Park City Center | |
| 748 | Parcity L.L.C. | Park City Center | |
| 22 | Parcity Trust | Park City Center | |
| 747 | Park City Holding, Inc. | Park City Center | |
| 749 | PC Lancaster L.L.C. | Park City Center | |
| 21 | PC Lancaster Trust | Park City Center | |
| 50 | RS Properties Inc. | Regency Square Mall | CSD |
| 320 | Rouse SI Shopping Center, LLC | Staten Island Mall | NCSD |
| 712 | Stonestown Shopping Center Holding L.L.C. | Stonestown Shopping Center | NCSD |
| 713 | Stonestown Shopping Center L.L.C. | Stonestown Shopping Center | |
| 714 | Stonestown Shopping Center, L.P. | Stonestown Shopping Center | NCSD |
| 537 | GGP-Tucson Mall L.L.C. | Tucson Mall | NCSD |
| 540 | Tucson Anchor Acquisition, LLC | Tucson Mall | |
| 51 | Bakersfield Mall LLC | Valley Plaza Mall | NCSD |

---

[1]      CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 48 | Bakersfield Mall, Inc. | Valley Plaza Mall | |
| 49 | RASCAP Realty, Ltd. | Valley Plaza Mall | CSD |
| 732 | Valley Plaza Anchor Acquisition, LLC | Valley Plaza Mall | |
| 599 | Visalia Mall L.L.C. | Visalia Mall | |
| 600 | Visalia Mall, L.P. | Visalia Mall | NCSD |
| 468 | Ho Retail Properties II Limited Partnership | Washington Park Mal | CSD |
| 467 | GGP General II, Inc. | Washington Park Mall | |

# Appendix C – List of Plan Debtors (Sorted by Debtor)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|---|---|---|---|
| 51 | Bakersfield Mall LLC | Valley Plaza Mall | NCSD |
| 48 | Bakersfield Mall, Inc. | Valley Plaza Mall | |
| 623 | Bellis Fair Partners | Bellis Fair | NCSD |
| 270 | Fashion Place Anchor Acquisition, LLC | Fashion Place Mall | |
| 271 | Fashion Place, LLC | Fashion Place Mall | NCSD |
| 550 | Gateway Overlook Business Trust | Gateway Overlook | NCSD |
| 103 | Gateway Overlook II Business Trust | Gateway Overlook | CSD |
| 467 | GGP General II, Inc. | Washington Park Mall | |
| 645 | GGP-Lansing Mall, Inc. | Lansing Mall | |
| 537 | GGP-Tucson Mall L.L.C. | Tucson Mall | NCSD |
| 468 | Ho Retail Properties II Limited Partnership | Washington Park Mal | CSD |
| 24 | Lancaster Trust | Park City Center | CSD |
| 646 | Lansing Mall Limited Partnership | Lansing Mall | NCSD |
| 557 | Lincolnshire Commons, LLC | Lincolnshire Commons | NCSD |
| 23 | Parcit-IIP Lancaster Venture | Park City Center | |
| 748 | Parcity L.L.C. | Park City Center | |
| 22 | Parcity Trust | Park City Center | |
| 747 | Park City Holding, Inc. | Park City Center | |
| 749 | PC Lancaster L.L.C. | Park City Center | |
| 21 | PC Lancaster Trust | Park City Center | |
| 49 | RASCAP Realty, Ltd. | Valley Plaza Mall | CSD |
| 320 | Rouse SI Shopping Center, LLC | Staten Island Mall | NCSD |
| 50 | RS Properties Inc. | Regency Square Mall | CSD |

---

[2] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|---|---|---|---|
| 712 | Stonestown Shopping Center Holding L.L.C. | Stonestown Shopping Center | NCSD |
| 713 | Stonestown Shopping Center L.L.C. | Stonestown Shopping Center | |
| 714 | Stonestown Shopping Center, L.P. | Stonestown Shopping Center | NCSD |
| 540 | Tucson Anchor Acquisition, LLC | Tucson Mall | |
| 732 | Valley Plaza Anchor Acquisition, LLC | Valley Plaza Mall | |
| 599 | Visalia Mall L.L.C. | Visalia Mall | |
| 600 | Visalia Mall, L.P. | Visalia Mall | NCSD |

US_ACTIVE:\43245691\09\47658.0008

## Replacement Appendix D – Coded Organization Chart

 Pursuant to Section IV.B of the Disclosure Statement, this <u>Appendix D</u> depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this <u>Appendix D</u> are defined in <u>Appendix A</u> to the Disclosure Statement.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

# Chart A

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart C

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart D

**Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009**



**NOTE:** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

D-5

# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009





# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

# Chart G

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart H

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart I

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

**GGP Acquisition, L.L.C.**

Various holders of limited partnership interests

100%

**Price GP L.L.C.**

81.94226% GP

Price Development Company, Limited Partnership
(See Drop Down A for properties held directly by this entity)

18.05774% LP

26.666% LP    73.334% GP

Price-Boise Company, Ltd.

1% GP    99% LP

Price Financing Partnership, L.P.

.5%    99.5%

BTS Properties L.L.C.

100%

North Town Mall, LLC
**B – 2008 Credit Facility (s)**

100%

Boise Towne Plaza L.L.C.
**B-PLD**

Drop Down A

100%

PDCLP JV HoldCo, LLC

Burnham Foundation

Thomas W. James

25%    25%    50%

Price-James Company

JCP Realty Inc.

25%    75% GP

Spokane Mall Development Company Limited Partnership

100%

Spokane Mall L.L.C.

100%

TV Investment, LLC

100%

Boise Mall, LLC
**B-PLD**

JCP Realty Inc.

25% LP    75% GP

Provo Mall Development Company, Ltd.

100%    100%

500 West Associates, LLC

Provo Mall L.L.C.

100%

Majestic Partners- Provo, LLC

**Price Development Company, Limited Partnership – Directly Owned Properties**

| II. Community Centers | Location |
|---|---|
| Alameda Plaza | Pocatello, Idaho |
| Bailey Hills Village | Eugene, Oregon |
| KIDK – Idaho Falls | |
| (Baskin Robbins 17th Street) | Idaho Falls, Idaho |
| Cottonwood Square | Salt Lake City, Utah |
| Fremont Plaza | Las Vegas, Nevada |
| Plaza 800 | Sparks, Nevada |
| Plaza 800 – Skippers | Sparks, Nevada |
| Plaza 9400 | Sandy, Utah |
| Plaza 9400 – Shops | Sandy, Utah |
| Red Cliffs Plaza | St. George, Utah |
| Twin Falls Crossing | Twin Falls, Idaho |
| Yellowstone Square | Idaho Falls, Idaho |
| Yellowstone Shop | Idaho Falls, Idaho |

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



500 West Capital, L.C.

Pierre Bossier Mall, LLC
**B – 2008 Credit Facility (s)**

White Mountain Mall, LLC
**B – 2008 Credit Facility (s)**

Gateway Crossing L.L.C.
**B-PLD**

GGP-UC L.L.C.
**B-PLD**

Orem Plaza Center Street, LLC

PDC Community Centers L.L.C.
**B-PLD**

Price-ASG L.L.C.
**B – 2008 Credit Facility (s)**

Silver Lake Mall, LLC
**B – 2008 Credit Facility (s)**

Visalla Mall L.L.C.

Visalla Mall, L.P.
**B-PLD**

Freemont Plaza L.L.C.

Plaza 800 L.L.C.

Sierra Vista Mall, LLC
**B – 2008 Credit Facility (s)**

Country Hills Plaza, LLC
**B-PLD**

North Plains Mall, LLC
**B – 2008 Credit Facility (s)**

Cache Valley, LLC
**B – 2008 Credit Facility (s)**

Cottonwood Mall, LLC

Pine Ridge Mall L.L.C.
**B-PLD**

PDC-Red Cliffs Mall L.L.C.
**B-PLD**

PDC-Eastridge Mall L.L.C.
**B-PLD**

Three Rivers Mall L.L.C.
**B-PLD**

River Falls Mall, LLC

Price Development TRS, Inc.

100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100% 100%

99.5% .5% GP

D-12

# Chart K

**\*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart L-1

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009





# Chart M

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

**Rouse LLC**
G – 2006 Credit Facility (u)

99% LP          1% GP

**The Rouse Company LP**
B – Rouse Notes (u)

100%          100%

**The Rouse Company BT, LLC**

United Health

6.8%          93.2%

Summerlin Hospital Medical Center, L.P.

TRC Co-Issuer, Inc.
B – Rouse Notes (u)

0.9999% GP          99.00001% LP

*The Rouse Company Operating Partnership LP*

100%

The Hughes Corporation (TRS 2)

100%          100%          100%

Summerlin Corporation (TRS)

Princeton Land East, LLC

The Howard Hughes Corporation (TRS)

100%

Rouse-Fairwood Development Corporation (TRS 5) (MD)

Simon          Westfield

100%          100%

Rouse-Abbey, LLC

100%

29.4209%     43.2941%     27.285%

98.999505% LP          100%          98.999505% LP          100%          99% GP    1% LP          100%

0.000495% LP          0.000495% LP          91% LP

The Rouse Company of Louisiana, LLC

Harbor Place Associates Limited Partnership

Rouse-Wincopin, LLC

Greengate Mall, Inc. (TRS)

100%

Rouse-New Orleans, LLC

1451 Center Crossing Drive, LLC

Abbey Acquisition, LLC

Rouse-Portland, LLC

100%          100%

1% GP          1% GP

8% LP

New Orleans Riverwalk Limited Partnership

100%          100%

1% GP

Harborplace Borrower, LLC

B-PLD

1450 Center Crossing Drive, LLC

Pioneer Office Limited Partnership
B – 2008 Credit Facility (s)

Pioneer Place Limited Partnership
B – 2008 Credit Facility (s)

50%          50%

New Orleans Riverwalk Associates

D-17



# Chart N-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-20

# Chart P-3

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-21



# Chart P-4

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.



# Chart P-5

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-6

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart Q



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

100% — Harborplace, Inc.

2.38% — MallFinder Network LLC

100% — GGP Natick Residence LLC

100% — Rouse-West Dade, Inc.

100% — GGP Turkey Management, LLC

100% — Hoover Mall Services, L.L.C.

100% — Faneuil Hall Beverage, LLC

100% — Valley Plaza Anchor Acquisition, LLC

100% — The Learning Mall L.L.C.

100% — Kapiolani Condominium Development, LLC

50% — Perimeter Center Miscellaneous Income LLC

50% — Perimeter Mall Facilities, LLC

NYSTERS 35% — J.P. Morgan

32.5% — 32.5% — Four State Facility Corp (TRS)

D-25

## Supplement to Appendix E – Corporate Reorganization Process

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below. For each property owned by the Subsequent Plan Debtors, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable. Capitalized terms used in this supplement to Appendix E to the Disclosure Statement are defined in Appendix A to the Disclosure Statement.

| Page # | Property Name |
|--------|---------------|
| E-1 | Bellis Fair |
| E-4 | Fashion Place Mall |
| E-6 | Gateway Overlook |
| E-8 | Lansing Mall |
| E-11 | Lincolnshire Commons |
| E-13 | Park City |
| E-18 | Regency Square |
| E-21 | Staten Island Mall |
| E-24 | Stonestown |
| E-26 | Tucson Mall |
| E-28 | Valley Plaza Mall |
| E-31 | Visalia Mall |
| E-33 | Washington Park Mall |

# CORPORATE REORGANIZATION PROCESS

<u>BELLIS FAIR</u>:

**Bellis Fair Partners** (WA) (Case No. 09-11968), the owner of the mall known as Bellis Fair, whose partners are General Growth Properties, Inc. (1%) and GGPLP L.L.C. (99%), is converted to a Delaware limited liability company named Bellis Fair Mall, LLC.

## BELLIS FAIR
Corporate Restructure Process



**KEY:**

| | |
|---|---|
| 🟨 | Indicates Debtor not emerging from BK |
| ⬚ (red dotted) | Indicates entity/entities emerging from BK |
| ▨ (orange hatched) | Indicates change of entity type |
| ➡ (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| ➡ (red) | Indicates Merger |
| ▦ (green dotted) | Non-related Entity |

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

~ 90.7% Common Managing Member

Outside preferred interests

*Remaining interests held through GGP Holding II, Inc.*

~ 9.3% common

GGPLP L.L.C.

1%GP

99% GP

Bellis Fair Partners (WA)

Bellis Fair Partners converts to Delaware limited liability company named Bellis Fair Mall, LLC

*Bellis Fair Mall (Bellingham, WA)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

E-2

**BELLIS FAIR**
Upon Emergence



KEY:

| | |
|---|---|
| Indicates Debtor not emerging from BK | |
| Indicates entity/entities emerging from BK | |
| Indicates change of entity type | |
| Indicates transfer of Ownership Interests | |
| Indicates entity is eliminated | |
| Indicates Merger | |
| Non-related Entity | |

General Growth Properties, Inc.

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

~ 90.7% Common Managing Member

Outside preferred interests

Remaining interests held through GGP Holding II, Inc.

GGPLP L.L.C.

~ 9.3% common

1%

99%

Bellis Fair Mall, LLC

*Bellis Fair Mall (Bellingham, WA)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

<u>FASHION PLACE MALL</u>:

**Fashion Place, LLC** (DE) (Case No. 09-12109), is the owner of the mall known as Fashion Place Mall and is wholly owned by The Rouse Company Operating Partnership LP. There are no changes to this entity's ownership structure.

**Fashion Place Anchor Acquisition, LLC** DE) (Case No. 09-12110), is the owner of a leasehold interest in the former Nordstrom parcel at the mall known as Fashion Place Mall and is wholly owned by The Rouse Company Operating Partnership LP. There are no changes to this entity's ownership structure.

# FASHION PLACE
No Structure Changes Upon Emergence



**KEY:**

| | |
|---|---|
| 🟨 | Indicates Debtor not emerging from BK |
| ⬜ | Indicates entity/entities emerging from BK |
| ⧄ | Indicates change of entity type |
| → | Indicates transfer of Ownership Interests |
| ✕ | Indicates entity is eliminated |
| → | Indicates Merger |
| 🟩 | Non-related Entity |

General Growth Properties, Inc.

~96 % GP

Outside Limited Partners

~4 % LPs

GGP Limited Partnership

99% LP

Rouse LLC

1% GP

The Rouse Company LP

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

The Rouse Company Operating Partnership LP

Fashion Place, LLC

*Fashion Place Mall (Salt Lake City, UT)*

Fashion Place Anchor Acquisition, LLC

*Ground Lessor for Nordstrom property subleased to the Cheesecake Factory*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

E-5

<u>GATEWAY OVERLOOK</u>:

**Gateway Overlook Business Trust** (MD) (Case No. 09-12117), is the fee owner of the power center known as Gateway Overlook and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

**Gateway Overlook II Business Trust** (MD) (Case No. 09-12118), is the owner of a leasehold interest in the power center known as Gateway Overlook and is wholly owned by The Howard Research and Development Corporation.  There are no changes to this entity's ownership structure.

# GATEWAY OVERLOOK
No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

**KEY:**

| | |
|---|---|
| ▨ (yellow) | Indicates Debtor not emerging from BK |
| ▨ (red dotted) | Indicates entity/entities emerging from BK |
| ▨ (orange hatched) | Indicates change of entity type |
| → (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| → (red) | Indicates Merger |
| ▨ (green) | Non-related Entity |

99% LP

Rouse LLC

1% GP

The Rouse Company LP

120 Preferred Stockholders

**GGP Holding, Inc. (REIT)**

**HRD Remainder, Inc.** (MD) (QRS)

**The Howard Research and Development Corporation** (MD) (TRS)

Gateway Overlook Business Trust (MD) (Co-Guarantor)

*Ground Lessee for Gateway Overlook development in MD*

Gateway Overlook III Business Trust (MD)

*Vacant parcel adjacent to Gateway Overlook development in MD*

Gateway Overlook II Business Trust (MD) (Co-Guarantor)

*Ground Lessor for Gateway Overlook development in MD*

Gateway Overlook Borrower, LLC

Gateway Overlook II Borrower, LLC

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

LANSING MALL:

**Lansing Mall Limited Partnership** (DE) [Case No. 09-11989], the owner of the mall known as Lansing Mall, whose partners are GGP-Lansing Mall, Inc. (1% GP) and GGPLP L.L.C. (99% LP), is converted to a Delaware limited liability company named Lansing Mall, LLC. Immediately following the conversion, GGP-Lansing Mall, Inc., wholly owned by General Growth Properties, Inc., is dissolved. As a result of this dissolution, the newly converted Lansing Mall, LLC's (f/k/a Lansing Mall Limited Partnership) ownership interests are now owned by General Growth Properties, Inc. (1%) and GGPLP L.L.C. (99%).

**GGP-Lansing Mall, Inc.** (DE) [Case No. 09-12143], the general partner of Lansing Mall Limited Partnership, and wholly owned by General Growth Properties, Inc., is dissolved. GGP-Lansing Mall, Inc. owns 1% of the general partnership interests in Lansing Mall Limited Partnership, the owner of the mall known as Lansing Mall. Immediately prior to the dissolution, Lansing Mall Limited Partnership is converted to a Delaware limited liability company named Lansing Mall, LLC. As a result of the dissolution, the newly converted Lansing Mall, LLC's (f/k/a Lansing Mall Limited Partnership) ownership interests are now owned by General Growth Properties, Inc. (1%) and GGPLP L.L.C. (99%).

# LANSING MALL
## Corporate Restructure Process



**General Growth Properties, Inc.**

KEY:

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

~ 90.7% Common Managing Member

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

100%

GGP-Lansing Mall, Inc. (QRS)

1% GP

99%LP

Lansing Mall Limited Partnership

*Lansing Mall (Lansing, MI)*

Lansing Mall Limited Partnership converts to Delaware limited liability Company named Lansing Mall, LLC

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

E-9

# LANSING MALL
Upon Emergence



**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

General Growth Properties, Inc.

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

~ 90.7% Common Managing Member

*Remaining interests held through GGP Holding II, Inc.*

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

1%

99%

Lansing Mall, LLC

*Lansing Mall (Lansing, MI)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

<u>LINCOLNSHIRE COMMONS</u>:

**Lincolnshire Commons, LLC** (DE) (Case No. 09-12031), is the owner of the mall known as Lincolnshire Commons and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# LINCOLNSHIRE COMMONS
No Structure Changes Upon Emergence



**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

Lincolnshire Commons, LLC

*Lincolnshire Commons (Lincolnshire, IL)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

# CORPORATE REORGANIZATION PROCESS

<u>PARK CITY</u>:

**Lancaster Trust** (IL) (Case No. 09-12473), the owner of the mall known as Park City Center, wholly owned by Parcit-IIP Lancaster Venture, is terminated. Termination occurs pursuant to a distribution of its assets and liabilities. Prior to the distribution, Parcit-IIP Lancaster Venture, whose partners are Parcity Trust and PC Lancaster Trust, is converted to a Delaware business trust named Park City Center Business Trust. Immediately following the conversion, Lancaster Trust distributes all of its assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. Immediately following the conversion, distribution and termination, Parcity Trust is eliminated pursuant to a merger with and into its sole owner, Parcity L.L.C. Simultaneously with this merger, PC Lancaster Trust is eliminated pursuant to a merger with and into its sole owner, PC Lancaster L.L.C. Immediately following these mergers, Parcity L.L.C. and PC Lancaster L.L.C., each owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), are dissolved. Immediately following these dissolutions, Park City Holding, Inc., wholly owned by GGP Ivanhoe II, Inc. is dissolved. As a result of these mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.

**Parcit-IIP Lancaster Venture** (IL) (Case No. 09-12486), an intermediate holding company, whose partners are Parcity Trust (50%) and PC Lancaster Trust (50%), is converted to a Delaware business trust named Park City Center Business Trust. Parcit-IIP Lancaster Venture has one wholly owned subsidiary, Lancaster Trust, the owner of the mall known as Park City Center. Immediately following the conversion, Lancaster Trust distributes all of its assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. Following the conversion, distribution and termination, Parcity Trust is eliminated pursuant to a merger with and into its sole owner, Parcity L.L.C. Simultaneously with this merger, PC Lancaster Trust is eliminated pursuant to a merger with and into its sole owner, PC Lancaster L.L.C. Immediately following these mergers, Parcity L.L.C. and PC Lancaster L.L.C., each owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), are dissolved. Immediately following these dissolutions, Park City Holding, Inc., wholly owned by GGP Ivanhoe II, Inc., is dissolved. As a result of these mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.

**Parcity Trust** (DE) (Case No. 09-12488), an intermediate holding company, whose sole owner is Parcity L.L.C., is eliminated. Elimination occurs pursuant to a merger with and into Parcity L.L.C. Simultaneously with this merger, PC Lancaster Trust is eliminated pursuant to a merger with and into its sole owner, PC Lancaster L.L.C. Prior to the mergers, Parcit-IIP Lancaster Venture, whose partners are Parcity Trust and PC Lancaster Trust, is converted to a Delaware business trust named Park City Center Business Trust. Immediately following the conversion, Lancaster Trust, the owner of the mall known as Park City Center, distributes all of its

E-13

assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. Following the conversion, distribution, termination and mergers, Parcity L.L.C. and PC Lancaster L.L.C., each owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), are dissolved. Immediately following these dissolutions, Park City Holding, Inc., wholly owned by GGP Ivanhoe II, Inc. is dissolved. As a result of these mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.

**PC Lancaster Trust** (DE) (Case No. 09-12491), an intermediate holding company, whose sole owner is PC Lancaster L.L.C., is eliminated. Elimination occurs pursuant to a merger with and into PC Lancaster L.L.C. Simultaneously with this merger, Parcity Trust is eliminated pursuant to a merger with and into its sole owner, Parcity L.L.C. Prior to the mergers, Parcit-IIP Lancaster Venture, whose partners are Parcity Trust and PC Lancaster Trust, is converted to a Delaware business trust named Park City Center Business Trust. Immediately following the conversion, Lancaster Trust, the owner of the mall known as Park City Center, distributes all of its assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. Following the conversion, distribution, termination and mergers, Parcity L.L.C. and PC Lancaster L.L.C., each owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), are dissolved. Immediately following these dissolutions, Park City Holding, Inc., wholly owned by GGP Ivanhoe II, Inc. is dissolved. As a result of these mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.

**Parcity L.L.C.** (DE) (Case No. 09-12487), an intermediate holding company, owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), is dissolved. Parcity L.L.C. has one wholly owned subsidiary, Parcity Trust, which, prior to the dissolution, is eliminated pursuant to a merger with and into Parcity L.L.C. Simultaneously with this merger, PC Lancaster Trust is eliminated pursuant to a merger with and into its sole owner, PC Lancaster L.L.C. Immediately following this merger, PC Lancaster L.L.C., owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), is dissolved. Prior to these mergers and dissolutions, Parcit-IIP Lancaster Venture, whose partners are Parcity Trust and PC Lancaster Trust, is converted to a Delaware business trust named Park City Center Business Trust. Immediately following the conversion, Lancaster Trust, the owner of the mall known as Park City Center, distributes all of its assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. Following the conversion, distribution, termination, mergers and dissolutions, Park City Holding, Inc., wholly owned by GGP Ivanhoe II, Inc. is dissolved. As a result of the mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.

**PC Lancaster L.L.C.** (DE) (Case No. 09-12490), an intermediate holding company, owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), is dissolved. PC Lancaster L.L.C. has one wholly owned subsidiary, PC Lancaster Trust, which, prior to the dissolution, is eliminated pursuant to a merger with and into PC Lancaster L.L.C. Simultaneously with this merger, Parcity Trust is eliminated pursuant to a merger with and into its sole owner, Parcity L.L.C. Immediately following this merger, Parcity L.L.C., owned by Park City Holding, Inc. (.01%) and GGP Ivanhoe II, Inc. (99.99%), is dissolved. Prior to these mergers and dissolutions, Parcit-IIP Lancaster Venture, whose partners are Parcity Trust and PC Lancaster Trust, is converted to a Delaware business trust named Park City Center Business Trust. Immediately following the conversion, Lancaster Trust, the owner of the mall known as Park City Center, distributes all of its assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. Following the conversion, distribution, termination, mergers and dissolutions, Park City Holding, Inc., wholly owned by GGP Ivanhoe II, Inc. is dissolved. As a result of the mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.

**Park City Holding, Inc.** (DE) (Case No. 09-12489), an intermediate holding company, wholly owned by GGP Ivanhoe II, Inc., is dissolved. Park City Holding, Inc. owns 0.01% of the membership interests in both Parcity L.L.C. and PC Lancaster L.L.C. GGP Ivanhoe II, Inc. owns the remaining 99.99% of the memberships interests. Prior to this dissolution, Parcity L.L.C. and PC Lancaster L.L.C., are dissolved. Prior to these dissolutions, Parcity Trust is eliminated pursuant to a merger with and into its sole owner, Parcity L.L.C. Simultaneously with this merger, PC Lancaster Trust is eliminated pursuant to a merger with and into its sole owner, PC Lancaster L.L.C. Prior to these mergers and dissolutions, Parcit-IIP Lancaster Venture, whose partners are Parcity Trust and PC Lancaster Trust, is converted to a Delaware business trust named Park City Center Business Trust. Immediately following the conversion, Lancaster Trust, the owner of the mall known as Park City Center, distributes all of its assets and liabilities to Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture). As a result of such distribution, Lancaster Trust terminates. As a result of the mergers and dissolutions, the ownership interests of Park City Center Business Trust (f/k/a Parcit-IIP Lancaster Venture) are now owned directly by GGP Ivanhoe II, Inc.



# PARK CITY CENTER
Corporate Restructure Process

**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

99% LP

Rouse LLC

1% GP

The Rouse Company LP

120 Preferred Stockholders

GGP Holding, Inc. (REIT)

99.9953082% Common &.480 preferred shares

.0046918% Common

119 Preferred Stockholders

GGP Holding II, Inc. (REIT)

GGP Ivanhoe II, Inc. (QRS)

Park City Holding, Inc. (QRS)

99.99%                99.99%

Parcity L.L.C.      .01%      .01%      PC Lancaster L.L.C.

Parcity Trust                    PC Lancaster Trust

PARCIT-IIP Lancaster Venture (IL)

50% GP              50% GP

PARCIT-IIP Lancaster Venture converts to Delaware business trust named Park City Center Business Trust.

*Trademark Holder & Park City Center (Lancaster, PA)*

Lancaster Trust (IL)

Lancaster Trust distributes all its assets and liabilities to the newly converted Delaware business trust.

**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

E-16

# PARK CITY CENTER
Upon Emergence



**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

99% LP

Rouse LLC

1% GP

The Rouse Company LP

120 Preferred Stockholders

GGP Holding, Inc. (REIT)

99.9953082% Common &.480 preferred shares

119 Preferred Stockholders

GGP Holding II, Inc. (REIT)

.0046918% Common

GGP Ivanhoe II, Inc. (QRS)

Park City Center Business Trust

*Trademark Holder & Park City Center (Lancaster, PA)*

**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

E-17

# CORPORATE REORGANIZATION PROCESS

<u>REGENCY SQUARE</u>:

**RS Properties Inc.** (DE) [Case No. 09-12265], the owner of the mall known as Regency Square and wholly owned by Caledonian Holding Company, Inc., is converted to a Delaware limited liability company named Regency Square, LLC.

# REGENCY SQUARE
## Corporate Restructure Process

**General Growth Properties, Inc.**

~96% GP



KEY:

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity



Outside Limited Partners

~4% LP

GGP Limited Partnership

Rouse LLC

99% LP

1% GP

The Rouse Company LP

99.9953082% Common & .480 preferred shares

120 Preferred Stockholders

GGP Holding, Inc. (REIT)

119 Preferred Stockholders

GGP Holding II, Inc. (REIT)

.0046918% Common

Caledonian Holding Company, Inc. (QRS)

RS Properties Inc. (QRS)

RS Properties, Inc. converts to Delaware limited liability company named Regency Square, LLC

*Regency Square Mall (Jacksonville, FL)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



# REGENCY SQUARE
Upon Emergence



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

99% LP

Rouse LLC

1% GP

The Rouse Company LP

99.9953082% Common &.480 preferred shares

120 Preferred Stockholders

GGP Holding, Inc. (REIT)

119 Preferred Stockholders

GGP Holding II, Inc. (REIT)

.0046918% Common

Caledonian Holding Company, Inc. (QRS)

Regency Square, LLC

*Regency Square Mall (Jacksonville, FL)*



**KEY:**

| | |
|---|---|
| ▢ | Indicates Debtor not emerging from BK |
| ▢ | Indicates entity/entities emerging from BK |
| ▨ | Indicates change of entity type |
| → | Indicates transfer of Ownership Interests |
| ✕ | Indicates entity is eliminated |
| → | Indicates Merger |
| ▨ | Non-related Entity |

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



STATEN ISLAND MALL:

**Rouse SI Shopping Center, LLC** (MD) [Case No. 09-12023], the owner of the mall known as Staten Island Mall and wholly owned by Howard Hughes Properties, Limited Partnership, is converted to a Delaware limited liability company named Staten Island Mall, LLC.

# STATEN ISLAND MALL
## Corporate Restructure Process



**KEY:**

- Indicates Debtor not emerging from BK
- Indicates entity/entities emerging from BK
- Indicates change of entity type
- Indicates transfer of Ownership Interests
- Indicates entity is eliminated
- Indicates Merger
- Non-related Entity

General Growth Properties, Inc.

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

99% LP

Rouse LLC

1% GP

The Rouse Company LP

100%

.99999% GP

The Rouse Company BT, LLC (MD)

The Hughes Corporation (TRS 2)

The Rouse Company Operating Partnership LP

99.00001% LP

100%

The Howard Hughes Corporation

94.423% LP

5.577% GP

Howard Hughes Properties, Limited Partnership

Rouse SI Shopping Center, LLC (MD)

*Staten Island Mall (Staten Island, NY)*

Rouse SI Shopping Center, LLC converts to a Delaware limited liability company named Staten Island Mall, LLC

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

# STATEN ISLAND MALL
## Upon Emergence



**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

~4 % LPs

GGP Limited Partnership

99% LP

Rouse LLC

1% GP

The Rouse Company LP

100%

.99999% GP

The Rouse Company BT, LLC (MD)

**The Hughes Corporation (TRS 2)**

The Rouse Company Operating Partnership LP

99.00001% LP

100%

The Howard Hughes Corporation

94.423% LP

5.577% GP

Howard Hughes Properties, Limited Partnership

Staten Island Mall, LLC

*Staten Island Mall (Staten Island, NY)*



**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



E-23

<u>STONESTOWN</u>:

**Stonestown Shopping Center, L.P.** (DE) [Case No. 09-12283], is the owner of the mall known as Stonestown, whose partners are Stonestown Shopping Center L.L.C. (0.5% GP) and Stonestown Shopping Center Holding L.L.C. (99.5% LP).  There are no changes to this entity's ownership structure.

**Stonestown Shopping Center L.L.C.** (DE) [Case No. 09-12282], is the general partner (0.5%) of Stonestown Shopping Center, L.P., the owner of the mall known as Stonestown, and is wholly owned by Stonestown Shopping Center Holding L.L.C.  There are no changes to this entity's ownership structure.

**Stonestown Shopping Center Holding L.L.C.** (DE) [Case No. 09-12479], is the limited partner (99.5%) of Stonestown Shopping Center, L.P., the owner of the mall known as Stonestown, and is wholly owned by GGPLP L.L.C.  Stonestown Shopping Center Holding L.L.C. is also the sole member of Stonestown Shopping Center L.L.C.  There are no changes to this entity's ownership structure.

**STONESTOWN**
No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

Remaining interests held through GGP Holding II, Inc.

~ 90.7% Common Managing Member

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

100%

Stonestown Shopping Center Holding L.L.C.

100%

99.5%LP

Stonestown Shopping Center L.L.C

.5%GP

Stonestown Shopping Center, L.P.

*Stonestown (San Francisco, CA)*

**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



<u>TUCSON MALL</u>:

**GGP-Tucson Mall L.L.C.** (DE) (Case No. 09-12155), is the owner of a leasehold interest in the mall known as Tucson Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

**Tucson Anchor Acquisition, LLC** (DE) (Case No. 09-11976), is the owner of the former Macy's parcel at the mall known as Tucson Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# TUCSON MALL
## No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

**GGP Limited Partnership**

Outside Limited Partners

~4% LP

**KEY:**

- Indicates Debtor not emerging from BK
- Indicates entity/entities emerging from BK
- Indicates change of entity type
- Indicates transfer of Ownership Interests
- Indicates entity is eliminated
- Indicates Merger
- Non-related Entity

**GGP-Tucson Land L.L.C.**

*4848 Oracle Road & Entertainment Pavilion (4646 Oracle Rd) adjacent to Tucson Mall (Tucson, AZ)*

**GGP-Tucson Mall L.L.C.**

*Ground Lessee at Tucson Mall (Tucson, AZ)*

**Tucson Anchor Acquisition, LLC**

*Macy's at Tucson Mall (Tucson, AZ)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

VALLEY PLAZA MALL:

**Bakersfield Mall LLC (DE)** [Case No. 09-12062], the owner of Valley Plaza Mall whose members are Bakersfield Mall, Inc. (0.5%) and GGPLP L.L.C. (99.5%) is converted to a Delaware limited partnership named Valley Plaza Mall, LP.  Immediately following the conversion, Bakersfield Mall, Inc. is converted to a Delaware limited liability company named Valley Plaza GP, LLC.  As a result of these conversions, the ownership interests of Valley Plaza Mall, LP (f/k/a Bakersfield Mall LLC) are now owned by Valley Plaza GP, LLC (f/k/a Bakersfield Mall, Inc.) (0.5% GP) and GGPLP L.L.C. (99.5% LP).

**Bakersfield Mall, Inc. (DE)** [Case No. 09-12061], a holding company wholly owned by Caledonian Holding Company, Inc. is converted to a Delaware limited liability company named Valley Plaza GP, LLC.  Bakersfield Mall, Inc. owns 0.5% of the membership interests in Bakersfield Mall LLC.  Prior to the conversion, Bakersfield Mall LLC, the owner of Valley Plaza Mall, is converted to a Delaware limited partnership named Valley Plaza Mall, LP.  Caledonian Holding Company, Inc. is the sole owner RASCAP Realty, Ltd.  Following the conversions, RASCAP Realty, Ltd. is converted to a Delaware limited partnership named Valley Plaza Land, LP.  Concurrently with this conversion, Caledonian Holding Company, Inc. contributes  0.5% of the general partnership interests in the newly converted Valley Plaza Land, LP to Valley Plaza GP, LLC (f/k/a Bakersfield Mall, Inc.).  As a result of these conversions and the contribution, Valley Plaza GP, LLC (f/k/a Bakersfield Mall, Inc.) is now the general partner (0.5%) of Valley Plaza Mall, LP (f/k/a Bakersfield Mall LLC) and Valley Plaza Land, LP (f/k/a RASCAP Realty, Ltd.).

**RASCAP Realty, Ltd. (NY)** [Case No. 09-11967], the owner of peripheral land at the mall know as Valley Plaza Mall and wholly owned by Caledonian Holding Company, Inc., is converted to a Delaware limited partnership named Valley Plaza Land, LP.  Concurrently with the conversion, Caledonian Holding Company, Inc. contributes 0.5% of the general partnership interests in the newly converted Valley Plaza Land, LP (f/k/a RASCAP Realty, Ltd.) to Valley Plaza GP, LLC (f/k/a Bakersfield Mall, Inc.).  As a result of the conversion and contribution, Valley Plaza Land, LP's (f/k/a RASCAP Realty, Ltd.) ownership interests are now held by Valley Plaza GP, LLC (f/k/a Bakersfield Mall, Inc.) (0.5% GP) and Caledonian Holding Company, Inc. (99.5% LP).



**VALLEY PLAZA MALL**
Corporate Restructure Process

**KEY:**
- Indicates Debtor not emerging from BK
- Indicates entity/entities emerging from BK
- Indicates change of entity type
- Indicates transfer of Ownership Interests
- Indicates entity is eliminated
- Indicates Merger
- Non-related Entity

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

Rouse LLC

**GGP Limited Partnership**

99% LP

1% GP

99.8%

**General Growth Management Inc.**

The Rouse Company LP

.0046918%

~90.7% Common Managing Member

100%

120 Preferred Stockholders

**GGP Holding, Inc.**

99.9953082% Common &.480 preferred shares

119 Preferred Stockholders

**GGP Holding II, Inc.**

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~9.3% common

**GGPLP L.L.C.**

**Caledonian Holding Company, Inc. (QRS)**

100%

RASCAP Realty, Ltd. converts to Delaware limited partnership named Valley Plaza Land, LP

**Bakersfield Mall, Inc. (QRS)**

99.5%

Valley Plaza Anchor Acquisition, LLC

*Federated Department Store Valley Plaza (Bakersfield, CA)*

**RASCAP Realty, Ltd. (NY) (QRS)**

*Valley Plaza Peripheral Land (Bakersfield, CA)*

0.5%

Bakersfield Mall, Inc. converts to Delaware limited liability company named Valley Plaza GP, LLC

**Bakersfield Mall LLC**

*Valley Plaza (Bakersfield, CA)*

Bakersfield Mall LLC converts to Delaware limited partnership named Valley Plaza Mall, LP

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

# VALLEY PLAZA MALL
Upon Emergence



**KEY:**

- ▨ Indicates Debtor not emerging from BK
- ▨ Indicates entity/entities emerging from BK
- ▨ Indicates change of entity type
- → Indicates transfer of Ownership Interests
- ✕ Indicates entity is eliminated
- → Indicates Merger
- ▨ Non-related Entity

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

Rouse LLC

99% LP

1% GP

99.8%

General Growth Management Inc.

100%

The Rouse Company LP

.0046918%

120 Preferred Stockholders

**GGP Holding, Inc.**

99.9953082% Common &.480 preferred shares

119 Preferred Stockholders

GGP Holding II, Inc.

~ 90.7% Common Managing Member

*Remaining interests held through GGP Holding II, Inc.*

Outside preferred interests

Caledonian Holding Company, Inc. (QRS)

~ 9.3% common

GGPLP L.L.C.

Valley Plaza GP, LLC

Valley Plaza Anchor Acquisition, LLC

*Federated Department Store Valley Plaza (Bakersfield, CA)*

99.5% LP

0.5% GP

0.5% GP

99.5% LP

Valley Plaza Land, LP

Valley Plaza Mall, LP

*Valley Plaza Peripheral Land (Bakersfield, CA)*

*Valley Plaza Mall (Bakersfield, CA)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

GGP

<u>VISALIA MALL</u>:

**Visalia Mall, L.P.** (DE) (Case No. 09-12309), is the owner of the mall known as Visalia Mall whose partners are Visalia Mall L.L.C. (0.5% GP) and Price Development Company, Limited Partnership (99.5% LP).  There are no changes to this entity's ownership structure.

**Visalia Mall L.L.C.** (DE) (Case No. 09-12307), is the general partner (0.5%) of Visalia Mall, L.P., the owner of the mall known as Visalia Mall, and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

**VISALIA MALL**
No Structure Changes Upon Emergence



General Growth Properties, Inc.

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

~ 90.7% Common Managing Member

Outside preferred interests

Remaining interests held through GGP Holding II, Inc.

~ 9.3% common

GGPLP L.L.C.

100%

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

100%

99.5%LP

Visalia Mall L.L.C.

0.5%GP

Visalia Mall, L.P.

*Visalia Mall (Visalia, CA)*



KEY:

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



E-32

<u>WASHINGTON PARK MALL</u>:

**Ho Retail Properties II Limited Partnership** (IL) [Case No. 09-12165], the owner of the mall known as Washington Park Mall, whose partners are GGP General II Inc. (GP 1%) and GGP/Homart, Inc. (LP 99%), is converted to a Delaware limited liability company named Washington Park Mall, LLC. Immediately following the conversion GGP General II, Inc., which is wholly owned by GGP/Homart, Inc., is dissolved. As a result of this dissolution, the newly converted Washington Park Mall, LLC's (f/k/a Ho Retail Properties II Limited Partnership) ownership interests are now owned GGP/Homart, Inc.

**GGP General II, Inc.** (DE) [Case No. 09-12122], general partner (1%) of Ho Retail Properties II Limited Partnership and wholly owned by GGP/Homart, Inc., is dissolved. Immediately prior to the dissolution Ho Retail Properties II Limited Partnership, the owner of the mall known as Washington Park Mall, is converted to a Delaware limited liability company named Washington Park Mall, LLC. As a result of the dissolution, the newly converted Washington Park Mall, LLC's (f/k/a Ho Retail Properties II Limited Partnership) ownership interests are now owned GGP/Homart, Inc.

# WASHINGTON PARK MALL
Corporate Restructure Process



**KEY:**
- Indicates Debtor not emerging from BK
- Indicates entity/entities emerging from BK
- Indicates change of entity type
- Indicates transfer of Ownership Interests
- Indicates entity is eliminated
- Indicates Merger
- Non-related Entity

**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

100% Common

**GGP/ Homart, Inc. (REIT)**

116 Preferred Stockholders

100%

GGP General II, Inc. (QRS)

99%LP

1%GP

Ho Retail Properties II Limited Partnership (IL)

*Washington Park Mall +3 parcels of peripheral land (Bartlesville, OK)*

Ho Retail Properties II Limited Partnership converts to Delaware limited liability company named Washington Park Mall, LLC

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



# WASHINGTON PARK MALL
## Upon Emergence



KEY:

☐ Indicates Debtor not emerging from BK

☐ Indicates entity/entities emerging from BK

▨ Indicates change of entity type

→ Indicates transfer of Ownership Interests

✕ Indicates entity is eliminated

→ Indicates Merger

▨ Non-related Entity



*Washington Park Mall*
*+3 parcels of peripheral land*
*(Bartlesville, OK)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.