WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                     :

**In re**                                :        **Chapter 11**
                                       :

**GENERAL GROWTH**             :
**PROPERTIES, INC.,** *et al.*,      :        **Case No. 09-11977 (ALG)**
                                       :

             **Debtors.**        :        **Jointly Administered**
                                       :

------------------------------------------------------------x

**NOTICE OF FILING SECOND SUPPLEMENT TO DISCLOSURE**
**STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

            PLEASE TAKE NOTICE that the documents attached hereto (the "Second Disclosure Statement Supplement") supplement and replace certain portions of the *Disclosure Statement  for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3659] filed on December 1, 2009, *Exhibit 3 – "Financial Projections" to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3719] filed on December 7, 2009, and *Notice of Filing Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket

No. 3723] filed on December 8, 2009 (collectively, the "<u>Disclosure Statement</u>").[1] For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Disclosure Statement Supplement, and (ii) amended as provided in the Disclosure Statement Supplement. The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement and document in this Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("<u>KCC</u>")at <u>http://www.kccllc.net/GeneralGrowth</u> or for a fee on the Court's website at <u>www.nysb.uscourts.gov</u>. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at <u>http://www.pacer.psc.uscourts.gov</u>. To obtain hard copies of the Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at <u>ggp_info@kccllc.com</u>.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "<u>Disclosure Statement Hearing</u>") shall be held on **December 15, 2009 at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing. On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated: New York, New York
      December 9, 2009

                            */s/ Gary T. Holtzer*
                            Marcia L. Goldstein
                            Gary T. Holtzer
                            Adam P. Strochak
                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone:  (212) 310-8000
                            Facsimile:   (212) 310-8007

                                      and

                            Stephen A. Youngman (*admitted pro hac vice*)
                            WEIL, GOTSHAL & MANGES LLP
                            200 Crescent Court, Suite 300
                            Dallas, Texas  75201
                            Telephone:  (214) 746-7700
                            Facsimile:   (214) 746-7777

                                      and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, *(admitted pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11
                                                        :
GENERAL GROWTH                                          :
PROPERTIES, INC., *et al.*,                             :        Case No. 09-11977 (ALG)
                                                        :
                        Debtors.                        :        Jointly Administered
                                                        :
-----------------------------------------------------------------x

**SECOND SUPPLEMENT TO DISCLOSURE STATEMENT
FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION
<u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

## INDEX OF DISCLOSURE STATEMENT SUPPLEMENT MATERIALS

*Capitalized terms used throughout this Disclosure Statement Supplement are defined in* <u>*Appendix A*</u> *-- "Material Defined Terms for Plan Debtors' Disclosure Statement" as attached to the Disclosure Statement, as supplemented or amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the additional Subsequent Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains additional defined terms as well as revised definitions for Subsequent Plan Debtors and Special Servicers that replace the definitions in the First Disclosure Statement Supplement. |
| Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims" to the Disclosure Statement | Contains a list of additional Subsequent Plan Debtors. |
| Replacement Appendix D – "Coded Organization Chart" to the Disclosure Statement | Amended to account for the Subsequent Plan Debtors. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains corporate reorganization information for the additional Subsequent Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |

# Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations"

CHAMPAIGN MARKET PLACE L.L.C.
By: /S/ Linda J. Wight, Vice President
COLUMBIA MALL L.L.C.
By: /S/ Linda J. Wight, Vice President

## Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement"

First Disclosure Statement Supplement means *Notice of Filing Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* filed on December 8, 2009.

Second Disclosure Statement Supplement means this *Notice of Filing Second Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* filed on December 9, 2009.

Special Servicers means AEGON USA Realty Advisors, Inc., Capmark Finance, Inc., as debtor-in-possession, Centerline Servicing, Inc., CWCapital Asset Management LLC, J.E. Robert Company, Inc., Helios AMC, ING Clarion , LNR Partners, Inc., Midland Loan Services, Inc., ORIX Capital Markets LLC, Pacific Life, or any successors thereto.

Subsequent Plan Debtors means those entities listed on Appendix C as attached to the First and Second Disclosure Statement Supplements.

**Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims"**

The list of additional Subsequent Plan Debtors is repeated twice in this supplement to <u>Appendix C</u>, sorted first in ascending alphabetical order of the names of the properties the additional Subsequent Plan Debtors are each respectively associated with, and second in ascending alphabetical order of the legal entity names of the additional Subsequent Plan Debtors. A "LID" designation, also provided, is used for purposes of identifying the additional Subsequent Plan Debtor entities. Pursuant to <u>Section XIII.B</u> of the Disclosure Statement, this supplement to <u>Appendix C</u> also identifies those additional Subsequent Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those additional Subsequent Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Non-Corporate Secured Debt Claims. Capitalized terms used in this supplement to <u>Appendix C</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

**Appendix C – List of Plan Debtors (Sorted by Property)**

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 525 | Columbia Mall L.L.C. | Columbia Mall (MO) | NCSD |
| 517 | Champaign Market Place L.L.C. | Market Place | NCSD |

**Appendix C – List of Plan Debtors (Sorted by Debtor)**

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|---|---|---|---|
| 517 | Champaign Market Place L.L.C. | Market Place | NCSD |
| 525 | Columbia Mall L.L.C. | Columbia Mall (MO) | NCSD |

---

[1]     CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

[2]     CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Replacement Appendix D – Coded Organization Chart

Pursuant to Section IV.B of the Disclosure Statement, this <u>Appendix D</u> depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this <u>Appendix D</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

General Growth Properties, Inc.
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Bucksbaum Family Interests and Others

New York State Common Retirement Fund

~4% LP

~96% GP

99.80%

GGP Limited Partnership
B+G – 2006 Credit Facility (u) [2]
G – 2008 Credit Facility (s)

100%

100%

90.70% Managing Member

100%

.0046918% Common Stock

100%

50%

50%

Rouse LLC
G – 2006 Credit Facility (u)

1% GP

99% LP

The Rouse Company LP
B - Rouse Notes (u)
See Chart K, N-1

GGPLP Entities
See Chart A

GGPI & GGPLP Entities
See Chart B

118 Preferred Stockholders

GGP/Homart, Inc. Entities
See Charts D & E

GGP/Homart II L.L.C. Entities
See Charts E & F

6.8% LP

United Health

TRC Co-Issuer, Inc.
B-Rouse Notes (u)

115 Preferred Stockholders

100%

118 Preferred Stockholders

100%

93.2% GP%

GGP Holding, Inc. (Private REIT)
See Chart K

TRS
JV HoldCo, LLC

The Rouse Company BT, LLC

Summerlin Hospital Medical Center, L.P.

0.99999% GP

99.00001% LP

120 Preferred Stockholders

99.9953082% common stock + 480 preferred shares

Teachers' Retirement System of the State of Illinois

Ivanhoe Equities V LP

The Rouse Company Operating Partnership LP
See Charts P1, P2, P3, P4, P5, P6

Remaining Interests held through GGP Holding II, Inc.

GGP Holding II, Inc. (Private REIT)

Outside Preferred Interests (DA Retail Investments, LLC)

50%

50%

49%

51%

9.3%

100%

The Hughes Corporation (TRS 2)
See Charts N1-N3

GGP-TRS L.L.C. Entities
See Chart C

GGP Ivanhoe, Inc. (REIT) Entities
See Chart C

100%

100%

100%

100%

GGPLP L.L.C.
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Summerlin Corporation (TRS)

Princeton Land East, LLC

The Howard Hughes Corporation (TRS)
See Chart M

HRD Remainder, Inc. (QRS) Entities
See Charts L-1 and L-2

100%

100%

100%

100%

43.2941%

Rouse-Fairwood Development Corporation (TRS 5)
See Chart L-2

THC-HRE, LLC

Hex Holding, LLC

120 Preferred Stockholders

GGPLP L.L.C. & GGPI Entities
See Chart I

56.7059%

0.20%

100%

119 Preferred Stockholders

100%

General Growth Management, Inc. (TRS)

Hexalon Real Estate, Inc. (REIT)

Victoria Ward, Limited
See Chart G

GGPLP L.L.C. Entities
See Chart H

GGP Acquisition, L.L.C. Entities
See Charts J-1, J-2

Legend:
= Third-party (Yellow)
B = Borrower
G = Guarantor
PLD = Project Level Debt (secured)
(u) = Unsecured Debt
(s) = Secured Debt
MB = Mezzanine Borrower
= Track 1 Debtor [1]
= Track 2 Debtor [1]
= Track 3 Debtor [1]
= Track 4 Debtor [1]
= Wholly Owned Non-Debtor
= Joint Venture Non-Debtor

[1] Debtor Track information is subject to change.

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

D-1

# Chart A

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-3

# Chart C

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart D

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009*



***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

D-5

# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-6



# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

# Chart G

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart H



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Row 1 (all 100%):
- ER Land Acquisition L.L.C.
- Eden Prairie Anchor Building L.L.C.
- GGP-Glenbrook Holding L.L.C.
- Coronado Center Holding L.L.C.
- GGP-Maine Mall Holding L.L.C.
- Chico Mall, L.L.C.
- Rogue Valley Mall Holding L.L.C.
- GGP-Redlands Mall L.L.C.
- Redlands Land Acquisition Company L.L.C.
- Saint Louis Galleria Holding L.L.C.
- Stonestown Shopping Center Holding L.L.C. — MB
- Lynnhaven Holding L.L.C.
- Oakwood Hills Mall, LLC — B – 2008 Credit Facility (s)
- Piedmont Mall L.L.C. — B-PLD
- Southwest Denver Land L.L.C. — B – 2008 Credit Facility (s)
- Spring Hill Mall L.L.C. — B – 2008 Credit Facility (s)
- Kapiolani Retail, LLC
- Chapel Hills Mall L.L.C. — B-PLD

Row 2:
- North Star Anchor Acquisition, LLC (100%)
- GGP-Mint Hill L.L.C. (100%)
- Peachtree Mall, L.L.C. — B-PLD (100%)
- Sikes Senter, LLC — B-PLD (100%)
- Chico Mall, L.P. — B-PLD (99.5% LP / 0.5% GP)
- Apache Mall, LLC (100%)
- GGP-Redlands Mall L.P. (99.5% LP / 0.5% GP)
- Redlands Land Acquisition Company L.P. (99.5% LP / 0.5% GP)
- Saint Louis Galleria Anchor Acquisition L.L.C. (100%)
- Stonestown Shopping Center L.L.C. (100%)
- Birchwood Mall L.L.C. — B – 2008 Credit Facility (s) (100%)
- Mall of the Bluffs LLC — B – 2008 Credit Facility (s) (100%)
- Augusta Mall Anchor Holding, LLC (100%)
- Augusta Mall Holding, LLC (100%)
- Southwest Plaza L.L.C. — B – 2008 Credit Facility (s) (100%)
- GGP Ala Moana Holdings L.L.C. (100%)
- Baybrook Mall, LLC — B-PLD (100%)

Row 3:
- GGP-Glenbrook L.L.C. — B-PLD (100%)
- Coronado Center L.L.C. — B-PLD (100%)
- GGP-Maine Mall L.L.C. — B-PLD (100%)
- Rogue Valley Mall L.L.C. — B-PLD (100%)
- Redlands Land Holding L.L.C. (100%)
- Saint Louis Galleria L.L.C. — B-PLD (100%)
- Stonestown Shopping Center, L.P. — B-PLD (99.5% LP / 0.5% GP)
- Lynnhaven Mall L.L.C. — B-PLD (100%)
- Augusta Mall Anchor Acquisition, LLC — B-PLD (100%)
- Augusta Mall, LLC — B-PLD (100%)
- GGP Kapiolani Development LLC — B-PLD (100%)
- GGP Ala Moana L.L.C. — B-PLD (100%)
- Coastland Center, LLC — B-PLD (100%)

D-9

Chart I

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart J-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGPLP L.L.C.**

B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

GGP Acquisition, L.L.C.

81.94226% GP        18.05774% LP

100%

Price GP L.L.C.

Price Development Company,
Limited Partnership
(See Drop Down A for properties held directly by this entity)

Various holders
of limited
partnership
interests

26.666% LP     73.334% GP

Price-Boise
Company, Ltd.

1% GP     99% LP     .5%     99.5%

Price Financing
Partnership, L.P.

BTS Properties L.L.C.

Drop Down A

100%

North Town Mall, LLC
B – 2008 Credit Facility (s)

100%

Boise Towne Plaza L.L.C.
B-PLD

100%

PDCLP JV
HoldCo, LLC

JCP
Realty Inc.

JCP
Realty Inc.

25%     75% GP

TV Investment,
LLC

Provo Mall Development
Company, Ltd.

100%

Majestic
Partners-
Provo,
LLC

25% LP     75% GP

Burnham
Foundation

Thomas
W. James

25%     25%     50%

Spokane Mall
Development Company
Limited Partnership

100%

Price-James Company

Spokane Mall L.L.C.

100%

Boise Mall, LLC
B-PLD

100%     100%

500 West
Associates,
LLC

Provo Mall
L.L.C.

### Price Development Company, Limited Partnership – Directly Owned Properties

| II. Community Centers | Location |
|---|---|
| Alameda Plaza | Pocatello, Idaho |
| Bailey Hills Village | Eugene, Oregon |
| KIDK – Idaho Falls | |
| (Baskin Robbins 17th Street) | Idaho Falls, Idaho |
| Cottonwood Square | Salt Lake City, Utah |
| Fremont Plaza | Las Vegas, Nevada |
| Plaza 800 | Sparks, Nevada |
| Plaza 800 – Skippers | Sparks, Nevada |
| Plaza 9400 | Sandy, Utah |
| Plaza 9400 – Shops | Sandy, Utah |
| Red Cliffs Plaza | St. George, Utah |
| Twin Falls Crossing | Twin Falls, Idaho |
| Yellowstone Square | Idaho Falls, Idaho |
| Yellowstone Shop | Idaho Falls, Idaho |

# Chart J-2

*Entities with bold borders are Debtors filed on April 16, 2009*
*Entities with dotted borders are Debtors filed on April 23, 2009*



- 500 West Capital, L.C. — 100%
- Pierre Bossier Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- White Mountain Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- Gateway Crossing L.L.C. — **B-PLD** — 100%
- GGP-UC L.L.C. — **B-PLD** — 100%
- Orem Plaza Center Street, LLC — 100%
- PDC Community Centers L.L.C. — **B-PLD** — 100%
- Price-ASG L.L.C. — **B – 2008 Credit Facility (s)** — 100%
- Silver Lake Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- Visalla Mall L.L.C. — 100% — 99.5% / .5% GP
- Visalla Mall, L.P. — **B-PLD**
- Freemont Plaza L.L.C. — 100%
- Plaza 800 L.L.C. — 100%
- Sierra Vista Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- Country Hills Plaza, LLC — **B-PLD** — 100%
- North Plains Mall, LLC — **B-PLD** — 100%
- Cache Valley, LLC — **B – 2008 Credit Facility (s)** — 100%
- Cottonwood Mall, LLC — 100%
- Pine Ridge Mall L.L.C. — **B-PLD** — 100%
- PDC-Red Cliffs Mall L.L.C. — **B-PLD** — 100%
- PDC-Eastridge Mall L.L.C. — **B-PLD** — 100%
- Three Rivers Mall L.L.C. — **B-PLD** — 100%
- River Falls Mall, LLC — 100%
- Price Development TRS, Inc. — 100%

D-12

# Chart K

**Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



D-13

# Chart L-1

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart M

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



D-17

# Chart N-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-3



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

D-21

# Chart P-4

**Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.



# Chart P-5

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart P-6

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**The Rouse Company Operating Partnership LP**

100%

The Rouse Company Protective Trust, Inc. (TRS 8)

100% — Rouse-Urban Acquisition, LLC

100% — Rouse-Urban, LLC

Westfield

Simon

Hexalon Real Estate, Inc. (Structure shown under THHC)

16.6267% LP

0.1676% GP

54.232% GP & LP

27.553% GP & LP

1.4205% LP

Head Acquisition, LP

100%

RoPro TRS, Inc. (TRS)

Class A & C Limited Partners

94.4398% GP

5.5602% LP

Urban Shopping Centers, LP

100% — Rouse Oakbrook, LLC

Industrial Mall Investors, LLC (CALPERS)

50% — UC Oakbrook Genpar, LLC — 50%

835 Michigan, LP (Lucent & RREEF)

100%

100%

100%

Southpoint Land, LLC

Southpoint Mall, LLC

45% GP    55% GP

Water Tower Joint Venture

50.01% LP    1% GP

48.99% LP

Oakbrook Urban Venture, LP

100%

Water Tower, LLC

100%

Oakbrook Shopping Center, LLC

100%

Oakbrook Facilities Corporation (TRS)

# Chart Q

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

100% — Harborplace, Inc.

2.38% — MallFinder Network LLC

100% — GGP Natick Residence LLC

100% — Rouse-West Dade, Inc.

100% — GGP Turkey Management, LLC

100% — Hoover Mall Services, L.L.C.

100% — Faneuil Hall Beverage, LLC

100% — Valley Plaza Anchor Acquisition, LLC

100% — The Learning Mall L.L.C.

100% — Kapiolani Condominium Development, LLC

50% — Perimeter Mall Facilities, LLC

Perimeter Center Miscellaneous Income LLC — 50%

NYSTERS — 35%

J.P. Morgan

32.5% — 32.5% — Four State Facility Corp (TRS)

D-25

## Supplement to Appendix E – Corporate Reorganization Process

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below.  For each property owned by the additional Subsequent Plan Debtors, identified in the supplement to Appendix C to the Disclosure Statement attached hereto, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable.  Capitalized terms used in this Appendix E are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

| Page # | Property Name |
|--------|---------------|
| E-1 | Columbia Mall (MO) |
| E-3 | Market Place |

COLUMBIA MALL (MO):

**Columbia Mall L.L.C.** (DE) (Case No. 09-12089), is the owner of the mall known as Columbia Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# COLUMBIA MALL (MO)
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP



KEY:

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

→ Indicates transfer of Ownership Interests

✕ Indicates entity is eliminated

→ Indicates Merger

Non-related Entity



GGP Limited Partnership

Outside Limited Partners

~4% LP

Columbia Mall L.L.C.

*Columbia Mall (Columbia, MO)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

MARKET PLACE SHOPPING CENTER:

**Champaign Market Place L.L.C.** (DE) (Case No. 09-12081), is the owner of the mall known as Market Place Shopping Center and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# MARKET PLACE SHOPPING CENTER
## No Structure Changes Upon Emergence



**KEY:**

| | |
|---|---|
| ▨ (yellow) | Indicates Debtor not emerging from Bankruptcy |
| ⬜ (red dotted) | Indicates entity/entities emerging from Bankruptcy |
| ▨ (orange hatch) | Indicates change of entity type |
| → (green arrow) | Indicates transfer of Ownership Interests |
| ✕ (red X) | Indicates entity is eliminated |
| → (red arrow) | Indicates Merger |
| ▨ (green) | Non-related Entity |

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

Champaign Market Place L.L.C.

*Market Place Shopping Center (Champaign, IL)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.