WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                            :

**In re**                          :          **Chapter 11**
                            :

**GENERAL GROWTH**         :
**PROPERTIES, INC.,** *et al.***,**    :          **Case No. 09-11977 (ALG)**
                            :

               **Debtors.**     :          **Jointly Administered**
                            :

------------------------------------------------------------x

**NOTICE OF FILING THIRD SUPPLEMENT TO DISCLOSURE**
**STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

        PLEASE TAKE NOTICE that the documents attached hereto (the "Third Disclosure Statement Supplement") supplement and replace certain portions of the *Disclosure Statement  for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3659] filed on December 1, 2009, *Exhibit 3 – "Financial Projections" to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3719] filed on December 7, 2009, *Notice of Filing Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3723] filed on December 8, 2009, and *Notice of Filing Second Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 3752] filed on December 9, 2009 (collectively, and

along with the Third Disclosure Statement Supplement, the "<u>Disclosure Statement</u>").[1] For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Third Disclosure Statement Supplement, and (ii) amended as provided in the Third Disclosure Statement Supplement. The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement the Third Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Third Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("<u>KCC</u>")at <u>http://www.kccllc.net/GeneralGrowth</u> or for a fee on the Court's website at <u>www.nysb.uscourts.gov</u>. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at <u>http://www.pacer.psc.uscourts.gov</u>. To obtain hard copies of the Third Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at <u>ggp_info@kccllc.com</u>.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "<u>Disclosure Statement Hearing</u>") shall be held on **December 15, 2009 at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing. On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated:  New York, New York
        December 10, 2009

<div style="margin-left: 40%;">

/s/  *Gary T. Holtzer*
Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

and

Stephen A. Youngman (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Telephone:  (214) 746-7700
Facsimile:   (214) 746-7777

and

</div>

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

          and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                         :

In re                                 :        Chapter 11

                                         :

GENERAL GROWTH                    :

PROPERTIES, INC., *et al.*,          :        Case No. 09-11977 (ALG)

                                         :

               Debtors.         :        Jointly Administered

                                         :
-----------------------------------------------------------------x

### THIRD SUPPLEMENT TO DISCLOSURE STATEMENT
### FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION
### <u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

# INDEX OF DISCLOSURE STATEMENT SUPPLEMENT MATERIALS

*Capitalized terms used throughout this Third Disclosure Statement Supplement are defined in <u>Appendix A</u> -- "Material Defined Terms for Plan Debtors' Disclosure Statement" as attached to the Disclosure Statement, and as supplemented or amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the additional Subsequent Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains an additional defined term as well as a revised definition for Subsequent Plan Debtors that replaces the definition in the Second Disclosure Statement Supplement. |
| Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims" to the Disclosure Statement | Contains a list of additional Subsequent Plan Debtors. |
| Replacement Appendix D – "Coded Organization Chart" to the Disclosure Statement | Amended to account for the Subsequent Plan Debtors. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains corporate reorganization information for the additional Subsequent Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |

# Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations"

| |
|---|
| FALLBROOK SQUARE PARTNERS L.L.C.<br>By: /S/ Linda J. Wight, Vice President |
| FALLBROOK SQUARE PARTNERS LIMITED PARTNERSHIP<br>By: Fallbrook Square Partners L.L.C., its general partner<br>    By: /S/ Linda J. Wight, Vice President |
| RIVER HILLS MALL, LLC<br>By: /S/ Linda J. Wight, Vice President |
| RIVER HILLS LAND, LLC<br>By: /S/ Linda J. Wight, Vice President |
| SOONER FASHION MALL L.L.C.<br>By: /S/ Linda J. Wight, Vice President |

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

Subsequent Plan Debtors means those entities listed on the supplements to Appendix C to the Disclosure Statement, as attached to the First, Second, and Third Disclosure Statement Supplements.

Third Disclosure Statement Supplement means this *Notice of Filing Third Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* filed on December 10, 2009.

**Supplement to Appendix C – "List of Plan Debtors & Corporate
Secured Debt Claims and Non-Corporate Secured Debt Claims"**

   The list of additional Subsequent Plan Debtors is repeated twice in this supplement to <u>Appendix C</u>, sorted first in ascending alphabetical order of the names of the properties the additional Subsequent Plan Debtors are each respectively associated with, and second in ascending alphabetical order of the legal entity names of the additional Subsequent Plan Debtors.  A "LID" designation, also provided, is used for purposes of identifying the additional Subsequent Plan Debtor entities.  Pursuant to <u>Section XIII.B</u> of the Disclosure Statement, this supplement to <u>Appendix C</u> also identifies those additional Subsequent Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those additional Subsequent Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this supplement to <u>Appendix C</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

## Appendix C – List of Plan Debtors (Sorted by Property)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 520 | Fallbrook Square Partners L.L.C. | Fallbrook | |
| 521 | Fallbrook Square Partners Limited Partnership | Fallbrook | NCSD |
| 528 | River Hills Land, LLC | River Hills | |
| 527 | River Hills Mall, LLC | River Hills | NCSD |
| 529 | Sooner Fashion Mall L.L.C. | Sooner Mall | NCSD |

## Appendix C – List of Plan Debtors (Sorted by Debtor)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|---|---|---|---|
| 520 | Fallbrook Square Partners L.L.C. | Fallbrook | |
| 521 | Fallbrook Square Partners Limited Partnership | Fallbrook | NCSD |
| 528 | River Hills Land, LLC | River Hills | |
| 527 | River Hills Mall, LLC | River Hills | NCSD |
| 529 | Sooner Fashion Mall L.L.C. | Sooner Mall | NCSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

[2] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Replacement Appendix D – Coded Organization Chart

  Pursuant to Section IV.B of the Disclosure Statement, this <u>Appendix D</u> depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this <u>Appendix D</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



# General Growth Properties, Inc.
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Buchsbaum Family Interests and Others

New York State Common Retirement Fund

~4% LP

~96% GP

99.80%

# GGP Limited Partnership
B+G – 2006 Credit Facility (u) [2]
G – 2008 Credit Facility (s)

100%

100%

Rouse LLC
G – 2006 Credit Facility (u)

90.70% Managing Member

100%

1% GP

99% LP

.0046918% Common Stock

# The Rouse Company LP
B - Rouse Notes (u)
*See Chart K, N-1*

GGPLP Entities
*See Chart A*

GGPI & GGPLP Entities
*See Chart B*

118 Preferred Stockholders

50%

6.8% LP

100%

United Health

TRC Co-Issuer, Inc.
B-Rouse Notes (u)

115 Preferred Stockholders

100%

GGP/Homart, Inc. Entities
*See Charts D & E*

GGP/Homart II L.L.C. Entities
*See Charts E & F*

93.2% GP%

The Rouse Company BT, LLC

Summerlin Hospital Medical Center, L.P.

GGP Holding, Inc. (Private REIT)
*See Chart K*

TRS
JV HoldCo, LLC

118 Preferred Stockholders

0.99999% GP

99.00001% LP

120 Preferred Stockholders

99.9953082% common stock + 480 preferred shares

Ivanhoe Equities V LP

50%

The Rouse Company Operating Partnership LP
*See Charts P1, P2, P3, P4, P5, P6*

Remaining Interests held through GGP Holding II, Inc.

GGP Holding II, Inc. (Private REIT)

Outside Preferred Interests (DA Retail Investments, LLC)

Teachers' Retirement System of the State of Illinois

51%

GGP Ivanhoe, Inc. (REIT) Entities
*See Chart C*

49%

9.3%

50%

50%

100%

The Hughes Corporation (TRS 2)
*See Charts N1-N3*

100%

GGPLP L.L.C.
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

GGP-TRS L.L.C. Entities
*See Chart C*

100%

100%

100%

HRD Remainder, Inc. (QRS) Entities
*See Charts L-1 and L-2*

Summerlin Corporation (TRS)

Princeton Land East, LLC

The Howard Hughes Corporation (TRS)
*See Chart M*

GGPLP L.L.C. & GGPI Entities
*See Chart I*

100%

100%

100%

43.2941%

Rouse-Fairwood Development Corporation (TRS 5)
*See Chart L-2*

THC-HRE, LLC

Hex Holding, LLC

120 Preferred Stockholders

119 Preferred Stockholders

100%

56.7059%

0.20%

100%

General Growth Management, Inc. (TRS)

Hexalon Real Estate, Inc. (REIT)

Victoria Ward, Limited
*See Chart G*

GGPLP L.L.C. Entities
*See Chart H*

GGP Acquisition, L.L.C. Entities
*See Charts J-1, J-2*

**Legend:**

= Third-party
B = Borrower
G = Guarantor
PLD = Project Level Debt (secured)
(u) = Unsecured Debt
(s) = Secured Debt
MB = Mezzanine Borrower
= Track 1 Debtor [1]
= Track 2 Debtor [1]
= Track 3 Debtor [1]
= Track 4 Debtor [1]
= Wholly Owned Non-Debtor
= Joint Venture Non-Debtor

[1] Debtor Track information is subject to change.

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

# Chart A

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart C



**GGP Limited Partnership**

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

TRS JV HoldCo, LLC

Teachers' Retirement System of the State of Illinois

Ivanhoe Equities V LP

118 Preferred Stockholders

50%

50%

GGP-TRS L.L.C.

51% common stock

49% common stock

GGP Ivanhoe, Inc. (REIT)

100%
100%
100%
100%
100%
100%
100%

GGP-TRS Services, Inc. (TRS)

Clackamas Mall L.L.C.

Kenwood Mall Holding, LLC

Silver City Galleria L.L.C.

GGP-Tyler Mall L.L.C.

Florence Mall L.L.C.

WV Sub, LLC

100%
100%
100%

GGP Ivanhoe Services, Inc. (TRS)

Oaks Mall, LLC

Westroads Mall L.L.C.

.5% GP

99.5% LP

Tyler Mall Limited Partnership

100%

Kenwood Mall L.L.C.

D-4

# Chart D



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

114 Preferred Stockholders

100%

**GGP/Homart, Inc.**

100% — GGP General II, Inc.

100% — GGP-Bay City One, Inc.

100% — GGP-Neshaminy Trust

99.5%

100% — GGP-NewPark, Inc.

100% — NewPark Anchor Acquisition, LLC

100% — GGP-Pembroke Lakes, Inc.

100% — GGP-Pembroke Lakes II, Inc.

100% — Superstition Springs, Inc.

100% — Chula Vista Center, LLC — **B – 2008 Credit Facility (s)**

100% — Parks at Arlington LLC — **B-PLD**

100% — GGP-Moreno Valley, Inc. — **B-PLD**

100% — Tysons Galleria L.L.C. — **B-PLD**

99% LP

1% GP — Ho Retail Properties II Limited Partnership — **B-PLD**

83% / 17% — Bay City Mall Associates L.L.C. — **B-PLD**

50% GP — OTR affiliate of Ohio State Teachers Retirement System

100% — GGP-Arrowhead, Inc.

99.5%

0.5% / 0.5% / 99.5% — NewPark Mall L.L.C. / Alameda Mall L.L.C.

80% GP / 20% LP — Pembroke Lakes Mall Ltd. — **B-PLD**

Westcor Realty Limited Partnership

50%

33.33% — Westcor Realty Limited Partnership / JCP Realty, Inc.

33.33% / 33.33% — New River Associates

50% LP — Neshaminy Mall Joint Venture Limited Partnership

0.5%

50% / 50% — Alameda Mall Associates — **B-PLD**

JCP Realty, Inc.

33.33% — East Mesa Mall L.L.C. — **B-PLD**

33.33% / 33.33% — 50% / 50% — Superstition Springs Holding, LLC

100% — GGP-North Point Land L.L.C.

100% — GGP-Steeplegate, Inc. — **B-PLD**

100% — East Mesa Land L.L.C.

GGP-NewPark L.L.C. — **B-PLD**

100% — GGP-Columbiana Trust — **B – 2008 Credit Facility (s)**

100% — The Woodlands Mall Associates, LLC — **B-PLD**

100% — GGP/Homart Services Inc. (TRS)

100% — SEE CHART E FOR SHARED ENTITIES*

100% — Deerbrook Mall, LLC — **B-PLD**

100% — GGP-Brass Mill Inc. — **B-PLD**

100% — GGP-North Point, Inc. — **B-PLD**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

D-5



# Chart E

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart F

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

New York State Common Retirement Fund

50%

50%

GGP/Homart II L.L.C.

117 Preferred Stockholders

100%

100%

100% common shares

100%

100%

100%

100%

100%

100%

100%

100%

100%

SEE CHART E FOR SHARED ENTITIES*

GGP-Natick West L.L.C.

GGP-Natick Trust

GGP-Natick Services, Inc. (TRS)

Glendale Holding, Inc.

Glendale Holding L.L.C.

Glendale Anchor Acquisition, LLC

Willowbrook Mall Anchor Acquisition (TX), LLC

Willowbrook Mall (TX), LLC

Stonbriar Mall, LLC

GGP-Otay Ranch L.L.C.

CPM Land L.L.C.

First Colony Mall, LLC

Altamonte Mall L.L.C.

GGP Contractor, Inc. (TRS)

100%

100%

100%

100%

100%

99.5% LP

.5% GP

GGP-Glendale, Inc.

Natick Mall, LLC

.5%

99.5%

Glendale I Mall Associates, LLC

GGP-Otay Ranch, L.P.

100%

100%

Glendale II Mall Associates, LLC

Glendale Ohrbach's Association, LLC

# Chart G

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



**GGPLP L.L.C.**

B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

119 Preferred Stockholders

100%

Victoria Ward, Limited

100% — The Crossroads Mall Land, Inc.

100% — Saint Louis Land L.L.C.

100% — GGP-Maine Mall Land L.L.C. **B-PLD**

100% — Victoria Ward Services, Inc. (TRS)

100% — Victoria Ward Center L.L.C. **B-PLD**

100% — Victoria Ward Entertainment Center L.L.C. **B-PLD**

100% — Ward Plaza-Warehouse, LLC **B-PLD**

100% — Ward Gateway-Industrial-Village, LLC **B-PLD**

99.999% / .001% — The Crossroads Mall Land L.L.C.

100% — VW Condominium Development, LLC

100% — Land Trust No. 89433

100% — Land Trust No. 89434

100% — Land Trust No. FHB-TRES 200601

100% — Land Trust No. FHB-TRES 200602

D-8

# Chart H

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart I

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart J-1

**Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

**GGP Acquisition, L.L.C.**

81.94226% GP     18.05774% LP

100%

**Price GP L.L.C.**

Price Development Company,
Limited Partnership
(See Drop Down A for properties held directly by this entity)

Various holders of limited partnership interests

26.666% LP    73.334% GP

Price-Boise Company, Ltd.

1% GP    99% LP    .5%    99.5%

Price Financing Partnership, L.P.

BTS Properties L.L.C.

100%

North Town Mall, LLC
**B – 2008 Credit Facility (s)**

100%

Boise Towne Plaza L.L.C.
**B-PLD**

Drop Down A

100%

PDCLP JV HoldCo, LLC

JCP Realty Inc.

Burnham Foundation

Thomas W. James

25%    25%    50%

Price-James Company

25%

JCP Realty Inc.

25%      75% GP

Spokane Mall Development Company Limited Partnership

100%

Spokane Mall L.L.C.

100%

TV Investment, LLC

100%

Boise Mall, LLC
**B-PLD**

JCP Realty Inc.

25% LP    75% GP

Provo Mall Development Company, Ltd.

100%      100%

500 West Associates, LLC

Provo Mall L.L.C.

100%

Majestic Partners-Provo, LLC

---

**Price Development Company, Limited Partnership –
Directly Owned Properties**

| II. Community Centers | Location |
|---|---|
| Alameda Plaza | Pocatello, Idaho |
| Bailey Hills Village | Eugene, Oregon |
| KIDK – Idaho Falls | |
| (Baskin Robbins 17th Street) | Idaho Falls, Idaho |
| Cottonwood Square | Salt Lake City, Utah |
| Fremont Plaza | Las Vegas, Nevada |
| Plaza 800 | Sparks, Nevada |
| Plaza 800 – Skippers | Sparks, Nevada |
| Plaza 9400 | Sandy, Utah |
| Plaza 9400 – Shops | Sandy, Utah |
| Red Cliffs Plaza | St. George, Utah |
| Twin Falls Crossing | Twin Falls, Idaho |
| Yellowstone Square | Idaho Falls, Idaho |
| Yellowstone Shop | Idaho Falls, Idaho |

# Chart J-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



500 West Capital, L.C.

100% — Pierre Bossier Mall, LLC — **B – 2008 Credit Facility (s)**

100% — White Mountain Mall, LLC — **B – 2008 Credit Facility (s)**

100% — Gateway Crossing L.L.C. — **B-PLD**

100% — GGP-UC L.L.C. — **B-PLD**

100% — Orem Plaza Center Street, LLC

100% — PDC Community Centers L.L.C. — **B-PLD**

100% — Price-ASG L.L.C. — **B – 2008 Credit Facility (s)**

100% — Silver Lake Mall, LLC — **B – 2008 Credit Facility (s)**

100% — Visalla Mall L.L.C.

99.5% / .5% GP — Visalla Mall, L.P. — **B-PLD**

100% — Freemont Plaza L.L.C.

100% — Plaza 800 L.L.C.

100% — Sierra Vista Mall, LLC — **B – 2008 Credit Facility (s)**

100% — Country Hills Plaza, LLC — **B-PLD**

100% — North Plains Mall, LLC — **B-PLD**

100% — Cache Valley, LLC — **B – 2008 Credit Facility (s)**

100% — Cottonwood Mall, LLC

100% — Pine Ridge Mall L.L.C. — **B-PLD**

100% — PDC-Red Cliffs Mall L.L.C. — **B-PLD**

100% — PDC-Eastridge Mall L.L.C. — **B-PLD**

100% — Three Rivers Mall L.L.C. — **B-PLD**

100% — River Falls Mall, LLC

100% — Price Development TRS, Inc.

# Chart K

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-13

# Chart L-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart M

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.



# Chart N-1

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart N-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-18



# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-2



**The Rouse Company Operating Partnership LP**

100% — Chesapeake Investors, LLC
100% — Rouse Commercial Properties, LLC
100% — Rivers Park ABC, LLC
100% — Hunt Valley Title Holding Company, LLC
1% GP, 98% LP, 1% GP — Riverspark Associates Limited Partnership
1% GP, 1% GP, 98% LP — Triangle Business Center I Limited Partnership

100% — Seaport Marketplace, LLC
5% GP, 95% LP — South Street Seaport Limited Partnership

100% — Princeton Land, LLC
100% — Seaport Marketplace Theatre, LLC

100% — The Rouse Company of Minnesota, LLC
100% — Rouse Ridgedale Holding, LLC
100% — Rouse Ridgedale, LLC
100% — Ridgedale Center, LLC **B-PLD**

100% — Christiana Holdings I, LLC
Christiana Holdings II, LLC
50% — Christiana Acquisition, LLC
50%
100% — Christiana Mall, LLC
100% — CMA Access Company, LLC

100% — Collin Creek Anchor Acquisition, LLC
100% — Collin Creek Mall, LLC **B-PLD**

100% — Faneuil Hall Marketplace, LLC
100% — Woodbridge Center Property, LLC **B-PLD**

100% — Fashion Place Anchor, Acquisition, LLC
100% — Fashion Place, LLC **B-PLD**

100% — Three OM, LLC
1% GP, 99% LP — Three Owings Mills Corporate Center Land Limited Partnership
100% — Three OM SPE, LLC

100% — Four OM, LLC
1% GP, 99% LP — Four Owings Mills Corporate Center Land Limited Partnership
100% — Four OM SPE, LLC

D-20

# Chart P-3

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-4

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.



# Chart P-5

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



The Rouse Company Operating Partnership LP

100%

100% — Rouse-Urban Acquisition, LLC

100% — Rouse-Urban, LLC

Westfield

Simon

Hexalon Real Estate, Inc. (Structure shown under THHC)

The Rouse Company Protective Trust, Inc. (TRS 8)

16.6267% LP

0.1676% GP

54.232% GP & LP

27.553% GP & LP

1.4205% LP

Head Acquisition, LP

100%

RoPro TRS, Inc. (TRS)

94.4398% GP

Class A & C Limited Partners

5.5602% LP

Urban Shopping Centers, LP

100%

Rouse Oakbrook, LLC

Industrial Mall Investors, LLC (CALPERS)

50%

50%

UC Oakbrook Genpar, LLC

100%

100%

835 Michigan, LP (Lucent & RREEF)

45% GP

55% GP

50.01% LP

1% GP

48.99% LP

Southpoint Land, LLC

Water Tower Joint Venture

Oakbrook Urban Venture, LP

100%

Southpoint Mall, LLC

100%

Water Tower, LLC

100%

Oakbrook Shopping Center, LLC

100%

Oakbrook Facilities Corporation (TRS)

D-24

# Chart Q

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



- **GGP Limited Partnership**
  - B+G – 2006 Credit Facility (u)
  - G – 2008 Credit Facility (s)
- Hexalon Real Estate, Inc. (REIT)
- General Growth Management, Inc. (TRS)
  - 99.80%
  - 0.20%
- 100% — Harborplace, Inc.
- 2.38% — MallFinder Network LLC
- 100% — GGP Natick Residence LLC
- 100% — Rouse-West Dade, Inc.
- 100% — GGP Turkey Management, LLC
- 100% — Hoover Mall Services, L.L.C.
- 100% — Faneuil Hall Beverage, LLC
- 100% — Valley Plaza Anchor Acquisition, LLC
- 100% — The Learning Mall L.L.C.
- 100% — Kapiolani Condominium Development, LLC
- 50% — Perimeter Mall Facilities, LLC
- Perimeter Center Miscellaneous Income LLC — 50%
- NYSTERS — 32.5%
- 35% — J.P. Morgan — 32.5%
- Four State Facility Corp (TRS)

D-25

## Supplement to Appendix E – Corporate Reorganization Process

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below.  For each property owned by the additional Subsequent Plan Debtors, identified in the supplement to Appendix C to the Disclosure Statement attached hereto, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable.  Capitalized terms used in this Appendix E are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

| Page # | Property Name |
|--------|---------------|
| E-1 | Fallbrook Center |
| E-3 | River Hills Mall |
| E-6 | Sooner Mall |

# CORPORATE REORGANIZATION PROCESS

<u>FALLBROOK CENTER</u>:

**Fallbrook Square Partners Limited Partnership** (DE) (Case No. 09-12104), is the owner of the mall known as Fallbrook Center and whose partners are Fallbrook Square Partners L.L.C. (0.001% GP) and GGP Limited Partnership (99.999%).  There are no changes to this entity's ownership structure.

**Fallbrook Square Partners L.L.C.** (DE) (Case No. 09-12105), is the general partner (0.001%) of Fallbrook Square Partners Limited Partnership, the owner of mall known as Fallbrook Center, and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

**FALLBROOK**
No Structure Changes Upon Emergence



General Growth Properties, Inc.

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

99.999%LP

Fallbrook Square Partners, L.L.C.

.001%GP

Fallbrook Square Partners Limited Partnership

*Fallbrook Center (West Hills, CA)*

**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

**CORPORATE REORGANIZATION PROCESS**

RIVER HILLS MALL:

**River Hills Mall, LLC** (DE) (Case No. 09-12241), is the owner of the mall known as River Hills Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

**River Hills Land, LLC** (DE) (Case No. 09-12201), a shell company, wholly owned by GGP Limited Partnership is dissolved.

# RIVER HILLS MALL
## Corporate Restructure Process



**KEY:**

| | |
|---|---|
| 🟨 | Indicates Debtor not emerging from BK |
| ⬛ (red dotted) | Indicates entity/entities emerging from BK |
| ▨ | Indicates change of entity type |
| → | Indicates transfer of Ownership Interests |
| ✕ | Indicates entity is eliminated |
| → | Indicates Merger |
| ▨ (green) | Non-related Entity |

General Growth Properties, Inc.

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

River Hills Mall, LLC

*River Hills Mall (Mankato, MN)*

River Hills Land, LLC

*Shell company*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

# RIVER HILLS MALL
## Upon Emergence

**General Growth Properties, Inc.**

~96% GP



**KEY:**

| | |
|---|---|
| 🟨 | Indicates Debtor not emerging from BK |
| ⬜ | Indicates entity/entities emerging from BK |
| 🟧 | Indicates change of entity type |
| → | Indicates transfer of Ownership Interests |
| ✕ | Indicates entity is eliminated |
| → | Indicates Merger |
| 🟩 | Non-related Entity |



Outside Limited Partners

~4% LP

GGP Limited Partnership

River Hills Mall, LLC

*River Hills Mall
(Mankato, MN)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

**GGP**

**CORPORATE REORGANIZATION PROCESS**


<u>SOONER MALL</u>:

**Sooner Fashion Mall L.L.C.** (DE) (Case No. 09-12273), is the owner of the mall known as Sooner Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# SOONER MALL
No Structure Changes Upon Emergence

General Growth Properties, Inc.

~96% GP



**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity



Outside Limited Partners

GGP Limited Partnership

~4% LP

Sooner Fashion Mall L.L.C.

*Sooner Mall (Norman, OK)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

GGP