# Confirmation Order Exhibit A: List of Plan Debtors

# Exhibit A
# List of Plan Debtors

| Debtor | Debtor |
|---|---|
| 1160/1180 Town Center Drive, LLC | Deerbrook Mall, LLC |
| Alameda Mall Associates | DK Burlington Town Center LLC |
| Alameda Mall L.L.C. | Eagle Ridge Mall, Inc. |
| Augusta Mall Anchor Acquisition, LLC | Eagle Ridge Mall, L.P. |
| Augusta Mall Anchor Holding, LLC | Eastridge Shopping Center L.L.C. |
| Augusta Mall Holding, LLC | Eden Prairie Mall L.L.C. |
| Augusta Mall, LLC | Eden Prairie Mall, Inc. |
| Bakersfield Mall LLC | ER Land Acquisition L.L.C. |
| Bakersfield Mall, Inc. | Fallbrook Square Partners L.L.C. |
| Baltimore Center Associates Limited Partnership | Fallbrook Square Partners Limited Partnership |
| Baltimore Center Garage Limited Partnership | Faneuil Hall Marketplace, LLC |
| | Fashion Place Anchor Acquisition, LLC |
| Baltimore Center, LLC | Fashion Place, LLC |
| Bay City Mall Associates L.L.C. | Franklin Park Mall Company, LLC |
| Bay Shore Mall II L.L.C. | Franklin Park Mall, LLC |
| Bay Shore Mall Partners | Gateway Crossing L.L.C. |
| Bay Shore Mall, Inc. | Gateway Overlook Business Trust |
| Bellis Fair Partners | Gateway Overlook II Business Trust |
| Boise Mall, LLC | GGP Ala Moana Holdings L.L.C. |
| Boise Towne Plaza L.L.C. | GGP Ala Moana L.L.C. |
| Boulevard Associates | GGP General II, Inc. |
| Boulevard Mall I LLC | GGP Jordan Creek L.L.C. |
| Boulevard Mall II LLC | GGP Kapiolani Development L.L.C. |
| Boulevard Mall, Inc. | GGP Knollwood Mall, LP |
| BTS Properties L.L.C. | GGP Village at Jordan Creek L.L.C. |
| Burlington Town Center II LLC | GGP-Bay City One, Inc. |
| Capital Mall L.L.C. | GGP-Brass Mill, Inc. |
| Capital Mall, Inc. | GGP-Burlington L.L.C. |
| Champaign Market Place L.L.C. | GGP-Canal Shoppes L.L.C. |
| Chapel Hills Mall L.L.C. | GGP-Four Seasons L.L.C. |
| Chattanooga Mall, Inc. | GGP-Gateway Mall L.L.C. |
| Chico Mall L.L.C. | GGP-Gateway Mall, Inc. |
| Chico Mall, L.P. | GGP-Glenbrook Holding L.L.C. |
| Collin Creek Mall, LLC | GGP-Glenbrook L.L.C. |
| Columbia Mall L.L.C. | GGP-Grandville II L.L.C. |
| Coronado Center Holding L.L.C. | GGP-Grandville L.L.C. |
| Coronado Center L.L.C. | GGP-Lakeview Square, Inc. |
| Country Hills Plaza, LLC | GGP-Lansing Mall, Inc. |

| Debtor | Debtor |
|---|---|
| GGP-Maine Mall Holding L.L.C. | Lakeside Mall Property LLC |
| GGP-Maine Mall L.L.C. | Lakeview Square Limited Partnership |
| GGP-Maine Mall Land L.L.C. | Lancaster Trust |
| GGP-Mall of Louisiana II, L.P. | Land Trust No. 89433 |
| GGP-Mall of Louisiana, Inc. | Land Trust No. 89434 |
| GGP-Mall of Louisiana, L.P. | Land Trust No. FHB-TRES 200601 |
| GGP-Moreno Valley, Inc. | Land Trust No. FHB-TRES 200602 |
| GGP-Newgate Mall, LLC | Lansing Mall Limited Partnership |
| GGP-NewPark L.L.C. | Lincolnshire Commons, LLC |
| GGP-NewPark, Inc. | Lynnhaven Holding L.L.C. |
| GGP-North Point Land L.L.C. | Lynnhaven Mall L.L.C. |
| GGP-North Point, Inc. | Mall of Louisiana Holding, Inc. |
| GGP-Pecanland II, L.P. | Mall St. Matthews Company, LLC |
| GGP-Pecanland, Inc. | Mall St. Vincent, Inc. |
| GGP-Pecanland, L.P. | Mall St. Vincent, L.P. |
| GGP-Steeplegate, Inc. | MSAB Holdings L.L.C. |
| GGP-Tucson Mall L.L.C. | MSAB Holdings, Inc. |
| GGP-UC L.L.C. | MSM Property L.L.C. |
| Grand Canal Shops II, LLC | NewPark Mall L.L.C. |
| Grand Traverse Mall Holding, Inc. | North Star Mall, LLC |
| Grand Traverse Mall Partners, LP | Northgate Mall L.L.C. |
| Grandville Mall II, Inc. | NSMJV, LLC |
| Grandville Mall, Inc. | Oglethorpe Mall L.L.C. |
| Greenwood Mall L.L.C. | Orem Plaza Center Street, LLC |
| Greenwood Mall Land, LLC | Parcit-IIP Lancaster Venture |
| Greenwood Mall, Inc. | Parcity L.L.C. |
| Harbor Place Associates Limited Partnership | Parcity Trust |
| Harborplace Borrower, LLC | Park City Holding, Inc. |
| Hickory Ridge Village Center, Inc. | Park Mall L.L.C. |
| HMF Properties, LLC | Park Mall, Inc. |
| Ho Retail Properties I Limited Partnership | PC Lancaster L.L.C. |
| Ho Retail Properties II Limited Partnership | PC Lancaster Trust |
| Hocker Oxmoor Partners, LLC | PDC Community Centers L.L.C. |
| Hocker Oxmoor, LLC | PDC-Eastridge Mall L.L.C. |
| Howard Hughes Properties IV, LLC | PDC-Red Cliffs Mall L.L.C. |
| Howard Hughes Properties V, LLC | Peachtree Mall L.L.C. |
| Hulen Mall, LLC | Piedmont Mall, LLC |
| Kalamazoo Mall L.L.C. | Pine Ridge Mall L.L.C. |
| Kalamazoo Mall, Inc. | Prince Kuhio Plaza, Inc. |
| Kapiolani Condominium Development, LLC | Providence Place Holdings, LLC |
| Kapiolani Retail, LLC | RASCAP Realty, Ltd. |
| Knollwood Mall, Inc. | Ridgedale Center, LLC |
| Lakeside Mall Holding, LLC | River Hills Land, LLC |

| Debtor | Debtor |
|---|---|
| River Hills Mall, LLC | Three Willow Company, LLC |
| Rogue Valley Mall Holding L.L.C. | Town East Mall, LLC |
| Rogue Valley Mall L.L.C. | Tracy Mall Partners I L.L.C. |
| Rouse Providence LLC | Tracy Mall Partners II, L.P. |
| Rouse Ridgedale Holding, LLC | Tracy Mall Partners, L.P. |
| Rouse Ridgedale, LLC | Tracy Mall, Inc. |
| Rouse SI Shopping Center, LLC | TRC Willow, LLC |
| Rouse Southland, LLC | Tucson Anchor Acquisition, LLC |
| Rouse-Orlando, LLC | TV Investment, LLC |
| RS Properties Inc. | Tysons Galleria L.L.C. |
| Saint Louis Galleria Holding L.L.C. | U.K.-American Properties, Inc. |
| Saint Louis Galleria L.L.C. | Valley Hills Mall L.L.C. |
| Sikes Senter, LLC | Valley Hills Mall, Inc. |
| Sooner Fashion Mall L.L.C. | Valley Plaza Anchor Acquisition, LLC |
| Southlake Mall L.L.C. | Victoria Ward Center L.L.C. |
| Southland Center Holding, LLC | Victoria Ward Entertainment Center L.L.C. |
| Southland Center, LLC | Victoria Ward Services, Inc. |
| Southland Mall, Inc. | Visalia Mall L.L.C. |
| Southland Mall, L.P. | Visalia Mall, L.P. |
| St. Cloud Land L.L.C. | Vista Ridge Mall, LLC |
| St. Cloud Mall Holding L.L.C. | VW Condominium Development, LLC |
| St. Cloud Mall L.L.C. | Ward Gateway-Industrial-Village, LLC |
| Stonestown Shopping Center Holding L.L.C. | Ward Plaza-Warehouse, LLC |
| Stonestown Shopping Center L.L.C. | Weeping Willow RNA, LLC |
| Stonestown Shopping Center, L.P. | Willow SPE, LLC |
| The Burlington Town Center LLC | Willowbrook II, LLC |
| The Rouse Company of Michigan, LLC | Willowbrook Mall, LLC |
| The Rouse Company of Minnesota, LLC | Woodbridge Center Property, LLC |
| The Woodlands Mall Associates, LLC | |
| Three Rivers Mall L.L.C. | |