WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :          **Chapter 11**
                                                            :
**GENERAL GROWTH**                                          :
**PROPERTIES, INC.,** *et al.*,                             :          **Case No. 09-11977 (ALG)**
                                                            :
                                   **Debtors.**             :          **Jointly Administered**
                                                            :
------------------------------------------------------------x

**NOTICE OF FILING SUPPLEMENT TO DISCLOSURE
STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF
REORGANIZATION SOLELY WITH RESPECT TO CERTAIN
DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the documents attached hereto (the "Second Group of Debtors' Disclosure Statement Supplement") account for the addition of Fox River Shopping Center, LLC and apply solely to the certain entities identified on the exhibit attached hereto as Exhibit A (collectively, for purposes of this notice, the "Plan Debtors"). The Confirmation Order DS (as hereinafter defined) is only supplemented or modified as provided herein. The Second Group of Debtors' Disclosure Statement Supplement supplements and replaces certain portions of the *Disclosure Statement  for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*, filed on December 15, 2009 as Exhibit C to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of*

*Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915] ("Confirmation Order DS," and together with the Second Group of Debtors' Disclosure Statement Supplement, the "Disclosure Statement").[1] For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Second Group of Debtors' Disclosure Statement Supplement with respect solely to the Plan Debtors, and (ii) amended as provided in the Second Group of Debtors' Disclosure Statement Supplement with respect solely to the Plan Debtors. The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement the Second Group of Debtors' Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Second Group of Debtors' Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("KCC") at http://www.kccllc.net/GeneralGrowth or for a fee on the Court's website at www.nysb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. To obtain hard copies of the Second Group of Debtors' Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at ggp_info@kccllc.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **December 18, 2009 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing. On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated:  New York, New York
        December 16, 2009

/s/ Gary T. Holtzer
Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

        and

Stephen A. Youngman (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Telephone:  (214) 746-7700
Facsimile:   (214) 746-7777

        and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

       and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

## Exhibit A

| Adjourned Plan Debtor | Case No. | LID | Project |
|---|---|---|---|
| Burlington Town Center II LLC | 09-12477 (ALG) | 30 | Burlington Town Center |
| Chico Mall, L.P. | 09-11988 (ALG) | 681 | Chico Mall |
| Chico Mall L.L.C. | 09-12084 (ALG) | 680 | Chico Mall |
| Fox River Shopping Center, LLC | 09-12113 (ALG) | 519 | Fox River Shopping Center |
| Baltimore Center Associates Limited Partnership | 09-12006 (ALG) | 154 | Gallery at Harborplace |
| Baltimore Center Garage Limited Partnership | 09-12007 (ALG) | 160 | Gallery at Harborplace |
| Baltimore Center, LLC | 09-12063 (ALG) | 153 | Gallery at Harborplace |
| GGP-Mall of Louisiana II, L.P. | 09-12482 (ALG) | 658 | Mall of Louisiana |
| GGP-Mall of Louisiana, Inc. | 09-12478 (ALG) | 656 | Mall of Louisiana |
| GGP-Mall of Louisiana, L.P. | 09-12018 (ALG) | 657 | Mall of Louisiana |
| Mall of Louisiana Holding, Inc. | 09-12191 (ALG) | 659 | Mall of Louisiana |
| Lancaster Trust | 09-12473 (ALG) | 24 | Park City Center |
| Parcit-IIP Lancaster Venture | 09-12486 (ALG) | 23 | Park City Center |
| Parcity L.L.C. | 09-12487 (ALG) | 748 | Park City Center |

| | | | |
|---|---|---|---|
| Parcity Trust | 09-12488 (ALG) | 22 | Park City Center |
| Park City Holding, Inc. | 09-12489 (ALG) | 747 | Park City Center |
| PC Lancaster L.L.C. | 09-12490 (ALG) | 749 | Park City Center |
| PC Lancaster Trust | 09-12491 (ALG) | 21 | Park City Center |
| Providence Place Holdings, LLC | 09-12233 (ALG) | 248 | Providence Place |
| Rouse Providence LLC | 09-12252 (ALG) | 247 | Providence Place |
| Stonestown Shopping Center, L.P. | 09-12283 (ALG) | 714 | Stonestown Shopping Center |
| Stonestown Shopping Center Holding L.L.C. | 09-12479 (ALG) | 712 | Stonestown Shopping Center |
| Stonestown Shopping Center L.L.C. | 09-12282 (ALG) | 713 | Stonestown Shopping Center |
| Ward Plaza-Warehouse, LLC | 09-12313 (ALG) | 719 | Victoria Ward Warehouse / Plaza |
| The Woodlands Mall Associates, LLC | 09-12323 (ALG) | 504 | Woodlands Mall |
| Land Trust No. FHB-TRES 200601 | 09-12186 (ALG) | 809 | Victoria Ward Warehouse / Plaza |

US_ACTIVE:\43255636\06\47658.0008

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11**
                                                    :
**GENERAL GROWTH**                                  :
**PROPERTIES, INC.,** *et al.*,                     :          **Case No. 09-11977 (ALG)**
                                                    :
                    Debtors.                        :          **Jointly Administered**
                                                    :
-------------------------------------------------------------x

**SUPPLEMENT TO DISCLOSURE STATEMENT**
**FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION**
**SOLELY WITH RESPECT TO CERTAIN DEBTORS**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

# INDEX OF SECOND GROUP DEBTORS DISCLOSURE
## STATEMENT SUPPLEMENT MATERIALS

*Capitalized terms used throughout this Second Group of Debtors' Disclosure Statement Supplement are defined in <u>Appendix A</u> -- "Material Defined Terms for Plan Debtors' Disclosure Statement" as attached to the Disclosure Statement, and as supplemented or amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the Plan Debtor identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Replacement Exhibit 3 – "Financial Projections" to the Disclosure Statement | Refer to the note added to the financial projections indicating that the addition of Fox River Shopping Center, LLC has an immaterial impact on the aggregate numbers and, thus, the numbers have not been revised. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains an additional defined term. |
| Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims" to the Disclosure Statement | Contains a list identifying Fox River Shopping Center, LLC, the additional Plan Debtor. |
| Replacement Appendix D – "Coded Organization Chart" to the Disclosure Statement | Amended to account for the addition of Fox River Shopping Center, LLC, an additional Plan Debtor, identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains supplemental pages to reflect the Fox River Mall corporate restructuring process. |
| Note with respect to Supplement to Disclosure Statement Section VI, "Plan Description" | Certain modifications to the form of Plan were made in conjunction with the Confirmation Hearing on December 15, 2009 with respect to other Debtors. Those modifications are not reflected in the Disclosure Statement. Please refer to the Plan, which can be found as Exhibit B to the *Findings of Fact, Conclusions* |

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| | *of Law, and Order Confirming the Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915]. |

**Supplement to Disclosure Statement Section XIV,
<u>"Conclusion and Recommendations"</u>**


FOX RIVER SHOPPING CENTER, LLC
By:  /S/  Linda J. Wight, Vice President

## Exhibit 3 – Financial Projections

***Capitalized terms used in this <u>Exhibit 3</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.***

For the purpose of demonstrating that the Plan satisfies the feasibility standard described in Section VIII.A.3 of the Disclosure Statement, the Plan Debtors provide the attached consolidated cash flow analysis and the following narrative description.

The Plan Debtors estimate that the Emergence Costs are approximately $428 million. Of this amount, $319.8 million is associated with the mortgage and mezzanine debt restructuring, including extension fees, servicer fees and expenses, catch-up amortization payments, accrued interest, the funding of certain escrows and other expenses. A further $108.2 million is associated with distributions related to prepetition claims against the Plan Debtors. The Plan Debtors are expected to fund these restructuring costs and Plan distributions predominately from funds generated by the Plan Debtors since the onset of their Chapter 11 Cases, with additional support from excess liquidity of GGP LP. These amounts are the best available estimates as of the date of this Disclosure Statement supplement and are subject to change based on the final number of Plan Debtors included or excluded from the Plan and other factors.

As described in Section II.B of the Disclosure Statement, the Plan Debtors engaged in lengthy negotiations with the Secured Debt Holders. In connection with those negotiations, in August 2009 the Plan Debtors completed the preparation of long-term project-level financial projections and provided those projections to the Secured Debt Holders and other key constituencies in the Chapter 11 Cases, including the professionals for the Creditors' Committee and the Equity Committee. The project-level projections completed in August 2009 show that the Plan Debtors will have cash flow well in excess of the amounts necessary to satisfy their principal and interest payments under the restructured secured loans and all other cash needs through 2014. The Plan Debtors' cash flow in 2010 is estimated to be approximately $47.4 million less than their cash needs, due primarily to the $150 million pay-down of the secured debt on the Ala Moana property as negotiated as part of the restructuring of that entity's property level secured loan. GGP expects to fund this shortfall out of excess liquidity of GGP LP. The Ala Moana pay-down also can be deferred beyond 2010.

The consolidated cash forecast attached shows that GGP has sufficient cash to fund the Emergence Costs of the Plan Debtors as well as the estimated $47.4 million shortfall in 2010. On a pro forma basis including all estimated Emergence Costs and other payments required by the Plan, GGP projects it will have $178.9 million in cash available at the end of 2010.

The Plan Debtors do not, as a matter of course, publish business plans, strategies, projections, anticipated financial positions, or the results of operations. Accordingly, the Plan Debtors do not anticipate that they will, and disclaim any

obligation to, furnish updated projections or cash flow forecasts, to holders of Claims or Interests in the Plan Debtors after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any) or otherwise make such information public. The Plan Debtors do, however, continue to update their projections to reflect actual results, business developments, changes in assumptions, and refinements to projection methodologies; future projections are likely to differ from those set forth herein. GGP anticipates incorporating such future financial projections in information that is delivered to certain constituencies for purposes of the remaining Chapter 11 Cases.

Creditors should not rely on the projections or cash flow forecast as a representation or guarantee of future performance; they are an estimate done as of August 2009 for purposes of demonstrating feasibility of the Plan and actual results could vary significantly. The projections and cash flow forecast have not been prepared on the basis of Generally Accepted Accounting Principles, the rules of the SEC, or the American Institute of Certified Public Accountants. The projections and cash flow forecast have not been audited or reviewed by independent public accountants.

**General Growth Properties, Inc.**
**Cash Forecast** [1]
($ in Millions)

| | Transaction Dec-09 | Forecast Jan-10 | Forecast Feb-10 | Forecast Mar-10 | Forecast Apr-10 | Forecast May-10 | Forecast Jun-10 | Forecast Jul-10 | Forecast Aug-10 | Forecast Sep-10 | Forecast Oct-10 | Forecast Nov-10 | Forecast Dec-10 | Jan - Dec 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Cash Flow Before Debt Service and Plan Related Distributions** | - | $68.2 | $109.8 | $97.5 | $100.2 | $90.9 | $89.2 | $99.6 | $99.6 | $91.4 | $95.3 | $105.1 | $107.0 | $1,154.0 |
| Debt Service | - | (91.4) | (91.4) | (90.9) | (91.9) | (91.8) | (92.4) | (93.4) | (92.9) | (93.2) | (93.2) | (93.7) | (93.7) | (1,109.8) |
| Restructuring & Settlement Related Distributions | (319.8) | - | - | - | - | - | - | - | - | - | - | - | (182.5) | (182.5) |
| Pre Petition Amounts | (108.2) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Consolidated Cash Flow** | **(428.0)** | **(23.2)** | **18.4** | **6.6** | **8.2** | **(1.0)** | **(3.1)** | **6.2** | **6.7** | **(1.7)** | **2.1** | **11.5** | **(169.1)** | **(138.3)** |
| Beginning Consolidated Cash | 745.2 | 317.2 | 294.0 | 312.4 | 319.0 | 327.2 | 326.3 | 323.1 | 329.4 | 336.1 | 334.4 | 336.5 | 348.0 | |
| Consolidated Cash Flow | (428.0) | (23.2) | 18.4 | 6.6 | 8.2 | (1.0) | (3.1) | 6.2 | 6.7 | (1.7) | 2.1 | 11.5 | (169.1) | |
| **Ending Consolidated Cash** | **$317.2** | **$294.0** | **$312.4** | **$319.0** | **$327.2** | **$326.3** | **$323.1** | **$329.4** | **$336.1** | **$334.4** | **$336.5** | **$348.0** | **$178.9** | |

[1] It should be noted that these projections were prepared prior to the inclusion of Fox River Shopping Center, LLC in the Plan However, the addition of Fox River Shopping Center, LLC, as well as a minor change to the interest rate for another property, have an immaterial impact on the aggregate numbers and, thus, the numbers have not been revised. If incorporated, the emergence costs would increase by approximately $3.4 million and the cash flow difference would be approximately $2.4 million over the twelve month time period.

Exhibit 3

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

                         <u>Second Group of Debtors' Disclosure Statement Supplement</u> means this
*Notice of Filing of Supplement to Disclosure Statement for Second Group of Plan
Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code*, filed
on December 16, 2009.

**Supplement to Appendix C – "List of Plan Debtors & Corporate
Secured Debt Claims and Non-Corporate Secured Debt Claims"**

       The list of additional Plan Debtors is repeated twice in this supplement to
Appendix C, sorted first in ascending alphabetical order of the names of the properties
the additional Plan Debtors are each respectively associated with, and second in
ascending alphabetical order of the legal entity names of the additional Plan Debtors.  A
"LID" designation, also provided, is used for purposes of identifying the additional Plan
Debtor entities.  Pursuant to Section XIII.B of the Disclosure Statement, this supplement
to Appendix C also identifies those additional Plan Debtors' Secured Debt Claims which
the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those
additional Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be
treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this
supplement to Appendix C are defined in Appendix A to the Disclosure Statement, as
supplemented or amended.

## Appendix C – List of Plan Debtors (Sorted by Property)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 519 | Fox River Shopping Center, LLC | Fox River | NCSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Appendix C – List of Plan Debtors (Sorted by Debtor)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|---|---|---|---|
| 519 | Fox River Shopping Center, LLC | Fox River | NCSD |

---

[2] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

# <u>Replacement Appendix D – Coded Organization Chart</u>

Pursuant to Section IV.B of the Disclosure Statement, this <u>Appendix D</u> depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this <u>Appendix D</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



**General Growth Properties, Inc.**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009*

Bucksbaum Family Interests and Others

New York State Common Retirement Fund

~4% LP

~96% GP

99.80%

**GGP Limited Partnership**
B+G – 2006 Credit Facility (u) [2]
G – 2008 Credit Facility (s)

100%

Rouse LLC
G – 2006 Credit Facility (u)

1% GP

99% LP

100%

90.70% Managing Member

100%

100%

**The Rouse Company LP**
B - Rouse Notes (u)
*See Chart K, N-1*

6.8% LP

United Health

TRC Co-Issuer, Inc.
B-Rouse Notes (u)

115 Preferred Stockholders

100%

.0046918% Common Stock

GGPLP Entities
*See Chart A*

GGPI & GGPLP Entities
*See Chart B*

118 Preferred Stockholders

50%

93.2% GP%

100%

The Rouse Company BT, LLC

Summerlin Hospital Medical Center, L.P.

GGP Holding, Inc.
(Private REIT)
*See Chart K*

TRS
JV HoldCo, LLC

118 Preferred Stockholders

GGP/Homart, Inc. Entities
*See Charts D & E*

GGP/Homart II L.L.C. Entities
*See Charts E & F*

50%

0.99999% GP

99.00001% LP

120 Preferred Stockholders

99.9953082% common stock + 480 preferred shares

Ivanhoe Equities V LP

The Rouse Company Operating Partnership LP
*See Charts P1, P2, P3, P4, P5, P6*

Remaining Interests held through GGP Holding II, Inc.

GGP Holding II, Inc.
(Private REIT)

Outside Preferred Interests (DA Retail Investments, LLC)

Teachers' Retirement System of the State of Illinois

100%

9.3%

51%

49%

The Hughes Corporation (TRS 2)
*See Charts N1-N3*

100%

**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

50%

50%

GGP Ivanhoe, Inc. (REIT) Entities
*See Chart C*

100%

100%

100%

The Howard Hughes Corporation (TRS)
*See Chart M*

HRD Remainder, Inc. (QRS) Entities
*See Charts L-1 and L-2*

GGP-TRS L.L.C. Entities
*See Chart C*

Summerlin Corporation (TRS)

Princeton Land East, LLC

100%

100%

100%

119 Preferred Stockholders

100%

GGPLP L.L.C. & GGPI Entities
*See Chart I*

Rouse-Fairwood Development Corporation (TRS 5)
*See Chart L-2*

THC-HRE, LLC

43.2941%

Hex Holding, LLC

120 Preferred Stockholders

56.7059%

Victoria Ward, Limited
*See Chart G*

GGPLP L.L.C. Entities
*See Chart H*

GGP Acquisition, L.L.C. Entities
*See Charts J-1, J-2*

General Growth Management, Inc. (TRS)

0.20%

100%

Hexalon Real Estate, Inc. (REIT)

**Legend:**

| | | |
|---|---|---|
| | = | Third-party |
| B | = | Borrower |
| G | = | Guarantor |
| PLD | = | Project Level Debt (secured) |
| (u) | = | Unsecured Debt |
| (s) | = | Secured Debt |
| MB | = | Mezzanine Borrower |
| | = | Track 1 Debtor [1] |
| | = | Track 2 Debtor [1] |
| | = | Track 3 Debtor [1] |
| | = | Track 4 Debtor [1] |
| | = | Wholly Owned Non-Debtor |
| | = | Joint Venture Non-Debtor |

[1] Debtor Track information is subject to change.

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

D-1

# Chart A



## GGP Limited Partnership
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

GGP 125, LLC — 100%

GGP Capital Trust I — 100%

Champaign Market Place L.L.C. **B-PLD** — 100%

Colony Square Mall L.L.C. **B-2008 Credit Facility (s)** — 100%

Columbia Mall L.L.C. **B-PLD** — 100%

GGP Development, LLC — 100%

Fallbrook Square Partners L.L.C. — 100%

Fox River Shopping Center, LLC **B-PLD** — 100%

Rio West L.L.C. — 100%

Vista Ridge Mall, LLC **B-PLD** — 100%

Town East Mall, LLC **B-PLD** — 100%

River Hills Mall, LLC **B-PLD** — 100%

River Hills Land, LLC — 100%

Sooner Fashion Mall L.L.C. **B-PLD** — 100%

Southlake Mall L.L.C. **B-PLD** — 100%

GGP-Four Seasons L.L.C. **B-PLD.** — 100%

Westwood Mall LLC **B – 2008 Credit Facility (s)** — 100%

GGP 168th Street, LLC — 100%

St. Cloud Land L.L.C. — 100%

St. Cloud Mall Holding L.L.C. **B-PLD** — 100%

St. Cloud Mall L.L.C. **B-PLD** — 100%

Fallbrook Square Partners Limited Partnership **B-PLD** — 0.01% GP / 99.999% LP

GGP-Tucson Mall L.L.C. **B-PLD** — 100%

Tucson Anchor Acquisition, LLC — 100%

GGP-Tucson Land L.L.C. — 100%

AllenTowne Mall, LLC — 100%

GGP-Foothills L.L.C. **B – 2008 Credit Facility (s)** — 100%

Cannery Chicago, LLC — 100%

Lincolnshire Commons, LLC **B-PLD** — 100%

GGP Echelon Place, LLC — 100%

Fallen Timbers Shops II, LLC — 100%

Fallen Timbers Shops, LLC **B – 2008 Credit Facility (s)** — 100%

Phase II Mall Subsidiary, LLC **B-PLD** — 100%

Lakeland Square Mall, LLC **B-PLD** — 100%

Gateway Overlook Business Trust — 100%

Parke West, LLC — 100%

Boise Town Square Anchor Acquisition, LLC — 100%

GGP Jordan Creek L.L.C. **B-PLD** — 100%

GGP Village at Jordan Creek L.L.C. — 100%

Natick Retail, LLC — 100%

Coral Ridge Mall, LLC **B-PLD** — 100%

GGP International, LLC — 100%

GGP Turkey Investco, LLC — 100%

GGP Ventures Brazil Holding L.L.C. — 100%

GGP Brazil I L.L.C. — 100%

GGP Brazil II L.L.C. — 100%

GGP Ventures Costa Rica, L.L.C. — 100%

Genesis Development Company — 50%

GGP Genesis Costa Rica, LLC — 50%

GGP Macon, LLC — 100%

Wilson Macon — 50% / 50%

Shoppes at River Crossing, LLC

Newgate Mall Land Acquisition, LLC — 100%

GGP-Newgate Mall, LLC **B-PLD** — 100%

West Oaks Mall Trust **B-PLD** — 100%

West Oaks Anchor Acquisition, LLC — 100%

Gateway Overlook Borrower, LLC **B-PLD** — 100%

Hoover JV Holdco, LLC — 100%

Wilson Galleria, LLC — 50%

Hoover Mall Holding, L.L.C. — 50%

Riverchase Anchor Acquisition, LLC — 100%

Hoover Mall Limited, L.L.C. — 100%

GGP-Rogers Retail L.L.C. — 100%

Hunt Schwyhart Graham VI, LLC — 50%

Rogers Retail L.L.C. — 50%

Pinnacle South, LLC — 100%

Pinnacle Hills, LLC — 100%

D-2

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-3

# Chart C

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart D

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



GGP Limited Partnership
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

114 Preferred Stockholders

New York State Common Retirement Fund

50%

50%

50%

50%

GGP/Homart, Inc.

GGP/Homart II L.L.C.

100%

GGP-Buckland Hills One, Inc.

100%

GGP-Carolina Place, Inc.

100%

GGP-Northbrook, Inc.

.5%

99.5%

99.5%

.5%

Montclair Plaza L.L.C.

Alderwood Mall Holding L.L.C.

99.999%

.001%

Pavilions at Buckland Hills L.L.C.

99.5%

.5%

Northbrook Court L.L.C.

.5%

99.5%

100%

Alderwood Mall L.L.C.

.5%

99.5%

Carolina Place L.L.C.
B-PLD

.5%

Northbrook Court I L.L.C.

.5%

99.5%

Northbrook Court II L.L.C.

80%

20%

Westcoast Estates

D-6



# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

# Chart G

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



GGPLP L.L.C.

B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

119 Preferred Stockholders

100%

Victoria Ward, Limited

100% — The Crossroads Mall Land, Inc.

100% — Saint Louis Land L.L.C.

100% — GGP-Maine Mall Land L.L.C. **B-PLD**

100% — Victoria Ward Services, Inc. (TRS)

100% — Victoria Ward Center L.L.C. **B-PLD**

100% — Victoria Ward Entertainment Center L.L.C. **B-PLD**

100% — Ward Plaza-Warehouse, LLC **B-PLD**

100% — Ward Gateway-Industrial-Village, LLC **B-PLD**

99.999% / .001% — The Crossroads Mall Land L.L.C.

100% — VW Condominium Development, LLC

100% — Land Trust No. 89433

100% — Land Trust No. 89434

100% — Land Trust No. FHB-TRES 200601

100% — Land Trust No. FHB-TRES 200602

D-8



# Chart H

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart I

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart J-1



## GGPLP L.L.C.

B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

### GGP Acquisition, L.L.C.

81.94226% GP        18.05774% LP

100%

### Price GP L.L.C.

Price Development Company,
Limited Partnership
(See Drop Down A for properties held directly by this entity)

Various holders
of limited
partnership
interests

26.666% LP     73.334% GP

Price-Boise
Company, Ltd.

1% GP     99% LP        .5%     99.5%

Price Financing
Partnership, L.P.

BTS Properties L.L.C.

100%

North Town Mall, LLC
B – 2008 Credit Facility (s)

100%

Boise Towne Plaza L.L.C.
B-PLD

Drop Down A

### Price Development Company, Limited Partnership – Directly Owned Properties

| II. Community Centers | Location |
| --- | --- |
| Alameda Plaza | Pocatello, Idaho |
| Bailey Hills Village | Eugene, Oregon |
| KIDK – Idaho Falls | |
| (Baskin Robbins 17th Street) | Idaho Falls, Idaho |
| Cottonwood Square | Salt Lake City, Utah |
| Fremont Plaza | Las Vegas, Nevada |
| Plaza 800 | Sparks, Nevada |
| Plaza 800 – Skippers | Sparks, Nevada |
| Plaza 9400 | Sandy, Utah |
| Plaza 9400 – Shops | Sandy, Utah |
| Red Cliffs Plaza | St. George, Utah |
| Twin Falls Crossing | Twin Falls, Idaho |
| Yellowstone Square | Idaho Falls, Idaho |
| Yellowstone Shop | Idaho Falls, Idaho |

100%

PDCLP JV
HoldCo, LLC

JCP
Realty Inc.

25% LP     75% GP

Provo Mall Development
Company, Ltd.

100%

Majestic
Partners-
Provo,
LLC

JCP
Realty Inc.

25%        75% GP

Spokane Mall
Development Company
Limited Partnership

Burnham
Foundation

Thomas
W. James

25%        25%        50%

Price-James Company

100%

Spokane Mall L.L.C.

TV Investment,
LLC

100%

Boise Mall, LLC
B-PLD

100%        100%

500 West
Associates,
LLC

Provo Mall
L.L.C.

D-11

# Chart J-2



**500 West Capital, L.C.**

100% — **Pierre Bossier Mall, LLC** — B – 2008 Credit Facility (s)

100% — **White Mountain Mall, LLC** — B – 2008 Credit Facility (s)

100% — **Gateway Crossing L.L.C.** — B-PLD

100% — **GGP-UC L.L.C.** — B-PLD

100% — **Orem Plaza Center Street, LLC**

100% — **PDC Community Centers L.L.C.** — B-PLD

100% — **Price-ASG L.L.C.** — B – 2008 Credit Facility (s)

100% — **Silver Lake Mall, LLC** — B – 2008 Credit Facility (s)

100% — **Visalla Mall L.L.C.**
99.5% / .5% GP — **Visalla Mall, L.P.** — B-PLD

100% — **Freemont Plaza L.L.C.**

100% — **Plaza 800 L.L.C.**

100% — **Sierra Vista Mall, LLC** — B – 2008 Credit Facility (s)

100% — **Country Hills Plaza, LLC** — B-PLD

100% — **North Plains Mall, LLC** — B – 2008 Credit Facility (s)

100% — **Cache Valley, LLC** — B – 2008 Credit Facility (s)

100% — **Cottonwood Mall, LLC**

100% — **Pine Ridge Mall L.L.C.** — B-PLD

100% — **PDC-Red Cliffs Mall L.L.C.** — B-PLD

100% — **PDC-Eastridge Mall L.L.C.** — B-PLD

100% — **Three Rivers Mall L.L.C.** — B-PLD

100% — **River Falls Mall, LLC**

100% — **Price Development TRS, Inc.**

D-12



# Chart K

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart L-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009*



D-14

# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009*



D-15

# Chart M

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart N-2



The Hughes Corporation (TRS 2)

100%

The Howard Hughes Corporation (TRS)

100% — Summerlin Corporation (TRS)

100% — Rouse-Fairwood Development Corporation (TRS 5)
*See Chart L-2*

100% — THC-HRE, LLC

56.7059%    43.2941%

Hex Holding, LLC          119 Preferred Stockholders

The Rouse Company Operating Partnership LP

94.423% LP          5.577% GP

Howard Hughes Properties, Limited Partnership

100% Common Stock

Hexalon Real Estate, Inc. (REIT)

See Chart Q for other subsidiaries

HRD Remainder, Inc.

99% LP    1% GP

HHP Government Services, Limited Partnership

100% — 9901-9921 Covington Cross, LLC

100% — 9950-9980 Covington Cross, LLC

100% — Rouse SI Shopping Center, LLC

100% — Summerlin Centre, LLC

100%
HHPLP JV HoldCo I, LLC
100%
HHPLP JV HoldCo II, LLC

Jim Christensen

JMB

100% — 10000 Covington Cross, LLC

100% — 1120/1140 Town Center Drive, LLC

100% — 1201/1281 Town Center Drive, LLC

100% — 1251 Center Crossing, LLC

100% — 1645 Village Center Circle, LLC

30.18%    69.75%    0.07%

Rouse F.S., LLC

100%

Fashion Show Mall, LLC
**B-PLD**

50%
50%
50%

Lake Meade & Buffalo Partnership

50%
Trails Village Center Co.

47% LP    53% GP
Maguire Partners-Playa Vista

47% LP    53% GP
Maguire Partners-Playa Vista Area C

10190 Covington Cross, LLC

1160/1180 Town Center Drive, LLC

1551 Hillshire Drive, LLC

1635 Village Centre Circle, LLC

D-18

# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-19

# Chart P-2



The Rouse Company Operating Partnership LP

100% — Chesapeake Investors, LLC
100% — Rouse Commercial Properties, LLC
100% — Rivers Park ABC, LLC
100% — Hunt Valley Title Holding Company, LLC
1% GP / 98% LP — Riverspark Associates Limited Partnership
1% GP — 
1% GP / 98% LP — Triangle Business Center I Limited Partnership

100% — Seaport Marketplace, LLC
5% GP — South Street Seaport Limited Partnership
95% LP

100% — Princeton Land, LLC
100% — Seaport Marketplace Theatre, LLC

100% — The Rouse Company of Minnesota, LLC
100% — Rouse Ridgedale Holding, LLC
100% — Rouse Ridgedale, LLC
100% — Ridgedale Center, LLC  **B-PLD**

100% — Christiana Holdings I, LLC
Christiana Holdings II, LLC
50% — Christiana Acquisition, LLC — 50%
100% — Christiana Mall, LLC
100% — CMA Access Company, LLC

100% — Collin Creek Anchor Acquisition, LLC
100% — Collin Creek Mall, LLC  **B-PLD**

100% — Faneuil Hall Marketplace, LLC
100% — Woodbridge Center Property, LLC  **B-PLD**

100% — Fashion Place Anchor Acquisition, LLC
100% — Fashion Place, LLC  **B-PLD**

100% — Three OM, LLC
1% GP — Three Owings Mills Corporate Center Land Limited Partnership
99% LP
100% — Three OM SPE, LLC

100% — Four OM, LLC
1% GP — Four Owings Mills Corporate Center Land Limited Partnership
99% LP
100% — Four OM SPE, LLC

D-20

# Chart P-3

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009*





# Chart P-4

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

1 GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart P-5

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart P-6

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart Q



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

100% — Harborplace, Inc.

2.38% — MallFinder Network LLC

100% — GGP Natick Residence LLC

100% — Rouse-West Dade, Inc.

100% — GGP Turkey Management, LLC

100% — Hoover Mall Services, L.L.C.

100% — Faneuil Hall Beverage, LLC

100% — Valley Plaza Anchor Acquisition, LLC

100% — The Learning Mall L.L.C.

100% — Kapiolani Condominium Development, LLC

50% — Perimeter Mall Facilities, LLC

Perimeter Center Miscellaneous Income LLC — 50%

NYSTERS — 32.5%

J.P. Morgan — 32.5%

35% — Four State Facility Corp (TRS)

D-25

## Supplement to Appendix E – Corporate Reorganization Process

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below. For each property owned by the additional Plan Debtors, identified in the supplement to Appendix C to the Disclosure Statement attached hereto, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable. Capitalized terms used in this Appendix E are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

| Page # | Property Name |
|--------|---------------|
| E-1 | Fox River Mall |

FOX RIVER MALL:

**Fox River Shopping Center, LLC** (DE) (Case No. 09-12113), is the owner of the mall known as Fox River Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# FOX RIVER MALL
## No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

GGP
Limited
Partnership

~4% LP

Outside Limited
Partners

Fox River
Shopping
Center, LLC

*Fox River Mall
(Appleton, WI)*



KEY:

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.