WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :

**In re**                              :        **Chapter 11**
                                            :

**GENERAL GROWTH**                 :
**PROPERTIES, INC.,** *et al.***,**       :        **Case No. 09-11977 (ALG)**
                                            :

            **Debtors.**            :        **Jointly Administered**
                                            :

------------------------------------------------------------x

**NOTICE OF FILING SECOND SUPPLEMENT TO DISCLOSURE
STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF
REORGANIZATION SOLELY WITH RESPECT TO CERTAIN
DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the documents attached hereto (the "Second Group of Debtors' Second Disclosure Statement Supplement") account for the addition of White Marsh General Partnership, White Marsh Mall Associates, White Marsh Mall, LLC, and White Marsh Phase II Associates, and apply solely to the certain entities identified on the exhibit attached hereto as Exhibit A (collectively, for purposes of this notice, the "Plan Debtors"). The Confirmation Order DS (as hereinafter defined) is only supplemented or modified as provided herein. The Second Group of Debtors' Second Disclosure Statement Supplement supplements and replaces certain portions of the *Disclosure Statement  for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*, filed on December 15, 2009 as Exhibit C to the *Findings of*

*Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915] ("Confirmation Order DS"), and *Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 16, 1009 [Docket No. 3961] (collectively, and along with the Second Group of Debtors' Second Disclosure Statement Supplement, the "Disclosure Statement").[1]  For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Second Group of Debtors' Second Disclosure Statement Supplement with respect solely to the Plan Debtors, and (ii) amended as provided in the Second Group of Debtors' Second Disclosure Statement Supplement with respect solely to the Plan Debtors.  The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement the Second Group of Debtors' Second Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Second Group of Debtors' Second Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("KCC") at http://www.kccllc.net/GeneralGrowth or for a fee on the Court's website at www.nysb.uscourts.gov.  To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.  To obtain hard copies of the Second Group of Debtors' Second Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at ggp_info@kccllc.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **December 22, 2009 at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.  The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.  On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated:  New York, New York
            December 20, 2009

> Marcia L. Goldstein
> Gary T. Holtzer
> Adam P. Strochak
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Telephone:  (212) 310-8000
> Facsimile:   (212) 310-8007
>
> and
>
> Stephen A. Youngman (*admitted pro hac vice*)
> WEIL, GOTSHAL & MANGES LLP
> 200 Crescent Court, Suite 300
> Dallas, Texas  75201
> Telephone:  (214) 746-7700
> Facsimile:   (214) 746-7777
>
> and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

and

/s/ James H.M. Sprayregen
James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

## Exhibit A

| Adjourned Plan Debtor | Case No. | LID | Project |
|---|---|---|---|
| Burlington Town Center II LLC | 09-12477 (ALG) | 30 | Burlington Town Center |
| Chico Mall, L.P. | 09-11988 (ALG) | 681 | Chico Mall |
| Chico Mall L.L.C. | 09-12084 (ALG) | 680 | Chico Mall |
| Fox River Shopping Center, LLC | 09-12113 (ALG) | 519 | Fox River Shopping Center |
| Baltimore Center Associates Limited Partnership | 09-12006 (ALG) | 154 | Gallery at Harborplace |
| Baltimore Center Garage Limited Partnership | 09-12007 (ALG) | 160 | Gallery at Harborplace |
| Baltimore Center, LLC | 09-12063 (ALG) | 153 | Gallery at Harborplace |
| GGP-Mall of Louisiana II, L.P. | 09-12482 (ALG) | 658 | Mall of Louisiana |
| GGP-Mall of Louisiana, Inc. | 09-12478 (ALG) | 656 | Mall of Louisiana |
| GGP-Mall of Louisiana, L.P. | 09-12018 (ALG) | 657 | Mall of Louisiana |
| Mall of Louisiana Holding, Inc. | 09-12191 (ALG) | 659 | Mall of Louisiana |
| Lancaster Trust | 09-12473 (ALG) | 24 | Park City Center |
| Parcit-IIP Lancaster Venture | 09-12486 (ALG) | 23 | Park City Center |
| Parcity L.L.C. | 09-12487 (ALG) | 748 | Park City Center |

| | | | |
|---|---|---|---|
| Parcity Trust | 09-12488 (ALG) | 22 | Park City Center |
| Park City Holding, Inc. | 09-12489 (ALG) | 747 | Park City Center |
| PC Lancaster L.L.C. | 09-12490 (ALG) | 749 | Park City Center |
| PC Lancaster Trust | 09-12491 (ALG) | 21 | Park City Center |
| Providence Place Holdings, LLC | 09-12233 (ALG) | 248 | Providence Place |
| Rouse Providence LLC | 09-12252 (ALG) | 247 | Providence Place |
| Stonestown Shopping Center, L.P. | 09-12283 (ALG) | 714 | Stonestown Shopping Center |
| Stonestown Shopping Center Holding L.L.C. | 09-12479 (ALG) | 712 | Stonestown Shopping Center |
| Stonestown Shopping Center L.L.C. | 09-12282 (ALG) | 713 | Stonestown Shopping Center |
| Land Trust No. FHB-TRES 200601 | 09-12186 (ALG) | 809 | Victoria Ward Warehouse / Plaza |
| Ward Plaza-Warehouse, LLC | 09-12313 (ALG) | 719 | Victoria Ward Warehouse / Plaza |
| White Marsh General Partnership | 09-12000 (ALG) | 121 | White Marsh Mall |
| White Marsh Mall Associates | 09-12001 (ALG) | 119 | White Marsh Mall |
| White Marsh Mall, LLC | 09-12317 (ALG) | 118 | White Marsh Mall |
| White Marsh Phase II Associates | 09-12002 (ALG) | 120 | White Marsh Mall |

| The Woodlands Mall Associates, LLC | 09-12323 (ALG) | 504 | Woodlands Mall |
|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                    :

In re                           :          **Chapter 11**
                    :

**GENERAL GROWTH**        :
**PROPERTIES, INC.,** *et al.,*    :         **Case No. 09-11977 (ALG)**
                    :

          **Debtors.**      :         **Jointly Administered**
                    :
----------------------------------------------------------------x

## SECOND SUPPLEMENT TO DISCLOSURE STATEMENT
## FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION
## SOLELY WITH RESPECT TO CERTAIN DEBTORS
## <u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

# INDEX OF SECOND GROUP DEBTORS SECOND
# DISCLOSURE STATEMENT SUPPLEMENT MATERIALS

*Capitalized terms used throughout this Second Group of Debtors' Second Disclosure Statement Supplement are defined in <u>Appendix A</u> -- "Material Defined Terms for Plan Debtors' Disclosure Statement" as attached to the Disclosure Statement, and as supplemented or amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Replacement Exhibit 3 – "Financial Projections" to the Disclosure Statement | Amended to account for the addition of (i) Fox River Shopping Center, LLC pursuant to the Second Group of Debtors' Disclosure Statement Supplement, and (ii) White Marsh General Partnership, White Marsh Mall Associates, White Marsh Mall, LLC, and White Marsh Phase II Associates pursuant to this Second Group of Debtors' Second Disclosure Statement Supplement. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains an additional defined term. |
| Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims" to the Disclosure Statement | Contains a list identifying White Marsh General Partnership, White Marsh Mall Associates, White Marsh Mall, LLC, and White Marsh Phase II Associates, the additional Plan Debtors. |
| Replacement Appendix D – "Coded Organization Chart" to the Disclosure Statement | Amended to account for the addition of White Marsh General Partnership, White Marsh Mall Associates, White Marsh Mall, LLC, and White Marsh Phase II Associates, additional Plan Debtors, identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Supplement to Appendix E – "Corporate | The supplemental pages to reflect the |

| DOCUMENT DESCRIPTION | EXPLANATION |
| --- | --- |
| Reorganization Process" to the Disclosure Statement | White Marsh Mall corporate restructuring process will be filed in a forthcoming supplement on December 21, 2009. |
| Note with respect to supplement to Disclosure Statement Section VI, "Plan Description" | Certain modifications to the form of Plan were made in conjunction with the Confirmation Hearing on December 15, 2009 with respect to other Debtors. Those modifications are not reflected in the Disclosure Statement. Please refer to the Plan, which can be found as Exhibit B to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915]. |

## Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations"

**White Marsh General Partnership**

By:    White Marsh Mall Associates, a general partner

        By:  White Marsh Mall, LLC, its managing partner

           By:    /S/ Linda J. Wight
                Vice President

By:    White Marsh Phase II Associates, a general partner

        By:  White Marsh Mall, LLC, its managing partner

           By:    /S/ Linda J. Wight
                Vice President


**White Marsh Mall Associates**

By:  White Marsh Mall, LLC, its managing partner

        By:    /S/ Linda J. Wight
             Vice President

**White Marsh Mall, LLC**

By:    /S/ Linda J. Wight
     Vice President

**White Marsh Phase II Associates**

By:  White Marsh Mall, LLC, its managing partner

        By:    /S/ Linda J. Wight
             Vice President

## Exhibit 3 – Financial Projections

***Capitalized terms used in this Exhibit 3 are defined in Appendix A to the Disclosure Statement, as supplemented or amended.***

For the purpose of demonstrating that the Plan satisfies the feasibility standard described in Section VIII.A.3 of the Disclosure Statement, the Plan Debtors provide the attached consolidated cash flow analysis and the following narrative description.

The Plan Debtors estimate that the Emergence Costs are approximately $428 million. Of this amount, $319.8 million is associated with the mortgage and mezzanine debt restructuring, including extension fees, servicer fees and expenses, catch-up amortization payments, accrued interest, the funding of certain escrows and other expenses. A further $108.2 million is associated with distributions related to prepetition claims against the Plan Debtors. The Plan Debtors are expected to fund these restructuring costs and Plan distributions predominately from funds generated by the Plan Debtors since the onset of their Chapter 11 Cases, with additional support from excess liquidity of GGP LP. These amounts are the best available estimates as of the date of this Disclosure Statement supplement and are subject to change based on the final number of Plan Debtors included or excluded from the Plan and other factors.

As described in Section II.B of the Disclosure Statement, the Plan Debtors engaged in lengthy negotiations with the Secured Debt Holders. In connection with those negotiations, in August 2009 the Plan Debtors completed the preparation of long-term project-level financial projections and provided those projections to the Secured Debt Holders and other key constituencies in the Chapter 11 Cases, including the professionals for the Creditors' Committee and the Equity Committee. The project-level projections completed in August 2009 show that the Plan Debtors will have cash flow well in excess of the amounts necessary to satisfy their principal and interest payments under the restructured secured loans and all other cash needs through 2014. The Plan Debtors' cash flow in 2010 is estimated to be approximately $47.4 million less than their cash needs, due primarily to the $150 million pay-down of the secured debt on the Ala Moana property as negotiated as part of the restructuring of that entity's property level secured loan. GGP expects to fund this shortfall out of excess liquidity of GGP LP. The Ala Moana pay-down also can be deferred beyond 2010.

The consolidated cash forecast attached shows that GGP has sufficient cash to fund the Emergence Costs of the Plan Debtors as well as the estimated $47.4 million shortfall in 2010. On a pro forma basis including all estimated Emergence Costs and other payments required by the Plan, GGP projects it will have $178.9 million in cash available at the end of 2010.

The Plan Debtors do not, as a matter of course, publish business plans, strategies, projections, anticipated financial positions, or the results of operations. Accordingly, the Plan Debtors do not anticipate that they will, and disclaim any

obligation to, furnish updated projections or cash flow forecasts, to holders of Claims or Interests in the Plan Debtors after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any) or otherwise make such information public.  The Plan Debtors do, however, continue to update their projections to reflect actual results, business developments, changes in assumptions, and refinements to projection methodologies; future projections are likely to differ from those set forth herein.  GGP anticipates incorporating such future financial projections in information that is delivered to certain constituencies for purposes of the remaining Chapter 11 Cases.

Creditors should not rely on the projections or cash flow forecast as a representation or guarantee of future performance; they are an estimate done as of August 2009 for purposes of demonstrating feasibility of the Plan and actual results could vary significantly.  The projections and cash flow forecast have not been prepared on the basis of Generally Accepted Accounting Principles, the rules of the SEC, or the American Institute of Certified Public Accountants.  The projections and cash flow forecast have not been audited or reviewed by independent public accountants.

**General Growth Properties, Inc.**
**Cash Forecast**
($ in Millions)

Exhibit 3

| | Transaction Dec-09 | Forecast Jan-10 | Forecast Feb-10 | Forecast Mar-10 | Forecast Apr-10 | Forecast May-10 | Forecast Jun-10 | Forecast Jul-10 | Forecast Aug-10 | Forecast Sep-10 | Forecast Oct-10 | Forecast Nov-10 | Forecast Dec-10 | Jan - Dec 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Cash Flow Before Debt Service and Plan Related Distributions** | - | **$68.2** | **$109.8** | **$97.5** | **$100.2** | **$90.9** | **$89.2** | **$99.6** | **$99.6** | **$91.4** | **$95.3** | **$105.1** | **$107.0** | **$1,154.0** |
| Debt Service | - | (91.8) | (91.8) | (91.4) | (92.3) | (92.3) | (92.7) | (93.8) | (93.3) | (93.6) | (93.6) | (94.1) | (94.1) | (1,114.7) |
| Restructuring & Settlement Related Distributions | (325.9) | - | - | - | - | - | - | - | - | - | - | - | (182.5) | (182.5) |
| Pre Petition Amounts | (109.6) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Consolidated Cash Flow** | **(435.5)** | **(23.6)** | **18.0** | **6.1** | **7.9** | **(1.4)** | **(3.5)** | **5.8** | **6.4** | **(2.1)** | **1.7** | **11.1** | **(169.5)** | **(143.2)** |
| Beginning Consolidated Cash | 745.2 | 309.7 | 286.1 | 304.1 | 310.2 | 318.1 | 316.7 | 313.2 | 319.0 | 325.4 | 323.3 | 325.0 | 336.1 | |
| Consolidated Cash Flow | (435.5) | (23.6) | 18.0 | 6.1 | 7.9 | (1.4) | (3.5) | 5.8 | 6.4 | (2.1) | 1.7 | 11.1 | (169.5) | |
| **Ending Consolidated Cash** | **$309.7** | **$286.1** | **$304.1** | **$310.2** | **$318.1** | **$316.7** | **$313.2** | **$319.0** | **$325.4** | **$323.3** | **$325.0** | **$336.1** | **$166.6** | |

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

Second Group of Debtors' Second Disclosure Statement Supplement
means this *Notice of Filing of Second Supplement to Disclosure Statement for Second
Group of Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the
Bankruptcy Code*, filed on December 20, 2009.

**Supplement to Appendix C – "List of Plan Debtors & Corporate
Secured Debt Claims and Non-Corporate Secured Debt Claims"**

        The list of additional Plan Debtors is repeated twice in this supplement to
Appendix C, sorted first in ascending alphabetical order of the names of the properties
the additional Plan Debtors are each respectively associated with, and second in
ascending alphabetical order of the legal entity names of the additional Plan Debtors.  A
"LID" designation, also provided, is used for purposes of identifying the additional Plan
Debtor entities.  Pursuant to Section XIII.B of the Disclosure Statement, this supplement
to Appendix C also identifies those additional Plan Debtors' Secured Debt Claims which
the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those
additional Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be
treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this
supplement to Appendix C are defined in Appendix A to the Disclosure Statement, as
supplemented or amended.

## Appendix C – List of Plan Debtors (Sorted by Property)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|-----|-------------|---------------|-------------------------------|
| 121 | White Marsh General Partnership | White Marsh Mall | CSD |
| 119 | White Marsh Mall Associates | White Marsh Mall | CSD |
| 118 | White Marsh Mall, LLC | White Marsh Mall | CSD |
| 120 | White Marsh Phase II Associates | White Marsh Mall | CSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|-----|-------------|---------------|-------------------------------|
| 121 | White Marsh General Partnership | White Marsh Mall | CSD |
| 119 | White Marsh Mall Associates | White Marsh Mall | CSD |
| 118 | White Marsh Mall, LLC | White Marsh Mall | CSD |
| 120 | White Marsh Phase II Associates | White Marsh Mall | CSD |

[2] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

# Replacement Appendix D – Coded Organization Chart

Pursuant to Section IV.B of the Disclosure Statement, this Appendix D depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this Appendix D are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

General Growth Properties, Inc.
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Bucksbaum Family Interests and Others

New York State Common Retirement Fund

~4% LP
~96% GP
99.80%

GGP Limited Partnership
B+G – 2006 Credit Facility (u) ²
G – 2008 Credit Facility (s)

100%
100%
90.70% Managing Member
100%
100%
50%

Rouse LLC
G – 2006 Credit Facility (u)

1% GP
99% LP

The Rouse Company LP
B - Rouse Notes (u)
See Chart K, N-1

6.8% GP
United Health
93.2% GP%

TRC Co-Issuer, Inc.
B-Rouse Notes (u)

115 Preferred Stockholders
100%

GGPLP Entities
See Chart A

GGPI & GGPLP Entities
See Chart B

118 Preferred Stockholders

118 Preferred Stockholders

GGP/Homart, Inc. Entities
See Charts D & E

50%
GGP/Homart II L.L.C. Entities
See Charts E & F

100%

The Rouse Company BT, LLC

Summerlin Hospital Medical Center, L.P.

GGP Holding, Inc. (Private REIT)
See Chart K

.0046918% Common Stock

0.99999% GP
99.00001% LP

120 Preferred Stockholders
99.9953082% common stock + 480 preferred shares

TRS JV HoldCo, LLC

Ivanhoe Equities V LP

The Rouse Company Operating Partnership LP
See Charts P1, P2, P3, P4, P5, P6

Remaining Interests held through GGP Holding II, Inc.

GGP Holding II, Inc. (Private REIT)
9.3%

Outside Preferred Interests (DA Retail Investments, LLC)

Teachers' Retirement System of the State of Illinois

51%
49%

100%
The Hughes Corporation (TRS 2)
See Charts N1-N3

100%

100%

100%
100%
GGPLP L.L.C.
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

50%
50%

GGP-TRS L.L.C. Entities
See Chart C

GGP Ivanhoe, Inc. (REIT) Entities
See Chart C

Summerlin Corporation (TRS)

Princeton Land East, LLC

The Howard Hughes Corporation (TRS)
See Chart M

HRD Remainder, Inc. (QRS) Entities
See Charts L-1 and L-2

100%
100%
100%

Rouse-Fairwood Development Corporation (TRS 5)
See Chart L-2

THC-HRE, LLC

43.2941%

Hex Holding, LLC

119 Preferred Stockholders

GGPLP L.L.C. & GGPI Entities
See Chart I

56.7059%

120 Preferred Stockholders

100%
100%

General Growth Management, Inc. (TRS)

0.20%

Hexalon Real Estate, Inc. (REIT)

Victoria Ward, Limited
See Chart G

GGPLP L.L.C. Entities
See Chart H

GGP Acquisition, L.L.C. Entities
See Charts J-1, J-2

Legend:
= Third-party
B = Borrower
G = Guarantor
PLD = Project Level Debt (secured)
(u) = Unsecured Debt
(s) = Secured Debt
MB = Mezzanine Borrower
= Track 1 Debtor ¹
= Track 2 Debtor ¹
= Track 3 Debtor ¹
= Track 4 Debtor ¹
= Wholly Owned Non-Debtor
= Joint Venture Non-Debtor
¹ Debtor Track information is subject to change.

² The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

D-1

# Chart A



**GGP Limited Partnership**

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

GGP 125, LLC — 100%
GGP Capital Trust I — 100%
Champaign Market Place L.L.C. **B-PLD** — 100%
Colony Square Mall L.L.C. **B-2008 Credit Facility (s)** — 100%
Columbia Mall L.L.C. **B-PLD** — 100%
GGP Development, LLC — 100%
Fallbrook Square Partners L.L.C. — 100%
Fox River Shopping Center, LLC **B-PLD** — 100%
Rio West L.L.C. — 100%
Vista Ridge Mall, LLC **B-PLD** — 100%
Town East Mall, LLC **B-PLD** — 100%
River Hills Mall, LLC **B-PLD** — 100%
River Hills Land, LLC — 100%
Sooner Fashion Mall L.L.C. **B-PLD** — 100%
Southlake Mall L.L.C. **B-PLD** — 100%
GGP-Four Seasons L.L.C. **B-PLD.** — 100%
Westwood Mall LLC **B – 2008 Credit Facility (s)** — 100%
GGP 168th Street, LLC — 100%
St. Cloud Land L.L.C. — 100%
St. Cloud Mall Holding L.L.C. **B-PLD** — 100%

St. Cloud Mall L.L.C. **B-PLD** — 100%

Fallbrook Square Partners Limited Partnership **B-PLD** — 0.01% GP / 99.999% LP

GGP-Tucson Mall L.L.C. **B-PLD** — 100%
Tucson Anchor Acquisition, LLC — 100%
GGP-Tucson Land L.L.C. — 100%
AllenTowne Mall, LLC — 100%
GGP-Foothills L.L.C. **B – 2008 Credit Facility (s)** — 100%
Cannery Chicago, LLC — 100%
Lincolnshire Commons, LLC **B-PLD** — 100%
GGP Echelon Place, LLC — 100%
Fallen Timbers Shops II, LLC — 100%
Fallen Timbers Shops, LLC **B – 2008 Credit Facility (s)** — 100%
Phase II Mall Subsidiary, LLC **B-PLD** — 100%
Lakeland Square Mall, LLC **B-PLD** — 100%
Gateway Overlook Business Trust — 100%
Parke West, LLC — 100%
Boise Town Square Anchor Acquisition, LLC — 100%
GGP Jordan Creek L.L.C. **B-PLD** — 100%
GGP Village at Jordan Creek L.L.C. — 100%
Natick Retail, LLC — 100%
Coral Ridge Mall, LLC **B-PLD** — 100%
GGP International, LLC — 100%

GGP Turkey Investco, LLC — 100%
GGP Ventures Brazil Holding L.L.C.
GGP Ventures Costa Rica, L.L.C.
Genesis Development Company
GGP Macon, LLC
Wilson Macon
Newgate Mall Land Acquisition, LLC
GGP-Newgate Mall, LLC **B-PLD** — 100%
West Oaks Mall Trust **B-PLD** — 100%
West Oaks Anchor Acquisition, LLC
Gateway Overlook Borrower, LLC **B-PLD** — 100%
Hoover JV Holdco, LLC — 100%
Wilson Galleria, LLC
GGP-Rogers Retail L.L.C. — 100%
Hunt Schwyhart Graham VI, LLC

GGP Brazil I L.L.C. — 100%
GGP Brazil II L.L.C. — 100%
GGP Genesis Costa Rica, LLC — 50% / 50%
Shoppes at River Crossing, LLC — 50% / 50%
Hoover Mall Holding, L.L.C. — 50% / 50%
Riverchase Anchor Acquisition, LLC — 100%
Hoover Mall Limited, L.L.C. — 100%
Rogers Retail L.L.C. — 50% / 50%
Pinnacle South, LLC — 100%
Pinnacle Hills, LLC — 100%

D-2

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-3

# Chart C

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



GGP Limited Partnership

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

D-4

# Chart D

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

114 Preferred Stockholders

New York State Common Retirement Fund

50%

GGP/Homart, Inc.

50%

GGP/Homart II L.L.C.

50%

50%

100%
GGP-Buckland Hills One, Inc.

100%
GGP-Carolina Place, Inc.

100%
GGP-Northbrook, Inc.

.5%

99.5%

99.5%

.5%

Montclair Plaza L.L.C.

Alderwood Mall Holding L.L.C.

99.999%

.001%

Pavilions at Buckland Hills L.L.C.

.5%

99.5%

Northbrook Court L.L.C.

99.5%

100%

Alderwood Mall L.L.C.

.5%

99.5%

.5%

.5%

99.5%

Northbrook Court I L.L.C.

Northbrook Court II L.L.C.

Carolina Place L.L.C.
**B-PLD**

80%

20%

Westcoast Estates

D-6

# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

119 Preferred Stockholders

100%

Victoria Ward, Limited

100% / 100% / 100% / 100% / 100% / 100% / 100% / 100%

The Crossroads Mall Land, Inc.

Saint Louis Land L.L.C.

GGP-Maine Mall Land L.L.C.
**B-PLD**

Victoria Ward Services, Inc. (TRS)

Victoria Ward Center L.L.C.
**B-PLD**

Victoria Ward Entertainment Center L.L.C.
**B-PLD**

Ward Plaza-Warehouse, LLC
**B-PLD**

Ward Gateway-Industrial-Village, LLC
**B-PLD**

99.999% / .001% / 100% / 100% / 100% / 100% / 100%

The Crossroads Mall Land L.L.C.

VW Condominium Development, LLC

Land Trust No. 89433

Land Trust No. 89434

Land Trust No. FHB-TRES 200601

Land Trust No. FHB-TRES 200602

D-8

# Chart H

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart I

**\*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009**





**GGPLP L.L.C.**

B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

**GGP Acquisition, L.L.C.**

81.94226% GP          18.05774% LP

100%

**Price GP L.L.C.**

Price Development Company,
Limited Partnership
(See Drop Down A for properties held directly by this entity)

Various holders
of limited
partnership
interests

26.666% LP          73.334% GP

Price-Boise
Company, Ltd.

1% GP          99% LP          .5%          99.5%

Price Financing
Partnership, L.P.

BTS Properties L.L.C.

100%

North Town Mall, LLC
B – 2008 Credit Facility (s)

100%

Boise Towne Plaza L.L.C.
B-PLD

Drop Down A

100%

PDCLP JV
HoldCo, LLC

JCP
Realty Inc.

100%

TV Investment,
LLC

100%

JCP
Realty Inc.

Majestic
Partners-
Provo,
LLC

25% LP          75% GP

Burnham
Foundation

Thomas
W. James

25%          75% GP

Spokane Mall
Development Company
Limited Partnership

Provo Mall Development
Company, Ltd.

100%          100%

100%

Boise Mall, LLC
B-PLD

25%          25%          50%

Price-James Company

100%

Spokane Mall L.L.C.

500 West
Associates,
LLC

Provo Mall
L.L.C.

### Price Development Company, Limited Partnership – Directly Owned Properties

| II. Community Centers | Location |
|---|---|
| Alameda Plaza | Pocatello, Idaho |
| Bailey Hills Village | Eugene, Oregon |
| KIDK – Idaho Falls | |
| (Baskin Robbins 17th Street) | Idaho Falls, Idaho |
| Cottonwood Square | Salt Lake City, Utah |
| Fremont Plaza | Las Vegas, Nevada |
| Plaza 800 | Sparks, Nevada |
| Plaza 800 – Skippers | Sparks, Nevada |
| Plaza 9400 | Sandy, Utah |
| Plaza 9400 – Shops | Sandy, Utah |
| Red Cliffs Plaza | St. George, Utah |
| Twin Falls Crossing | Twin Falls, Idaho |
| Yellowstone Square | Idaho Falls, Idaho |
| Yellowstone Shop | Idaho Falls, Idaho |

# Chart J-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



- 500 West Capital, L.C. — 100%
- Pierre Bossier Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- White Mountain Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- Gateway Crossing L.L.C. — **B-PLD** — 100%
- GGP-UC L.L.C. — **B-PLD** — 100%
- Orem Plaza Center Street, LLC — 100%
- PDC Community Centers L.L.C. — **B-PLD** — 100%
- Price-ASG L.L.C. — **B – 2008 Credit Facility (s)** — 100%
- Silver Lake Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- Visalla Mall L.L.C. — 100%
  - Visalla Mall, L.P. — **B-PLD** — 99.5% / .5% GP
- Freemont Plaza L.L.C. — 100%
- Plaza 800 L.L.C. — 100%
- Sierra Vista Mall, LLC — **B – 2008 Credit Facility (s)** — 100%
- Country Hills Plaza, LLC — **B-PLD** — 100%
- North Plains Mall, LLC — **B-PLD** — 100%
- Cache Valley, LLC — **B – 2008 Credit Facility (s)** — 100%
- Cottonwood Mall, LLC — 100%
- Pine Ridge Mall L.L.C. — **B-PLD** — 100%
- PDC-Red Cliffs Mall L.L.C. — **B-PLD** — 100%
- PDC-Eastridge Mall L.L.C. — **B-PLD** — 100%
- Three Rivers Mall L.L.C. — **B-PLD** — 100%
- River Falls Mall, LLC — 100%
- Price Development TRS, Inc. — 100%

D-12



# Chart K

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart L-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-14

# Chart L-2



GGP Holding, Inc. (Private REIT)

100%

HRD Remainder, Inc. (QRS)

100%

The Howard Research and Development Corporation (TRS)

The Rouse Company LP
B – Rouse Notes (u)

100%

The Hughes Corporation (TRS 2)

100%

The Howard Hughes Corporation (TRS)

100%

Rouse-Fairwood Development Corporation

100% Bridgeland GP, LLC

100% LP Rouse-Houston, LLC

100% Columbia Land Holdings, Inc. (TRS)

100% Emerson Land, LLC

100% Gateway Overlook II Business Trust

100% Oakland Ridge Industrial Development Corporation (TRS)

100% Stone Lake, LLC (TRS)

100% Rouse-Phoenix Hotel Corporation (TRS)

100% Rouse-Phoenix Hotel Parking, Inc. (TRS)

100% Gateway Overlook III Business Trust

30% LP

1% GP GGP Bridgeland, LP

99% LP Cypress LA, LLC

100%

100% Emerson Land Business Trust

100% Gateway Overlook II Borrower, LLC

100% West Kendall Holdings, LLC

70% LP Rouse Holding Limited Partnership

54% LP

46% GP & LP

Rouse-Fairwood Development Limited Partnership

100% Town Center East Parking Lot Business Trust

100% Harper's Choice Business Trust

100% LRVC Business Trust

100% Parcel C Business Trust

100% Parcel D Business Trust

100% Merriweather Post Business Trust

100% Rouse Transportation LLC

100% Rouse Merchant-Wired, Inc. (TRS)

100% Fairwood Commercial Front Foot Benefit Company, LLC

100% Fairwood Front Foot Benefit Company, LLC

100% Fairwood-Four Front-Foot Benefit Company, LLC

100% Fairwood-GPP Front-Foot Benefit Company, LLC

100% Fairwood-Promise Front-Foot Benefit Company, LLC

100% Fairwood-Prospect Front-Foot Benefit Company, LLC

100% Fairwood-Three Front-Foot Benefit Company, LLC

Outside Third Parties

10.86%

89.14%

Merchant Wired, LLC

D-15

# Chart M

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

D-16

# Chart N-1

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart N-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-2

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart P-3

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009*



D-21

# Chart P-4

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.



# Chart P-5

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-6

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart Q



**GGP Limited Partnership**

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

100% — Harborplace, Inc.
2.38% — MallFinder Network LLC
100% — GGP Natick Residence LLC
100% — Rouse-West Dade, Inc.
100% — GGP Turkey Management, LLC
100% — Hoover Mall Services, L.L.C.
100% — Faneuil Hall Beverage, LLC
100% — Valley Plaza Anchor Acquisition, LLC
100% — The Learning Mall L.L.C.
100% — Kapiolani Condominium Development, LLC
50% — Perimeter Mall Facilities, LLC
Perimeter Center Miscellaneous Income LLC — 50%
NYSTERS — 35%
J.P. Morgan
Four State Facility Corp (TRS)
32.5% — 32.5%

D-25

**Supplement to Appendix E – Corporate Reorganization Process**

The supplement to Appendix E will be filed in a forthcoming supplement on December 21, 2009.