WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                        :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **GENERAL GROWTH** | : | |
| **PROPERTIES, INC.,** *et al.*, | : | **Case No. 09-11977 (ALG)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

----------------------------------------------------------x

**NOTICE OF FILING FOURTH SUPPLEMENT TO DISCLOSURE**
**STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF**
**REORGANIZATION SOLELY WITH RESPECT TO CERTAIN**
**DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

        PLEASE TAKE NOTICE that the documents attached hereto (the
"Second Group of Debtors' Fourth Disclosure Statement Supplement") supplement
certain portions of the Disclosure Statement (as hereinafter defined), and apply solely to
the entities identified on the exhibit attached hereto as Exhibit A (for purposes of this
notice, the "Plan Debtors"). The Confirmation Order DS (as hereinafter defined) is only
supplemented or modified as provided herein. The Second Group of Debtors' Fourth
Disclosure Statement Supplement supplements and replaces certain portions of the
*Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11
of the Bankruptcy Code*, filed on December 15, 2009 as Exhibit C to the *Findings of
Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of*

*Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915]
("Confirmation Order DS"), *Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 16, 1009 [Docket No. 3961], *Second Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 20, 2009 [Docket No. 3994], and *Third Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 21, 2009 [Docket No. 4013] (collectively, and along with the Second Group of Debtors' Fourth Disclosure Statement Supplement, the "Disclosure Statement").[1]  For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Second Group of Debtors' Fourth Disclosure Statement Supplement with respect solely to the Plan Debtors, and (ii) amended as provided in the Second Group of Debtors' Fourth Disclosure Statement Supplement with respect solely to the Plan Debtors.  The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement the Second Group of Debtors' Fourth Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Second Group of Debtors' Fourth Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("KCC") at http://www.kccllc.net/GeneralGrowth or for a fee on the Court's website at www.nysb.uscourts.gov.  To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.  To obtain hard copies of the Second Group of Debtors' Fourth Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at ggp_info@kccllc.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **January 20, 2010 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.  The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.  On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated: New York, New York
January 19, 2010

/s/ Stephen A. Youngman
Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Stephen A. Youngman (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, *(admitted pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

## Exhibit A

| Plan Debtors | Case No. | LID | Project |
|---|---|---|---|
| The Village of Cross Keys, LLC | 09-12306 (ALG) | 159 | The Village of Cross Keys |
| VCK Business Trust | 09-12301 (ALG) | 177 | The Village of Cross Keys |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :           **Chapter 11**
                                                             :
**GENERAL GROWTH**                                           :
**PROPERTIES, INC.,** *et al.*,                              :           **Case No. 09-11977 (ALG)**
                                                             :
                    Debtors.                                 :           **Jointly Administered**
                                                             :
-------------------------------------------------------------x

**FOURTH SUPPLEMENT TO DISCLOSURE STATEMENT**
**FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION**
**SOLELY WITH RESPECT TO CERTAIN DEBTORS**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**INDEX OF SECOND GROUP DEBTORS' FOURTH DISCLOSURE
STATEMENT SUPPLEMENT NOTES AND MATERIALS**

*Capitalized terms used throughout this Second Group of Debtors' Fourth Disclosure
Statement Supplement are defined in* <u>*Appendix A*</u> *-- "Material Defined Terms for Plan
Debtors' Disclosure Statement" as attached to the Disclosure Statement, and as supplemented
or amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Replacement Exhibit 3 – "Financial Projections" to the Disclosure Statement | Refer to the note added to the financial projections indicating that the addition of The Village of Cross Keys, LLC and VCK Business Trust have an immaterial impact on the aggregate numbers and, thus, the numbers have not been revised. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains an additional defined term. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains supplemental pages to reflect the Village of Cross Keys corporate restructuring process. |
| Note with respect to supplement to Disclosure Statement Section VI, "Plan Description" | Certain modifications to the form of Plan were made in conjunction with the Confirmation Hearing on December 15, 2009 with respect to other Debtors. Those modifications are not reflected in the Disclosure Statement. Please refer to the Plan, which can be found as Exhibit B to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915]. |

**Supplement to Disclosure Statement Section XIV,**
**"Conclusion and Recommendations"**


VCK BUSINESS TRUST, a Maryland business trust
By: /S/ Linda J. Wight, Vice President


THE VILLAGE OF CROSS KEYS, LLC, a Maryland
limited liability company
By: /S/ Linda J. Wight, Vice President

<u>**Exhibit 3 – Financial Projections**</u>

***Capitalized terms used in this <u>Exhibit 3</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.***

For the purpose of demonstrating that the Plan satisfies the feasibility standard described in Section VIII.A.3 of the Disclosure Statement, the Plan Debtors provide the attached consolidated cash flow analysis and the following narrative description.

The Plan Debtors estimate that the Emergence Costs are approximately $428 million. Of this amount, $319.8 million is associated with the mortgage and mezzanine debt restructuring, including extension fees, servicer fees and expenses, catch-up amortization payments, accrued interest, the funding of certain escrows and other expenses. A further $108.2 million is associated with distributions related to prepetition claims against the Plan Debtors. The Plan Debtors are expected to fund these restructuring costs and Plan distributions predominately from funds generated by the Plan Debtors since the onset of their Chapter 11 Cases, with additional support from excess liquidity of GGP LP. These amounts are the best available estimates as of the date of this Disclosure Statement supplement and are subject to change based on the final number of Plan Debtors included or excluded from the Plan and other factors.

As described in Section II.B of the Disclosure Statement, the Plan Debtors engaged in lengthy negotiations with the Secured Debt Holders. In connection with those negotiations, in August 2009 the Plan Debtors completed the preparation of long-term project-level financial projections and provided those projections to the Secured Debt Holders and other key constituencies in the Chapter 11 Cases, including the professionals for the Creditors' Committee and the Equity Committee. The project-level projections completed in August 2009 show that the Plan Debtors will have cash flow well in excess of the amounts necessary to satisfy their principal and interest payments under the restructured secured loans and all other cash needs through 2014. The Plan Debtors' cash flow in 2010 is estimated to be approximately $47.4 million less than their cash needs, due primarily to the $150 million pay-down of the secured debt on the Ala Moana property as negotiated as part of the restructuring of that entity's property level secured loan. GGP expects to fund this shortfall out of excess liquidity of GGP LP. The Ala Moana pay-down also can be deferred beyond 2010.

The consolidated cash forecast attached shows that GGP has sufficient cash to fund the Emergence Costs of the Plan Debtors as well as the estimated $47.4 million shortfall in 2010. On a pro forma basis including all estimated Emergence Costs and other payments required by the Plan, GGP projects it will have $178.9 million in cash available at the end of 2010.

The Plan Debtors do not, as a matter of course, publish business plans, strategies, projections, anticipated financial positions, or the results of operations. Accordingly, the Plan Debtors do not anticipate that they will, and disclaim any

obligation to, furnish updated projections or cash flow forecasts, to holders of Claims or Interests in the Plan Debtors after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any) or otherwise make such information public.  The Plan Debtors do, however, continue to update their projections to reflect actual results, business developments, changes in assumptions, and refinements to projection methodologies; future projections are likely to differ from those set forth herein.  GGP anticipates incorporating such future financial projections in information that is delivered to certain constituencies for purposes of the remaining Chapter 11 Cases.

Creditors should not rely on the projections or cash flow forecast as a representation or guarantee of future performance; they are an estimate done as of August 2009 for purposes of demonstrating feasibility of the Plan and actual results could vary significantly.  The projections and cash flow forecast have not been prepared on the basis of Generally Accepted Accounting Principles, the rules of the SEC, or the American Institute of Certified Public Accountants.  The projections and cash flow forecast have not been audited or reviewed by independent public accountants.

**General Growth Properties, Inc.**
**Cash Forecast**
($ in Millions)

Exhibit 3

| | Transaction Dec-09 | Forecast Jan-10 | Forecast Feb-10 | Forecast Mar-10 | Forecast Apr-10 | Forecast May-10 | Forecast Jun-10 | Forecast Jul-10 | Forecast Aug-10 | Forecast Sep-10 | Forecast Oct-10 | Forecast Nov-10 | Forecast Dec-10 | Jan - Dec 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Cash Flow Before Debt Service and Plan Related Distributions** | - | **$68.2** | **$109.8** | **$97.5** | **$100.2** | **$90.9** | **$89.2** | **$99.6** | **$99.6** | **$91.4** | **$95.3** | **$105.1** | **$107.0** | **$1,154.0** |
| Debt Service | - | (91.8) | (91.8) | (91.4) | (92.3) | (92.3) | (92.7) | (93.8) | (93.3) | (93.6) | (93.6) | (94.1) | (94.1) | (1,114.7) |
| Restructuring & Settlement Related Distributions | (325.9) | - | - | - | - | - | - | - | - | - | - | - | (182.5) | (182.5) |
| Pre Petition Amounts | (109.6) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Consolidated Cash Flow** | **(435.5)** | **(23.6)** | **18.0** | **6.1** | **7.9** | **(1.4)** | **(3.5)** | **5.8** | **6.4** | **(2.1)** | **1.7** | **11.1** | **(169.5)** | **(143.2)** |
| | | | | | | | | | | | | | | |
| Beginning Consolidated Cash | 745.2 | 309.7 | 286.1 | 304.1 | 310.2 | 318.1 | 316.7 | 313.2 | 319.0 | 325.4 | 323.3 | 325.0 | 336.1 | |
| Consolidated Cash Flow | (435.5) | (23.6) | 18.0 | 6.1 | 7.9 | (1.4) | (3.5) | 5.8 | 6.4 | (2.1) | 1.7 | 11.1 | (169.5) | |
| **Ending Consolidated Cash** | **$309.7** | **$286.1** | **$304.1** | **$310.2** | **$318.1** | **$316.7** | **$313.2** | **$319.0** | **$325.4** | **$323.3** | **$325.0** | **$336.1** | **$166.6** | |

1 It should be noted that these projections were prepared prior to the inclusion of The Village of Cross Keys, LLC and VCK Business Trust. However, the addition of The Village of Cross Keys, LLC and VCK Business Trust has an immaterial impact on the aggregate numbers and, thus, the numbers have not been revised. If incorporated, the Emergence Costs would increase by approximately $1.2 million and the cash flow difference would be approximately $1.4 million over the twelve (12) month time period noted above.

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

        <u>Second Group of Debtors' Fourth Disclosure Statement Supplement</u>
means this *Notice of Filing of Fourth Supplement to Disclosure Statement for Second
Group of Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the
Bankruptcy Code*, filed on January 18, 2010.

**<u>Supplement to Appendix C – List of Plan Debtors & Corporate
Secured Debt Claims and Non-Corporate Secured Debt Claims</u>**

       Pursuant to <u>Section I</u> of this Disclosure Statement, this <u>Appendix C</u> lists all of the proponents of the Plan.  The list of Plan Debtors is repeated twice in this <u>Appendix C</u>, sorted first in ascending alphabetical order of the names of the properties the Plan Debtors are each respectively associated with, and second in ascending alphabetical order of the legal entity names of the Plan Debtors.  A "LID" designation, also provided, is used for purposes of identifying the Debtor entities.  Pursuant to <u>Section XIII.B</u> of this Disclosure Statement, this <u>Appendix C</u> also identifies those Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this <u>Appendix C</u> are defined in <u>Appendix A</u>.

**Appendix C – List of Plan Debtors (Sorted by Property)**

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 159 | The Village of Cross Keys, LLC | The Village of Cross Keys | NCSD |
| 117 | VCK Business Trust | The Village of Cross Keys | NCSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Appendix C – List of Plan Debtors (Sorted by Debtor)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|-----|-------------|---------------|-------------------------------|
| 159 | The Village of Cross Keys, LLC | The Village of Cross Keys | NCSD |
| 117 | VCK Business Trust | The Village of Cross Keys | NCSD |

---

[2] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Replacement Appendix D – Coded Organization Chart

Pursuant to Section IV.B of the Disclosure Statement, this Appendix D depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this Appendix D are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



# General Growth Properties, Inc.
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Bucksbaum Family Interests and Others

New York State Common Retirement Fund

~4% LP

~96% GP

99.80%

# GGP Limited Partnership
B+G – 2006 Credit Facility (u) [2]
G – 2008 Credit Facility (s)

100%

Rouse LLC
G – 2006 Credit Facility (u)

90.70% Managing Member

100%

100%

1% GP

## The Rouse Company LP
B - Rouse Notes (u)
*See Chart K, N-1*

99% LP

GGPLP Entities
*See Chart A*

GGPI & GGPLP Entities
*See Chart B*

118 Preferred Stockholders

50%

50%

6.8% LP

United Health

TRC Co-Issuer, Inc.
B-Rouse Notes (u)

115 Preferred Stockholders

100%

.0046918% Common Stock

GGP/Homart, Inc. Entities
*See Charts D & E*

GGP/Homart II L.L.C. Entities
*See Charts E & F*

93.2% GP%

GGP Holding, Inc.
(Private REIT)
*See Chart K*

100%

The Rouse Company BT, LLC

Summerlin Hospital Medical Center, L.P.

TRS
JV HoldCo, LLC

118 Preferred Stockholders

0.99999% GP    99.00001% LP

120 Preferred Stockholders

99.9953082% common stock + 480 preferred shares

Ivanhoe Equities V LP

The Rouse Company Operating Partnership LP
*See Charts P1, P2, P3, P4, P5, P6*

Remaining Interests held through GGP Holding II, Inc.

GGP Holding II, Inc.
(Private REIT)

Outside Preferred Interests (DA Retail Investments, LLC)

Teachers' Retirement System of the State of Illinois

100%

9.3%

50%        50%

49%

The Hughes Corporation
(TRS 2)
*See Charts N1-N3*

GGP-TRS L.L.C. Entities
*See Chart C*

51%

GGP Ivanhoe, Inc.
(REIT) Entities
*See Chart C*

100%      100%

The Howard Hughes Corporation (TRS)
*See Chart M*

100%

Summerlin Corporation (TRS)

Princeton Land East, LLC

HRD Remainder, Inc.
(QRS) Entities
*See Charts L-1 and L-2*

# GGPLP L.L.C.
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%      100%

100%

Rouse-Fairwood Development Corporation
(TRS 5)
*See Chart L-2*

THC-HRE, LLC

43.2941%

119 Preferred Stockholders

100%

GGPLP L.L.C. & GGPI Entities
*See Chart I*

56.7059%

Hex Holding, LLC

120 Preferred Stockholders

General Growth Management, Inc. (TRS)

0.20%

100%

Hexalon Real Estate, Inc.
(REIT)

Victoria Ward, Limited
*See Chart G*

GGPLP L.L.C. Entities
*See Chart H*

GGP Acquisition, L.L.C. Entities
*See Charts J-1, J-2*

| | = Third-party |
|---|---|
| B | = Borrower |
| G | = Guarantor |
| PLD | = Project Level Debt (secured) |
| (u) | = Unsecured Debt |
| (s) | = Secured Debt |
| MB | = Mezzanine Borrower |
| | = Track 1 Debtor [1] |
| | = Track 2 Debtor [1] |
| | = Track 3 Debtor [1] |
| | = Track 4 Debtor [1] |
| | = Wholly Owned Non-Debtor |
| | = Joint Venture Non-Debtor |

[1] Debtor Track information is subject to change.

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

# Chart A

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-3

# Chart C

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



GGP Limited Partnership

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

TRS JV HoldCo, LLC

Teachers' Retirement System of the State of Illinois

Ivanhoe Equities V LP

118 Preferred Stockholders

50%          50%

GGP-TRS L.L.C.

51% common stock          49% common stock

GGP Ivanhoe, Inc. (REIT)

100%  100%  100%  100%  100%  100%  100%

GGP-TRS Services, Inc. (TRS)

Clackamas Mall L.L.C.

Kenwood Mall Holding, LLC

Silver City Galleria L.L.C.

GGP-Tyler Mall L.L.C.

Florence Mall L.L.C.

WV Sub, LLC

100%

Kenwood Mall L.L.C.

.5% GP          99.5% LP

Tyler Mall Limited Partnership

100%          100%          100%

GGP Ivanhoe Services, Inc. (TRS)

Oaks Mall, LLC

Westroads Mall L.L.C.

# Chart D

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

D-5

# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-6

# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E



# Chart G

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

119 Preferred Stockholders

100%

Victoria Ward, Limited

100% — 100% — 100% — 100% — 100% — 100% — 100% — 100%

The Crossroads Mall Land, Inc.

Saint Louis Land L.L.C.

GGP-Maine Mall Land L.L.C.
**B-PLD**

Victoria Ward Services, Inc. (TRS)

Victoria Ward Center L.L.C.
**B-PLD**

Victoria Ward Entertainment Center L.L.C.
**B-PLD**

Ward Plaza-Warehouse, LLC
**B-PLD**

Ward Gateway-Industrial-Village, LLC
**B-PLD**

99.999%     .001%

100%     100%     100%     100%     100%

The Crossroads Mall Land L.L.C.

VW Condominium Development, LLC

Land Trust No. 89433

Land Trust No. 89434

Land Trust No. FHB-TRES 200601

Land Trust No. FHB-TRES 200602

D-8

# Chart H

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart I

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009





# Chart J-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart J-2

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



- 100% → 500 West Capital, L.C.
- 100% → Pierre Bossier Mall, LLC — **B – 2008 Credit Facility (s)**
- 100% → White Mountain Mall, LLC — **B – 2008 Credit Facility (s)**
- 100% → Gateway Crossing L.L.C. — **B-PLD**
- 100% → GGP-UC L.L.C. — **B-PLD**
- 100% → Orem Plaza Center Street, LLC
- 100% → PDC Community Centers L.L.C. — **B-PLD**
- 100% → Price-ASG L.L.C. — **B – 2008 Credit Facility (s)**
- 100% → Silver Lake Mall, LLC — **B – 2008 Credit Facility (s)**
- 100% → Visalla Mall L.L.C.
  - 99.5% / .5% GP → Visalla Mall, L.P. — **B-PLD**
- 100% → Freemont Plaza L.L.C.
- 100% → Plaza 800 L.L.C.
- 100% → Sierra Vista Mall, LLC — **B – 2008 Credit Facility (s)**
- 100% → Country Hills Plaza, LLC — **B-PLD**
- 100% → North Plains Mall, LLC — **B – 2008 Credit Facility (s)**
- 100% → Cache Valley, LLC — **B – 2008 Credit Facility (s)**
- 100% → Cottonwood Mall, LLC
- 100% → Pine Ridge Mall L.L.C. — **B-PLD**
- 100% → PDC-Red Cliffs Mall L.L.C. — **B-PLD**
- 100% → PDC-Eastridge Mall L.L.C. — **B-PLD**
- 100% → Three Rivers Mall L.L.C. — **B-PLD**
- 100% → River Falls Mall, LLC
- 100% → Price Development TRS, Inc.



# Chart K

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart L-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009





# Chart M

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart N-2



**Chart N-2**

*Entities with bold borders are Debtors filed on April 16, 2009*
*Entities with dotted borders are Debtors filed on April 23, 2009*

The Hughes Corporation (TRS 2)

100%

The Howard Hughes Corporation (TRS)

100% — Summerlin Corporation (TRS)

100% — Rouse-Fairwood Development Corporation (TRS 5) *See Chart L-2*

100% — THC-HRE, LLC

*The Rouse Company Operating Partnership LP*

56.7059%    43.2941%

Hex Holding, LLC

119 Preferred Stockholders

94.423% LP — Howard Hughes Properties, Limited Partnership

5.577% GP

100% Common Stock

Hexalon Real Estate, Inc. (REIT)

*See Chart Q for other subsidiaries*

HRD Remainder, Inc.

30.18%    69.75%    0.07%

99% LP    1% GP    100%    100%    100%    100%

HHP Government Services, Limited Partnership

9901-9921 Covington Cross, LLC

9950-9980 Covington Cross, LLC

Rouse SI Shopping Center, LLC

Summerlin Centre, LLC

HHPLP JV HoldCo I, LLC

Jim Christensen

JMB

100%    100%    100%    100%    100%    100%    100%    100%

10000 Covington Cross, LLC

1120/1140 Town Center Drive, LLC

1201/1281 Town Center Drive, LLC

1251 Center Crossing, LLC

1645 Village Center Circle, LLC

100%

HHPLP JV HoldCo II, LLC

Rouse F.S., LLC

100%

Fashion Show Mall, LLC **B-PLD**

50%    50%    47% LP    47% LP

50%    50%    53% GP    53% GP

Lake Meade & Buffalo Partnership

Trails Village Center Co.

Maguire Partners-Playa Vista

Maguire Partners-Playa Vista Area C

10190 Covington Cross, LLC

1160/1180 Town Center Drive, LLC

1551 Hillshire Drive, LLC

1635 Village Centre Circle, LLC

D-18

# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-3

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-21



# Chart P-4

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart P-5

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart P-6

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart Q



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

100% — Harborplace, Inc.

2.38% — MallFinder Network LLC

100% — GGP Natick Residence LLC

100% — Rouse-West Dade, Inc.

100% — GGP Turkey Management, LLC

100% — Hoover Mall Services, L.L.C.

100% — Faneuil Hall Beverage, LLC

100% — Valley Plaza Anchor Acquisition, LLC

100% — The Learning Mall L.L.C.

100% — Kapiolani Condominium Development, LLC

50% — Perimeter Mall Facilities, LLC

Perimeter Center Miscellaneous Income LLC

NYSTERS

35% — J.P. Morgan

50%

32.5%

32.5%

Four State Facility Corp (TRS)

D-25

## Supplement to Appendix E – Corporate Reorganization Process

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below. For each property owned by the additional Plan Debtors, identified in the supplement to Appendix C to the Disclosure Statement attached hereto, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable. Capitalized terms used in this Appendix E are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

| Page # | Property Name |
|--------|---------------|
| E-1 | The Village of Cross Keys |

<u>VILLAGE OF CROSS KEYS:</u>

**VCK Business Trust** (MD) (Case No. 09-12301), is the owner of the mall known as Village of Cross Keys and is wholly owned by The Village of Cross Keys, LLC.  There are no changes to this entity's ownership structure.

**The Village of Cross Keys, LLC** (MD) (Case No. 09-12306), is an intermediary holding company and is wholly owned by The Rouse Company Operating Partnership LP.  There are no changes to this entity's ownership structure.

# VILLAGE OF CROSS KEYS
No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

~4 % LPs

GGP Limited Partnership

Rouse LLC

99% LP

1% GP

The Rouse Company LP

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

The Rouse Company Operating Partnership LP

The Village of Cross Keys, LLC (MD)

VCK Business Trust (MD)

*Village Square of Cross Keys & Village of Cross Keys Quadrangle (Baltimore, MD)*



KEY:

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity


100% ownership interest unless otherwise indicated


State of Formation for the Entities is Delaware unless otherwise indicated.

