WEIL, GOTSHAL & MANGES LLP

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)

Attorneys for Debtors and
Debtors in Possession

KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)

Co-Attorneys for Certain Subsidiary Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :         Chapter 11
                                    :
GENERAL GROWTH                      :
PROPERTIES, INC., et al.,           :         Case No. 09-11977 (ALG)
                                    :
              Debtors.              :         Jointly Administered
                                    :
------------------------------------------------------------x
```

**NOTICE OF FILING FIFTH SUPPLEMENT TO DISCLOSURE
STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF
REORGANIZATION SOLELY WITH RESPECT TO CERTAIN
DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the documents attached hereto (the "Second Group of Debtors' Fifth Disclosure Statement Supplement") supplement certain portions of the Disclosure Statement (as hereinafter defined), and apply solely to the entities identified on the exhibit attached hereto as Exhibit A (for purposes of this notice, the "Plan Debtors"). The Confirmation Order DS (as hereinafter defined) is only supplemented or modified as provided herein. The Second Group of Debtors' Fifth Disclosure Statement Supplement supplements and replaces certain portions of the *Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*, filed on December 15, 2009 as Exhibit C to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of*

*Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915] ("Confirmation Order DS"), *Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 16, 1009 [Docket No. 3961], *Second Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 20, 2009 [Docket No. 3994], *Third Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 21, 2009 [Docket No. 4013], and *Fourth Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on January 20, 2010 [Docket No. 4224] (collectively, and along with the Second Group of Debtors' Fifth Disclosure Statement Supplement, the "Disclosure Statement").[1] For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Second Group of Debtors' Fifth Disclosure Statement Supplement with respect solely to the Plan Debtors, and (ii) amended as provided in the Second Group of Debtors' Fifth Disclosure Statement Supplement with respect solely to the Plan Debtors. The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement the Second Group of Debtors' Fifth Disclosure Statement Supplement.

PLEASE TAKE FURTHER NOTICE that the Second Group of Debtors' Fifth Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("KCC") at http://www.kccllc.net/GeneralGrowth or for a fee on the Court's website at www.nysb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. To obtain hard copies of the Second Group of Debtors' Fifth Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at ggp_info@kccllc.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **March 3, 2010 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing. On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated:  New York, New York
        February 24, 2010

                                    */s/ Stephen A. Youngman*
                                    Marcia L. Goldstein
                                    Gary T. Holtzer
                                    Adam P. Strochak
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                            and

                                    Stephen A. Youngman (*admitted pro hac vice*)
                                    WEIL, GOTSHAL & MANGES LLP
                                    200 Crescent Court, Suite 300
                                    Dallas, Texas  75201
                                    Telephone:  (214) 746-7700
                                    Facsimile:  (214) 746-7777

                                            and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, *(admitted pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

       and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

## Exhibit A

| Plan Debtors | Case No. | LID | Project |
|---|---|---|---|
| 10000 West Charleston Boulevard, LLC | 09-12040 (ALG) | 340 | Howard Hughes Plaza |
| 1120/1140 Town Center Drive, LLC | 09-12042 (ALG) | 327 | The Crossing Business Center (1120/1140) |
| 9901-9921 Covington Cross, LLC | 09-12051 (ALG) | 335 | The Crossing Business Center (9901-21) |
| Beachwood Place Holding, LLC | 09-12067 (ALG) | 265 | Beachwood Place |
| Beachwood Place Mall, LLC | 09-12068 (ALG) | 266 | Beachwood Place |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                    :

In re                             :         Chapter 11

                                    :

GENERAL GROWTH                 :

PROPERTIES, INC., *et al.*,         :         Case No. 09-11977 (ALG)

                                    :

               Debtors.        :         Jointly Administered

                                    :

------------------------------------------------------------x

## FIFTH SUPPLEMENT TO DISCLOSURE STATEMENT
## FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION
## SOLELY WITH RESPECT TO CERTAIN DEBTORS
## <u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

**INDEX OF SECOND GROUP DEBTORS' FIFTH DISCLOSURE
STATEMENT SUPPLEMENT NOTES AND MATERIALS**

*Capitalized terms used throughout this Second Group of Debtors' Fifth Disclosure Statement
Supplement are defined in <u>Appendix A</u> -- "Material Defined Terms for Plan Debtors'
Disclosure Statement" as attached to the Disclosure Statement, and as supplemented or
amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Replacement Exhibit 3 – "Financial Projections" to the Disclosure Statement | Amended to account for the addition of the Plan Debtors pursuant to this Second Group of Debtors' Fifth Disclosure Statement Supplement. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains an additional defined term. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains supplemental pages to reflect the Plan Debtors' corporate restructuring process. |
| Note with respect to supplement to Disclosure Statement Section VI, "Plan Description" | Certain modifications to the form of Plan were made in conjunction with the Confirmation Hearing on December 15, 2009 with respect to other Debtors. Those modifications are not reflected in the Disclosure Statement. Please refer to the Plan, which can be found as Exhibit B to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915]. |

**Supplement to Disclosure Statement Section XIV,
"Conclusion and Recommendations"**

| |
|---|
| 10000 West Charleston Boulevard, LLC, a debtor in possession<br><br>By: /S/ Linda J. Wight, Vice President |
| 1120/1140 Town Center Drive, LLC, a debtor in possession<br><br>By: Howard Hughes Properties, Limited Partnership, its sole member<br><br>    By: The Howard Hughes Corporation, its general partner<br><br>        By: /S/ Linda J. Wight, Vice President |
| 9901-9921 Covington Cross, LLC, a debtor in possession<br><br>By: Howard Hughes Properties, Limited Partnership, its sole member<br><br>    By: The Howard Hughes Corporation, its general partner<br><br>        By: /S/ Linda J. Wight, Vice President |
| Beachwood Place Mall, LLC, a debtor in possession<br><br>By: /S/ Linda J. Wight, Vice President |
| Beachwood Place Holding, LLC, a debtor in possession<br><br>By: /S/ Linda J. Wight, Vice President |

<u>**Exhibit 3 – Financial Projections**</u>

*<u>Capitalized terms used in this **Exhibit 3** are defined in **Appendix A** to the Disclosure Statement, as supplemented or amended.</u>*

For the purpose of demonstrating that the Plan satisfies the feasibility standard described in Section VIII.A.3 of the Disclosure Statement, the Plan Debtors provide the attached consolidated cash flow analysis and the following narrative description.

The Plan Debtors estimate that the Emergence Costs are approximately $428 million. Of this amount, $319.8 million is associated with the mortgage and mezzanine debt restructuring, including extension fees, servicer fees and expenses, catch-up amortization payments, accrued interest, the funding of certain escrows and other expenses. A further $108.2 million is associated with distributions related to prepetition claims against the Plan Debtors. The Plan Debtors are expected to fund these restructuring costs and Plan distributions predominately from funds generated by the Plan Debtors since the onset of their Chapter 11 Cases, with additional support from excess liquidity of GGP LP. These amounts are the best available estimates as of the date of this Disclosure Statement supplement and are subject to change based on the final number of Plan Debtors included or excluded from the Plan and other factors.

As described in Section II.B of the Disclosure Statement, the Plan Debtors engaged in lengthy negotiations with the Secured Debt Holders. In connection with those negotiations, in August 2009 the Plan Debtors completed the preparation of long-term project-level financial projections and provided those projections to the Secured Debt Holders and other key constituencies in the Chapter 11 Cases, including the professionals for the Creditors' Committee and the Equity Committee. The project-level projections completed in August 2009 show that the Plan Debtors will have cash flow well in excess of the amounts necessary to satisfy their principal and interest payments under the restructured secured loans and all other cash needs through 2014. The Plan Debtors' cash flow in 2010 is estimated to be approximately $47.4 million less than their cash needs, due primarily to the $150 million pay-down of the secured debt on the Ala Moana property as negotiated as part of the restructuring of that entity's property level secured loan. GGP expects to fund this shortfall out of excess liquidity of GGP LP. The Ala Moana pay-down also can be deferred beyond 2010.

The consolidated cash forecast attached shows that GGP has sufficient cash to fund the Emergence Costs of the Plan Debtors as well as the estimated $47.4 million shortfall in 2010. On a pro forma basis including all estimated Emergence Costs and other payments required by the Plan, GGP projects it will have $178.9 million in cash available at the end of 2010.

The Plan Debtors do not, as a matter of course, publish business plans, strategies, projections, anticipated financial positions, or the results of operations. Accordingly, the Plan Debtors do not anticipate that they will, and disclaim any

obligation to, furnish updated projections or cash flow forecasts, to holders of Claims or Interests in the Plan Debtors after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any) or otherwise make such information public.  The Plan Debtors do, however, continue to update their projections to reflect actual results, business developments, changes in assumptions, and refinements to projection methodologies; future projections are likely to differ from those set forth herein.  GGP anticipates incorporating such future financial projections in information that is delivered to certain constituencies for purposes of the remaining Chapter 11 Cases.

Creditors should not rely on the projections or cash flow forecast as a representation or guarantee of future performance; they are an estimate done as of August 2009 for purposes of demonstrating feasibility of the Plan and actual results could vary significantly.  The projections and cash flow forecast have not been prepared on the basis of Generally Accepted Accounting Principles, the rules of the SEC, or the American Institute of Certified Public Accountants.  The projections and cash flow forecast have not been audited or reviewed by independent public accountants.

**General Growth Properties, Inc.**
**Cash Forecast**
($ in Millions)

| | Forecast Jan-10 | Forecast Feb-10 | Forecast Mar-10 | Forecast Apr-10 | Forecast May-10 | Forecast Jun-10 | Forecast Jul-10 | Forecast Aug-10 | Forecast Sep-10 | Forecast Oct-10 | Forecast Nov-10 | Forecast Dec-10 | Jan - Dec 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Cash Flow Before Debt Service and Plan Related Distributions** | **$85.3** | **$91.6** | **$124.0** | **$90.5** | **$88.9** | **$89.2** | **$102.5** | **$110.3** | **$100.3** | **$96.0** | **$110.6** | **$107.4** | **$1,196.6** |
| Debt Service | (64.3) | (93.8) | (93.9) | (94.8) | (94.9) | (95.5) | (97.0) | (96.0) | (96.3) | (96.1) | (96.7) | (96.7) | (1,116.0) |
| Restructuring & Settlement Related Distributions | (116.1) | (90.7) | - | - | (8.7) | - | - | - | - | - | - | (170.1) | (385.6) |
| Pre Petition Amounts | (3.6) | (4.2) | (1.5) | (1.5) | (26.1) | (1.5) | (1.5) | (30.6) | (1.5) | (1.5) | (24.5) | - | (98.0) |
| **Consolidated Cash Flow** | **(98.7)** | **(97.0)** | **28.6** | **(5.7)** | **(40.9)** | **(7.8)** | **4.0** | **(16.4)** | **2.5** | **(1.6)** | **(10.6)** | **(159.3)** | **(403.0)** |
| Beginning Consolidated Cash | 578.1 | 479.4 | 382.4 | 411.0 | 405.2 | 364.4 | 356.6 | 360.6 | 344.2 | 346.7 | 345.1 | 334.4 | |
| Consolidated Cash Flow | (98.7) | (97.0) | 28.6 | (5.7) | (40.9) | (7.8) | 4.0 | (16.4) | 2.5 | (1.6) | (10.6) | (159.3) | |
| **Ending Consolidated Cash** | **$479.4** | **$382.4** | **$411.0** | **$405.2** | **$364.4** | **$356.6** | **$360.6** | **$344.2** | **$346.7** | **$345.1** | **$334.4** | **$175.1** | |

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

<u>Second Group of Debtors' Fifth Disclosure Statement Supplement</u> means this *Notice of Filing of Fifth Supplement to Disclosure Statement for Second Group of Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code*, filed on February 24, 2010.

## Supplement to Appendix C – List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims

Pursuant to <u>Section I</u> of this Disclosure Statement, this <u>Appendix C</u> lists all of the proponents of the Plan.  The list of Plan Debtors is repeated twice in this <u>Appendix C</u>, sorted first in ascending alphabetical order of the names of the properties the Plan Debtors are each respectively associated with, and second in ascending alphabetical order of the legal entity names of the Plan Debtors.  A "LID" designation, also provided, is used for purposes of identifying the Debtor entities.  Pursuant to <u>Section XIII.B</u> of this Disclosure Statement, this <u>Appendix C</u> also identifies those Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this <u>Appendix C</u> are defined in <u>Appendix A</u>.

## Appendix C – List of Plan Debtors (Sorted by Property)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|-----|-------------|---------------|-------------------------------|
| 265 | Beachwood Place Holding, LLC | Beachwood Place | NCSD |
| 266 | Beachwood Place Mall, LLC | Beachwood Place | NCSD |
| 340 | 10000 West Charleston Boulevard, LLC | Howard Hughes Plaza | CSD |
| 327 | 1120/1140 Town Center Drive, LLC | The Crossing Business Center (1120/1140) | NCSD |
| 335 | 9901-9921 Covington Cross, LLC | The Crossing Business Center (9901-21) | NCSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Appendix C – List of Plan Debtors (Sorted by Debtor)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[2] |
|---|---|---|---|
| 340 | 10000 West Charleston Boulevard, LLC | Howard Hughes Plaza | CSD |
| 327 | 1120/1140 Town Center Drive, LLC | The Crossing Business Center (1120/1140) | NCSD |
| 335 | 9901-9921 Covington Cross, LLC | The Crossing Business Center (9901-21) | NCSD |
| 265 | Beachwood Place Holding, LLC | Beachwood Place | NCSD |
| 266 | Beachwood Place Mall, LLC | Beachwood Place | NCSD |

---

[2] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## Replacement Appendix D – Coded Organization Chart

Pursuant to Section IV.B of the Disclosure Statement, this <u>Appendix D</u> depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this <u>Appendix D</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

# Chart A



GGP Limited Partnership
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

GGP 125, LLC — 100%
GGP Capital Trust I — 100%
Champaign Market Place L.L.C. **B-PLD** — 100%
Colony Square Mall L.L.C. **B-2008 Credit Facility (s)** — 100%
Columbia Mall L.L.C. **B-PLD** — 100%
GGP Development, LLC — 100%
Fallbrook Square Partners L.L.C. — 100%
Fox River Shopping Center, LLC **B-PLD** — 100%
Rio West L.L.C. — 100%
Vista Ridge Mall, LLC **B-PLD** — 100%
Town East Mall, LLC **B-PLD** — 100%
River Hills Mall, LLC **B-PLD** — 100%
River Hills Land, LLC — 100%
Sooner Fashion Mall L.L.C. **B-PLD** — 100%
Southlake Mall L.L.C. **B-PLD** — 100%
GGP-Four Seasons L.L.C. **B-PLD.** — 100%
Westwood Mall LLC **B – 2008 Credit Facility (s)** — 100%
GGP 168th Street, LLC — 100%
St. Cloud Land L.L.C. — 100%
St. Cloud Mall Holding L.L.C. **B-PLD** — 100%

St. Cloud Mall L.L.C. **B-PLD** — 100%

Fallbrook Square Partners Limited Partnership **B-PLD** — 0.01% GP / 99.999% LP

GGP-Tucson Mall L.L.C. **B-PLD** — 100%
Tucson Anchor Acquisition, LLC — 100%
GGP-Tucson Land L.L.C. — 100%
AllenTowne Mall, LLC — 100%
GGP-Foothills L.L.C. **B – 2008 Credit Facility (s)** — 100%
Cannery Chicago, LLC — 100%
Lincolnshire Commons, LLC **B-PLD** — 100%
GGP Echelon Place, LLC — 100%
Fallen Timbers Shops II, LLC — 100%
Fallen Timbers Shops, LLC **B – 2008 Credit Facility (s)** — 100%
Phase II Mall Subsidiary, LLC **B-PLD** — 100%
Lakeland Square Mall, LLC **B-PLD** — 100%
Gateway Overlook Business Trust — 100%
Parke West, LLC — 100%
Boise Town Square Anchor Acquisition, LLC — 100%
GGP Jordan Creek L.L.C. **B-PLD** — 100%
GGP Village at Jordan Creek L.L.C. — 100%
Natick Retail, LLC — 100%
Coral Ridge Mall, LLC **B-PLD** — 100%
GGP International, LLC — 100%

GGP Turkey Investco, LLC — 100%
GGP Ventures Brazil Holding L.L.C.
GGP Brazil I L.L.C. — 100%
GGP Brazil II L.L.C. — 100%
GGP Ventures Costa Rica, L.L.C.
Genesis Development Company
GGP Genesis Costa Rica, LLC — 50% / 50%
GGP Macon, LLC
Wilson Macon
Shoppes at River Crossing, LLC — 50% / 50%
Newgate Mall Land Acquisition, LLC — 100%
GGP-Newgate Mall, LLC **B-PLD** — 100%
West Oaks Mall Trust **B-PLD** — 100%
West Oaks Anchor Acquisition, LLC
Gateway Overlook Borrower, LLC **B-PLD** — 100%
Hoover JV Holdco, LLC — 100%
Wilson Galleria, LLC
Hoover Mall Holding, L.L.C. — 50% / 50%
Riverchase Anchor Acquisition, LLC — 100%
Hoover Mall Limited, L.L.C. — 100%
GGP-Rogers Retail L.L.C. — 100%
Hunt Schwyhart Graham VI, LLC
Rogers Retail L.L.C. — 50% / 50%
Pinnacle South, LLC — 50%
Pinnacle Hills, LLC — 50%

D-2

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart C

**\*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009**





**GGP Limited Partnership**

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

114 Preferred Stockholders

100%

**GGP/Homart, Inc.**

- 100% — GGP General II, Inc.
- 99% LP / 1% GP — Ho Retail Properties II Limited Partnership **B-PLD**
- 100% — GGP-Bay City One, Inc.
- 100% — GGP-Arrowhead, Inc.
- 83% / 17% — Bay City Mall Associates L.L.C. **B-PLD**
- Westcor Realty Limited Partnership — 33.33% — New River Associates — 33.33% — JCP Realty, Inc.
- 100% — GGP-Neshaminy Trust
- 50% GP / 50% LP — Neshaminy Mall Joint Venture Limited Partnership
- OTR affiliate of Ohio State Teachers Retirement System
- 99.5% — GGP-NewPark, Inc.
- 99.5% — NewPark Mall L.L.C.
- 0.5% / 0.5% / 99.5% — Alameda Mall L.L.C.
- 50% / 50% — Alameda Mall Associates **B-PLD**
- 0.5% — GGP-NewPark L.L.C. **B-PLD**
- 100% — NewPark Anchor Acquisition, LLC
- 100% — GGP-Pembroke Lakes, Inc.
- 80% GP / 20% LP — Pembroke Lakes Mall Ltd. **B-PLD**
- 100% — GGP-Pembroke Lakes II, Inc.
- 100% — Superstition Springs, Inc.
- JCP Realty, Inc. — 33.33% / 33.33% — Westcor Realty Limited Partnership — 50% — Superstition Springs Holding, LLC
- East Mesa Mall L.L.C. **B-PLD** — 100% — East Mesa Land L.L.C.
- 100% — Chula Vista Center, LLC **B – 2008 Credit Facility (s)**
- 100% — Parks at Arlington LLC **B-PLD**
- 100% — GGP-Moreno Valley, Inc.
- 100% — Deerbrook Mall, LLC **B-PLD**
- 100% — GGP-Brass Mill Inc. **B-PLD**
- 100% — GGP-North Point, Inc. **B-PLD**
- 100% — Tysons Galleria L.L.C. **B-PLD**
- 100% — GGP-North Point Land L.L.C.
- 100% — GGP-Steeplegate, Inc. **B-PLD**
- 100% — GGP-Columbiana Trust **B – 2008 Credit Facility (s)**
- 100% — The Woodlands Mall Associates, LLC **B-PLD**
- 100% — GGP/Homart Services Inc. (TRS)
- **SEE CHART E FOR SHARED ENTITIES***

***NOTE:** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E*

# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009





# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E

# Chart G

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

119 Preferred Stockholders

100%

Victoria Ward, Limited

100% — The Crossroads Mall Land, Inc.

100% — Saint Louis Land L.L.C.

100% — GGP-Maine Mall Land L.L.C. **B-PLD**

100% — Victoria Ward Services, Inc. (TRS)

100% — Victoria Ward Center L.L.C. **B-PLD**

100% — Victoria Ward Entertainment Center L.L.C. **B-PLD**

100% — Ward Plaza-Warehouse, LLC **B-PLD**

100% — Ward Gateway-Industrial-Village, LLC **B-PLD**

99.999% / .001% — The Crossroads Mall Land L.L.C.

100% — VW Condominium Development, LLC

100% — Land Trust No. 89433

100% — Land Trust No. 89434

100% — Land Trust No. FHB-TRES 200601

100% — Land Trust No. FHB-TRES 200602

D-8

# Chart H



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

- ER Land Acquisition L.L.C. — 100%
- Eden Prairie Anchor Building L.L.C. — 100%
- GGP-Glenbrook Holding L.L.C. — 100%
  - North Star Anchor Acquisition, LLC — 100%
- Coronado Center Holding L.L.C. — 100%
  - GGP-Mint Hill L.L.C. — 100%
- GGP-Maine Mall Holding L.L.C. — 100%
  - Peachtree Mall, L.L.C. **B-PLD** — 100%
    - GGP-Glenbrook L.L.C. **B-PLD** — 100%
- Chico Mall, L.L.C. — 100%
  - Sikes Senter, LLC **B-PLD** — 100%
    - Coronado Center L.L.C. **B-PLD** — 100%
- Rogue Valley Mall Holding L.L.C. — 100%
  - Chico Mall, L.P. **B-PLD** — 99.5% LP / 0.5% GP
    - GGP-Maine Mall L.L.C. **B-PLD** — 100%
- GGP-Redlands Mall L.L.C. — 100%
  - Apache Mall, LLC — 100%
- Redlands Land Acquisition Company L.L.C. — 100%
  - GGP-Redlands Mall L.P. — 99.5% LP / 0.5% GP
    - Rogue Valley Mall L.L.C. **B-PLD** — 100%
- Saint Louis Galleria Holding L.L.C. — 100%
  - Redlands Land Acquisition Company L.P. — 99.5% LP / 0.5% GP
    - Redlands Land Holding L.L.C. — 100%
- Stonestown Shopping Center Holding L.L.C. **MB** (dotted)
  - Saint Louis Galleria Anchor Acquisition L.L.C. — 100%
    - Saint Louis Galleria L.L.C. **B-PLD** — 100%
- Lynnhaven Holding L.L.C. — 100%
  - Stonestown Shopping Center L.L.C. — 100%
    - Stonestown Shopping Center, L.P. **B-PLD** — 99.5% LP / 0.5% GP
- Oakwood Hills Mall, LLC **B – 2008 Credit Facility (s)** — 100%
  - Birchwood Mall L.L.C. **B – 2008 Credit Facility (s)** — 100%
    - Lynnhaven Mall L.L.C. **B-PLD** — 100%
- Piedmont Mall L.L.C. **B-PLD** — 100%
  - Mall of the Bluffs LLC **B – 2008 Credit Facility (s)** — 100%
- Southwest Denver Land L.L.C. **B – 2008 Credit Facility (s)** — 100%
  - Augusta Mall Anchor Holding, LLC — 100%
    - Augusta Mall Anchor Acquisition, LLC **B-PLD** — 100%
- Spring Hill Mall L.L.C. **B – 2008 Credit Facility (s)** — 100%
  - Augusta Mall Holding, LLC — 100%
    - Augusta Mall, LLC **B-PLD** — 100%
- Kapiolani Retail, LLC — 100%
  - Southwest Plaza L.L.C. **B – 2008 Credit Facility (s)** — 100%
  - GGP Ala Moana Holdings L.L.C. — 100%
    - GGP Kapiolani Development LLC **B-PLD** — 100%
    - GGP Ala Moana L.L.C. **B-PLD** — 100%
- Chapel Hills Mall L.L.C. **B-PLD** — 100%
  - Baybrook Mall, LLC **B-PLD** — 100%
    - Coastland Center, L.L.C. **B-PLD** — 100%

D-9

# Chart I

**\*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart J-1

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



## GGPLP L.L.C.
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100%

## GGP Acquisition, L.L.C.

81.94226% GP
18.05774% LP

100%

Various holders of limited partnership interests

Price GP L.L.C.

Price Development Company, Limited Partnership
(See Drop Down A for properties held directly by this entity)

26.666% LP
73.334% GP

1% GP
99% LP
.5%
99.5%

Price-Boise Company, Ltd.

Price Financing Partnership, L.P.

BTS Properties L.L.C.

Drop Down A

100%

North Town Mall, LLC
**B – 2008 Credit Facility (s)**

100%

Boise Towne Plaza L.L.C.
**B-PLD**

100%

PDCLP JV HoldCo, LLC

JCP Realty Inc.

JCP Realty Inc.

100%

TV Investment, LLC

Burnham Foundation

Thomas W. James

25%

75% GP

25% LP
75% GP

100%

Majestic Partners-Provo, LLC

25%
25%
50%

Spokane Mall Development Company Limited Partnership

Provo Mall Development Company, Ltd.

100%

Boise Mall, LLC
**B-PLD**

Price-James Company

100%

100%
100%

500 West Associates, LLC

Provo Mall L.L.C.

Spokane Mall L.L.C.

---

### Price Development Company, Limited Partnership – Directly Owned Properties

| II. Community Centers | Location |
| --- | --- |
| Alameda Plaza | Pocatello, Idaho |
| Bailey Hills Village | Eugene, Oregon |
| KIDK – Idaho Falls | |
| (Baskin Robbins 17th Street) | Idaho Falls, Idaho |
| Cottonwood Square | Salt Lake City, Utah |
| Fremont Plaza | Las Vegas, Nevada |
| Plaza 800 | Sparks, Nevada |
| Plaza 800 – Skippers | Sparks, Nevada |
| Plaza 9400 | Sandy, Utah |
| Plaza 9400 – Shops | Sandy, Utah |
| Red Cliffs Plaza | St. George, Utah |
| Twin Falls Crossing | Twin Falls, Idaho |
| Yellowstone Square | Idaho Falls, Idaho |
| Yellowstone Shop | Idaho Falls, Idaho |

D-11

# Chart J-2



500 West Capital, L.C. — 100%

Pierre Bossier Mall, LLC — **B – 2008 Credit Facility (s)** — 100%

White Mountain Mall, LLC — **B – 2008 Credit Facility (s)** — 100%

Gateway Crossing L.L.C. — **B-PLD** — 100%

GGP-UC L.L.C. — **B-PLD** — 100%

Orem Plaza Center Street, LLC — 100%

PDC Community Centers L.L.C. — **B-PLD** — 100%

Price-ASG L.L.C. — **B – 2008 Credit Facility (s)** — 100%

Silver Lake Mall, LLC — **B – 2008 Credit Facility (s)** — 100%

Visalla Mall L.L.C. — 100%

Visalla Mall, L.P. — **B-PLD** — 99.5% / .5% GP

Freemont Plaza L.L.C. — 100%

Plaza 800 L.L.C. — 100%

Sierra Vista Mall, LLC — **B – 2008 Credit Facility (s)** — 100%

Country Hills Plaza, LLC — **B-PLD** — 100%

North Plains Mall, LLC — **B-PLD** — 100%

Cache Valley, LLC — **B – 2008 Credit Facility (s)** — 100%

Cottonwood Mall, LLC — 100%

Pine Ridge Mall L.L.C. — **B-PLD** — 100%

PDC-Red Cliffs Mall L.L.C. — **B-PLD** — 100%

PDC-Eastridge Mall L.L.C. — **B-PLD** — 100%

Three Rivers Mall L.L.C. — **B-PLD** — 100%

River Falls Mall, LLC — 100%

Price Development TRS, Inc. — 100%

D-12

# Chart K

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



D-13

# Chart L-1

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



D-14

# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart M

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart N-2



The Hughes Corporation (TRS 2)

The Howard Hughes Corporation (TRS) — 100%

Summerlin Corporation (TRS) — 100%

Rouse-Fairwood Development Corporation (TRS 5)
**See Chart L-2** — 100%

THC-HRE, LLC — 100%

*The Rouse Company Operating Partnership LP*

Hex Holding, LLC — 56.7059%   43.2941%

119 Preferred Stockholders

Howard Hughes Properties, Limited Partnership — 94.423% LP   5.577% GP

100% Common Stock

Hexalon Real Estate, Inc. (REIT)

See Chart Q for other subsidiaries

HRD Remainder, Inc.

HHP Government Services, Limited Partnership — 99% LP   1% GP

9901-9921 Covington Cross, LLC — 100%

9950-9980 Covington Cross, LLC — 100%

Rouse SI Shopping Center, LLC — 100%

Summerlin Centre, LLC — 100%

HHPLP JV HoldCo I, LLC — 100%

Jim Christensen

JMB

10000 Covington Cross, LLC — 100%

1120/1140 Town Center Drive, LLC — 100%

1201/1281 Town Center Drive, LLC — 100%

1251 Center Crossing, LLC — 100%

1645 Village Center Circle, LLC — 100%

HHPLP JV HoldCo II, LLC — 100%

30.18%   69.75%   0.07%

Rouse F.S., LLC

50%   50%   47% LP   47% LP

Fashion Show Mall, LLC
**B-PLD** — 100%

50%   50%   53% GP   53% GP

Lake Meade & Buffalo Partnership

Trails Village Center Co.

Maguire Partners-Playa Vista

Maguire Partners-Playa Vista Area C

10190 Covington Cross, LLC

1160/1180 Town Center Drive, LLC

1551 Hillshire Drive, LLC

1635 Village Centre Circle, LLC

D-18



# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-2

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart P-3

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-4

**\*Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.



# Chart P-5

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-6

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart Q



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

| 100% | 2.38% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 50% | | 35% |

Harborplace, Inc.

MallFinder Network LLC

GGP Natick Residence LLC

Rouse-West Dade, Inc.

GGP Turkey Management, LLC

Hoover Mall Services, L.L.C.

Faneuil Hall Beverage, LLC

Valley Plaza Anchor Acquisition, LLC

The Learning Mall L.L.C.

Kapiolani Condominium Development, LLC

Perimeter Center Miscellaneous Income LLC

NYSTERS

J.P. Morgan

50%

32.5%   32.5%

Perimeter Mall Facilities, LLC

Four State Facility Corp (TRS)

D-25

**Supplement to Appendix E – Corporate Reorganization Process**

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below. For each property owned by the additional Plan Debtors, identified in the supplement to Appendix C to the Disclosure Statement attached hereto, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable. Capitalized terms used in this Appendix E are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

| Page # | Property Name |
|--------|---------------|
| E-1 | Beachwood Place |
| E-4 | Howard Hughes Plaza |
| E-6 | The Crossing Business Center (1120/1140) |
| E-8 | The Crossing Business Center (9901-21) |

<u>BEACHWOOD PLACE:</u>

**Beachwood Place Mall, LLC** (DE) (Case No. 09-12068), is the owner of the mall known as Beachwood Place and is wholly owned by Beachwood Place Holding, LLC. Beachwood Place Holding, LLC, wholly owned by The Rouse Company Operating Partnership LP, is dissolved. As a result of the dissolution, the ownership interests of Beachwood Place Mall, LLC are now wholly owned by The Rouse Company Operating Partnership LP.

**Beachwood Place Holding, LLC** (DE) (Case No. 09-12067), a shell intermediary holding company, wholly owned by The Rouse Company Operating Partnership LP, is dissolved. Beachwood Place Holding, LLC has one wholly owned subsidiary, Beachwood Place Mall, LLC. As a result of the dissolution, the ownership interests of Beachwood Place Mall, LLC are now wholly owned by The Rouse Company Operating Partnership LP.

# BEACHWOOD PLACE
## Corporate Restructure Process



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

99% LP

Rouse LLC

1% GP

The Rouse Company LP

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

**The Rouse Company Operating Partnership LP**

Beachwood Place Holding, LLC

Beachwood Place Mall, LLC

*Beachwood Place (Beachwood, OH)*

**KEY:**

| | |
|---|---|
| ☐ (yellow) | Indicates Debtor not emerging from BK |
| ☐ (red dotted) | Indicates entity/entities emerging from BK |
| ☐ (orange hatch) | Indicates change of entity type |
| → (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| → (red) | Indicates Merger |
| ☐ (green) | Non-related Entity |

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



# BEACHWOOD PLACE
Upon Emergence



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

99% LP

Rouse LLC

1% GP

The Rouse Company LP

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

**The Rouse Company Operating Partnership LP**

Beachwood Place Mall, LLC

*Beachwood Place
(Beachwood, OH)*

**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>HOWARD HUGHES PLAZA:</u>

**10000 West Charleston Boulevard, LLC** (DE) (Case No. 09-12040), is the owner of the office property known as Howard Hughes Plaza and is wholly owned by Howard Hughes Properties, Inc.  There are no changes to this entity's ownership structure.

# HOWARD HUGHES PLAZA
## No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LPs

99% LP

Rouse LLC

1% GP

**The Rouse Company LP**

**Howard Hughes Properties, Inc. (NV)**

10000 West Charleston Boulevard, LLC (NV)

*Las Vegas Headquarters Bldg.*



**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

<u>CANYONS CENTER (1120/1140 Town Center Drive)</u>:

**1120/1140 Town Center Drive, LLC** (DE) (Case No. 09-12042), is the owner of the office property known as Canyons Center (1120/1140 Town Center Drive) and is wholly owned by Howard Hughes Properties Limited Partnership.  There are no changes to this entity's ownership structure.

**CANYONS CENTER** (1120/1140 Town Center Drive)
No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

~4% LPs

Rouse LLC

99% LP

1% GP

The Rouse Company LP

100% Voting & Nonvoting Common Stock

The Rouse Company BT, LLC (MD)

**The Hughes Corporation (TRS 2)**

.99999% GP

99.00001% LP

The Rouse Company Operating Partnership LP

**The Howard Hughes Corporation (TRS)**

**KEY:**

Indicates Debtor not emerging from BK

Indicates entity/entities emerging from BK

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

5.577% GP

Howard Hughes Properties Limited Partnership

94.423% LP

1120/1140 Town Center Drive, LLC

*1120/40 Town Center Las Vegas, NV*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>THE CROSSING BUSINESS CENTER (9901-9921 Covington Cross)</u>:

**9901-9921 Covington Cross, LLC** (DE) (Case No. 09-12051), is the owner of the office property known as The Crossing Business Center (9901-9921 Covington Cross) and is wholly owned by Howard Hughes Properties Limited Partnership.  There are no changes to this entity's ownership structure.

# THE CROSSING BUSINESS CENTER
### (9901-9921 Covington Cross Drive)
### No Structure Changes Upon Emergence

**KEY:**

| | |
|---|---|
| 🟨 | Indicates Debtor not emerging from BK |
| ⬛ (dotted red) | Indicates entity/entities emerging from BK |
| 🟧 (hatched) | Indicates change of entity type |
| → (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| → (red) | Indicates Merger |
| ⬛ (green) | Non-related Entity |

**General Growth Properties, Inc.**

~96% GP        ~4% LPs

**GGP Limited Partnership**

Rouse LLC

99% LP

1% GP

The Rouse Company LP

100% Voting & Nonvoting Common Stock

**The Hughes Corporation (TRS 2)**

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

**The Howard Hughes Corporation (TRS)**

The Rouse Company Operating Partnership LP

Howard Hughes Properties Limited Partnership

5.577% GP        94.423% LP

9901-9921 Covington Cross, LLC

*9901-9921 Covington Cross Dr
Las Vegas, NV*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



E-9