WEIL, GOTSHAL & MANGES LLP          KIRKLAND & ELLIS LLP
767 Fifth Avenue                    300 North LaSalle
New York, New York 10153            Chicago, Illinois 60654
Telephone: (212) 310-8000           Telephone:  (312) 862-2000
Facsimile:  (212) 310-8007          Facsimile:   (312) 862-2200
Marcia L. Goldstein                 James H.M. Sprayregen, P.C.
Gary T. Holtzer                     Anup Sathy, P.C. (*admitted pro hac vice*)
Adam P. Strochak
Stephen A. Youngman (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)


Attorneys for Debtors and           Co-Attorneys for Certain Subsidiary
Debtors in Possession               Debtors and Debtors in Possession


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                    :
**In re**                           :          **Chapter 11**
                                    :
**GENERAL GROWTH**                  :
**PROPERTIES, INC.,** *et al.*,     :          **Case No. 09-11977 (ALG)**
                                    :
                    **Debtors.**    :          **Jointly Administered**
                                    :
------------------------------------------------------------x

NOTICE OF FILING SIXTH SUPPLEMENT TO DISCLOSURE
STATEMENT FOR PLAN DEBTORS' JOINT PLAN OF
REORGANIZATION SOLELY WITH RESPECT TO CERTAIN
DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

        **PLEASE TAKE NOTICE** that the documents attached hereto (the "Second
Group of Debtors' Sixth Disclosure Statement Supplement") supplement certain portions of the
Disclosure Statement (as hereinafter defined), and apply solely to the entities identified on the
exhibit attached hereto as Exhibit A (for purposes of this notice, the "Plan Debtors"). The
Confirmation Order DS (as hereinafter defined) is only supplemented or modified as provided
herein. The Second Group of Debtors' Sixth Disclosure Statement Supplement supplements and
replaces certain portions of the *Disclosure Statement  for Plan Debtors' Joint Plan of
Reorganization Under Chapter 11 of the Bankruptcy Code*, filed on December 15, 2009 as
Exhibit C to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors'
Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code*  [Docket No. 3915]
("Confirmation Order DS"), *Supplement to Disclosure Statement for Plan Debtors' Joint Plan of
Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy
Code*, filed on December 16, 1009 [Docket No. 3961], *Second Supplement to Disclosure*

*Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 20, 2009 [Docket No. 3994], *Third Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on December 21, 2009 [Docket No. 4013], *Fourth Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code*, filed on January 20, 2010 [Docket No. 4224], and *Fifth Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Solely with Respect to Certain Debtors Under Chapter 11 of the Bankruptcy Code* , filed on February 24, 2010 [Docket No. 4490] (collectively, and along with the Second Group of Debtors' Sixth Disclosure Statement Supplement, the "Disclosure Statement").[1]  For purposes of entry of a final order approving the adequacy of the Disclosure Statement, the Disclosure Statement shall be deemed (i) to include the Second Group of Debtors' Sixth Disclosure Statement Supplement with respect solely to the Plan Debtors, and (ii) amended as provided in the Second Group of Debtors' Sixth Disclosure Statement Supplement with respect solely to the Plan Debtors.  The Plan Debtors, subject to the terms of the Disclosure Statement, reserve the right to alter, amend, modify or supplement the Second Group of Debtors' Sixth Disclosure Statement Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Second Group of Debtors' Sixth Disclosure Statement Supplement may be viewed for free at the at the website of the Plan Debtors' voting and claims agent, Kurtzman Carson Consultants, LLC ("KCC") at http://www.kccllc.net/GeneralGrowth or for a fee on the Court's website at www.nysb.uscourts.gov.  To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. To obtain hard copies of the Second Group of Debtors' Fifth Disclosure Statement Supplement, please contact KCC at (888) 830-4665 or by email at ggp_info@kccllc.com.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the Disclosure Statement (the "Disclosure Statement Hearing") shall be held on **March 26, 2010 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.  The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement by the Plan Debtors in open court of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.  On December 1, 2009 an order was entered granting, among other things, preliminary approval of the Disclosure Statement.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

Dated:  New York, New York
        March 23, 2010

 _/s/  James H.M. Sprayregen, P.C._
Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

     and

Stephen A. Youngman (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

     and

Sylvia A. Mayer (*admitted pro hac vice*)
Melanie Gray, (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

     and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession

## Exhibit A

| Plan Debtors | Case No. | LID | Project |
|---|---|---|---|
| Price-ASG L.L.C. | 09-12231 (ALG) | 598 | Animas Valley Mall, Grand Teton Mall & Plaza, Salem Center |
| Birchwood Mall, LLC | 09-12070 (ALG) | 708 | Birchwood Mall |
| Cache Valley, LLC | 09-12079 (ALG) | 608 | Cache Valley Mall & Marketplace |
| Colony Square Mall L.L.C. | 09-12088 (ALG) | 524 | Colony Square Mall |
| GGP-Columbiana Trust | 09-12464 (ALG) | 495 | Columbiana Centre |
| GGP-Foothills L.L.C. | 09-12137 (ALG) | 538 | Foothills Mall |
| Mall of the Bluffs, LLC | 09-12194 (ALG) | 692 | Mall of the Bluffs |
| Mayfair Mall, LLC | 09-12198 (ALG) | 18 | Mayfair Mall |
| Mondawmin Business Trust | 09-12474 (ALG) | 178 | Mondawmin Mall |
| North Plains Mall, LLC | 09-12205 (ALG) | 612 | North Plains Mall |
| North Town Mall, LLC | 09-12208 (ALG) | 576 | NorthTown Mall |
| Oakwood Hills Mall, LLC | 09-12211 (ALG) | 703 | Oakwood Mall |
| OM Borrower, LLC | 09-12214 (ALG) | 242 | Owings Mills Mall |
| Owings Mills Limited Partnership | 09-12217 (ALG) | 241 | Owings Mills Mall |
| The Rouse Company at Owings Mills, LLC | 09-12244 (ALG) | 240 | Owings Mills Mall |
| Pierre Bossier Mall, LLC | 09-12226 (ALG) | 607 | Pierre Bossier Mall |
| Pioneer Office Limited Partnership | 09-12228 (ALG) | 360 | Pioneer Office |
| Rouse-Portland, LLC | 09-12264 (ALG) | 359 | Pioneer Office, Pioneer Place |
| Pioneer Place Limited Partnership | 09-12229 (ALG) | 361 | Pioneer Place |
| Silver Lake Mall, LLC | 09-12271 (ALG) | 615 | Silver Lake Mall |
| Southwest Denver Land L.L.C. | 09-12277 (ALG) | 698 | Southwest Plaza |
| Southwest Plaza L.L.C. | 09-12278 (ALG) | 697 | Southwest Plaza |

| | | | |
|---|---|---|---|
| Spring Hill Mall L.L.C. | 09-12279 (ALG) | 695 | Spring Hill Mall |
| Sierra Vista Mall, LLC | 09-12269 (ALG) | 613 | The Mall at Sierra Vista |
| Fallen Timbers Shops, LLC | 09-12106 (ALG) | 553 | The Shops at Fallen Timbers |
| Westwood Mall, LLC | 09-12316 (ALG) | 532 | Westwood Mall |
| White Mountain Mall, LLC | 09-12318 (ALG) | 617 | White Mountain Mall |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                          :

In re                              :          **Chapter 11**
                                            :

**GENERAL GROWTH**            :

**PROPERTIES, INC.,** *et al.*,    :          **Case No. 09-11977 (ALG)**
                                            :

                 **Debtors.**           :          **Jointly Administered**
                                            :
-------------------------------------------------------------x

<div align="center">

**SIXTH SUPPLEMENT TO DISCLOSURE STATEMENT**
**FOR PLAN DEBTORS' JOINT PLAN OF REORGANIZATION**
**SOLELY WITH RESPECT TO CERTAIN DEBTORS**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

</div>

# INDEX OF SECOND GROUP DEBTORS' SIXTH DISCLOSURE STATEMENT SUPPLEMENT NOTES AND MATERIALS

*Capitalized terms used throughout this Second Group of Debtors' Sixth Disclosure Statement Supplement are defined in <u>Appendix A</u> -- "Material Defined Terms for Plan Debtors' Disclosure Statement" as attached to the Disclosure Statement, and as supplemented or amended.*

| DOCUMENT DESCRIPTION | EXPLANATION |
|---|---|
| Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations" | Contains signature blocks for the Plan Debtors identified in the supplement to <u>Appendix C</u> to the Disclosure Statement, attached hereto. |
| Replacement Exhibit 3 – "Financial Projections" to the Disclosure Statement | Amended to account for the addition of the Plan Debtors pursuant to this Second Group of Debtors' Sixth Disclosure Statement Supplement. |
| Supplement to Appendix A – "Material Defined Terms for Plan Debtors' Disclosure Statement" to the Disclosure Statement | Contains an additional defined term. |
| Supplement to Appendix C – "List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims" to the Disclosure Statement | Contains additional Plan Debtors. |
| Replacement Appendix D – "Coded Organization Chart" to the Disclosure Statement | Amended to account for the addition of the Plan Debtors pursuant to this Second Group of Debtors' Sixth Disclosure Statement Supplement. |
| Supplement to Appendix E – "Corporate Reorganization Process" to the Disclosure Statement | Contains supplemental pages to reflect the Plan Debtors' corporate restructuring process. |
| Note with respect to supplement to Disclosure Statement Section VI, "Plan Description" | Certain modifications to the form of Plan were made in conjunction with the Confirmation Hearing on December 15, 2009 with respect to other Debtors. Those modifications are not reflected in the Disclosure Statement. Please refer to the Plan, which can be found as Exhibit B to the *Findings of Fact, Conclusions of Law, and Order Confirming the Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 3915]. |

## Supplement to Disclosure Statement Section XIV, "Conclusion and Recommendations"

| | |
|---|---|
| PRICE-ASG L.L.C.<br>By: /S/ Linda J. Wight, Vice President | THE ROUSE COMPANY AT OWINGS MILLS, LLC<br>By: /S/ Linda J. Wight, Vice President |
| BIRCHWOOD MALL, LLC<br>By: /S/ Linda J. Wight, Vice President | PIERRE BOSSIER MALL, LLC<br>By: /S/ Linda J. Wight, Vice President |
| CACHE VALLEY, LLC<br>By: /S/ Linda J. Wight, Vice President | PIONEER OFFICE LIMITED PARTNERSHIP<br>By: Rouse-Portland, LLC, its general partner<br>By: /S/ Linda J. Wight, Vice President |
| COLONY SQUARE MALL L.L.C.<br>By: /S/ Linda J. Wight, Vice President | PIONEER PLACE LIMITED PARTNERSHIP<br>By: Rouse-Portland, LLC, its general partner<br>By: /S/ Linda J. Wight, Vice President |
| GGP-COLUMBIANA TRUST<br>By: /S/ Linda J. Wight, Vice President | ROUSE-PORTLAND, LLC<br>By: /S/ Linda J. Wight, Vice President |
| GGP-FOOTHILLS L.L.C.<br>By: /S/ Linda J. Wight, Vice President | Sierra Vista Mall, LLC<br>By: /S/ Linda J. Wight, Vice President |
| MALL OF THE BLUFFS, LLC<br>By: /S/ Linda J. Wight, Vice President | SILVER LAKE MALL, LLC<br>By: /S/ Linda J. Wight, Vice President |
| MAYFAIR MALL, LLC<br>By: /S/ Linda J. Wight, Vice President | SOUTHWEST DENVER LAND L.L.C.<br>By: /S/ Linda J. Wight, Vice President |
| MONDAWMIN BUSINESS TRUST<br>By: /S/ Linda J. Wight, Vice President | SOUTHWEST PLAZA L.L.C.<br>By: /S/ Linda J. Wight, Vice President |
| NORTH PLAINS MALL, LLC<br>By: /S/ Linda J. Wight, Vice President | SPRING HILL MALL L.L.C.<br>By: /S/ Linda J. Wight, Vice President |
| NORTH TOWN MALL, LLC<br>By: /S/ Linda J. Wight, Vice President | FALLEN TIMBERS SHOPS, LLC<br>By: /S/ Linda J. Wight, Vice President |
| OAKWOOD HILLS MALL, LLC<br>By: /S/ Linda J. Wight, Vice President | WESTWOOD MALL, LLC<br>By: /S/ Linda J. Wight, Vice President |
| OM BORROWER, LLC<br>By: /S/ Linda J. Wight, Vice President | WHITE MOUNTAIN MALL, LLC<br>By: /S/ Linda J. Wight, Vice President |
| OWINGS MILLS LIMITED PARTNERSHIP<br>By: The Rouse Company at Owings Mills, LLC,<br>its general partner<br>By: /S/ Linda J. Wight, Vice President | |

<u>**Exhibit 3 – Financial Projections**</u>
***Capitalized terms used in this <u>Exhibit 3</u> are defined in <u>Appendix A</u> to the Disclosure
Statement, as supplemented or amended.***

For the purpose of demonstrating that the Plan satisfies the feasibility standard described in Section VIII.A.3 of the Disclosure Statement, the Plan Debtors provide the attached consolidated cash flow analysis and the following narrative description.

The Plan Debtors estimate that the Emergence Costs are approximately $554.79 million. Of this amount, $451.4 million is associated with the mortgage and mezzanine debt restructuring, including extension fees, servicer fees and expenses, catch-up amortization payments, accrued interest, the funding of certain escrows and other expenses. A further $103.4 million is associated with distributions related to prepetition claims against the Plan Debtors. The Plan Debtors are expected to fund these restructuring costs and Plan distributions predominately from funds generated by the Plan Debtors since the onset of their Chapter 11 Cases, with additional support from excess liquidity of GGP LP. These amounts are the best available estimates as of the date of this Disclosure Statement supplement and are subject to change based on the final number of Plan Debtors included or excluded from the Plan and other factors.

As described in Section II.B of the Disclosure Statement, the Plan Debtors engaged in lengthy negotiations with the Secured Debt Holders. In connection with those negotiations, in August 2009 the Plan Debtors completed the preparation of long-term project-level financial projections and provided those projections to the Secured Debt Holders and other key constituencies in the Chapter 11 Cases, including the professionals for the Creditors' Committee and the Equity Committee. The project-level projections completed in August 2009 show that the Plan Debtors will have cash flow well in excess of the amounts necessary to satisfy their principal and interest payments under the restructured secured loans and all other cash needs through 2014. The Plan Debtors' cash flow in 2010 is estimated to be approximately $339.4 million less than their cash needs, due primarily to (a) the $150 million pay-down of the secured debt on the Ala Moana property as negotiated as part of the restructuring of that entity's property level secured loan, and (b) the payment in 2010 of certain of the above described Emergence Costs and distributions relating to prepetition claims. GGP expects to fund this shortfall out of excess liquidity of GGP LP. The Ala Moana pay-down also can be deferred beyond 2010.

The consolidated cash forecast attached shows that GGP has sufficient cash to fund the Emergence Costs of the Plan Debtors as well as the estimated $47.4 million shortfall in 2010. On a pro forma basis including all estimated Emergence Costs and other payments required by the Plan, GGP projects it will have $238.7 million in cash available at the end of 2010.
The Plan Debtors do not, as a matter of course, publish business plans, strategies, projections, anticipated financial positions, or the results of operations. Accordingly, the Plan Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated projections or cash flow forecasts, to holders of Claims or Interests in the Plan Debtors after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any) or otherwise make such information public. The Plan Debtors do, however, continue to update their projections to reflect actual results, business developments, changes in assumptions, and refinements to projection methodologies; future projections are likely to differ from those set

forth herein.  GGP anticipates incorporating such future financial projections in information that is delivered to certain constituencies for purposes of the remaining Chapter 11 Cases.

Creditors should not rely on the projections or cash flow forecast as a representation or guarantee of future performance; they are an estimate done as of August 2009 for purposes of demonstrating feasibility of the Plan and actual results could vary significantly.  The projections and cash flow forecast have not been prepared on the basis of Generally Accepted Accounting Principles, the rules of the SEC, or the American Institute of Certified Public Accountants.  The projections and cash flow forecast have not been audited or reviewed by independent public accountants.

# General Growth Properties, Inc.
## Cash Forecast
($ in Millions)

| | Actual Jan-10 | Actual Feb-10 | Forecast Mar-10 | Forecast Apr-10 | Forecast May-10 | Forecast Jun-10 | Forecast Jul-10 | Forecast Aug-10 | Forecast Sep-10 | Forecast Oct-10 | Forecast Nov-10 | Forecast Dec-10 | Jan - Dec 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Cash Flow Before Debt Service and Plan Related Distributions** | **$105.1** | **$141.8** | **$71.2** | **$94.4** | **$77.5** | **$96.1** | **$121.9** | **$129.3** | **$121.1** | **$120.4** | **$135.6** | **$116.2** | **$1,330.8** |
| Debt Service | (63.9) | (94.8) | (94.0) | (95.1) | (98.1) | (98.6) | (100.2) | (99.2) | (99.4) | (99.4) | (99.9) | (99.8) | (1,142.4) |
| Restructuring & Settlement Related Distributions | (136.3) | (2.1) | (94.6) | - | (35.1) | - | - | - | - | - | - | (171.0) | (439.0) |
| Pre Petition Amounts | (3.7) | (4.2) | (9.7) | (1.5) | (1.5) | (13.8) | (1.5) | (1.5) | (22.1) | (1.5) | (1.5) | (26.2) | (88.8) |
| **Consolidated Cash Flow** | **(98.8)** | **40.8** | **(127.1)** | **(2.3)** | **(57.1)** | **(16.3)** | **20.3** | **28.7** | **(0.4)** | **19.5** | **34.2** | **(180.9)** | **(339.4)** |
| | | | | | | | | | | | | | |
| Beginning Consolidated Cash | 578.1 | 479.4 | 520.1 | 393.0 | 390.7 | 333.6 | 317.3 | 337.5 | 366.2 | 365.8 | 385.3 | 419.6 | |
| Consolidated Cash Flow | (98.8) | 40.8 | (127.1) | (2.3) | (57.1) | (16.3) | 20.3 | 28.7 | (0.4) | 19.5 | 34.2 | (180.9) | |
| **Ending Consolidated Cash** | **$479.4** | **$520.1** | **$393.0** | **$390.7** | **$333.6** | **$317.3** | **$337.5** | **$366.2** | **$365.8** | **$385.3** | **$419.6** | **$238.7** | |

**Note:**

The forecast includes emergence costs and restructured debt service for only those loans that have confirmed plans or are being heard for confirmation.
Other property level loans, such as Fashion Show, Palazzo and Oakwood are assumed to be restructured and emerge
at the same time as the parent company emerges from bankruptcy for purposes of this forecast solely for illustrative purposes.
The timing of emergence for the remaining Debtors used in this forecast is not indicative of the actual timing of emergence.

**Supplement to Appendix A – "Material Defined
Terms for Plan Debtors' Disclosure Statement"**

        <u>Second Group of Debtors' Sixth Disclosure Statement Supplement</u> means this *Notice of Filing of Sixth Supplement to Disclosure Statement for Second Group of Plan Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code*, filed on March 23, 2010.

## Supplement to Appendix C – List of Plan Debtors & Corporate Secured Debt Claims and Non-Corporate Secured Debt Claims

Pursuant to <u>Section I</u> of this Disclosure Statement, this <u>Appendix C</u> lists all of the proponents of the Plan.  The list of Plan Debtors is repeated twice in this <u>Appendix C</u>, sorted first in ascending alphabetical order of the names of the properties the Plan Debtors are each respectively associated with, and second in ascending alphabetical order of the legal entity names of the Plan Debtors.  A "LID" designation, also provided, is used for purposes of identifying the Debtor entities.  Pursuant to <u>Section XIII.B</u> of this Disclosure Statement, this <u>Appendix C</u> also identifies those Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Corporate Secured Debt Claims and those Plan Debtors' Secured Debt Claims which the Plan Debtors believe should be treated as Non-Corporate Secured Debt Claims.  Capitalized terms used in this <u>Appendix C</u> are defined in <u>Appendix A</u>.

# Appendix C – List of Plan Debtors (Sorted by Property)

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 598 | Price-ASG L.L.C. | Animas Valley Mall, Grand Teton Mall & Plaza, Salem Center | NCSD |
| 708 | Birchwood Mall, LLC | Birchwood Mall | NCSD |
| 608 | Cache Valley, LLC | Cache Valley Mall & Marketplace | NCSD |
| 524 | Colony Square Mall L.L.C. | Colony Square Mall | NCSD |
| 495 | GGP-Columbiana Trust | Columbiana Centre | CSD |
| 538 | GGP-Foothills L.L.C. | Foothills Mall | NCSD |
| 692 | Mall of the Bluffs, LLC | Mall of the Bluffs | NCSD |
| 18 | Mayfair Mall, LLC | Mayfair Mall | CSD |
| 178 | Mondawmin Business Trust | Mondawmin Mall | NCSD |
| 612 | North Plains Mall, LLC | North Plains Mall | NCSD |
| 576 | North Town Mall, LLC | NorthTown Mall | NCSD |
| 703 | Oakwood Hills Mall, LLC | Oakwood Mall | NCSD |
| 242 | OM Borrower, LLC | Owings Mills Mall | NCSD |
| 241 | Owings Mills Limited Partnership | Owings Mills Mall | NCSD |
| 240 | The Rouse Company at Owings Mills, LLC | Owings Mills Mall | NCSD |
| 607 | Pierre Bossier Mall, LLC | Pierre Bossier Mall | NCSD |
| 360 | Pioneer Office Limited Partnership | Pioneer Office | NCSD |
| 359 | Rouse-Portland, LLC | Pioneer Office, Pioneer Place | NCSD |
| 361 | Pioneer Place Limited Partnership | Pioneer Place | NCSD |
| 615 | Silver Lake Mall, LLC | Silver Lake Mall | NCSD |
| 698 | Southwest Denver Land L.L.C. | Southwest Plaza | NCSD |
| 697 | Southwest Plaza L.L.C. | Southwest Plaza | NCSD |
| 695 | Spring Hill Mall L.L.C. | Spring Hill Mall | NCSD |
| 613 | Sierra Vista Mall, LLC | The Mall at Sierra Vista | NCSD |
| 553 | Fallen Timbers Shops, LLC | The Shops at Fallen Timbers | NCSD |
| 532 | Westwood Mall, LLC | Westwood Mall | NCSD |
| 617 | White Mountain Mall, LLC | White Mountain Mall | NCSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

**Appendix C – List of Plan Debtors (Sorted by Debtor)**

| LID | Debtor Name | Property Name | Type of Secured Debt Claim[1] |
|---|---|---|---|
| 708 | Birchwood Mall, LLC | Birchwood Mall | NCSD |
| 608 | Cache Valley, LLC | Cache Valley Mall & Marketplace | NCSD |
| 524 | Colony Square Mall L.L.C. | Colony Square Mall | NCSD |
| 553 | Fallen Timbers Shops, LLC | The Shops at Fallen Timbers | NCSD |
| 495 | GGP-Columbiana Trust | Columbiana Centre | CSD |
| 538 | GGP-Foothills L.L.C. | Foothills Mall | NCSD |
| 692 | Mall of the Bluffs, LLC | Mall of the Bluffs | NCSD |
| 18 | Mayfair Mall, LLC | Mayfair Mall | CSD |
| 178 | Mondawmin Business Trust | Mondawmin Mall | NCSD |
| 612 | North Plains Mall, LLC | North Plains Mall | NCSD |
| 576 | North Town Mall, LLC | NorthTown Mall | NCSD |
| 703 | Oakwood Hills Mall, LLC | Oakwood Mall | NCSD |
| 242 | OM Borrower, LLC | Owings Mills Mall | NCSD |
| 241 | Owings Mills Limited Partnership | Owings Mills Mall | NCSD |
| 607 | Pierre Bossier Mall, LLC | Pierre Bossier Mall | NCSD |
| 360 | Pioneer Office Limited Partnership | Pioneer Office | NCSD |
| 361 | Pioneer Place Limited Partnership | Pioneer Place | NCSD |
| 598 | Price-ASG L.L.C. | Animas Valley Mall, Grand Teton Mall & Plaza, Salem Center | NCSD |
| 359 | Rouse-Portland, LLC | Pioneer Office, Pioneer Place | NCSD |
| 613 | Sierra Vista Mall, LLC | The Mall at Sierra Vista | NCSD |
| 615 | Silver Lake Mall, LLC | Silver Lake Mall | NCSD |
| 698 | Southwest Denver Land L.L.C. | Southwest Plaza | NCSD |
| 697 | Southwest Plaza L.L.C. | Southwest Plaza | NCSD |
| 695 | Spring Hill Mall L.L.C. | Spring Hill Mall | NCSD |
| 240 | The Rouse Company at Owings Mills, LLC | Owings Mills Mall | NCSD |
| 532 | Westwood Mall, LLC | Westwood Mall | NCSD |
| 617 | White Mountain Mall, LLC | White Mountain Mall | NCSD |

---

[1] CSD indicates the entity has a Corporate Secured Debt Claim, and NCSD indicates the entity has a Non-Corporate Secured Debt Claim. These designations are referred to in Section XIII of the Disclosure Statement, which describes certain tax consequences of the Plan.

## <u>Replacement Appendix D – Coded Organization Chart</u>

Pursuant to Section IV.B of the Disclosure Statement, this <u>Appendix D</u> depicts the current organizational structure of the GGP Group, as well as certain joint ventures in which the GGP Group holds ownership interests. The chart is coded to reflect pertinent information about each legal entity, including: (i) the entity's status as a Debtor or non-Debtor; (ii) whether the entity is a primary obligor pursuant to any Secured Debt Claims or certain other Secured Claims; and (iii) the grouping of each Debtor entity into one of four "tracks," reflecting the currently projected sequence of emergence from bankruptcy protection of each Debtor.[1] Capitalized terms used in this <u>Appendix D</u> are defined in <u>Appendix A</u> to the Disclosure Statement, as supplemented or amended.

---

[1] The grouping of the various Debtors into respective "tracks" is subject to change.



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

[2] The 2006 Credit Facility is secured by equity pledges given by (i) Caledonian Holding Company and GGP American Properties, Inc. of their respective membership interests in GGPLP L.L.C., (ii) GGP Limited Partnership, of its respective (a) membership interests in both GGPLP L.L.C. and Rouse LLC, and (b) partnership interest in The Rouse Company LP, and (iii) Rouse LLC, of its respective partnership interest in The Rouse Company LP.

# Chart A

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-2

# Chart B

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-3

# Chart C



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

D-4

# Chart D

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E



# Chart E

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart F

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

***NOTE:*** * Shared entities between GGP/Homart, Inc. and GGP/Homart II L.L.C. are found on Chart E



*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

119 Preferred Stockholders

100%

Victoria Ward, Limited

100% — The Crossroads Mall Land, Inc.

100% — Saint Louis Land L.L.C.

100% — GGP-Maine Mall Land L.L.C. **B-PLD**

100% — Victoria Ward Services, Inc. (TRS)

100% — Victoria Ward Center L.L.C. **B-PLD**

100% — Victoria Ward Entertainment Center L.L.C. **B-PLD**

100% — Ward Plaza-Warehouse, LLC **B-PLD**

100% — Ward Gateway-Industrial-Village, LLC **B-PLD**

99.999% / .001% — The Crossroads Mall Land L.L.C.

100% — VW Condominium Development, LLC

100% — Land Trust No. 89433

100% — Land Trust No. 89434

100% — Land Trust No. FHB-TRES 200601

100% — Land Trust No. FHB-TRES 200602

D-8

# Chart H



**GGPLP L.L.C.**
B – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

100% — ER Land Acquisition L.L.C.

100% — Eden Prairie Anchor Building L.L.C.

100% — GGP-Glenbrook Holding L.L.C.

100% — Coronado Center Holding L.L.C.

100% — GGP-Maine Mall Holding L.L.C.

100% — Chico Mall L.L.C.

100% — Rogue Valley Mall Holding L.L.C.

100% — GGP-Redlands Mall L.L.C.

100% — Redlands Land Acquisition Company L.L.C.

100% — Saint Louis Galleria Holding L.L.C.

100% — Stonestown Shopping Center Holding L.L.C. **MB**

100% — Lynnhaven Holding L.L.C.

100% — Oakwood Hills Mall, LLC **B – 2008 Credit Facility (s)**

100% — Piedmont Mall L.L.C. **B-PLD**

100% — Southwest Denver Land L.L.C. **B – 2008 Credit Facility (s)**

100% — Spring Hill Mall L.L.C. **B – 2008 Credit Facility (s)**

100% — Kapiolani Retail, LLC

100% — Chapel Hills Mall L.L.C. **B-PLD**

100% — North Star Anchor Acquisition, LLC

100% — GGP-Mint Hill L.L.C.

100% — Peachtree Mall, L.L.C. **B-PLD**

100% — Sikes Senter, LLC **B-PLD**

99.5% LP / 0.5% GP — Chico Mall, L.P. **B-PLD**

100% — Apache Mall, LLC

99.5% LP / 0.5% GP — GGP-Redlands Mall L.P.

99.5% LP / 0.5% GP — Redlands Land Acquisition Company L.P.

100% — Saint Louis Galleria Anchor Acquisition L.L.C.

100% — Stonestown Shopping Center L.L.C.

100% — Birchwood Mall L.L.C. **B – 2008 Credit Facility (s)**

100% — Mall of the Bluffs LLC **B – 2008 Credit Facility (s)**

100% — Augusta Mall Anchor Holding, LLC

100% — Augusta Mall Holding, LLC

100% — Southwest Plaza L.L.C. **B – 2008 Credit Facility (s)**

100% — GGP Ala Moana Holdings L.L.C.

100% — Baybrook Mall, LLC **B-PLD**

100% — GGP-Glenbrook L.L.C. **B-PLD**

100% — Coronado Center L.L.C. **B-PLD**

100% — GGP-Maine Mall L.L.C. **B-PLD**

100% — Rogue Valley Mall L.L.C. **B-PLD**

100% — Redlands Land Holding L.L.C.

100% — Saint Louis Galleria L.L.C. **B-PLD**

99.5% LP / 0.5% GP — Stonestown Shopping Center, L.P. **B-PLD**

100% — Lynnhaven Mall L.L.C. **B-PLD**

100% — Augusta Mall Anchor Acquisition, LLC

100% — Augusta Mall, LLC **B-PLD**

100% — GGP Kapiolani Development LLC **B-PLD**

100% — GGP Ala Moana L.L.C. **B-PLD**

100% — Coastland Center, LLC **B-PLD**

D-9

# Chart I

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**



# Chart J-1

**Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009**



D-11

# Chart J-2



500 West Capital, L.C.

100% — Pierre Bossier Mall, LLC **B – 2008 Credit Facility (s)**

100% — White Mountain Mall, LLC **B – 2008 Credit Facility (s)**

100% — Gateway Crossing L.L.C. **B-PLD**

100% — GGP-UC L.L.C. **B-PLD**

100% — Orem Plaza Center Street, LLC

100% — PDC Community Centers L.L.C. **B-PLD**

100% — Price-ASG L.L.C. **B – 2008 Credit Facility (s)**

100% — Silver Lake Mall, LLC **B – 2008 Credit Facility (s)**

100% — Visalla Mall L.L.C.

99.5% / .5% GP — Visalla Mall, L.P. **B-PLD**

100% — Freemont Plaza L.L.C.

100% — Plaza 800 L.L.C.

100% — Sierra Vista Mall, LLC **B – 2008 Credit Facility (s)**

100% — Country Hills Plaza, LLC **B-PLD**

100% — North Plains Mall, LLC **B – 2008 Credit Facility (s)**

100% — Cache Valley, LLC **B – 2008 Credit Facility (s)**

100% — Cottonwood Mall, LLC

100% — Pine Ridge Mall L.L.C. **B-PLD**

100% — PDC-Red Cliffs Mall L.L.C. **B-PLD**

100% — PDC-Eastridge Mall L.L.C. **B-PLD**

100% — Three Rivers Mall L.L.C. **B-PLD**

100% — River Falls Mall, LLC

100% — Price Development TRS, Inc.

# Chart K

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



D-13

# Chart L-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart L-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart M

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart N-1



**GGP Limited Partnership**
B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

**Rouse LLC**
G – 2006 Credit Facility (u)

99% LP

1% GP

**The Rouse Company LP**
B – Rouse Notes (u)

100%

The Rouse Company BT, LLC

United Health

6.8%

93.2%

TRC Co-Issuer, Inc.
B – Rouse Notes (u)

100%

0.9999% GP

99.00001% LP

Summerlin Hospital Medical Center, L.P.

*The Rouse Company Operating Partnership LP*

100%

The Hughes Corporation (TRS 2)

100%

100%

100%

Summerlin Corporation (TRS)

Princeton Land East, LLC

The Howard Hughes Corporation (TRS)

100%

Rouse-Fairwood Development Corporation (TRS 5) (MD)

Simon

Westfield

100%

100%

98.999505% LP

100%

98.999505% LP

100%

The Rouse Company of Louisiana, LLC

99% GP

1% LP

100%

29.4209%

43.2941%

Rouse-Abbey, LLC

0.000495% LP

0.000495% LP

91% LP

Harbor Place Associates Limited Partnership

1451 Center Crossing Drive, LLC

27.285%

Rouse-Portland, LLC

Greengate Mall, Inc. (TRS)

100%

100%

Rouse-Wincopin, LLC

Rouse-New Orleans, LLC

Abbey Acquisition, LLC

1% GP

1% GP

8% LP

100%

Pioneer Office Limited Partnership

**B – 2008 Credit Facility (s)**

Pioneer Place Limited Partnership

**B – 2008 Credit Facility (s)**

New Orleans Riverwalk Limited Partnership

1% GP

Harborplace Borrower, LLC

**B-PLD**

1450 Center Crossing Drive, LLC

50%

50%

New Orleans Riverwalk Associates

D-17

# Chart N-2

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009

# Chart P-1

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-2



**The Rouse Company Operating Partnership LP**

100%

Chesapeake Investors, LLC

100%

Rouse Commercial Properties, LLC

100% — Rivers Park ABC, LLC

100% — Hunt Valley Title Holding Company, LLC

1% GP
98% LP — 1% GP — Riverspark Associates Limited Partnership

1% GP — 1% GP
98% LP — Triangle Business Center I Limited Partnership

100%

Seaport Marketplace, LLC

5% GP — 95% LP

South Street Seaport Limited Partnership

100%

Princeton Land, LLC

100%

Seaport Marketplace Theatre, LLC

100%

The Rouse Company of Minnesota, LLC

100%

Rouse Ridgedale Holding, LLC

100%

Rouse Ridgedale, LLC

100%

Ridgedale Center, LLC
**B-PLD**

100%

Christiana Holdings I, LLC

Christiana Holdings II, LLC

50% — 50%

Christiana Acquisition, LLC

100%

Christiana Mall, LLC

100%

CMA Access Company, LLC

100%

Collin Creek Anchor Acquisition, LLC

100%

Collin Creek Mall, LLC
**B-PLD**

100%

Faneuil Hall Marketplace, LLC

100%

Woodbridge Center Property, LLC
**B-PLD**

100%

Fashion Place Anchor, Acquisition, LLC

100%

Fashion Place, LLC
**B-PLD**

100%

Three OM, LLC

1% GP — 99% LP

Three Owings Mills Corporate Center Land Limited Partnership

100%

Three OM SPE, LLC

100%

Four OM, LLC

1% GP — 99% LP

Four Owings Mills Corporate Center Land Limited Partnership

100%

Four OM SPE, LLC

D-20



# Chart P-3

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

# Chart P-4

***Entities with bold borders are Debtors filed on April 16, 2009**
**Entities with dotted borders are Debtors filed on April 23, 2009**

[1] GGP does not control this joint venture. For purposes of preparing this chart, GGP has relied on the most recent information provided by its joint venture partner regarding the joint venture's ownership percentages in its subsidiaries.

# Chart P-5

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



# Chart P-6

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



The Rouse Company Operating Partnership LP

- 100% → The Rouse Company Protective Trust, Inc. (TRS 8)
- 100% → Rouse-Urban Acquisition, LLC
- 100% → Rouse-Urban, LLC
- Westfield
- Simon
- Hexalon Real Estate, Inc. (Structure shown under THHC)

Rouse-Urban Acquisition, LLC — 16.6267% LP
Rouse-Urban, LLC — 0.1676% GP
Westfield / Simon — 54.232% GP & LP / 27.553% GP & LP
Hexalon Real Estate, Inc. — 1.4205% LP

→ Head Acquisition, LP

Head Acquisition, LP — 100% → RoPro TRS, Inc. (TRS)

Head Acquisition, LP — 94.4398% GP
Class A & C Limited Partners — 5.5602% LP

→ Urban Shopping Centers, LP

100% → Rouse Oakbrook, LLC

Urban Shopping Centers, LP — 50% / 50% → UC Oakbrook Genpar, LLC
Industrial Mall Investors, LLC (CALPERS) — 50%

835 Michigan, LP (Lucent & RREEF) — 100%
Southpoint Land, LLC — 100%
Southpoint Mall, LLC — 100%

UC Oakbrook Genpar, LLC — 50.01% LP / 1% GP → Oakbrook Urban Venture, LP
Industrial Mall Investors, LLC (CALPERS) — 48.99% LP

835 Michigan, LP — 45% GP / 55% GP → Water Tower Joint Venture

Water Tower Joint Venture — 100% → Water Tower, LLC

Oakbrook Urban Venture, LP — 100% → Oakbrook Shopping Center, LLC
Oakbrook Urban Venture, LP — 100% → Oakbrook Facilities Corporation (TRS)

D-24

# Chart Q

*Entities with bold borders are Debtors filed on April 16, 2009
Entities with dotted borders are Debtors filed on April 23, 2009



GGP Limited Partnership

B+G – 2006 Credit Facility (u)
G – 2008 Credit Facility (s)

Hexalon Real Estate, Inc.
(REIT)

99.80%

0.20%

General Growth Management, Inc.
(TRS)

100%
Harborplace, Inc.

2.38%
MallFinder Network LLC

100%
GGP Natick Residence LLC

100%
Rouse-West Dade, Inc.

100%
GGP Turkey Management, LLC

100%
Hoover Mall Services, L.L.C.

100%
Faneuil Hall Beverage, LLC

100%
Valley Plaza Anchor Acquisition, LLC

100%
The Learning Mall L.L.C.

100%
Kapiolani Condominium Development, LLC

50%
Perimeter Center Miscellaneous Income LLC

NYSTERS

35%
J.P. Morgan

50%
Perimeter Mall Facilities, LLC

32.5%   32.5%
Four State Facility Corp (TRS)

D-25

# Supplement to Appendix E – Corporate Reorganization Process

Pursuant to Section 5.1 of the Plan, this supplement to Appendix E to the Disclosure Statement sets forth the contemplated merger, dissolution or consolidation of certain entities by the Plan Debtors in conjunction with implementation of the Plan. The proposed corporate reorganization is described herein on a property-by-property basis, as listed in the index below. For each property owned by the additional Plan Debtors, identified in the supplement to Appendix C to the Disclosure Statement attached hereto, this supplement to Appendix E to the Disclosure Statement includes: (i) a description of all corporate acts and property transfers, if any, necessary to implement the reorganization; (ii) a structure chart showing the current corporate structure, combined with an illustration of the proposed corporate reorganization, if any; and (iii) a structure chart showing the projected corporate structure upon emergence, if applicable. Capitalized terms used in this Appendix E are defined in Appendix A to the Disclosure Statement, as supplemented or amended.

| Page # | Property Name |
|---|---|
| E-1 | Animas Valley Mall, Grand Teton Mall & Plaza, Salem Center |
| E-3 | Birchwood Mall |
| E-5 | Cache Valley Mall & Marketplace |
| E-7 | Colony Square Mall |
| E-9 | Columbiana Centre |
| E-12 | Foothills Mall |
| E-14 | Mall of the Bluffs |
| E-16 | Mayfair Mall |
| E-18 | Mondawmin Mall |
| E-20 | North Plains Mall |
| E-22 | NorthTown Mall |
| E-24 | Oakwood Mall |
| E-26 | Owings Mills Mall |
| E-29 | Pierre Bossier Mall |
| E-31 | Pioneer Office |
| E-34 | Pioneer Place |
| E-37 | Silver Lake Mall |
| E-39 | Southwest Plaza |
| E-41 | Spring Hill Mall |
| E-43 | The Mall at Sierra Vista |

| E-45 | The Shops at Fallen Timbers |
| E-47 | Westwood Mall |
| E-49 | White Mountain Mall |

ANIMAS VALLEY MALL, GRAND TETON MALL, GRAND TETON PLAZA, & SALEM CENTER:

**Price-ASG L.L.C.** (DE) (Case No. 09-12231), the owner of property known as (i) Animas Valley Mall, (ii) Grand Teton Mall & Plaza, and (iii) Salem Center, and wholly owned by Price Development Company, Limited Partnership, is dissolved. Prior to dissolution, Price-ASG L.L.C. forms three new Delaware limited liability companies named, (i) Animas Valley Mall, LLC, (ii) Grand Teton Mall, LLC, and (iii) Salem Center, LLC, and contributes to the capital of each new company a related property. As a result of the dissolution and contribution, the ownership interests of (i) Animas Valley Mall, LLC (new owner of the property known as Animas Valley Mall), (ii) Grand Teton Mall, LLC (new owner of the property known as Grand Teton Mall & Plaza), and (iii) Salem Center, LLC (new owner of the property known as Salem Center), are now owned by Price Development Company, Limited Partnership.

# PRICE-ASG L.L.C.
## Corporate Restructure Process




**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

~ 90.7% Common Managing Member

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~ 9.3% Common

GGPLP L.L.C.

100%

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

100%

Price-ASG L.L.C.

Three Retail Properties listed above

Prior to dissolution Price-ASG L.L.C. forms three new Delaware LLCs and contributes the properties to the new entities.

*Animas Valley Mall (Farmington, NM)*

*Grand Teton Mall & Plaza (Idaho Falls, ID)*

*Salem Center (Salem, OR)*


**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

E-2



# PRICE-ASG L.L.C.
## Upon Emergence



**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

KEY:

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

→ Indicates transfer of Ownership Interests

✕ Indicates entity is eliminated

→ Indicates Merger

Non-related Entity

~ 90.7% Common Managing Member

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~ 9.3% Common

GGPLP L.L.C.

100%

GGP Acquisition, L.L.C.

18.05774% LP

81.94226% GP

Price Development Company, Limited Partnership (MD)

100%

Animas Valley Mall, LLC

*Animas Valley Mall (Farmington, NM)*

Grand Teton Mall, LLC

*Grand Teton Mall & Plaza (Idaho Falls, ID)*

Salem Center, LLC

*Salem Center (Salem, OR)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-3



<u>BIRCHWOOD MALL</u>:

**Birchwood Mall, LLC** (DE) (Case No. 09-12070), is the owner of the mall known as Birchwood Mall and is wholly owned by GGPLP L.L.C.  There are no changes to this entity's ownership structure.

# BIRCHWOOD MALL
## No Structure Changes Upon Emergence



**KEY:**

| | |
|---|---|
| 🟨 | Indicates Debtor not emerging from Bankruptcy |
| ⬛ (dotted red) | Indicates entity/entities emerging from Bankruptcy |
| 🟧 (hatched) | Indicates change of entity type |
| → (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| → (red) | Indicates Merger |
| 🟩 | Non-related Entity |



**General Growth Properties, Inc.**

~96% GP

**GGP Limited Partnership**

Outside Limited Partners

~4% LP

~ 90.7% Common Managing Member

Outside preferred interests

Remaining interests held through GGP Holding II, Inc.

~ 9.3% common

**GGPLP L.L.C.**

Birchwood Mall, LLC

*Birchwood Mall (Port Huron, MI)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



<u>CACHE VALLEY MALL & MARKETPLACE</u>:

**Cache Valley, LLC** (DE) (Case No. 09-12079), is the owner of the malls known as Cache Valley Mall and Cache Valley Marketplace and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# CACHE VALLEY MALL & MARKETPLACE
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

GGP
Limited
Partnership

Outside Limited
Partners

~4% LP

~ 90.7% Common
Managing Member

*Remaining interests held
through GGP Holding II, Inc.*

Outside preferred
interests

~ 9.3% common

GGPLP
L.L.C.

100%

18.05774% LP

GGP
Acquisition,
L.L.C.

81.94226% GP

Price
Development
Company,
Limited Partnership (MD)

100%

Cache
Valley, LLC

*Cache Valley Mall &
Cache Valley Marketplace
(Logan, UT)*

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity



100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-6

<u>COLONY SQUARE MALL</u>:

**Colony Square Mall L.L.C.** (DE) (Case No. 09-12088), is the owner of the mall known as Colony Square Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# COLONY SQUARE MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity



Outside Limited Partners

~4% LP

GGP Limited Partnership

Colony Square Mall L.L.C.

*Colony Square (Zanesville, OH)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-8



<u>COLUMBIANA CENTRE</u>:

**GGP-Columbiana Trust** (DE) (Case No. 09-12464), the owner of the mall known as Columbiana Centre and wholly owned by GGP/Homart, Inc., is converted to a Delaware limited liability company named Columbiana Centre, LLC.

# COLUMBIANA CENTRE
## Corporate Restructure Process



**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

100% Common

GGP/Homart, Inc.

116 Preferred Stockholders

100%

GGP-Columbiana Trust

*Columbiana Centre (Columbia, SC)*

GGP-Columbiana Trust converts to a Delaware limited liability company and changes its name.



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



# COLUMBIANA CENTRE
## Upon Emergence



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

100% Common

GGP/Homart, Inc.

116 Preferred Stockholders

100%

Columbiana Centre, LLC

*Columbiana Centre (Columbia, SC)*



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

<u>FOOTHILLS MALL</u>:

**GGP-Foothills L.L.C.** (DE) (Case No. 09-12137), is the owner of the mall known as Foothills Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# FOOTHILLS MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

GGP-Foothills L.L.C.

Foothills Mall
(Fort Collins, CO)



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



MALL OF THE BLUFFS:

**Mall of the Bluffs, LLC** (DE) (Case No. 09-12194), is the owner of the mall known as Mall of the Bluffs and is wholly owned by GGPLP L.L.C.  There are no changes to this entity's ownership structure.

# MALL OF THE BLUFFS
## No Structure Changes Upon Emergence



**KEY:**

| | |
|---|---|
| | Indicates Debtor not emerging from Bankruptcy |
| | Indicates entity/entities emerging from Bankruptcy |
| | Indicates change of entity type |
| | Indicates transfer of Ownership Interests |
| | Indicates entity is eliminated |
| | Indicates Merger |
| | Non-related Entity |



General Growth Properties, Inc.

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

~ 90.7% Common Managing Member

Outside preferred interests

Remaining interests held through GGP Holding II, Inc.

GGPLP L.L.C.

~ 9.3% common

Mall of the Bluffs, LLC

*Mall of the Bluffs (Council Bluffs, IA)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>MAYFAIR MALL:</u>

**Mayfair Mall, LLC** (DE) (Case No. 09-12198), is the owner of the mall known as Mayfair Mall and is wholly owned by GGP Ivanhoe II, Inc.  There are no changes to this entity's ownership structure.

# MAYFAIR MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

99% LP

Rouse LLC

1% GP

The Rouse Company LP

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

120 Preferred Stockholders

GGP Holding, Inc. (REIT)

99.9953082% Common & 480 preferred shares

119 Preferred Stockholders

GGP Holding II, Inc. (REIT)

.0046918% Common

GGP Ivanhoe II, Inc. (QRS)

Mayfair Mall, LLC

*Mayfair Mall and Offices (Wauwatosa, WI)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-17



MONDAWMIN MALL:

**Mondawmin Business Trust** (MD) (Case No. 09-12474), the owner of the mall known as Mondawmin Mall whose owners are The Village of Cross Keys, LLC (82.34%) and Northwest Associates (17.66%) is eliminated. Elimination to occur pursuant to a merger with and into a newly formed Delaware limited liability company named Mondawmin Mall, LLC, whose members are The Village of Cross Keys, LLC (82.34%) and Northwest Associates (17.66%). As a result of the merger, Mondawmin Business Trust's ownership of Mondawmin Mall is transferred to Mondawmin Mall, LLC. Immediately following the merger, The Village of Cross Keys, LLC distributes its 82.34% interest in Mondawmin Mall, LLC to its sole member, The Rouse Company Operating Partnership LP. As a result of the distribution, the ownership interests of Mondawmin Mall, LLC are now owned by The Rouse Company Operating Partnership LP (82.34%) and Northwest Associates (17.66%).

# MONDAWMIN MALL
## Corporate Restructure Process



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LPs

**KEY:**

- Indicates Debtor not emerging from Bankruptcy
- Indicates entity/entities emerging from Bankruptcy
- Indicates change of entity type
- Indicates transfer of Ownership Interests
- Indicates entity is eliminated
- Indicates Merger
- Non-related Entity
- Emergence Plan Previously Filed

Rouse LLC

99% LP

The Rouse Company LP

1% GP

The Rouse Company BT, LLC (MD)

.99999% GP

The Rouse Company Operating Partnership LP

99.00001% LP

The Village of Cross Keys, LLC (MD)

Northwest JV HoldCo, LLC

99%

Caselmar, LP

Northwest Associates (MD)

1%

82.34%

Mondawmin Business Trust (MD)

17.66%

Mondawmin Business Trust is merged into a new Delaware LLC.

*Mondawmin Mall (Baltimore, MD)*

Mondawmin Borrower, LLC

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

E-20



# MONDAWMIN MALL
## Upon Emergence



**KEY:**

| | |
|---|---|
| ⬛ (yellow) | Indicates Debtor not emerging from Bankruptcy |
| ⬚ (red dotted) | Indicates entity/entities emerging from Bankruptcy |
| ⬛ (hatched) | Indicates change of entity type |
| → (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| → (red) | Indicates Merger |
| ⬛ (green) | Non-related Entity |
| ⬛ (pink) | Emergence Previously Confirmed |



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LPs

Rouse LLC

99% LP

The Rouse Company LP

1% GP

.99999% GP

The Rouse Company BT, LLC (MD)

The Rouse Company Operating Partnership LP

99.00001% LP

Northwest JV HoldCo, LLC

99%

Caselmar, LP

Northwest Associates (MD)

1%

82.34%

17.66%

Mondawmin Mall, LLC

*Mondawmin Mall (Baltimore, MD)*

Mondawmin Borrower, LLC

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-21



<u>NORTH PLAINS MALL</u>:

**North Plains Mall, LLC** (DE) (Case No. 09-12205), is the owner of the mall known as North Plains Mall and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# NORTH PLAINS MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

GGP
Limited
Partnership

Outside Limited
Partners

~4% LP



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

*Remaining interests held through GGP Holding II, Inc.*

~ 90.7% Common
Managing Member

Outside preferred
interests

~ 9.3% common

GGPLP
L.L.C.

100%

18.05774% LP

GGP
Acquisition,
L.L.C.

81.94226%
GP

Price
Development
Company,
Limited Partnership (MD)

100%

North
Plains Mall, LLC

*North Plains Mall
(Clovis, NM)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>NORTHTOWN MALL</u>:

**North Town Mall, LLC** (DE) (Case No. 09-12208), is the owner of the mall known as NorthTown Mall and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# NORTHTOWN MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

→ Indicates transfer of Ownership Interests

✕ Indicates entity is eliminated

→ Indicates Merger

Non-related Entity

*Remaining interests held through GGP Holding II, Inc.*

~ 90.7% Common Managing Member

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

100%

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

North Town Mall, LLC

*NorthTown Mall (Spokane, WA)*



100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



<u>OAKWOOD MALL</u>:

**Oakwood Hills Mall, LLC** (DE) (Case No. 09-12211), is the owner of the mall known as Oakwood Mall and is wholly owned by GGPLP L.L.C.  There are no changes to this entity's ownership structure.

# OAKWOOD MALL
## No Structure Changes Upon Emergence



**KEY:**

| | |
|---|---|
| Indicates Debtor not emerging from Bankruptcy |
| Indicates entity/entities emerging from Bankruptcy |
| Indicates change of entity type |
| Indicates transfer of Ownership Interests |
| Indicates entity is eliminated |
| Indicates Merger |
| Non-related Entity |



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

~ 90.7% Common Managing Member

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

Oakwood Hills Mall, LLC

*Oakwood Mall (Eau Claire, WI)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



<u>OWINGS MILLS MALL</u>:

**Owings Mills Limited Partnership** (MD) (Case No. 09-12217), the owner of the mall known as Owings Mills Mall, whose partners are The Rouse Company at Owings Mills, LLC (GP 12.5%) and The Rouse Company Operating Partnership LP (LP 87.5%), is eliminated. Elimination to occur pursuant to a merger with and into a newly formed Delaware limited liability company named Owings Mills Mall, LLC, whose members are The Rouse Company at Owings Mills, LLC (12.5%) and The Rouse Company Operating Partnership LP (87.5%). As a result of the merger, Owings Mills Limited Partnership's ownership of Owings Mills Mall is transferred to Owings Mills Mall, LLC. Immediately following the merger, The Rouse Company at Owings Mills, LLC, wholly owned by The Rouse Company Operating Partnership LP, is dissolved. As a result of the dissolution, the ownership interests of Owings Mills Mall, LLC, are now wholly owned by The Rouse Company Operating Partnership LP.

**The Rouse Company at Owings Mills, LLC** (MD) (Case No. 09-12244), the sole general partner owning 12.5% of the partnership interests of Owings Mills Limited Partnership and wholly owned by The Rouse Company Operating Partnership LP, is dissolved. Immediately prior to the dissolution, Owings Mills Limited Partnership is merged into a newly formed Delaware limited liability company named Owings Mills Mall, LLC. As a result of the dissolution, the ownership interests of Owings Mills Mall, LLC, are now wholly owned by The Rouse Company Operating Partnership LP.

**OM Borrower, LLC** (DE) (Case No. 09-12214), is the IDOT borrower under the outstanding mortgage loan for Owings Mills Mall and is wholly owned by Owings Mills Limited Partnership. Owings Mills Limited Partnership is merged into a newly formed Delaware limited liability company named Owings Mills Mall, LLC. As a result of the merger, the ownership interests of OM Borrower, LLC are now owned by Owings Mills Mall, LLC.

# OWINGS MILLS MALL
## Corporate Restructure Process

**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

Rouse LLC

99% LP

1% GP

The Rouse Company LP

The Rouse Company BT, LLC (MD)

.99999% GP

99.00001% LP

The Rouse Company Operating Partnership LP

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

The Rouse Company at Owings Mills, LLC (MD)

12.5% GP

87.5%LP

Owings Mills Limited Partnership is merged into a new DE LLC.

Owings Mills Limited Partnership (MD)

*Owings Mills Mall (Owings Mills, MD)*

OM Borrower, LLC

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



E-29

# OWINGS MILLS MALL
## Upon Emergence



**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

Rouse LLC

99% LP

1% GP

The Rouse Company LP

The Rouse Company BT, LLC (MD)

.99999% GP

99.00001% LP

The Rouse Company Operating Partnership LP

100%

Owings Mills Mall, LLC

*Owings Mills Mall (Owings Mills, MD)*

OM Borrower, LLC



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>PIERRE BOSSIER MALL</u>:

**Pierre Bossier Mall, LLC** (DE) (Case No. 09-12226), is the owner of the mall known as Pierre Bossier Mall and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# PIERRE BOSSIER
## No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

Remaining interests held through GGP Holding II, Inc.

~ 90.7% Common Managing Member

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

Pierre Bossier Mall, LLC

*Pierre Bossier Mall (Bossier City, LA)*

**KEY:**

- Indicates Debtor not emerging from Bankruptcy
- Indicates entity/entities emerging from Bankruptcy
- Indicates change of entity type
- Indicates transfer of Ownership Interests
- Indicates entity is eliminated
- Indicates Merger
- Non-related Entity

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



<u>PIONEER OFFICE</u>:

**Pioneer Office Limited Partnership** (MD) (Case No. 09-12228), the owner of the office property known as Pioneer Office, whose partners are Rouse-Portland, LLC (GP 1%), The Rouse Company Operating Partnership LP (LP 98.999505%), and Rouse-Fairwood Development Corporation (LP 0.000495%), is converted to a Delaware limited liability company named Pioneer Office, LLC. Immediately following the conversion, Rouse-Portland, LLC, wholly owned by The Rouse Company Operating Partnership LP, is dissolved. As a result of the dissolution, the ownership interests of the newly converted Pioneer Office, LLC (f/k/a Pioneer Office Limited Partnership), are now held by The Rouse Company Operating Partnership LP (99.999505%) and Rouse-Fairwood Development Corporation (0.000495%).

**Rouse-Portland, LLC** (MD) (Case No. 09-12264), the sole general partner owning 1% of the partnership interests of Pioneer Office Limited Partnership, and wholly owned by The Rouse Company Operating Partnership LP, is dissolved. Immediately prior to the dissolution, Pioneer Office Limited Partnership is converted to Delaware limited liability company named Pioneer Office, LLC. As a result of the dissolution, the ownership interests of the newly converted Pioneer Office, LLC (f/k/a Pioneer Office Limited Partnership), are now held by The Rouse Company Operating Partnership LP (99.999505%) and Rouse-Fairwood Development Corporation (0.000495%).

# PIONEER OFFICE
## Corporate Restructure Process

**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

Rouse LLC

99% LP

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership

Indicates entity is eliminated

Indicates Merger

Non-related Entity

1% GP

The Rouse Company LP

The Hughes Corporation (TRS 2)

.99999% GP

The Rouse Company BT, LLC (MD)

The Howard Hughes Corporation (TRS)

99.00001% LP

**The Rouse Company Operating Partnership LP**

Rouse-Fairwood Development Corporation (MD) (TRS 5)

100%

Rouse Portland, LLC (MD)

98.999505% LP

.000495% LP

1% GP

Pioneer Office Limited Partnership (MD)

*Pioneer Office (Portland, OR)*

Pioneer Office Limited Partnership converts to a Delaware limited liability company.



E-32

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

# PIONEER OFFICE
## Upon Emergence



**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

Rouse LLC

99% LP

1% GP

The Rouse Company LP

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership

Indicates entity is eliminated

Indicates Merger

Non-related Entity

The Hughes Corporation (TRS 2)

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

The Howard Hughes Corporation (TRS)

**The Rouse Company Operating Partnership LP**

Rouse-Fairwood Development Corporation (MD) (TRS 5)

99.999505%

0.000495%

Pioneer Office, LLC

*Pioneer Office (Portland, OR)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

E-33



<u>PIONEER PLACE:</u>

**Pioneer Place Limited Partnership** (MD) (Case No. 09-12229), the owner of the mall known as Pioneer Place, whose partners are Rouse-Portland, LLC (GP 1%), The Rouse Company Operating Partnership LP (LP 98.999505%), and Rouse-Fairwood Development Corporation (LP 0.000495%), is converted to a Delaware limited liability company named Pioneer Place, LLC. Immediately following the conversion, Rouse-Portland, LLC, wholly owned by The Rouse Company Operating Partnership LP, is dissolved. As a result of the dissolution, the ownership interests of the newly converted Pioneer Place, LLC (f/k/a Pioneer Place Limited Partnership), are now held by The Rouse Company Operating Partnership LP (99.999505%) and Rouse-Fairwood Development Corporation (0.000495%).

**Rouse-Portland, LLC** (MD) (Case No. 09-12264), the sole general partner, owning 1% of the partnership interests of Pioneer Place Limited Partnership, and wholly owned by The Rouse Company Operating Partnership LP, is dissolved. Immediately prior to the dissolution, Pioneer Place Limited Partnership is converted to Delaware limited liability company named Pioneer Place, LLC. As a result of the dissolution, the ownership interests of the newly converted Pioneer Place, LLC (f/k/a Pioneer Place Limited Partnership), are now held by The Rouse Company Operating Partnership LP (99.999505%) and Rouse-Fairwood Development Corporation (0.000495%).



# PIONEER PLACE
## Corporate Restructure Process

**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

Rouse LLC

99% LP

1% GP

The Rouse Company LP

.99999% GP

The Rouse Company BT, LLC (MD)

99.00001% LP

The Rouse Company Operating Partnership LP

100%

The Hughes Corporation (TRS 2)

The Howard Hughes Corporation (TRS)

Rouse-Fairwood Development Corporation (MD) (TRS 5)

98.999505% LP

Rouse Portland, LLC (MD)

1% GP

.000495% LP

Pioneer Place Limited Partnership (MD)

*Pioneer Place (Portland, OR)*

Pioneer Place Limited Partnership converts to a Delaware limited liability company.

E-35

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

# PIONEER PLACE
## Upon Emergence



**General Growth Properties, Inc.**

~96 % GP

Outside Limited Partners

GGP Limited Partnership

~4 % LPs

Rouse LLC

99% LP

1% GP

The Rouse Company LP

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100%

.99999% GP

The Rouse Company BT, LLC (MD)

The Hughes Corporation (TRS 2)

99.00001% LP

The Rouse Company Operating Partnership LP

The Howard Hughes Corporation (TRS)

Rouse-Fairwood Development Corporation (MD) (TRS 5)

99.999505%

0.000495%

Pioneer Place, LLC

*Pioneer Place*
*(Portland, OR)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-36



:

**Silver Lake Mall, LLC** (DE) (Case No. 09-12271), is the owner of the mall known as Silver Lake Mall and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# SILVER LAKE MALL
## No Structure Changes Upon Emergence



**KEY:**

| | |
|---|---|
| ☐ (yellow) | Indicates Debtor not emerging from Bankruptcy |
| ☐ (red dotted) | Indicates entity/entities emerging from Bankruptcy |
| ☐ (hatched) | Indicates change of entity type |
| → (green) | Indicates transfer of Ownership Interests |
| ✕ (red) | Indicates entity is eliminated |
| → (red) | Indicates Merger |
| ☐ (green dotted) | Non-related Entity |



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

~4% LP

GGP Limited Partnership

~ 90.7% Common Managing Member

*Remaining interests held through GGP Holding II, Inc.*

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

100%

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

100%

Silver Lake Mall, LLC

*Silver Lake Mall (Coeur d'Alene, ID)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

E-38



<u>SOUTHWEST PLAZA</u>:

**Southwest Plaza L.L.C.** (DE) (Case No. 09-12278), is the holder of a leasehold interest in a ground lease for the mall known as Southwest Plaza and is wholly owned by GGPLP L.L.C. There are no changes to this entity's ownership structure.

**Southwest Denver Land L.L.C.** (DE) (Case No. 09-12277), is the fee holder of the mall known as Southwest Plaza and is wholly owned by GGPLP L.L.C. There are no changes to this entity's ownership structure.

# SOUTHWEST PLAZA
## No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

~ 90.7% Common Managing Member

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

Southwest Denver Land L.L.C

*Ground Lessor of land on which Southwest Plaza is located. (Littleton, CO)*

Southwest Plaza L.L.C

*Southwest Plaza (Littleton, CO) GROUND LESSEE*

**KEY:**



Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>SPRING HILL MALL</u>:

**Spring Hill Mall L.L.C.** (DE) (Case No. 09-12279), is the owner of the mall known as Spring Hill Mall and is wholly owned by GGPLP L.L.C.  There are no changes to this entity's ownership structure.

# SPRING HILL MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

Outside Limited Partners

GGP Limited Partnership

~4% LP

~ 90.7% Common Managing Member

*Remaining interests held through GGP Holding II, Inc.*

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

Spring Hill Mall L.L.C.

*Spring Hill Mall (West Dundee, IL)*

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.

E-42



<u>THE MALL AT SIERRA VISTA</u>:

**Sierra Vista Mall, LLC** (DE) (Case No. 09-12269), is the owner of the mall known as The Mall at Sierra Vista and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# THE MALL AT SIERRA VISTA
No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

~ 90.7% Common Managing Member

Remaining interests held through GGP Holding II, Inc.

Outside preferred interests

~ 9.3% common

GGPLP L.L.C.

100%

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

100%

Sierra Vista Mall, LLC

*The Mall at Sierra Vista (Sierra Vista, AZ)*

**KEY:**

| | |
|---|---|
| | Indicates Debtor not emerging from Bankruptcy |
| | Indicates entity/entities emerging from Bankruptcy |
| | Indicates change of entity type |
| → | Indicates transfer of Ownership Interests |
| ✕ | Indicates entity is eliminated |
| → | Indicates Merger |
| | Non-related Entity |

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.



<u>THE SHOPS AT FALLEN TIMBERS</u>:

**Fallen Timber Shops, LLC** (DE) (Case No. 09-12106), is the owner of the mall known as The Shops at Fallen Timbers and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# THE SHOPS AT FALLEN TIMBERS
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP



KEY:

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

Fallen Timbers Shops II, LLC

*Vacant Land @ The Shops at Fallen Timbers*

Fallen Timbers Shops, LLC

*The Shops at Fallen Timbers (Toledo, OH)*

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



<u>WESTWOOD MALL</u>:

**Westwood Mall, LLC** (DE) (Case No. 09-12316), is the owner of the mall known as Westwood Mall and is wholly owned by GGP Limited Partnership.  There are no changes to this entity's ownership structure.

# WESTWOOD MALL
## No Structure Changes Upon Emergence



**General Growth Properties, Inc.**

~96% GP

GGP Limited Partnership

Outside Limited Partners

~4% LP

Westwood Mall, LLC

*Westwood Mall (Jacksonville, MI)*



**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

Indicates transfer of Ownership Interests

Indicates entity is eliminated

Indicates Merger

Non-related Entity

100% ownership interest unless otherwise indicated
State of Formation for the Entities is Delaware unless otherwise indicated.



WHITE MOUNTAIN MALL:

**White Mountain Mall, LLC** (DE) (Case No. 09-12318), is the owner of the mall known as White Mountain Mall and is wholly owned by Price Development Company, Limited Partnership.  There are no changes to this entity's ownership structure.

# WHITE MOUNTAIN MALL
## No Structure Changes Upon Emergence

**General Growth Properties, Inc.**

~96% GP

**KEY:**

Indicates Debtor not emerging from Bankruptcy

Indicates entity/entities emerging from Bankruptcy

Indicates change of entity type

→ Indicates transfer of Ownership Interests

✕ Indicates entity is eliminated

→ Indicates Merger

Non-related Entity

GGP Limited Partnership

Outside Limited Partners

~4% LP

~ 90.7% Common Managing Member

Other interest through GGP Holding II, Inc.

GGPLP L.L.C.

Outside preferred interests

~ 9.3% common

100%

18.05774% LP

GGP Acquisition, L.L.C.

81.94226% GP

Price Development Company, Limited Partnership (MD)

100%

White Mountain Mall, LLC

*White Mountain Mall (Rock Spring, WY)*

100% ownership interest unless otherwise indicated

State of Formation for the Entities is Delaware unless otherwise indicated.

E-50

