UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                       :  Chapter 11
                                                             :
GENERAL GROWTH PROPERTIES, INC., et al.,                     :  Case No.: 09-11977 (ALG)
                                                             :
                                                             :  Jointly Administered
                          Debtors.                           :
                                                             :
------------------------------------------------------------ X

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monika Parel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC ("**KCC**"), the claims and noticing agent for the Debtors in the above-captioned cases.

On March 26, 2010, under my direction and supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class mail upon the service list attached hereto as **Exhibit A**:

- Notice of Filing Third Supplement to Disclosure Statement for Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 3772]**

Dated: March 26, 2010

                                                             _____
                                                                    Monika Parel

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of March, 2010, by Monika Parel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____
              Notary Public

GABRIELA HILL
Commission # 1853581
Notary Public - California
Los Angeles County
My Comm. Expires Jun 11, 2013

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Aramark Corp Refreshment Services | | 1299 Collier Rd NW | Atlanta | GA | 30318-2308 |
| Coastal Services of VA Inc | Attn General Counsel or Legal Officer | PO Box 1253 | Virginia Bch | VA | 23451-0253 |
| Ricoh Americas Corporation | | PO Box 4245 | Carol Stream | IL | 60197-4245 |

In re: General Growth Properties, Inc. et al.
Case No. 09-11977 (ALG)

1 of 1

3/26/2010