EXHIBIT D



# Invoice

**153 E 53rd St**
**New York, NY 10022**

| Date | Invoice # |
|------|-----------|
| 06/29/2010 | 1790 |

| Bill To |
|---------|
| General Growth Properties, Inc.<br>110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Edmund J. Hoyt<br>Sr. Vice President & Interim CFO |

| Description | Amount |
|-------------|--------|
| Monthly Financial Advisory Fee for April 2010, pursuant to paragraph 2(d) of the amended and restated engagement letter dated August 11, 2009 | 350,000.00 |
| For out-of-pocket expenses pursuant to paragraph 3 of the amended and restated engagement letter dated August 11, 2009 | 10,634.74 |

Wiring Instructions:

HSBC
ABA 021001088
Account Name: Miller Buckfire & Co., LLC
Account # 134758765
Ref: Your Company Name


Remittance Instructions:

Miller Buckfire & Co., LLC
153 E 53rd St 22nd Fl
New York, NY 10022
Attn: Michael Elpern

| Tax ID # 02-0613709 | **Total** | **$360,634.74** |
|---------------------|-----------|-----------------|