**Cushman & Wakefield, Inc.**
P.O. Box 27936
New York, NY 10087-27936

December 30, 2009

Adam Strochak
Weil, Gotshal & Manges, LLP
1300 Eye Street, NW #900
Washington, DC 20005

# INVOICE

Invoice No: 09-12003-9890
**Invoice for Appraisal, Restricted Report**

    PTC Trailer Park
    Provo, UT

| | |
|---:|---:|
| Appraisal Fee: | $4,000.00 |
| Plus Expenses: | $320.36 |
| Total Invoice: | $4,320.36 |
| Less Retainer: | $0.00 |
| **Total Balance Now Due:** | **$4,320.36** |

Please make your checks payable to Cushman & Wakefield Valuation and return with one copy of this invoice to the following **NEW REMITTANCE ADDRESS:**

**Cushman & Wakefield, Inc.**
**Valuation Services**
**P.O. Box 27936**
**New York, NY 10087-27936**
Please make sure the invoice number is on the check.

Sincerely,
CUSHMAN & WAKEFIELD, INC.
Sid Sohan
Manager of Finance & Administration
Phone: 212-713-6798
Fax: 212-479-8316
Email: ssohan@cushwake.com
**Federal Tax ID #: 13-2625361**