**Cushman & Wakefield, Inc.**
P.O. Box 27936
New York, NY 10087-27936

January 25, 2010

Adam Strochak
Weil, Gotshal & Manges, LLP
1300 Eye Street, NW #900
Washington, DC 20005

# INVOICE

Invoice No: 10-12002-9325
**Invoice for Revisions and additional work**

General Growth Properties Portfolio
Additional Fees for Round 2 & Round 3 Properties
See Attached List

| | |
|---|---|
| Appraisal Fee: | $42,500.00 |
| Total Invoice: | $42,500.00 |
| Less Retainer: | $0.00 |
| **Total Balance Now Due:** | **$42,500.00** |

Please make your checks payable to Cushman & Wakefield Valuation and return with one copy of this invoice to the following **NEW REMITTANCE ADDRESS:**

**Cushman & Wakefield, Inc.**
**Valuation Services**
**P.O. Box 27936**
**New York, NY 10087-27936**
Please make sure the invoice number is on the check.

Sincerely,
CUSHMAN & WAKEFIELD, INC.
Sid Sohan
Manager of Finance & Administration
Phone: 212-713-6798
Fax: 212-479-8316
Email: ssohan@cushwake.com
**Federal Tax ID #: 13-2625361**

**Date: January 25, 2010**
**Invoice No: 10-12002-9325**



| Property | Appraiser | Round | Approved Gross Fee Increase |
|---|---|---|---|
| **GGP (Rounds 2 & 3) Approved Fee Adjustments 10-12002-9325** | | | |
| North Point Mall | Brad Smith | 2 | $ 1,500.00 |
| Watertower | Tom Helm | 3 | $ 2,000.00 |
| Jordan Creek | Tom Helm | 2 | $ 2,000.00 |
| Glenbrook Square | Tom Helm | 2 | $ 1,500.00 |
| Oakbrook Center IL | Tom Helm | 3 | $ 1,500.00 |
| Ala Moana Center | J Booth, J Vaughan | 2 | $ 4,000.00 |
| Southwest Plaza | Jay Booth | 3 | $ 2,000.00 |
| Village of Merrick Park | Jim Walsh | 3 | $ 3,000.00 |
| Mizner Park | Jim Walsh | 3 | $ 2,500.00 |
| Mayfail Mall & 4 Office Buildings | John Mackris | 3 | $ 3,000.00 |
| South Street Seaport | John Katinos | 3 | $ 2,500.00 |
| Christiana Mall | Kudrick | 3 | $ - |
| Parke West | Tim Love | 3 | $ 1,500.00 |
| The Shops at La Cantera Lifestyle | Scott Rando | 3 | $ 1,000.00 |
| Arizona Center Retail | Sean Kelly | 3 | $ 2,000.00 |
| Natick West | Vince Maniscalco | 3 | $ 2,500.00 |
| Burlington Mall | Ed Williams | 2 | $ 2,000.00 |
| Bridgewater Commons | Ed Williams | 3 | $ 2,000.00 |
| 10000 Charleston/9901-21 Covington Cross/ 1120-1140 Town Center Drive | Steve Wilson | 3 | $ 6,000.00 |
| | | | $ 42,500.00 |