**Cushman & Wakefield, Inc.**
P.O. Box 27936
New York, NY 10087-27936

June 7, 2010

Adam Strochak
Weil, Gotshal & Manges, LLP
1300 Eye Street, NW #900
Washington, DC 20005

# INVOICE

Invoice No: 10-12001-9442
**Invoice for Appraisal, Summary Report**

General Growth Properties
Land Value Allocations
See Detail Attached

| | |
|---|---|
| Appraisal Fee: | $200,000.00 |
| Total Invoice: | $200,000.00 |
| Less Retainer: | $0.00 |
| **Total Balance Now Due:** | **$200,000.00** |

Please make your checks payable to Cushman & Wakefield Valuation and return with one copy of this invoice to the following **NEW REMITTANCE ADDRESS:**

**Cushman & Wakefield, Inc.
Valuation Services
P.O. Box 27936
New York, NY 10087-27936**
Please make sure the invoice number is on the check.

Sincerely,
CUSHMAN & WAKEFIELD, INC.
Sid Sohan
Manager of Finance & Administration
Phone: 212-713-6798
Fax: 212-479-8316
Email: ssohan@cushwake.com
**Federal Tax ID #: 13-2625361**

| | GGP ROUND 5 LAND VALUES (10-12001-9442) | | |
|---|---|---|---|
| Round | Property Name | City | ST |
| | **REGIONAL MALLS** | | |
| 1 | CHULA VISTA CENTER COMBINED | Chula Vista | CA |
| 1 | APACHE COMBINED | Rochester | MN |
| | **OFFICE** | | |
| 1 | ARIZONA CENTER 1 & 2  ( 2 Office Bldgs & parking) | Phoenix | AZ |
| 3 | ARIZONA CENTER RETAIL | Phoenix | AZ |
| 3 |   ARIZONA CENTER THEATER | Phoenix | AZ |
| 3 |   ARIZONA CENTER LAND (5+/- acres) | Phoenix | AZ |
| 1 | 10000 COVINGTON CROSS | Summerlin | NV |
| 1 | 10190 COVINGTON CROSS | Summerlin | NV |
| 1 | 1201/41 TOWN CENTER DRIVE | Summerlin | NV |
| 1 | 1251/81 TOWN CENTER DRIVE | Summerlin | NV |
| 1 | 1551 HILLSHIRE DRIVE | Summerlin | NV |
| 1 | 1635 VILLAGE CENTER CIRCLE | Summerlin | NV |
| 1 | 1645 VILLAGE CENTER CIRCLE | Summerlin | NV |
| 1 | 9950/80 COVINGTON CROSS | Summerlin | NV |
| 1 | CROSSING BUSINESS CENTER #6 | Summerlin | NV |
| 1 | CROSSING BUSINESS CENTER #7 | Summerlin | NV |
| | **STRIP CENTERS** | | |
| 1 | MALL OF LOUISIANA POWER CENTER | Baton Rouge | LA |
| 1 | VISTA COMMONS | Las Vegas | NV |
| | **REGIONAL MALLS** | | |
| 2 | TOWNEAST COMBINED | Mesquite | TX |
| 2 | SIKES CENTER COMBINED | Wichita Falls | TX |
| 2 | BAYSHORE COMBINED | Eureka | CA |
| 2 | SOUTHLAND COMBINED | Hayward | CA |
| 2 | NEWPARK MALL | Newark | CA |
| 2 |   NEWPARK MALL ANCHOR ACQ | Newark | CA |
| 2 | PRINCE KUHIO PLAZA | Hilo | HI |
| 2 | PINE RIDGE COMBINED | Pocatello | ID |
| 2 | CORONADO CENTER COMBINED | Albuquerque | NM |
| 2 | TRS-GRAND CANAL SHOPPES COMBINED | Las Vegas | NV |
| 2 | THE BOULEVARD COMBINED | Las Vegas | NV |
| 2 | ROGUE VALLEY COMBINED | Medford | OR |
| 2 | GATEWAY COMBINED | Springfield | OR |
| 2 | NEWGATE MALL COMBINED | Ogden | UT |
| 2 | THREE RIVERS COMBINED | Kelso | WA |
| 2 | EASTRIDGE (WY) COMBINED | Casper | WY |
| 2 | ALA-MOANA MALL incl OFFICE | Honolulu | HI |
| 2 | NORTH POINT MALL COMBINED | Alpharetta | GA |
| 2 | AUGUSTA MALL  & ANCHOR ACQUISITION | Augusta | GA |
| 2 |   AUGUSTA Lifestyle Center | Augusta | GA |
| 2 | PEACHTREE COMBINED | Columbus | GA |
| 2 | OGLETHORPE MALL | Savannah | GA |
| 3 |   10 SINGLE FAMILY HOMES adjacent to Oglethorpe Mall | Savannah | GA |
| 2 | MALL OF LOUISIANA | Baton Rouge | LA |
| 2 | HULEN MALL COMBINED | Ft. Worth | TX |
| 2 | VISTA RIDGE MALL COMBINED | Lewisville | TX |
| 2 | RED CLIFFS MALL COMBINED | St. George | UT |
| 2 |   RED CLIFFS PLAZA | St. George | UT |
| 2 | THE GALLERY AT HARBORPLACE (incl. office) | Baltimore | MD |
| 2 | CAPITAL COMBINED | Jefferson City | MO |
| 2 | PECANLAND MALL | Monroe | LA |
| 2 |   PECANLAND MALL ANCHOR ACQ | Monroe | LA |
| 2 | RIDGEDALE CENTER COMBINED | Minnetonka | MN |
| 2 | VALLEY HILLS COMBINED | Hickory | NC |
| 2 | LYNNHAVEN COMBINED | Virginia Beach | VA |
| 2 | BURLINGTON TOWN CENTER COMBINED | Burlington | VT |
| 2 | PARK PLACE COMBINED | Tucson | AZ |
| 2 | NORTHRIDGE FASHION CTR COMBINED | Northridge | CA |
| 2 | EASTRIDGE MALL COMBINED | San Jose | CA |
| 2 | GREENWOOD COMBINED | Bowling Green | KY |
| 2 | FOUR SEASONS COMBINED | Greensboro | NC |
| 2 | RIVERTOWN COMBINED | Grandville | MI |
| 2 | THE CROSSROADS (MI) COMBINED | Portage | MI |
| 2 | LAKESIDE MALL COMBINED | Sterling Heights | MI |
| 2 | ~~WARD CENTER~~ | ~~Honolulu~~ | ~~HI~~ |
| 2 | ~~  WAREHOUSE PLAZA~~ | ~~Honolulu~~ | ~~HI~~ |
| 2 | ~~  WARD ENTERTAINMENT (2-3 tenants)~~ | ~~Honolulu~~ | ~~HI~~ |
| 2 | ~~  WARD VILLAGE/GATEWAY/INDUSTRIAL~~ | ~~Honolulu~~ | ~~HI~~ |
| 2 | DEERBROOK MALL | Humble | TX |
| 2 |   DEERBROOK MALL ANCHOR ACQ | Humble | TX |
| 2 | NORTH STAR MALL | San Antonio | TX |
| 2 |   NORTH STAR ANCHOR ACQ | San Antonio | TX |
| 2 | THE WOODLAND MALL | The Woodlands | TX |

| | GGP ROUND 5 LAND VALUES (10-12001-9442) | | |
|---|---|---|---|
| Round | Property Name | City | ST |
| 2 | THE WOODLANDS MALL ANCHOR ACQ | The Woodlands | TX |
| 2 | BOISE TOWNE SQUARE | Boise | ID |
| 2 |   BOISE TOWN SQU ANCHOR ACQ | Boise | ID |
| 2 |   BOISE PLAZA | Boise | ID |
| 2 |   BOISE TOWNE PLAZA | Boise | ID |
| 2 | JORDAN TOWN CREEK COMBINED | West Des Moines | IA |
| 2 | GLENBROOK SQUARE COMBINED | Fort Wayne | IN |
| 2 | MALL ST. MATTHEWS COMBINED | Louisville | KY |
| 2 | OXMOOR COMBINED | Louisville | KY |
| 2 | EDEN PRARIE COMBINED | Eden Prairie | MN |
| 2 |   EDEN PRAIRIE ANCHOR ACQ | Eden Prairie | MN |
| 2 | CROSSROADS (MN) COMBINED | St. Cloud | MN |
| 2 | KNOLLWOOD MALL COMBINED | St. Louis Park | MN |
| 2 | BRASS MILL COMBINED | Waterbury | CT |
| 2 | THE MAINE MALL | South Portland | ME |
| 2 | STEEPLEGATE MALL COMBINED | Concord | NH |
| 2 | WILLOWBROOK COMBINED | Wayne | NJ |
| 2 | WOODBRIDGE CENTER COMBINED | Woodbridge | NJ |
| 2 | PROVIDENCE PLACE COMBINED | Providence | RI |
| | **OFFICE** | | |
| 2 | CORPORATE POINTE #2 | Summerlin | NV |
| 2 | CORPORATE POINTE #3 | Summerlin | NV |
| | **STRIP CENTERS** | | |
| 2 | GATEWAY CROSSING SHOPPING CTR | Bountiful | UT |
| 2 | UNIVERSITY CROSSING | Orem | UT |
| | **REGIONAL MALLS** | | |
| 3 | RIVERCHASE GALLERIA | Hoover | AL |
| 3 |   RIVERCHASE ANCHOR ACQ | Hoover | AL |
| 3 | THE PINES COMBINED | Pine Bluff | AR |
| 3 | PINNACLE HILLS PROMENADE (incl PH West) | Rogers | AR |
| 3 | PINNACLE HILLS POWER CENTER (incl PH South) | Rogers | AR |
| 3 | MALL AT SIERRA VISTA COMBINED | Sierra Vista | AZ |
| 3 | SUPERSTITION SPRINGS CENTER Leasehold | Superstition Springs | AZ |
| 3 | SUPERSTITION SPRINGS CENTER Leased Fee | Superstition Springs | AZ |
| 3 | ARROWHEAD TOWNE CENTER | Glendale | AZ |
| 3 | TUCSON MALL & Anchor Acquisition- 1 combined value | Tucson | AZ |
| 3 |   4848 PARCEL | Tucson | AZ |
| 3 |   TUSCON ENTERTAINMENT PAVILION | Tucson | AZ |
| 3 | MONTCLAIR PLACE COMBINED | Montclair | CA |
| 3 | WEST VALLEY COMBINED | Tracy | CA |
| 3 | VALLEY PLAZA MALL | Bakersfield | CA |
| 3 |   VALLEY PLAZA ANCHOR ACQ (LH-no bldg) | Bakersfield | CA |
| 3 |   RASCAP Land (8,000 sf) | Bakersfield | CA |
| 3 | GALLERIA TYLER COMBINED | Riverside | CA |
| 3 | STONESTOWN COMBINED **($1,750 Ellen; $750 Robert)** | San Francisco | CA |
| 3 | VISALIA COMBINED | Visalia | CA |
| 3 | GLENDALE GALLERIA MALL | Glendale | CA |
| 3 |    GLENDALE GALLERIA OFFICES | Glendale | CA |
| 3 |    GLENDALE GALLERIA ANCHOR ACQ | Glendale | CA |
| 3 | TRS-FALLBROOK COMBINED | West Hills | CA |
| 3 | OTAY RANCH COMBINED | Chula Vista | CA |
| 3 | FOOTHILLS MALL COMBINED | Fort Collins | CO |
| 3 | SOUTHWEST PLAZA COMBINED | Littleton | CO |
| 3 | PARK MEADOWS COMBINED | Lone Tree | CO |
| 3 | THE SHOPPES @ BUCKLAND HILLS COMBINED | Manchester | CT |
| 3 | CHRISTIANA MALL | Newark | DE |
| 3 | ALTAMONTE MALL COMBINED | Altamonte Springs | FL |
| 3 | MIZNER PARK RETAIL-OFFICE Plaza | Boca Raton | FL |
| 3 |    MIZNER PARK - CARTOON MUSEUM | Boca Raton | FL |
| 3 |    MIZNER PARK - Robb & Stuckey | Boca Raton | FL |
| 3 |    MIZNER PARK OFFICE | Boca Raton | FL |
| 3 | VILLAGE OF MERRICK PARK -retail-office-parking-spa-ponce | Coral Gables | FL |
| 3 |    VILLAGE OF MERRICK PARKING FACILITY | Coral Gables | FL |
| 3 |   Land Parcels (Two) | Coral Gables | FL |
| 3 | THE OAKS MALL COMBINED | Gainesville | FL |
| 3 | REGENCY SQUARE COMBINED | Jacksonville | FL |
| 3 | LAKELAND SQUARE MALL COMBINED | Lakeland | FL |
| 3 | BAYSIDE MARKETPLACE COMBINED | Miami | FL |
| 3 | COASTLAND CENTER COMBINED | Naples | FL |
| 3 | WEST OAKS MALL | Ocoee | FL |
| 3 |   WEST OAKS ANCHOR ACQ | Ocoee | FL |
| 3 | PEMBROKE LAKES MALL COMBINED | Pembroke Pines | FL |
| 3 | GOVERNOR'S SQUARE COMBINED | Tallahassee | FL |
| 3 | THE SHOPPES @ RIVER CROSSING | Macon | GA |
| 3 | PERIMETER MALL COMBINED | Atlanta | GA |

|  | GGP ROUND 5 LAND VALUES (10-12001-9442) | | |
|---|---|---|---|
| Round | Property Name | City | ST |
| 3 | CUMBERLAND COMBINED | Atlanta | GA |
| 3 | SOUTHLAKE COMBINED | Morrow | GA |
| 3 | WHALERS VILLAGE COMBINED | Lahaina | HI |
| 3 | CORAL RIDGE COMBINED | Coralville | IA |
| 3 | MALL OF THE BLUFFS COMBINED | Council Bluffs | IA |
| 3 | SILVER LAKE COMBINED | Coeur D' Alene | ID |
| 3 | GRAND TETON COMBINED | Idaho Falls | ID |
| 3 | MARKET PLACE COMBINED | Champaign | IL |
| 3 | NORTHBROOK COURT COMBINED | Northbrook | IL |
| 3 | WATER TOWER PLACE COMBINED | Chicago | IL |
| 3 | OAKBROOK CENTER incl. OFFICES | Oak Brook | IL |
| 3 | SPRING HILL COMBINED | West Dundee | IL |
| 3 | FLORENCE MALL COMBINED | Florence | KY |
| 3 | PIERRE BOSSIER COMBINED | Bossier City | LA |
| 3 | FANEUIL HALL MARKETPLACE COMBINED | Boston | MA |
| 3 | NATICK MALL | Natick | MA |
| 3 |   NATICK WEST | Natick | MA |
| 3 |   AFFORDABLE HOUSING UNITS (30 units) | Natick | MA |
| 3 | SILVER CITY GALLERIA COMBINED | Taunton | MA |
| 3 | HARBORPLACE | Baltimore | MD |
| 3 | MONDAWMIN MALL COMBINED | Baltimore | MD |
| 3 | WHITE MARSH MALL COMBINED | Baltimore | MD |
| 3 | THE MALL IN COLUMBIA COMBINED | Columbia | MD |
| 3 | Village of Cross Keys Inn | Baltimore | MD |
| 3 | Village of Cross Keys (incl VCK Quad) | Baltimore | MD |
| 3 | OWINGS MILLS | Owings Mills | MD |
| 3 | TOWSON TOWN CENTER COMBINED | Towson | MD |
| 3 | WESTWOOD MALL | Jackson | MI |
| 3 | LANSING COMBINED | Lansing | MI |
| 3 | BIRCHWOOD COMBINED | Port Huron | MI |
| 3 | RIVER HILLS COMBINED | Mankato | MN |
| 3 | SAINT LOUIS GALLERIA | St. Louis | MO |
| 3 |   ST. LOUIS GALLERIA ANCHOR ACQ | St. Louis | MO |
| 3 |   LAND about 10 acres | St. Louis | MO |
| 3 | COLUMBIA MALL COMBINED | Columbia | MO |
| 3 | THE STREETS AT SOUTHPOINT | Durham | NC |
| 3 |   One House | Durham | NC |
| 3 | CAROLINA PLACE COMBINED | Pineville | NC |
| 3 | OAK VIEW COMBINED | Omaha | NE |
| 3 | WESTROADS MALL COMBINED | Omaha | NE |
| 3 | BRIDGEWATER COMMONS | Bridgewater | NJ |
| 3 | PARAMUS PARK COMBINED | Paramus | NJ |
| 3 | NORTH PLAINS MALL COMBINED | Clovis | NM |
| 3 | ANIMAS VALLEY COMBINED | Farmington | NM |
| 3 | FASHION SHOW COMBINED | Las Vegas | NV |
| 3 | THE PALAZZO | Las Vegas | NV |
| 3 | MEADOWS COMBINED | Las Vegas | NV |
| 3 | TRS-LOCKPORT MALL COMBINED | Lockport | NY |
| 3 | STATEN ISLAND MALL | Staten Island | NY |
| 3 |   Wendy's Parcel | Staten Island | NY |
| 3 | THE SHOPPES AT FALLEN TIMBERS COMBINED | Maumee | OH |
| 3 | KENWOOD TOWNE CENTRE COMBINED | Cincinnati | OH |
| 3 | COLONY SQUARE COMBINED | Zanesville | OH |
| 3 | BEACHWOOD PLACE COMBINED | Beachwood | OH |
| 3 | WASHINGTON PARK MALL COMBINED | Bartlesville | OK |
| 3 | SOONER COMBINED | Norman | OK |
| 3 | QUAIL SPRINGS MALL | Oklahoma City | OK |
| 3 | CLACKAMAS TOWN CENTER COMBINED | Happy Valley | OR |
| 3 | PIONEER PLACE incl. offices | Portland | OR |
| 3 | SALEM CENTER COMBINED | Salem | OR |
| 3 | NESHAMINY MALL | Bensalem | PA |
| 3 | PARK CITY CENTER COMBINED | Lancaster | PA |
| 3 | COLUMBIANA CENTRE COMBINED | Columbia | SC |
| 3 | THE PARKS AT ARLINGTON COMBINED | Arlington | TX |
| 3 | COLLIN CREEK COMBINE | Plano | TX |
| 3 |   COLLIN CREEK - DILLARDS | Plano | TX |
| 3 | HIGHLAND MALL COMBINED | Austin | TX |
| 3 | STONEBRIAR CENTRE COMBINED | Frisco | TX |
| 3 | BAYBROOK COMBINED | Friendswood | TX |
| 3 | WILLOWBROOK MALL | Houston | TX |
| 3 |   WILLOWBROOK ANCHOR ACQ | Houston | TX |
|  |   Willowbrook Land | Houston | TX |
| 3 | THE SHOPES AT LA CANTERA MALL-phase 1 | San Antonio | TX |
| 3 |   THE SHOPES AT LA CANTERA LIFESTYLE-phase 2 | San Antonio | TX |
| 3 | FIRST COLONY MALL COMBINED | Sugar Land | TX |
| 3 | CACHE VALLEY COMBINED | Logan | UT |
| 3 | FASHION PLACE COMBINED | Murray | UT |

| | GGP ROUND 5 LAND VALUES (10-12001-9442) | | |
|---|---|---|---|
| Round | Property Name | City | ST |
| 3 | FASHION PLACE ANCHOR ACQ | Murray | UT |
| 3 | PROVO TOWNE CENTRE MALL | Provo | UT |
| 3 | PROVO TOWNE CENTRE - 10 acres vacant land | Provo | UT |
| 3 | PROVO Trailer Park | Provo | UT |
| 3 | TYSONS GALLERIA COMBINED | Mclean | VA |
| 3 | SOUTHSHORE COMBINED | Aberdeen | WA |
| 3 | BELLIS FAIR COMBINED | Bellingham | WA |
| 3 | ALDERWOOD MALL COMBINED | Lynnwood | WA |
| 3 | WESTLAKE CENTER incl OFFICE | Seattle | WA |
| 3 | NORTH TOWN COMBINED | Spokane | WA |
| 3 | SPOKANE VALLEY COMBINED | Spokane | WA |
| 3 | MAYFAIR COMBINED (OFFICES INCLUDED) | Wauwatosa | WI |
| 3 | FOX RIVER COMBINED | Appleton | WI |
| 3 | OAKWOOD COMBINED | Eau Claire | WI |
| 3 | WHITE MOUNTAIN COMBINED | Rock Springs | WY |
| NEW | Single Family Residential Home near White Mountain | Rock Springs | WY |
| | **OFFICE** | | |
| 3 | OWINGS MILLS-ONE CORPORATE CTR | Owings Mills | MD |
| 3 | OWINGS MILLS-TWO CORPORATE CTR | Owings Mills | MD |
| 3 | 10000 CHARLESTON/ 9901/21 COVINGTON CROSS/ 1120/140 CENTER DRIVE | Summerlin | NV |
| | 9901/21 Covington Cross | | |
| | 1120-40 Town Center Drive | | |
| 3 | 1160/80 TOWN CENTER DRIVE | Summerlin | NV |
| 3 | 10450 W. CHARLESTON LLC | Summerlin | NV |
| 3 | HHP GOVERNMENT SERVICE - **May Not be Needed** | Summerlin | NV |
| 3 | SENATE PLAZA | Harrisburg | PA |
| | **STRIP CENTERS** | | |
| 3 | WOODLANDS VILLAGE | Flaggstaff | AZ |
| 3 | ANAHEIM CROSSING | Anaheim | CA |
| 3 | AUSTIN BLUFFS PLAZA | Colorado Springs | CO |
| 3 | BASKIN ROBBINS | Idaho Falls | ID |
| 3 | YELLOWSTONE SQUARE | Idaho Falls | ID |
| 3 | TWINS FALLS CROSSINGS | Twins Falls | ID |
| 3 | LINCOLNSHIRE COMMONS | Lincolnshire | IL |
| 3 | RIVER FALLS MALL | Clarksville | IN |
| 3 | RIVERLANDS SHOPPING CENTER | Laplace | LA |
| 3 | GATEWAY OVERLOOK | Columbia | MD |
| 3 | GATEWAY OVERLOOK LAND (6-7 acres) | Columbia | MD |
| 3 | LAKE MEAD BLVD & BUFFALO | Las Vegas | NV |
| 3 | FREMONT VILLAGE | Las Vegas | NV |
| 3 | CANYON POINT | Las Vegas | NV |
| 3 | PLAZA 800 | Sparks | NV |
| 3 | CENTER POINTE PLAZA | Summerlin | NV |
| 3 | TRAILS VILLAGE CENTER | Summerlin | NV |
| 3 | BAILEY HILL | Eugene | OR |
| 3 | DIVISION CROSSING | Portland | OR |
| 3 | HALSEY CROSSING | Portland | OR |
| 3 | FORT UNION | Midvale | UT |
| 3 | OREM PLAZA CENTER STREET | Orem | UT |
| 3 | OREM PLAZA STATE STREET | Orem | UT |
| 3 | RIVERSIDE PLAZA | Provo | UT |
| 3 | COTTONWOOD SQUARE | Salt Lake City | UT |
| 3 | PLAZA 9400 | Sandy | UT |
| 3 | RIVER POINTE PLAZA | West Jordan | UT |
| 4 | newgate mall | .609 acre excess land parcel contiguous to mall | CA |
| 4 | st cloud MN | 3 residential parcels (homes) adjacent to crossroads center | MN |
| | **REGIONAL MALLS** | | |
| 2 | Chapel Hills Mall | Colorado Springs | CO |
| 2 | Chico Mall | Chico | CA |
| 2 | Moreno Valley Mall | Moreno Valley | CA |
| 2 | Country Hills Plaza | Ogden | UT |
| 2 | Mall St. Vincent | Shreveport | LA |
| 2 | Northgate Mall | Chattenooga | TN |
| 2 | Eagle Ridge Mall | Lake Wales | FL |
| 2 | Oviedo Marketplace | Oviedo | FL |
| 2 | Oviedo Land -- Winter Springs Blvd. Lot 1 | Oviedo | FL |
| 2 | Bay City Mall | Bay City | MI |
| 2 | Grand Traverse Mall | Traverse City | MI |
| 2 | Lakeview Square | Battle Creek | MI |
| track 3 | Oakwood Shopping Center | Gretna | LA |

| Round | Property Name | City | ST |
|---|---|---|---|
| | **GGP ROUND 5 LAND VALUES (10-12001-9442)** | | |
| 2 | Southland Center | Taylor | MI |
| ~~2~~ | ~~Knollwood Mall~~ | ~~St. Louis Park~~ | ~~MN~~ |
| 3 | Piedmont Mall | Danville | VA |
| | **OFFICE/MISC PROPERTIES** | | |
| 1B | American City Building | Columbia | MD |
| 1A | Association (C.A.) Building | Columbia | MD |
| 3 | Benson Business Park (TGI Fridays) | Columbia | MD |
| 1B | Columbia Bank Drive-Thru | Columbia | MD |
| 1A | 10 Columbia Corporate Center | Columbia | MD |
| 1A | 20 Columbia Corporate Center | Columbia | MD |
| 1A | 30 Columbia Corporate Center | Columbia | MD |
| 1A | 40 Columbia Corporate Center | Columbia | MD |
| 1A | 50 Columbia Corporate Center | Columbia | MD |
| 1A | 60 Columbia Corporate Center | Columbia | MD |
| 1B | 70 Columbia Corporate Center | Columbia | MD |
| | GGP Columbia Corporate Office Building | Columbia | MD |
| 1B | HRD Parking | Columbia | MD |
| 1B | HRD Parking 2 - Copeland's Restaurant | Columbia | MD |
| 1A | Exhibit Building | Columbia | MD |
| 1A | Neighborhood Stores | Columbia | MD |
| 1A | Ridgely Building | Columbia | MD |
| | **TOTAL GROSS FEE FOR LAND VALUATONS** | **$   200,000.00** | |