**CUSHMAN & WAKEFIELD®**

**Richard W. Latella, MAI, MRICS**  
Executive Managing Director

**Cushman & Wakefield, Inc.**  
1290 Avenue of the Americas  
New York, NY 10104  
212-841-7875  
212-479-1839  
richard.latella@cushwake.com

June 29, 2010

Weil, Gotschal & Manges LLP  
1300 Eye Street, NW #900  
Washington, DC 20005  
Attn: Adam P. Strochak

**Re: INVOICE**  
   **GGP Portfolio Hourly Consulting Services**  
   **Invoice No. 10-12001-9613**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| *Richard W. Latella* | | | | |
| 06/07/10 | Call with John Loos and Greg Lynch to discuss market rent assumptions and procedure for review of same with assets managers | 0.3 | $550.00 | $ 165.00 |
| 06/08/10 | Spoke with various C&W appraisers regarding GGP asset manager review protocol | 0.7 | $550.00 | $ 385.00 |
| 06/11/10 | Review suggested market rent changes to the various cash flow models | 1.0 | $550.00 | $ 550.00 |
| 06/22/10 | Prepare draft of C&W response to questions from the fee committee related to 2nd Interim fee application; time includes conferring with outside counsel | 1.0 | $550.00 | $ 550.00 |
| | ***Subtotal - Richard W. Latella*** | **3.0** | | **$ 1,650.00** |

*Reimbursable Expenses*

| Date | Expense | | | Amount |
|---|---|---|---|---|
| | None | | | $ - |
| | ***Subtotal - Reimbursable Expenses*** | | | $ - |
| | | | ***TOTAL DUE*** | ***$ 1,650.00*** |

Please make checks payable to **Cushman & Wakefield Valuation**

Remit payment with one copy of this invoice to the attention of **Sid Sohan**  
**Cushman & Wakefield, Inc.**  
**Valuation Services**  
**P.O. Box 27936**  
**New York, New York 10087-27936**