

**Richard Marchitelli, MAI, CRE, FRICS**
Executive Managing Director
National Practice Leader
Dispute Analysis & Litigation Support

Cushman & Wakefield of North Carolina, Inc.
6000 Fairview Avenue
Suite 1110
Charlotte, North Carolina 28210
704-916-4447
212-412-9059 FAX
richard.marchitelli@cushwake.com

July 13, 2010

Weil Gotschal & Manges LLP
1300 Eye Street, NW #900
Washington, DC 20005

Attn:  Adam P. Strochak, Esq.

**Re:**     **INVOICE**
             **GGP Portfolio**
             **Hourly Litigation Consulting Services**
             **Invoice No. 10-43502-9200**
             **Federal Tax ID: 13-3093656**

For Services Rendered:

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| *Marv Wolverton* | | | | |
| 06/01/10 | Phone call w/ R. Murray | 0.7 | $500.00 | $ 350.00 |
| 06/01/10 | Finish first rough draft of report property tax analysis | 2.5 | | 1,250.00 |
| 06/05/10 | Regional and market analysis | 3.8 | | 1,900.00 |
| 06/07/10 | Call with R. Murray | 0.4 | | 200.00 |
| 06/07/10 | HBU analysis | 1.8 | | 900.00 |
| 06/08/10 | Report writing | 4.0 | | 2,000.00 |
| 06/08/10 | Calls with R. Murray | 0.2 | | 100.00 |
| 06/11/10 | Report writing and editing | 5.5 | | 2,750.00 |
| 06/12/10 | Report writing and editing | 4.3 | | 2,150.00 |
| 06/14/10 | Phone conference with R. Murray to resolve edits to the report | 2.2 | | 1,100.00 |
| 06/15/10 | Phone conference with R. Murray regarding V 18 lot pricing model | 0.2 | | 100.00 |
| 06/15/10 | Call with A. Strochak | 0.1 | | 50.00 |
| 06/15/10 | Write response to K. Gottlieb of equity committee | 0.3 | | 150.00 |
| 06/16/10 | Phone conference with equity committee representatives | 0.9 | | 450.00 |
| 06/16/10 | Call with A. Strochak | 0.2 | | 100.00 |

**Re:**     **INVOICE**
        **GGP Portfolio**
        **Hourly Litigation Consulting Services**
        **Invoice No. 10-43502-9200**
        **Federal Tax ID: 13-3093656**

For Services Rendered:

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/17/10 | Call with R. Murray to finalize property tax analysis w/o Village 8 parcel | 0.3 | | 150.00 |
| 06/18/10 | Work on finalizing preliminary version of draft report -- editing and rewriting | 2.0 | | 1,000.00 |
| 06/19/10 | Finish finalizing preliminary version of draft report -- scenario writeups | 1.2 | | 600.00 |
| 06/23/10 | Preparation for equity committee meeting in NY - analyze Weitzman cash flows, lot pricing implications, present values, and implied land values | 2.5 | | 1,250.00 |
| 06/24/10 | Transit to New York | 6.5 | $250.00 | 1,625.00 |
| 06/24/10 | Transit to Austin | 7.0 | $250.00 | 1,750.00 |
| 60/24/10 | Preliminary meeting with R. Murray (.2) Meeting at Cantor Fitzgerald regarding equity committee valuation and issues | 0.2 | | 100.00 |
| 60/24/10 | Preliminary meeting with R. Murray (.2) Meeting at Cantor Fitzgerald regarding equity committee valuation and issues | 2.1 | | 1,050.00 |
| | ***Subtotal - Marv Wolverton*** | ***48.9*** | | ***$ 21,075.00*** |
| **Raymond Murray** | | | | |
| 06/01/10 | Phone conference with M. Wolverton to discuss CF and comparable sales | 0.3 | $425.00 | $ 127.50 |
| 06/01/10 | Research of school site sales | 2.3 | | 977.50 |
| 06/01/10 | Cash flow revisions | 2.5 | | 1,062.50 |
| 06/01/10 | Research comparable sales with Clark County Planning (web site and telephone) | 1.1 | | 467.50 |
| 06/02/10 | Cash flow revisions | 1.8 | | 765.00 |
| 06/02/10 | Research additional comparable sales | 2.6 | | 1,105.00 |
| 06/02/10 | Research with Henderson Planning Department | 0.9 | | 382.50 |
| 06/03/10 | Draft report development | 6.4 | | 2,720.00 |
| 06/04/10 | Draft report development | 6.1 | | 2,592.50 |
| 06/07/10 | Draft report development | 5.7 | | 2,422.50 |
| 06/08/10 | Telephone conversation with R. Carroll to discuss development costs and multi-family land sale | 0.2 | | 85.00 |
| 06/08/10 | Draft report development | 6.2 | | 2,635.00 |
| 06/09/10 | Draft report development | 6.1 | | 2,592.50 |

**Re:** **INVOICE**
**GGP Portfolio**
**Hourly Litigation Consulting Services**
**Invoice No. 10-43502-9200**
**Federal Tax ID: 13-3093656**

For Services Rendered:

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/10/10 | Draft report development | 6.6 | | 2,805.00 |
| 06/11/10 | Workfile organization | 1.8 | | 765.00 |
| 06/13/10 | Draft report development | 6.4 | | 2,720.00 |
| 06/14/10 | Telephone conference with M. Wolverton to discuss report & CF refinements | 2.3 | | 977.50 |
| 06/14/10 | Report revisions and CF refinements | 5.1 | | 2,167.50 |
| 06/15/10 | Conf call with M. Wolverton to discuss report and cash flow | 0.2 | | 85.00 |
| 06/15/10 | Conf call with M. Wolverton & R. Marchitelli to discuss 6/16 call with Equity Committee advisors | 0.2 | | 85.00 |
| 06/15/10 | Draft report development | 4.5 | | 1,912.50 |
| 06/16/10 | Conference Call with M. Wolverton and members of Equity Committee advisors to discuss valuation of the property | 0.4 | | 170.00 |
| 06/16/10 | Draft report development | 6.7 | | 2,847.50 |
| 06/17/10 | Revisions to property tax analysis | 2.8 | | 1,190.00 |
| 06/17/10 | Revisions to cash flows | 1.6 | | 680.00 |
| 06/17/10 | Draft report development | 1.9 | | 807.50 |
| 06/22/10 | Draft report revisions | 3.9 | | 1,657.50 |
| 06/24/10 | Transit to New York for meeting at Cantor FitzGerald | 2.2 | $212.50 | 467.50 |
| 06/24/10 | Meeting with M. Wolverton to prepare for meeting with Equity Committee advisors | 0.5 | | 212.50 |
| 06/24/10 | Meeting with M. Wolverton & Tom Nolan (GGP) to discuss valuation methodology | 1.0 | | 425.00 |
| 06/24/10 | Follow up meeting with M. Wolverton | 0.6 | | 255.00 |
| 06/24/10 | Transit from New York for meeting at Cantor FitzGerald | 1.9 | $212.50 | 403.75 |
| | ***Subtotal - Raymond Murray*** | ***92.8*** | | **$    38,568.75** |

**Re:** **INVOICE**
**GGP Portfolio**
**Hourly Litigation Consulting Services**
**Invoice No. 10-43502-9200**
**Federal Tax ID: 13-3093656**

For Services Rendered:

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|

*Reimbursable Expenses*

| Date | Expense | Amount | |
|---|---|---|---|
| 06/24/10 | Jet Bue Airlines | $ | 577.40 |
| 06/24/10 | Ground Transportation - JFK to Cantor Fitzgerald | $ | 60.00 |
| 06/24/10 | Ground Transportation  - Cantor Fitzgerald to JFK | $ | 45.50 |
| 06/24/10 | Austin Airport Parking | $ | 20.00 |
| 06/24/10 | Meal at JFK | $ | 7.60 |
| | *Subtotal - Reimbursable Expenses* | *$* | *710.50* |

***Recapitulation***

| | | | |
|---|---|---|---|
| **Marv Wolverton** | | *$* | *21,075.00* |
| **Raymond Murray** | | | *38,568.75* |
| | **SUBTOTAL** | *$* | *59,643.75* |
| **Reimbursable Expenses** | | | *710.50* |
| | **TOTAL DUE** | *$* | *60,354.25* |

Please make checks payable to ***Cushman & Wakefield, Valuation***

Return one copy of this invoice to
**Kathy Hoffman**
**Area Administrator, Valuation Services**
**Cushman & Wakefield of Georgia, Inc.**
**55 Ivan Allen Jr. Boulevard, Suite 700**
**Atlanta, GA 30308**