**CUSHMAN & WAKEFIELD**

**Marius W. Andreasen, CFA, MAI**  
Senior Managing Director

**Cushman & Wakefield of Illinois, Inc**  
**455 North Cityfront Plaza Drive**  
Chicago, IL 60611  
312-470-1881  
312-470-2317

June 28, 2010

TRAVEL TIME BILLED AT 1/2 HOURLY RATE;  
MEALS CAPPED AT $20 PER MEAL

Weil, Gotschal & Manges LLP  
1300 Eye Street, NW #900  
Washington, DC 20005  
Attn: Adam P. Strochak

**Re: INVOICE**  
   GGP Portfolio Hourly Consulting Services  
   Invoice No. 10-21001-9366

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|

**See Detailed Description Below Which is Relevant to All Professionals' Time Entries:**
Per Engagement Letter dated March 24, 2010, GGP requested a "loaned staff" scenario whereby C&W Professionals were GGP Headquarters Office at 110 N. Wacker Drive in Chicago, IL and report directly to John Los and Scott Nelson. More than 90% of our time on-site has been to work full-time, on-site at the spent developing models to calculate intangible value associated with 336 properties. The balance of our time was comprised of discussions with field appraisers regarding assumptions and conclusions, consolidating the allocation models in a single executive summary, responding to audit review questions, and assisting John Los and Scott Nelson with various add-on tasks such as building amortization tables and reviewing debt mark-to-market methodologies and assumptions.

*Marius W. Andreasen, CFA, MAI*

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 05/28/10 | On site @ GGP - Intangible asset valuation (model building) | 5.0 | $300.00 | $ 1,500.00 |
| 06/01/10 | On site @ GGP - Intangible asset valuation (model building) | 3.5 | $300.00 | $ 1,050.00 |
| 06/02/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/03/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/04/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/07/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/08/10 | On site @ GGP - Intangible asset valuation (model building) | 5.0 | $300.00 | $ 1,500.00 |
| 06/09/10 | GGP - Intangible asset valuation | 2.0 | $300.00 | $ 600.00 |
| 06/10/10 | GGP - Intangible asset valuation | 2.0 | $300.00 | $ 600.00 |
| 06/11/10 | GGP - Intangible asset valuation | 1.0 | $300.00 | $ 300.00 |
| 06/14/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/15/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/16/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/17/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/18/10 | On site @ GGP - Intangible asset valuation (model building) | 6.0 | $300.00 | $ 1,800.00 |
| 06/21/10 | On site @ GGP - Intangible asset valuation (model building) | 6.5 | $300.00 | $ 1,950.00 |
| 06/22/10 | On site @ GGP - Intangible asset valuation (model building) | 8.0 | $300.00 | $ 2,400.00 |
| 06/25/10 | On site @ GGP - Intangible asset valuation | 4.0 | $300.00 | $ 1,200.00 |
| 06/28/10 | On site @ GGP - Intangible asset valuation | 8.0 | $300.00 | $ 2,400.00 |
| | ***Subtotal - Marius W. Andreasen, CFA, MAI*** | **110.0** | | **$ 34,500.00** |

*Brian J. Booth*

**Fashion Place, Murray, Utah**
| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together an excel | 1.00 | $255.00 | $ 255.00 |

**Grand Canal Shoppes, Las Vegas, Nevada**
| 06/03/10 | At the request of Deloitte, GGP's auditor, we put together an excel | 2.00 | | $ 510.00 |

**Newgate Mall, Newark, California**
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 1.50 | | $ 382.50 |

**CUSHMAN & WAKEFIELD®**

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| **Cache Valley Mall, Logan, UT** | | | | |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.50 | | $ 382.50 |
| **Chapel Hills Mall, Colorado Springs, CO** | | | | |
| 06/14/10 | Argus cash flow models revised, reviewed and posted to website | 1.25 | | $ 318.75 |
| **Chico Mall, Chico, CA** | | | | |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.50 | | $ 127.50 |
| **Gateway Mall, Springfield, OR** | | | | |
| 06/14/10 | Argus cash flow models revised, reviewed and posted to website | 0.83 | | $ 211.65 |
| **Meadows Mall, Las Vegas, Nevada** | | | | |
| 06/14/10 | Argus cash flow models revised, reviewed and posted to website | 1.00 | | $ 255.00 |
| **Montclair Plaza, Montclair, CA** | | | | |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.00 | | $ 255.00 |
| **Moreno Valley Mall, Moreno Valley, CA** | | | | |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.83 | | $ 211.65 |
| **Newpark Mall, Newark, CA** | | | | |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.00 | | $ 255.00 |
| **Pine Ridge Mall, Pocatello, ID** | | | | |
| 06/14/10 | Argus cash flow models revised, reviewed and posted to website | 1.00 | | $ 255.00 |
| **Southland Mall, Hayward, CA** | | | | |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.83 | | $ 211.65 |
| **The Boulevard, Las Vegas, Nevada** | | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | | $ 255.00 |
| 06/14/10 | Argus cash flow models revised, reviewed and posted to website | 1.50 | | $ 382.50 |
| | ***Subtotal - Brian J. Booth*** | **16.74** | | $ 4,268.70 |
| ***Eric Byrne*** | | | | |
| 05/28/10 | Allocation Work | 8.0 | $180.00 | $ 1,440.00 |
| 05/29/10 | Allocation Work | 10.0 | | 1,800.00 |
| 06/01/10 | Allocation Work | 10.0 | | 1,800.00 |
| 06/07/10 | Allocation Work | 8.0 | | 1,440.00 |
| 06/08/10 | Allocation Work | 7.0 | | 1,260.00 |
| 06/09/10 | Allocation Work | 7.0 | | 1,260.00 |
| 06/10/10 | Allocation Work | 7.0 | | 1,260.00 |
| 06/11/10 | Allocation Work | 7.0 | | 1,260.00 |
| 06/14/10 | Allocation Work | 7.0 | | 1,260.00 |
| 06/15/10 | Allocation Work | 7.0 | | 1,260.00 |
| 06/16/10 | Allocation Work | 7.0 | | 1,260.00 |
| | ***Subtotal - Eric Byrne*** | **85.0** | | **$ 15,300.00** |
| ***John Corbett, MAI*** | | | | |
| 06/02/10 | Travel to Chicago | 3.0 | $135.00 | $ 405.00 |
| 06/02/10 | On-site at GGP - asset allocation work | 9.0 | $270.00 | $ 2,430.00 |
| 06/03/10 | On-site at GGP - asset allocation work | 15.5 | | $ 4,185.00 |
| 06/04/10 | On-site at GGP - asset allocation work | 7.0 | | $ 1,890.00 |
| 06/04/10 | Travel to Philadelphia | 3.0 | $135.00 | $ 405.00 |
| 06/14/10 | Travel to Chicago | 3.0 | | $ 405.00 |

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/14/10 | On-site at GGP - asset allocation work | 8.5 | $270.00 | $ 2,295.00 |
| 06/15/10 | On-site at GGP - asset allocation work | 9.0 | | $ 2,430.00 |
| 06/16/10 | On-site at GGP - asset allocation work | 9.0 | | $ 2,430.00 |
| 06/17/10 | On-site at GGP - asset allocation work | 9.0 | | $ 2,430.00 |
| 06/18/10 | On-site at GGP - asset allocation work | 4.0 | | $ 1,080.00 |
| 06/18/10 | Travel to Philadelphia | 4.0 | $135.00 | $ 540.00 |
| 06/28/10 | Off-site (responding to Deloitte questions concerning the allocation) | 2.0 | $270.00 | $ 540.00 |
| | ***Subtotal - John Corbett, MAI*** | **86.0** | | **$ 21,465.00** |
| ***James Devinney*** | | | | |
| 06/01/10 | Travel from Dallas to Chicago | 3.0 | $ 105.00 | $ 315.00 |
| 06/01/10 | *On-site* intangible ASC805 allocation | 7.0 | 210.00 | $ 1,470.00 |
| 06/02/10 | *On-site* intangible ASC805 allocation | 10.0 | | $ 2,100.00 |
| 06/03/10 | *On-site* intangible ASC805 allocation | 10.0 | | $ 2,100.00 |
| 06/04/10 | *On-site* intangible ASC805 allocation | 5.0 | | $ 1,050.00 |
| 06/04/10 | Travel from Chicago to Dallas | 3.0 | 105.00 | $ 315.00 |
| 06/07/10 | *Off-site* intangible ASC805 allocation | 4.0 | 210.00 | $ 840.00 |
| 06/08/10 | *Off-site* intangible ASC805 allocation | 6.0 | | $ 1,260.00 |
| 06/09/10 | *Off-site* intangible ASC805 allocation | 6.0 | | $ 1,260.00 |
| 06/10/10 | *On-site* intangible ASC805 allocation | 6.0 | | $ 1,260.00 |
| 06/11/10 | *On-site* intangible ASC805 allocation | 2.0 | | $ 420.00 |
| 06/14/10 | Travel from Dallas to Chicago | 3.0 | 105.00 | $ 315.00 |
| 06/14/10 | *On-site* intangible ASC805 allocation | 6.0 | 210.00 | $ 1,260.00 |
| 06/15/10 | *On-site* intangible ASC805 allocation | 10.0 | | $ 2,100.00 |
| 06/16/10 | *On-site* intangible ASC805 allocation | 10.0 | | $ 2,100.00 |
| 06/17/10 | *On-site* intangible ASC805 allocation | 10.0 | | $ 2,100.00 |
| 06/18/10 | *On-site* intangible ASC805 allocation | 5.0 | | $ 1,050.00 |
| 06/18/10 | Travel from Chicago to Dallas | 3.0 | 105.00 | $ 315.00 |
| 06/25/10 | *SAS Review* | 3.0 | 210.00 | $ 630.00 |
| | ***Subtotal - James Devinney*** | **112.0** | | **$ 22,260.00** |
| ***Fawn Everett*** | | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.50 | $255.00 | $ 127.50 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.50 | | $ 382.50 |
| | ***Subtotal - Fawn Everett*** | **2.00** | | **$ 510.00** |
| ***George J. Geranios*** | | | | |
| **West Valley Mall, Tracy, California** | | | | |
| 06/15/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.50 | $255.00 | $ 127.50 |
| 06/16/10 | Argus cash flow models revised, reviewed and posted to website | 2.00 | | $ 510.00 |
| | ***Subtotal - George J. Geranios*** | **2.50** | | **$ 637.50** |
| ***Ellen J. Gunderson, MAI*** | | | | |
| **Glendale Galleria, Glendale, California** | | | | |
| 06/03/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. | 1.50 | $270.00 | $ 405.00 |

**Tucson Mall & Anchor Acquisition Combined, Tucson, Arizona**

**CUSHMAN & WAKEFIELD®**

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/03/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. | 1.50 | | $ 405.00 |
| | **Galleria at Tyler, Riverside, California** | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.05 | | $ 13.50 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.95 | | $ 256.50 |
| | **Northridge Fashion Center, Los Angeles, California** | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.05 | | $ 13.50 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.95 | | $ 256.50 |
| | **Park Place, Tucson, Arizona** | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.05 | | $ 13.50 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.95 | | $ 256.50 |
| | **Stonestown Mall, San Francisco, California** | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.05 | | $ 13.50 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 0.95 | | $ 256.50 |
| | *Subtotal - Ellen J. Gunderson, MAI* | **7.00** | | **$ 1,890.00** |
| ***Brian Harris*** | | | | |
| 06/17/10 | At the request of Deloitte, GGP's auditor, we put together multiple excel spreadsheets comparing the historical financials to our Year 1 projections. | 0.25 | $300.00 | $ 75.00 |
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together multiple excel spreadsheets comparing the historical financials to our Year 1 projections. | 0.25 | | $ 75.00 |
| 06/22/10 | At the request of Deloitte, GGP's auditor, we put together multiple excel spreadsheets comparing the historical financials to our Year 1 projections. | 3.00 | | $ 900.00 |
| 06/28/10 | At the request of Deloitte, GGP's auditor, we responded to comments regarding the report and furnished a land sale grid with an accompanying adjustment grid. | 1.75 | | $ 525.00 |
| | *Subtotal - Brian Harris* | **5.25** | | **$ 1,575.00** |
| ***Whitney B. Haucke, MAI*** | | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.50 | $255.00 | $ 127.50 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.50 | | $ 382.50 |
| | *Subtotal - Whitney B. Hauke, MAI* | **2.00** | | **$ 510.00** |
| ***Thomas S. Helm, MAI*** | | | | |
| | **Glenbrook Square, Fort Wayne, IN** | | | |
| 06/18/10 | Input of historicals and projections table for revenues and expenses. PDF document and send to C&W portfolio team. Fill out time sheet. | 0.75 | $255.00 | $ 191.25 |
| | **Mall of the Bluffs, Council Bluffs, Iowa** | | | |

**CUSHMAN & WAKEFIELD®**

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/18/10 | Input of historicals and projections table for revenues and expenses. PDF document and send to C&W portfolio team. Fill out time sheet. | 0.75 | $255.00 | $ 191.25 |
| | **Glenbrook Square Anchor Site, Fort Wayne, IN** | | | |
| 06/22/10 | Provide land comparable transaction support for land valuation of vacant anchor site. Compiled data and organized into summary table, made appropriate adjustments and concluded value. | 1.50 | $255.00 | $ 382.50 |
| | **Glenbrook Square, Fort Wayne, IN** | | | |
| 06/18/10 | Input of historicals and projections table for revenues and expenses. PDF document and send to C&W portfolio team. Fill out time sheet. | 0.75 | $255.00 | $ 191.25 |
| | **Mall of the Bluffs, Council Bluffs, Iowa** | | | |
| 06/18/10 | Input of historicals and projections table for revenues and expenses. PDF document and send to C&W portfolio team. Fill out time sheet. | 0.75 | $255.00 | $ 191.25 |
| | *Subtotal - Thomas S. Helm, MAI* | **4.50** | | **$ 1,147.50** |
| ***Jay F. Booth, MAI, MRICS*** | | | | |
| | **Cache Valley Mall, Logan, UT** | | | |
| 06/15/10 | Discussion and review | 0.20 | $270.00 | $ 54.00 |
| | **Chapel Hills Mall, Colorado Springs, CO** | | | |
| 06/14/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Chico Mall, Chico, CA** | | | |
| 06/15/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Gateway Mall, Springfield, OR** | | | |
| 06/14/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Meadows Mall, Las Vegas, Nevada** | | | |
| 06/14/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Montclair Plaza, Montclair, CA** | | | |
| 06/15/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Moreno Valley Mall, Moreno Valley, CA** | | | |
| 06/15/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Newpark Mall, Newark, CA** | | | |
| 06/15/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Pine Ridge Mall, Pocatello, ID** | | | |
| 06/14/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **Southland Mall, Hayward, CA** | | | |
| 06/15/10 | Discussion and review | 0.20 | | $ 54.00 |
| | **The Boulevard, Las Vegas, Nevada** | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | | $ 270.00 |
| 06/14/10 | Discussion and review | 0.20 | | $ 54.00 |
| | *Subtotal - Jay F. Booth, MAI, MRICS* | **3.20** | | $ 864.00 |

***Sean M. Kelly, MAI, MRICS***

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 1.50 | $270.00 | $ 405.00 |
| 06/22/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 1.50 | | $ 405.00 |
| | *Subtotal - Sean M. Kelly, MAI, MRICS* | **3.00** | | **$ 810.00** |
| *Richard W Latella,MAI,MRICS* | | | | |
| 06/07/10 | Telephone call with Greg Lynch of GGP and George Rago of C&W to discuss overall procedure to set up market rent revisions on selected malls | 0.25 | $300.00 | $ 75.00 |
| 06/15/10 | Collection and review of C&W market rent revisons and delivery of results to GGP | 1.50 | | $ 450.00 |
| 06/17/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 0.25 | | $ 75.00 |
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 0.50 | | $ 150.00 |
| 06/22/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 0.50 | | $ 150.00 |
| | *Subtotal - Richard W. Latella, MAI, MRICS* | **3.00** | | **$ 900.00** |
| *John Mackris, MAI* | | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | $270.00 | $ 270.00 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.50 | | $ 405.00 |
| | *Subtotal - John Mackris, MAI* | **2.50** | | **$ 675.00** |
| *David J. Masters* | | | | |
| **70 Columbia Corporate Center, Columbia, MD** | | | | |
| 06/18/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 4.00 | $255.00 | $ 1,020.00 |
| **Gateway Overlook, Columbia, MD** | | | | |
| 06/18/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables. | 4.00 | | $ 1,020.00 |
| **Harborplace, MD** | | | | |
| 06/27/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables. | 4.00 | | $ 1,020.00 |

**CUSHMAN & WAKEFIELD.**

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| **The Gallery at Harborplace, MD** | | | | |
| 06/18/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables. | 4.00 | | $ 1,020.00 |
| | ***Subtotal - David J. Masters*** | **16.00** | | $ 4,080.00 |
| | | | | |
| *George Rago, MAI* | | | | |
| 06/07/10 | Telephone call with Greg Lynch of GGP and Rick Latella of C&W to discuss overall procedure to set up market rent revisions on selected malls | 0.25 | $300.00 | $ 75.00 |
| 06/11/10 | Internal set-up of market rent revisons with each C&W appraiser | 0.75 | | $ 225.00 |
| 06/15/10 | Collection and review of C&W market rent revisons and delivery of results to GGP | 3.00 | | $ 900.00 |
| 06/17/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 0.75 | | $ 225.00 |
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 0.75 | | $ 225.00 |
| 06/22/10 | At the request of Deloitte, GGP's auditor, we put together an excel spreadsheet comparing the historical financials to our Year 1 projections. In addition, we developed land sales comparables and adjustment grids to support our land value estimates. | 1.50 | | $ 450.00 |
| | ***Subtotal - George Rago, MAI*** | **7.00** | | $ 2,100.00 |
| *Kevin M. Thene, MAI / J. Browne* | | | | |
| **Fallbrook Center, West Hills, CA** | | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.50 | $270.00 | $ 135.00 |
| 06/15/10 | Argus cash flow models reviewed, emailed follow-up questions/comments to GGP personnel, considered input from GGP personnel, provided final responses regarding cash flow assumptions | 2.00 | | $ 540.00 |
| **Otay Ranch Town Center, Chula Vista, CA** | | | | |
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 0.50 | | $ 135.00 |
| 06/15/10 | Argus cash flow models reviewed, emailed follow-up questions/comments to GGP personnel, considered input from GGP personnel, provided final responses regarding cash flow assumptions | 2.00 | | $ 540.00 |
| | ***Subtotal - Kevin M. Thene, MAI / J. Browne*** | **5.00** | | $ 1,350.00 |
| *Peter Tibble* | | | | |
| 05/28/10 | Tangible asset valuation allocation | 10.0 | $180.00 | $ 1,800.00 |
| 06/01/10 | Tangible asset valuation allocation | 11.0 | | $ 1,980.00 |
| 06/02/10 | Tangible asset valuation allocation | 6.5 | | $ 1,170.00 |
| 06/03/10 | Tangible asset valuation allocation | 9.5 | | $ 1,710.00 |
| 06/04/10 | Tangible asset valuation allocation | 8.0 | | $ 1,440.00 |
| 06/07/10 | Tangible asset valuation allocation | 8.0 | | $ 1,440.00 |

**CUSHMAN & WAKEFIELD**

**Re: INVOICE**
   **GGP Portfolio Hourly Consulting Services**
   **Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/08/10 | Tangible asset valuation allocation | 8.0 | | $ 1,440.00 |
| 06/09/10 | Tangible asset valuation allocation | 8.0 | | $ 1,440.00 |
| 06/10/10 | Depr/Amort Schedule | 8.0 | | $ 1,440.00 |
| 06/11/10 | Depr/Amort Schedule | 8.0 | | $ 1,440.00 |
| 06/15/10 | Depr/Amort Schedule | 9.5 | | $ 1,710.00 |
| 06/16/10 | Depr/Amort Schedule/TAV | 10.0 | | $ 1,800.00 |
| 06/17/10 | Depr/Amort Schedule/TAV | 10.0 | | $ 1,800.00 |
| 06/18/10 | Depr/Amort Schedule/TAV | 9.0 | | $ 1,620.00 |
| 06/21/10 | Depr/Amort Schedule/TAV | 8.0 | | $ 1,440.00 |
| 06/22/10 | Depr/Amort Schedule/TAV | 8.0 | | $ 1,440.00 |
| 06/23/10 | GGP NewCo PPA Adjustment | 8.0 | | $ 1,440.00 |
| 06/24/10 | GGP NewCo PPA Adjustment | 9.0 | | $ 1,620.00 |
| 06/25/10 | GGP NewCo PPA Adjustment | 8.0 | | $ 1,440.00 |
| 06/28/10 | GGP NewCo PPA Adjustment | 9.0 | | $ 1,620.00 |
| | ***Subtotal - Peter Tibble*** | **184.5** | | **$ 33,210.00** |

***James J. Walsh, MAI, MRICS***

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/21/10 | At the request of Deloitte, GGP's auditor, we put together excel spreadsheets comparing the historical financials to our Year 1 projections for each of the company components of the Village of Merrick Park. | 4.20 | $300.00 | $ 1,260.00 |
| 06/24/10 | We provided to Deloitte, GGP's auditor, an explanation of the various components of the Village of Merrick Park and how they inter-relate. | 0.30 | | $ 90.00 |
| | ***Subtotal - James J. Walsh, MAI, MRICS*** | **4.50** | | **$ 1,350.00** |

***Edward G. Williams, MAI***

**Streets at Southpoint, Durham, NC**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/14/10 | Preparation for call, telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | $300.00 | $ 300.00 |
| 06/15/10 | Re-analyzed conclusions, revised Argus cash flow models revised, reviewed and posted to website | 1.50 | | $ 450.00 |

**Quail Springs Mall, Oklahoma City, OK**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/14/10 | Preperation for, and telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | | $ 300.00 |
| 06/15/10 | Reviewed new information provided, re-analyzed rent conclusions. No changes made | 1.00 | | $ 300.00 |
| | ***Subtotal - Edward G. Williams, MAI*** | **4.50** | | **$ 1,350.00** |

***Steve Zenker***

**The Mall at Sierra Vista, Sierra Vista, AZ**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | $270.00 | $ 270.00 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.00 | | $ 270.00 |

**Three Rivers Mall, Kelso, WA**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/14/10 | Telephone discussions with GGP personnel regarding market rent assumptions in C&W created Argus models | 1.00 | | $ 270.00 |
| 06/15/10 | Argus cash flow models revised, reviewed and posted to website | 1.00 | | $ 270.00 |
| | ***Subtotal - Steve Zenker*** | **4.00** | | **$ 1,080.00** |

**CUSHMAN & WAKEFIELD**

**Re: INVOICE**
  **GGP Portfolio Hourly Consulting Services**
  **Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| *Reimbursable Expenses* | | | | |

| Date | Expense | Amount |
|---|---|---|
| *Eric Byrne* | | |
| 05/22/10 | Hotel Allegro (5/22-5/27) | $ 1,246.32 |
| 05/21/10 | Hotel Allegro (one night 5/21/10) | $ 146.63 |
| 05/17/10 | Hotel Allegro through hotels.com (5/17-5/20) | $ 846.03 |
| 06/02/10 | Hotel Allegro (5/31-6/1/10) | $ 415.44 |
| 05/14/10 | Flight to New York | $ 223.70 |
| 05/17/10 | Taxi from Airport to site | $ 38.15 |
| 05/17/10 | Meal - Encore | $ 14.99 |
| 05/18/10 | Meal - Jimmy Johns | $ 8.23 |
| 05/18/10 | Meal - Sweetwater Grille ($44.83 ACTUAL) | $ 20.00 |
| 05/17/10 | Meal - Starbucks | $ 15.72 |
| 05/18/10 | Meal - Corner Bakery Café | $ 6.68 |
| 05/19/10 | Meal from Qdoba | $ 10.01 |
| 05/19/20 | Meal - Corner Bakery Café | $ 11.12 |
| 05/20/10 | Meal - Corner Bakery Café | $ 11.12 |
| 05/20/10 | Meal - Portillos | $ 11.74 |
| 05/21/10 | Meal - Corner Bakery Café | $ 5.34 |
| 05/22/10 | Meal - Jimmy Johns | $ 14.80 |
| 05/21/10 | Meal - Encore | $ 15.99 |
| 05/24/10 | Meal - Jimmy Johns | $ 8.23 |
| 05/24/10 | Meal - Encore ($25.46) | $ 20.00 |
| 05/17/10 | Car to airport | $ 65.50 |
| 05/25/10 | Meal - Potbelly Sandwiches | $ 9.81 |
| 05/25/10 | Meal - 7-Eleven ($20.48 ACTUAL) | $ 20.00 |
| 05/28/10 | Flight Memorial Day Weekend | $ 781.40 |
| 05/25/10 | Meal - 7-Eleven | $ 15.15 |
| 05/26/10 | Meal - Dunkin Donuts | $ 6.11 |
| 05/26/10 | Meal - Walgreens | $ 15.83 |
| 05/27/10 | Meal - State Lake | $ 20.00 |
| 05/27/10 | Meal - Walgreens | $ 3.32 |
| 05/28/10 | Meal - Jimmy Johns | $ 9.34 |
| 05/28/10 | Taxi to airport | $ 54.15 |
| | *Eric Byrne Subtotal - Reimbursable Expenses* | $ 4,090.85 |
| *John Corbett, MAI* | | |
| 05/21/10 | Baggage fee | $ 23.00 |
| 05/21/10 | Lunch | $ 17.68 |
| 05/21/10 | Dinner | $ 16.00 |
| 05/27/10 | Breakfast | $ 16.49 |
| 05/27/10 | Lunch | $ 13.21 |
| 05/27/10 | Dinner | $ 20.00 |
| 05/27/10 | Breakfast | $ 15.38 |
| 05/28/10 | Lunch | $ 20.00 |
| 05/28/10 | cab to CHI airport | $ 41.05 |
| 05/28/10 | cab home | $ 75.52 |
| 06/02/10 | airfare (round trip Phl - Chi and Chi - Phi) | $ 462.40 |
| 06/02/10 | Egencia fee | $ 13.00 |
| 06/02/10 | airline change fee | $ 150.00 |
| 06/02/10 | Egencia assistance fee for airline change | $ 32.00 |
| 06/02/10 | Hotel (Egencia) | $ 851.28 |
| 06/02/10 | Baggage fee | $ 25.00 |
| 06/02/10 | Cab to PHL airport | $ 40.00 |
| 06/02/10 | Cab to GGP offices | $ 42.55 |

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No.  10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/02/10 | Breakfast | | | $ 7.29 |
| 06/02/10 | Lunch | | | $ 7.70 |
| 06/02/10 | Dinner ($20.40) | | | $ 20.00 |
| 06/02/10 | Cab to Hotel | | | $ 8.00 |
| 06/03/10 | Breakfast | | | $ 9.26 |
| 06/03/10 | cab to offices | | | $ 7.50 |
| 06/03/10 | Lunch | | | $ 12.98 |
| 06/03/10 | Dinner | | | $ 10.37 |
| 06/03/10 | cab back to hotel | | | $ 8.00 |
| 06/04/10 | cab to offices | | | $ 10.95 |
| 06/04/10 | Breakfast | | | $ 13.55 |
| 06/04/10 | Lunch | | | $ 8.23 |
| 06/04/10 | Baggage fee | | | $ 23.00 |
| 06/04/10 | Dinner | | | $ 14.16 |
| 06/04/10 | Cab to Airport | | | $ 52.15 |
| 06/04/10 | Parking at airport | | | $ 60.00 |
| 05/29/10 | Cell phone overage charges at GGP (147.60) | | | $ - |
| 06/14/10 | airfare (round trip Phl - Chi and Chi - Phi) | | | $ 581.46 |
| 06/14/10 | Baggage fee | | | $ 23.00 |
| 06/14/10 | Egencia fee | | | $ 13.00 |
| 06/14/10 | Rapid Rover | | | $ 40.00 |
| 06/14/10 | Breakfast | | | $ 3.79 |
| 06/14/10 | Breakfast | | | $ 4.86 |
| 06/14/10 | Cab to Offices | | | $ 45.95 |
| 06/14/10 | Lunch | | | $ 6.99 |
| 06/14/10 | Cab to Hotel | | | $ 9.95 |
| 06/14/10 | Hotel (Egencia) | | | $ 991.89 |
| 06/14/10 | Dinner ($22.90) | | | $ 20.00 |
| 06/15/10 | Breakfast | | | $ 16.49 |
| 06/15/10 | Cab to Offices | | | $ 9.00 |
| 06/15/10 | Lunch | | | $ 8.73 |
| 06/16/10 | Breakfast | | | $ 8.00 |
| 06/16/10 | Cab to Offices | | | $ 10.00 |
| 06/16/10 | Lunch | | | $ 7.70 |
| 06/16/10 | Cab to Hotel | | | $ 9.75 |
| 06/16/10 | Dinner ($26.00) | | | $ 20.00 |
| 06/17/10 | Cab to Offices | | | $ 11.55 |
| 06/17/10 | Breakfast | | | $ 9.37 |
| 06/17/10 | Lunch | | | $ 7.43 |
| 06/17/10 | Cab to Hotel | | | $ 9.00 |
| 06/17/10 | Dinner ($23.08) | | | $ 20.00 |
| 06/18/10 | Cab to Corner Bakery | | | $ 8.00 |
| 06/18/10 | Breakfast | | | $ 6.81 |
| 06/18/10 | Breakfast | | | $ 3.89 |
| 06/18/10 | Cab to Offices | | | $ 10.00 |
| 06/18/10 | Baggage fee | | | $ 23.00 |
| 06/18/10 | Cab to Airport | | | $ 42.95 |
| 06/18/10 | Cab to Home | | | $ 42.00 |
| 06/18/10 | Lunch | | | $ 19.88 |
| | | | Non-reimbursable | $ 148.00 |
| | | *John Corbett, MAI Subtotal - Reimbursable Expenses* | | $ 4,192.14 |

***James Devinney***

| Date | Description | | | Total |
|---|---|---|---|---|
| 06/01/10 | Airfare from Dallas to Chicago and back | | | $ 1,192.40 |
| 06/01/10 | Lunch @ Eppy's Deli | | | 8.05 |
| 06/01/10 | Dinner @ Weber Grill ($34.51) | | | 20.00 |
| 06/02/10 | Breakfast @ Corner Bakery | | | 8.45 |

09-11977-alg   Doc 5711-6   Filed 08/16/10   Entered 08/16/10 12:17:42   Exhibit
6-Invoice 10-21001-9366    Pg 11 of 11

**CUSHMAN & WAKEFIELD**

**Re: INVOICE**
  **GGP Portfolio Hourly Consulting Services**
  **Invoice No. 10-21001-9366**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| 06/02/10 | Lunch @ Eppy's Deli | | | 8.80 |
| 06/03/10 | Breakfast @ Corner Bakery | | | 5.00 |
| 06/03/10 | Lunch @ NYC Bagel Deli | | | 11.87 |
| 06/04/10 | Breakfast @ Corner Bakery | | | 8.45 |
| 06/04/10 | Lunch @ Admiral's Club | | | 13.00 |
| 06/04/10 | Airport Parking | | | 32.00 |
| 06/04/10 | Lodging @ Hilton Garden Inn - Chicago | | | 658.95 |
| 06/14/10 | Airfare from Dallas to Chicago and back | | | 799.40 |
| 06/14/10 | Lunch @ Perry's Deli | | | 12.43 |
| 06/14/10 | Dinner @ Fornetto Mei ($25.08) | | | 20.00 |
| 06/15/10 | Breakfast @ Corner Bakery | | | 8.45 |
| 06/15/10 | Lunch @ Jimmy John's | | | 11.94 |
| 06/16/10 | Breakfast @ Corner Bakery | | | 5.66 |
| 06/16/10 | Lunch @ Eppy's Deli | | | 8.45 |
| 06/16/10 | Dinner @ Fornetto Mei ($26.00) | | | 20.00 |
| 06/17/10 | Breakfast @ Corner Bakery | | | 8.22 |
| 06/17/10 | Lunch @ Portillo's | | | 9.99 |
| 06/17/10 | Dinner @ The Hunt Club ($27.40) | | | 20.00 |
| 06/18/10 | Breakfast @ Corner Bakery | | | 8.22 |
| 06/18/10 | Lunch @ Admiral's Club | | | 7.56 |
| 06/18/10 | Airport Parking | | | 40.00 |
| 06/18/10 | Lodging @ The Whitehall Hotel - Chicago | | | 991.88 |
| Various | Collective cab fares | | | 277.10 |
| | | | Non-reimbursable | $32.99 |
| | | *James Devinney Subtotal - Reimbursable Expenses* | $ | 4,216.27 |

|  |  |  |
|---|---|---|
| Total Hourly Fees | $ | 151,832.70 |
| Plus Expenses | $ | 12,499.26 |
| Total Balance Due | $ | 164,331.96 |

Please make checks payable to Cushman & Wakefield Valuation

Remit payment with one copy of this invoice to the attention of Robert Mastejulia
Cushman & Wakefield of Illinois, Inc.
Valuation & Advisory
455 North Cityfront Plaza Drive
Chicago, IL 60611