| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KIRKLAND & ELLIS LLP |
| 767 Fifth Avenue | 300 North LaSalle |
| New York, New York 10153 | Chicago, Illinois 60654 |
| Telephone: (212) 310-8000 | Telephone: (312) 861-2000 |
| Facsimile: (212) 310-8007 | Facsimile: (312) 861-2200 |
| Marcia L. Goldstein | James H.M. Sprayregen, P.C. |
| Gary T. Holtzer | Anup Sathy, P.C. (*admitted pro hac vice*) |
| Adam P. Strochak | |
| Stephen A. Youngman (*admitted pro hac vice*) | |
| Melanie Gray (*admitted pro hac vice*) | |
| Sylvia A. Mayer (*admitted pro hac vice*) | |
| | |
| Attorneys for Debtors and | Co-Attorneys for Certain Subsidiary |
| Debtors in Possession | Debtors and Debtors in Possession |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
GENERAL GROWTH : 09-11977 (ALG)
PROPERTIES, INC., et al., :
: **(Jointly Administered)**
Debtors.[1] :
----------------------------------------------------------------x

### AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2010 AT 10:00 A.M. (EASTERN TIME)

**Location of Hearing:** The Honorable Allan L. Gropper
United States Bankruptcy Judge
One Bowling Green, Room 617
New York, New York 10004

## ADJOURNED MATTERS

None

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is filed with the Court at Docket No. 593 and is also available for free online at www.kccllc.net/GeneralGrowth.

US_ACTIVE:\43482504\02\47658.0008

**RESOLVED/WITHDRAWN MATTERS**

I.   Motion of the Representatives Under that Certain Contingent Stock Agreement, Effective as of January 1, 1996, to Appoint Walter Winius, Jr. to the Appraisal Panel, to Establish Appraisal Procedures, and to Compel the Production of Documents (Docket No. 5743)

   Response Deadline:  August 24, 2010 at 5:00 p.m. (Eastern Time)

   Response(s) Filed/Received:  None

   Related Document(s):

   1.   Ex Parte Motion Pursuant to Bankruptcy Rule 9006(c) to Shorten the Notice Period with Respect to the Motion of the Representatives Under That Certain Contingent Stock Agreement, Effective as of January 1, 1996, to Appoint Walter Winius, Jr. to the Appraisal Panel, to Establish Appraisal Procedures, and to Compel the Production of Documents (Docket No. 5744)

   Status:  **This matter has been resolved.**

**UNCONTESTED MATTERS**

II.   Selling Debtors' Omnibus Motion for (A) the Entry of an Order (I) Approving Bidding and Sale Procedures, a Break-up Fee, and an Expense Reimbursement, (II) Approving the Form and Manner of Notice, (III) Scheduling a Sale Hearing for the Sale of Certain Property in the Mesa Village of the Summerlin Master Planned Community in Clark County, Nevada, and (IV) Establishing Procedures for Forthcoming Sales of Additional Property; and (B) the Entry of Orders Authorizing and Approving the Sales of Property in the Mesa Village Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (Docket No. 5418)

   Response Deadline:  August 19, 2010 at 3:00 p.m. (Pacific Time)

   Response(s) Filed/Received:  None

   Related Document(s):

   1.   Response of Law Debenture Trust Company of New York as Successor Agent Under the DIP Credit Agreement, on Behalf of the Lenders Party Thereto, to the Selling Debtors' Omnibus Motion for (A) the Entry of an Order (I) Approving Bidding and Sale Procedures, a Break-up Fee, and an Expense Reimbursement, (II) Approving the Form and Manner of Notice, (III) Scheduling a Sale Hearing for the Sale of Certain Property in the Mesa Village of the Summerlin Master Planned Community in Clark County, Nevada, and (IV) Establishing Procedures for Forthcoming Sales of Additional Property; and (B) the Entry of Orders Authorizing and Approving the Sales of Property in the Mesa Village Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (Docket No. 5476)

2. Order (I) Approving Bidding and Sale Procedures, a Break-up Fee, and an Expense Reimbursement; (II) Approving the Form and Manner of Notice, (III) Scheduling a Sale Hearing for the Sale of Certain Property in the Mesa Village of the Summerlin Master Planned Community in Clark County, Nevada, and (IV) Establishing Procedures for Forthcoming Sales of Additional Property (Docket No. 5573)

Status: **This matter is uncontested and corresponding orders will be presented to the Court.**

**CONTESTED MATTERS**

None

Dated: August 25, 2010
New York, New York

Respectfully submitted,

 /s/ *Adam P. Strochak*
Marcia L. Goldstein
Gary T. Holtzer
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

and

Stephen A. Youngman (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

and

Melanie Gray (*admitted pro hac vice*)
Sylvia A. Mayer (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession

and

James H.M. Sprayregen, P.C
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Co-Attorneys for Certain Subsidiary
Debtors and Debtors in Possession