UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
In re                                                         :         Chapter 11 Case No.
                                                              :
GENERAL GROWTH                                                :         09–11977 (ALG)
PROPERTIES, INC., et al.,                                     :
                                                              :         (Jointly Administered)
                Debtors.                                      :
---------------------------------------------------------------x

NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF
EFFECTIVE DATE OF THE PLAN DEBTORS' JOINT PLAN OF REORGANIZATION
<u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

TO CREDITORS, EQUITY INTEREST HOLDERS,
AND PARTIES IN INTEREST OF THE PLAN DEBTORS[1]:

        **PLEASE TAKE NOTICE** that an order [Docket No. 3915] (the "**Confirmation Order**") confirming the Plan Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated December 15, 2009 (as amended, the "**Plan**"), of certain of the Plan Debtors, was entered by the Honorable Allan L. Gropper, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on December 15, 2009. On December 23, 2009, the Bankruptcy Court entered an order [Docket No. 4025] (the "**Second Confirmation Order**") confirming the Plan for certain other Plan Debtors. On January 20, 2010, the Bankruptcy Court entered an order [Docket No. 4239] (the "**Third Confirmation Order**") confirming the Plan for certain other Plan Debtors. On February 16, 2010, the Bankruptcy Court entered an order [Docket No. 4394] (the "**Fourth Confirmation Order**") confirming the Plan for certain other Plan Debtors. On March 4, 2010, the Bankruptcy Court entered an order [Docket No. 4579] (the "**Fifth Confirmation Order**") confirming the Plan for certain other Plan Debtors. On March 19, 2010, the Bankruptcy Court entered an order [Docket No. 4725] (the "**Sixth Confirmation Order**") confirming the Plan for certain other Plan Debtors. On March 26, 2010, the Bankruptcy Court entered an order [Docket No. 4807] (the "**Seventh Confirmation Order**") confirming the Plan for certain other Plan Debtors. On April 29, 2010, the Bankruptcy Court entered an order [Docket No. 5100] (the "**Eighth Confirmation Order**") confirming the Plan for certain other Plan Debtors. On May 20, 2010, the Bankruptcy Court entered an order [Docket No. 5225] (the "**Ninth Confirmation Order**," and together with the Confirmation Order, the Second Confirmation Order, the Third Confirmation Order, the Fourth Confirmation Order, the Fifth Confirmation Order, the Sixth Confirmation Order, the Seventh Confirmation Order, and the Eighth Confirmation Order, the "**Confirmation Orders**") confirming the Plan for certain other Plan Debtors. Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

---

[1] The Plan Debtors are identified on <u>Exhibit A</u> attached hereto.

17695325.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Orders and the Plan establish certain deadlines by which holders of Claims must take certain actions.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Orders, the Plan, and the related documents, are available at http://www.kccllc.net/GeneralGrowth or the Bankruptcy Court's website at http://www.nysb.uscourts.gov.  To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Plan Debtors, any holder of a Claim against, or Equity Interest in, the Plan Debtors and such holder's respective successors and assigns, whether or not such holder or entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date for certain of the Plan Debtors identified on **Exhibit A** attached hereto occurred as of the date set forth for such Plan Debtors on **Exhibit A**.  Each of the conditions precedent to consummation of the Plan enumerated in Article 9 of the Plan have been satisfied or waived in accordance with the Plan.

**PLEASE TAKE FURTHER NOTICE** that certain other debtors remain in chapter 11.

Dated:  New York, New York
        September 10, 2010

*/s/ James H.M. Sprayregen, P.C.*
Marcia L. Goldstein
Gary T. Holtzer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

and

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

Co-Attorneys for Jointly Represented Plan Debtors

2

17695325.

## Exhibit A - List of Plan Debtors' Effective Dates

| LID | Entities | Effective Date |
|---|---|---|
| **237** | Oakwood Shopping Center Limited Partnership | 9/2/2010 |
| **236** | Rouse-Oakwood Shopping Center, LLC | 9/2/2010 |

17695325.