# EXHIBIT B

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265
98746

General Growth Properties, Inc.
ATTN: Kendra D. Newman Senior Counsel
110 North Wacker Drive
Chicago, IL  60606

January 29, 2009

INVOICE NUMBER: 819862

RE:   Walmart Stormwater Retention Basin - Matter # 98746

For professional services rendered through December 31, 2008:

Total Fees                                      $1,551.25
Total Disbursements                                  0.00

**Total Current**                               <u>$1,551.25</u>

204265 - 98746
JZP 819862 01/29/09

1

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## TIME DETAIL

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/08 | J. Belveal | 0.50 | Phone and emails with Mucha re: amendment to standstill agreement |
| 12/02/08 | J. Belveal | 0.25 | Phone with Mucha re: escrow |
| 12/04/08 | J. Belveal | 0.25 | Phone with Newman re: proposed escrow transfer |
| 12/05/08 | J. Belveal | 0.25 | Emails with Mucha re: amendment to standstill agreement and transfer of escrow |
| 12/07/08 | J. Belveal | 0.25 | Email to Newman re: amendment to standstill agreement; check file re: escrow |
| 12/08/08 | J. Belveal | 0.25 | Follow-up with Mucha re: escrow and settlement issues |
| 12/09/08 | J. Belveal | 0.25 | Follow-up with Mucha re: status of stormwater plans |
| 12/10/08 | J. Belveal | 0.50 | Follow-up with Johnson re: status of stormwater plans; email to Newman re: same; phone with Mucha re: escrow and amendment to agreement |
| 12/11/08 | J. Belveal | 0.25 | Emails with Mucha re: amendment to agreement |
| 12/16/08 | J. Belveal | 0.75 | Update of plans from Frankenberg |
| 12/18/08 | J. Belveal | 0.25 | Emails with Mucha and Newman re: escrow |
| 12/22/08 | J. Belveal | 0.25 | Follow-up with Mucha re: escrow issues |
| 12/26/08 | J. Belveal | 0.25 | Follow-up with Mucha for further information re: proposed moving of escrow |
| **Total Hours and Fees** | | **4.25** | **$1,551.25** |

### ATTORNEY TIME SUMMARY

204265 - 98746
JZP 819862 01/29/09

2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Belveal, Jennifer Zbytowski - 2008 | 4.25 | 365.00 | 1,551.25 |
| **Total Hours and Fees** | 4.25 | | **$1,551.25** |

OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|---|---|---|---|---|
| 07/29/08 | 797069 | 846.25 | 0.00 | 846.25 |
| 12/08/08 | 813584 | 755.00 | 0.00 | 755.00 |
| **Total Outstanding Receivables** | | | | **$1,601.25** |

204265 - 98746
JZP 819862 01/29/09

3

**INVOICE PAYABLE ON RECEIPT**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265
98746

General Growth Properties, Inc.
ATTN: Kendra D. Newman Senior Counsel
110 North Wacker Drive
Chicago, IL  60606

January 29, 2009

INVOICE NUMBER: 819862

## CURRENT INVOICE

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 98746 | Walmart Stormwater Retention Basin | 1,551.25 |

**CURRENT INVOICE TOTAL** — **$1,551.25**

## PRIOR OUTSTANDING INVOICES

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|---|---|---|---|---|
| 797069 | 07/29/08 | 846.25 | 0.00 | 846.25 |
| 813584 | 12/08/08 | 755.00 | 0.00 | 755.00 |

**SUBTOTAL PRIOR INVOICES** — **$1,601.25**

**TOTAL DUE** — **$3,152.50**

---

PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.
Make checks payable to Honigman Miller Schwartz and Cohn LLP
If you have any questions regarding this statement, please contact the attorney
responsible for this matter. Thank you.

---

204265 - 98746
JZP 819862 01/29/09

4

**INVOICE PAYABLE ON RECEIPT**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265 – 98746
JZP 819862 01/29/09

5

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265
98746

General Growth Properties, Inc.
ATTN: Kendra D. Newman Senior Counsel
110 North Wacker Drive
Chicago, IL 60606

February 20, 2009

INVOICE NUMBER: 822843

RE:     Walmart Stormwater Retention Basin - Matter # 98746

For professional services rendered through January 31, 2009:

Total Fees                                                                  $915.00
Total Disbursements                                                            0.00

**Total Current**                                                           **$915.00**

204265 - 98746
JZP 822843 02/20/09

1

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## TIME DETAIL

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/05/09 | J. Belveal | 0.50 | Phone with Mucha re: case status |
| 01/12/09 | J. Belveal | 0.25 | Follow-up with Mucha re: escrow and case status |
| 01/15/09 | J. Belveal | 0.50 | Phone and emails with Mucha re: escrow and case status |
| 01/17/09 | J. Belveal | 0.50 | Follow-up with Mucha re: case status; email to Johnson re: same; email to Newman re: same |
| 01/19/09 | R. Jackson | 0.25 | Review letter from General Growth's auditors; work on response |
| 01/19/09 | J. Polito | 0.25 | Review audit inquiry response; circulation of same |

**Total Hours and Fees**     2.25     **$915.00**

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Belveal, Jennifer Zbytowski | 1.75 | 380.00 | 665.00 |
| Jackson, Robert M. | 0.25 | 480.00 | 120.00 |
| Polito, Joseph | 0.25 | 520.00 | 130.00 |

**Total Hours and Fees**     2.25     **$915.00**

OUTSTANDING RECEIVABLES

204265 - 98746
JZP 822843 02/20/09

2

**INVOICE PAYABLE ON RECEIPT**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|---|---|---|---|---|
| 01/29/09 | 819862 | 1,551.25 | 0.00 | 1,551.25 |

**Total Outstanding Receivables**  $1,551.25

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265
98746

General Growth Properties, Inc.
ATTN: Kendra D. Newman Senior Counsel
110 North Wacker Drive
Chicago, IL  60606

February 20, 2009

INVOICE NUMBER: 822843

**CURRENT INVOICE**

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 98746 | Walmart Stormwater Retention Basin | 915.00 |

**CURRENT INVOICE TOTAL**  $915.00

**PRIOR OUTSTANDING INVOICES**

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|---|---|---|---|---|
| 819862 | 01/29/09 | 1,551.25 | 0.00 | 1,551.25 |

**SUBTOTAL PRIOR INVOICES**  $1,551.25

**TOTAL DUE**  $2,466.25

> PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.
> Make checks payable to Honigman Miller Schwartz and Cohn LLP
> If you have any questions regarding this statement, please contact the attorney
> responsible for this matter. Thank you.

204265 - 98746
JZP 822843 02/20/09

4

INVOICE PAYABLE ON RECEIPT
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265 - 98746
JZP 822843 02/20/09

5

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265
98746

General Growth Properties, Inc.
ATTN: Kendra D. Newman Senior Counsel
110 North Wacker Drive
Chicago, IL 60606

March 27, 2009

INVOICE NUMBER: 827258

RE:    Walmart Stormwater Retention Basin - Matter # 98746

For professional services rendered through February 28, 2009:

Total Fees                                               $570.00
Total Disbursements                                         1.60

**Total Current**                                        <u>$571.60</u>

204265 - 98746
JZP 827258 03/27/09

1

**INVOICE PAYABLE ON RECEIPT**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

**TIME DETAIL**

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/03/09 | J. Polito | 0.25 | Follow-up with Jackson re: audit letter response |
| 02/04/09 | J. Polito | 0.25 | Review and revise audit letter response |
| 02/16/09 | J. Belveal | 0.50 | Emails with Johnson re: current status; update to Newman re: same |
| 02/16/09 | R. Jackson | 0.25 | Review and respond to correspondence re: Wal-Mart's latest design proposals |
| **Total Hours and Fees** | | **1.25** | **$570.00** |

204265 - 98746
IZP 827258 03/27/09

2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## DISBURSEMENT SUMMARY

| Description | Amount |
|---|---|
| Photocopying and Other Document Production | 1.60 |
| **Total Disbursements** | **$1.60** |

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Belveal, Jennifer Zbytowski | 0.50 | 380.00 | 190.00 |
| Jackson, Robert M. | 0.25 | 480.00 | 120.00 |
| Polito, Joseph | 0.50 | 520.00 | 260.00 |
| **Total Hours and Fees** | **1.25** | | **$570.00** |

## OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|---|---|---|---|---|
| 01/29/09 | 819862 | 1,551.25 | 0.00 | 1,551.25 |
| 02/20/09 | 822843 | 915.00 | 0.00 | 915.00 |
| **Total Outstanding Receivables** | | | | **$2,466.25** |

204265 – 98746
JZP 827258 03/27/09

3

**INVOICE PAYABLE ON RECEIPT**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265
98746

General Growth Properties, Inc.
ATTN: Kendra D. Newman Senior Counsel
110 North Wacker Drive
Chicago, IL  60606

March 27, 2009

INVOICE NUMBER: 827258

## CURRENT INVOICE

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 98746 | Walmart Stormwater Retention Basin | 571.60 |

**CURRENT INVOICE TOTAL**  $571.60

## PRIOR OUTSTANDING INVOICES

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|---|---|---|---|---|
| 819862 | 01/29/09 | 1,551.25 | 0.00 | 1,551.25 |
| 822843 | 02/20/09 | 915.00 | 0.00 | 915.00 |

**SUBTOTAL PRIOR INVOICES**  $2,466.25

**TOTAL DUE**  $3,037.85

---

PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.
Make checks payable to Honigman Miller Schwartz and Cohn LLP
If you have any questions regarding this statement, please contact the attorney
responsible for this matter. Thank you.

---

204265 - 98746
JZP 827258 03/27/09

4

INVOICE PAYABLE ON RECEIPT
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

204265 - 98746
JZP 827258 03/27/09

5

INVOICE PAYABLE ON RECEIPT
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*