**CUSHMAN & WAKEFIELD.**
Cushman & Wakefield, Inc.
P.O. Box 27936
New York, NY 10087-27936

July 7, 2010

Adam Strochak
Weil, Gotshal & Manges, LLP
1300 Eye Street, NW #900
Washington, DC 20005

# INVOICE

Invoice No: 10-12001-9651
**Invoice for Consulting - Value Update (Additional Work) for HQ Property**

    Corporate Headquarters
    110 North Wacker Drive
    Chicago, IL

|  |  |
|---|---:|
| Appraisal Fee: | $1,650.00 |
| Total Invoice: | $1,650.00 |
| Less Retainer: | $0.00 |
| **Total Balance Now Due:** | **$1,650.00** |

Please make your checks payable to Cushman & Wakefield Valuation and return with one copy of this invoice to the following **NEW REMITTANCE ADDRESS:**

**Cushman & Wakefield, Inc.**
**Valuation Services**
**P.O. Box 27936**
**New York, NY 10087-27936**
Please make sure the invoice number is on the check.

Sincerely,
CUSHMAN & WAKEFIELD, INC.
Sid Sohan
Manager of Finance & Administration
Phone: 212-713-6798
Fax: 212-479-8316
Email: ssohan@cushwake.com
**Federal Tax ID #: 13-2625361**