**CUSHMAN & WAKEFIELD®**

**Richard Marchitelli, MAI, CRE, FRICS**
Executive Managing Director
National Practice Leader
Dispute Analysis & Litigation Support

Cushman & Wakefield of North Carolina, Inc.
6000 Fairview Avenue
Suite 1110
Charlotte, North Carolina 28210
704-916-4447
212-412-9059 FAX
richard.marchitelli@cushwake.com

August 11, 2010

Weil Gotschal & Manges LLP
1300 Eye Street, NW #900
Washington, DC 20005

Attn:  Adam P. Strochak, Esq.

**Re:**         **INVOICE**
            **GGP Portfolio**
            **Hourly Litigation Consulting Services**
            **Invoice No. 10-43502-9251**
            **Federal Tax ID: 13-3093656**

*All work detailed in this invoice reflects Cushman & Wakefield's involvement with the Summerlin property specifically for use in litigation regarding that property. It is our understanding and belief that to detail the essence of each item any further could reveal certain privileged and confidential material. The level of detail expressed herein relative to the work we performed reflects our role in providing such services within the context of litigation. This invoice is intended to provide sufficient specificity to permit prudent review of our work but also to protect the interests of our client.*

For Services Rendered:

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| **Marv Wolverton** | | | | |
| 07/27/10 | Copy edit draft report in preparation for report exchange | 4.3 | $500.00 | $  2,150.00 |
| 07/28/10 | Read and respond to email from J. Wright concerning PGP lists for items to share with third appraiser | 0.5 | | 250.00 |
| | **Subtotal - Marv Wolverton** | **4.8** | | **$  2,400.00** |
| **Raymond Murray** | | | | |
| 07/14/10 | Conference call with R. Marchitelli, M. Wolverton, A. Strochak & Jarrad Wright to discuss status of case. | 0.3 | $425.00 | $  127.50 |
| 07/23/10 | Phone conversation with Jarrad Wright regarding appraisal panel process | 0.2 | | 85.00 |
| 07/27/10 | Revisions to Summerlin draft report | 1.2 | | 510.00 |
| 07/28/10 | Revisions to Summerlin draft report | 3.8 | | 1,615.00 |
| | **Subtotal - Raymond Murray** | **5.5** | | **$  2,337.50** |

**Re:** **INVOICE**
**GGP Portfolio**
**Hourly Litigation Consulting Services**
**Invoice No. 10-43502-9251**
**Federal Tax ID: 13-3093656**

*Recapitulation*

| | | |
|---|---|---:|
| *Marv Wolverton* | $ | *2,400.00* |
| *Raymond Murray* | | *2,337.50* |
| | ***TOTAL DUE*** $ | ***4,737.50*** |

Please make checks payable to ***Cushman & Wakefield, Valuation***

Return one copy of this invoice to

**Kathy Hoffman**
**Area Administrator, Valuation Services**
**Cushman & Wakefield of Georgia, Inc.**
**55 Ivan Allen Jr. Boulevard, Suite 700**
**Atlanta, GA 30308**