

**Marius W. Andreasen, CFA, MAI**
Senior Managing Director

**Cushman & Wakefield of Illinois, Inc.**
**455 North Cityfront Plaza Drive**
Chicago, IL 60611
  312-470-1881
  312-470-2317
  marius.andeasen@cushwake.com

| TRAVEL TIME BILLED AT 1/2 HOURLY RATE; MEALS CAPPED AT $20 PER MEAL |
|---|

**8/30/2010**

Weil, Gotschal & Manges LLP
1300 Eye Street, NW #900
Washington, DC  20005
Attn:  Adam P. Strochak

**Re: INVOICE**
  **GGP Portfolio Hourly Consulting Services**
  **Invoice No.  10-21001-9540**

**See Detailed Description Below Which is Relevant to All Professionals' Time Entries:**
Per Engagement Letter dated March 24, 2010, GGP requested a "loaned staff" scenario whereby C&W Professionals were to work full-time, on-site at the GGP Headquarters Office at 110 N. Wacker Drive in Chicago, IL and report directly to John Los and Scott Nelson.  More than 90% of our time on-site has been spent developing models to calculate intangible value associated with 336 properties.  The balance of our time was comprised of discussions with field appraisers regarding assumptions and conclusions, consolidating the allocation models in a single executive summary, responding to audit review questions, and assisting John Los and Scott Nelson with various add-on tasks such as building amortization tables and reviewing debt mark-to-market methodologies and assumptions.

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| *Marius W. Andreasen, CFA, MAI* | | | | |
| 08/27/10 | Preparation of responses to SEC comment letter | 1.5 | $300.00 | $ 450.00 |
| | *Subtotal - Marius W. Andreasen, CFA, MAI* | **1.5** | | **$ 450.00** |
| *Peter Tibble* | | | | |
| 08/27/10 | Update Roll Up and Exes Summary/Amort | 2.0 | $180.00 | $ 360.00 |
| | *Subtotal - Peter Tibble* | **2.0** | | **$ 360.00** |
| | | | *Total Hourly Fees* | *$ 810.00* |
| | | | *Plus Expenses* | *$ -* |
| | | | *Total Balance Due* | *$ 810.00* |

Please make checks payable to  *Cushman & Wakefield Valuation*

Remit payment with one copy of this invoice to the attention of  **Robert Mastejulia**
**Cushman & Wakefield of Illinois, Inc.**
**Valuation Services**
**455 North Cityfront Plaza Drive**
**Chicago, IL 60611**