EXHIBIT D



# Invoice

**153 E 53rd St**
**New York, NY 10022**

| Date | Invoice # |
|---|---|
| 10/19/2010 | 1861 |

| Bill To |
|---|
| General Growth Properties, Inc.<br>110 N Wacker Drive<br>Chicago, IL 60606<br>Attn: Edmund J. Hoyt<br>Sr. Vice President & Interim CFO |

| Description | Amount |
|---|---:|
| Monthly Financial Advisory Fee for August 2010, pursuant to paragraph 2(d) of the amended and restated engagement letter dated August 11, 2009 | 350,000.00 |
| For out-of-pocket expenses pursuant to paragraph 3 of the amended and restated engagement letter dated August 11, 2009 | 2,283.12 |
| Wiring Instructions:<br><br>HSBC<br>ABA 021001088<br>Account Name: Miller Buckfire & Co., LLC<br>Account # 134758765<br>Ref: Your Company Name<br><br>Remittance Instructions:<br><br>Miller Buckfire & Co., LLC<br>153 E 53rd St 22nd Fl<br>New York, NY 10022<br>Attn: Michael Elpern | |

Tax ID #  02-0613709

**Total**  $352,283.12