**CUSHMAN & WAKEFIELD.**

**Richard W. Latella, MAI, MRICS**
Senior Managing Director

**Cushman & Wakefield, Inc.**
51 West 52nd Street
New York, NY 10019-6178
212-841-7875
212-841-7849
richard.latella@cushwake.com

October 31, 2010

Weil, Gotschal & Manges LLP
1300 Eye Street, NW #900
Washington, DC  20005
Attn:  Adam P. Strochak

**Re:  INVOICE**
    **GGP Portfolio Hourly Consulting Services**
    **Invoice No.  10-12004-9003**

| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| *Richard W. Latella* | | | | |
| 10/05/10 | Discussion of Scope and fees with Greg Lynch of GGP | 2.0 | $550.00 | $ 1,100.00 |
| 10/08/10 | Discussion of questionnaire with Greg Lynch of GGP | 1.0 | | $ 550.00 |
| 10/13/10 | Discussion of procedure with Greg Lynch of GGP | 0.5 | | $ 275.00 |
| 10/15/10 | Discussion of Scope with C&W team | 1.0 | | $ 550.00 |
| 10/21/10 | Call with C&W team to discuss procedure | 0.5 | | $ 275.00 |
| | *Subtotal - Richard W. Latella* | *5.0* | | *$ 2,750.00* |
| *George Rago* | | | | |
| 10/05/10 | Discussion of Scope and fees with Greg Lynch of GGP | 2.0 | $478.50 | $ 957.00 |
| 10/08/10 | Discussion of questionnaire with Greg Lynch of GGP | 1.00 | | $ 478.50 |
| 10/13/10 | Discussion of procedure with Greg Lynch of GGP | 0.5 | | $ 239.25 |
| 10/15/10 | Discussion of Scope with C&W team | 1.0 | | $ 478.50 |
| 10/21/10 | Call with C&W team to discuss procedure | 0.5 | | $ 239.25 |
| | *Subtotal - George Rago* | *5.0* | | *$ 2,392.50* |

***Reimbursable Expenses***

| Date | Expense | | | Amount |
|---|---|---|---|---|
| No Expenses | | | | $ - |
| | | | *Subtotal - Reimbursable Expenses* | *$ -* |

**Re: INVOICE**
**GGP Portfolio Hourly Consulting Services**
**Invoice No.  10-12004-9003**



| Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| | **RECAPITULATION** | | | |
| | *Richard Latella - 5 hrs. @ $550.00/hr.* | | $ | *2,750.00* |
| | *George Rago - 5 hrs. @ $478.50/hr.* | | $ | *2,392.50* |
| | *Reimbursable Expenses* | | *$* | *-* |
| | *TOTAL BALANCE DUE:* | | $ | *5,142.50* |

Please make checks payable to ***Cushman & Wakefield Valuation***

Remit payment with one copy of this invoice to the attention of **Sid Sohan**
**Cushman & Wakefield, Inc.**
**Valuation Services**
**P.O. Box 27936**
**New York, New York  10087-27936**