Exhibit 'A'



# Invoice

121 Interpark Blvd Suite 308
San Antonio, Texas 78216
210.222.1221

EIN# 74-2867293

| Date | Invoice # |
|---|---|
| 8/24/2009 | 40218 |

General Growth
Mr. Michael Kolling
110 N Wacker Dr
Chicago, IL 60606

| Terms | Property |
|---|---|
| Net 30 | Sikes Senter |

| Date | Description | Fee Basis Tax Savings | Contingency Fee | Tracking No. | Amount |
|---|---|---|---|---|---|
| 8/5/2009 | Fee for professional services rendered in the 2009 property tax season for: Sikes Senter; 3111 Midwestern Pkwy; #46600010200 | 42,256.78 | 0.40 | 2009R-117-126-2 226-115284 | 16,902.71 |
| | Total Tax Savings:     $53,894.75<br>Expenses:                  $11,637.97<br>Fee Basis Tax Savings:  $42,256.78 | | | | |
| | Total Expenses (See Supporting Documentation) | | | | 11,637.97 |

| | | |
|---|---|---|
| **Total** | | $28,540.68 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $28,540.68 |

Wiring Instructions: Compass Bank 701S. 32nd St. Birmingham, AL 35233
Routing #113010547  Final Credit to Assessment Technologies, LTD
Account Number: 23157500

**121 Interpark Blvd Suite 308  San Antonio, Texas 78216   210.222.1221  210.222.9519 Fax**

# General Growth

| County | State | Acct # | Location | 2009 Proposed Value | 2009 Board Value | 2009 Value Reduction | Tax Rate* | Tax Savings |
|---|---|---|---|---|---|---|---|---|
| Wichita | TX | 46600010200 | 3111 Midwestern | $ 55,100,000 | $ 52,678,107 | $ 2,421,893 | 2.225315% | $ 53,894.75 |

*The current year tax rate has not been set, therefore the savings is based off the prior year tax rate

## Expense Summary

**General Growth**

| Date | Type | Memo | Amount |
|---|---|---|---:|
| 07/02/2009 | Domestic Travel | Mileage and Toll Roads | 375.75 |
| 07/02/2009 | Domestic Travel/Meals | Meals | 45.00 |
| 07/06/2009 | Domestic Travel | Hotel Room MGF | 101.69 |
| 07/06/2009 | Domestic Travel/Meals | lunch | 12.50 |
| 07/06/2009 | Materials for Hearing | Picture Development | 30.66 |
| 07/06/2009 | Domestic Travel/Meals | Meal | 44.17 |
| 07/17/2009 | Domestic Travel | Mileage Reimbursement (778) | 427.90 |
| 08/13/2009 | Appraiser Fees | Expert Opinion of Value | 10,600.00 |
| **Total General Growth** | | | **11,637.67** |

\*\* Additional detail and backup, including receipts available upon request.

*posted 8-4 7-29-09*

## TRAVEL EXPENSE VOUCHER

**FROM:** Phil Young

**TRIP TO:** **Collin County Appraisal District**
**CHARGE TO:** **General Growth**
**TRIP DATES:** **July 1st- July 2nd**

| DATE | DESCRIPTION | GAS | LODGING | MEALS | AIRFARE | ENTERTAIN. | CAR RENT | PARKING | OTHER | Company TOTAL | Employee TOTAL | GRAND TRIP TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July 2nd | Mileage 665 @$0.55/mile Site Inspection and District | | | | | | | | $365.75 | | | $365.75 |
| | Lunch/ Dinner | | | $45.00 | | | | | | | | $45.00 |
| | Toll Roads | | | | | | | | $10.00 | | | $10.00 |
| | TOTAL | $0.00 | $0.00 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $375.75 | $0.00 | $0.00 | $420.75 |

**Entertainment Explanation**
Date:
Attendees/Company:
Purpose:

Requested By: *Phillip Young*

Approval: *[signature]*

## TRAVEL EXPENSE VOUCHER

FROM: Myrtle G. Faucett

TRIP TO: **Wichita Falls, TX**
CHARGE TO: **GENERAL GROWTH**
TRIP DATES: **7/06-7/07/09**

| LINE ITEM | DATE | DESCRIPTION | GAS | LODGING | MEALS | AIRFARE | ENTERTAIN | CAR/RENT | PARKING | OTHER | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/06/09 | Mileage 778 x .55 | $427.90 | | | | | | | | $427.90 |
| 2 | 07/06/09 | Fairfield Inn Marriott | | $101.69 | | | | | | | $101.69 |
| 3 | 07/06/09 | Lunch for MGF - Chili's | | | $12.50 | | | | | | $12.50 |
| 4 | 07/06/09 | Development of Photos | | | | | | | | $30.66 | $30.66 |
| 5 | 07/06/09 | Dinner for MGF - Red Lobster | | | $44.17 | | | | | | $44.17 |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| | | TOTAL | $427.90 | $101.69 | $56.67 | $0.00 | $0.00 | $0.00 | $0.00 | $30.66 | $616.92 |

**Entertainment Explanation**
Date:
Attendees/Company:
Purpose:

Requested By: Myrtle Faucett

Approval: [signature]

# Invoice

**Dugger, Canaday, Grafe**
Incorporated

Invoice Number: 9940

Invoice Date: 8/13/09

Page: 1

111 SOLEDAD, SUITE 800
SAN ANTONIO, TX 78205-2283
210 227-6229 * Fax 210 227-8520

Prepared For:
Cheri Gilbert
Assessment Technologies, Inc.
121 Interpark Boulevard
San Antonio, TX 78216

Customer ID: ASM TEC5

| TAX ID | Payment Terms | Due Date | Mgmt. Code |
|---|---|---|---|
| 74-2624491 | Payable at Above Address | 8/13/09 | PG,TT |

| Description | Amount |
|---|---|
| For time spent related to the market value appraisal of the Sikes Senter Shopping Mall in Wichita Falls, Texas and Collin Creek Shopping Mall in Plano, Texas.<br><br>THANK YOU! | 10,600.00 |

Check No:

Subtotal: 10,600.00
Total Invoice Amount: 10,600.00
Payment Received: 0.00
**TOTAL** 10,600.00

Contact: Cheri Gilbert
Phone: (210) 222-1221