**EXHIBIT C**

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 8/9/2010 | 40207 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank: SIL VLY BK SJ
Routing #: 121140399
Acct Name: Epiq Bankruptcy Solutions, LLC
Acct. #: 3300693042

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Services Rendered |
|---|
| July 2010 |

| Description | Amount |
|---|---:|
| **PROFESSIONAL FEES** | |
| Practice Director - 1.1 @ $369.00 | 405.90 |
| Senior Consultant IV - 10.8 @ $324.00 | 3,499.20 |
| Senior Consultant II - 6.3 @ $247.00 | 1,556.10 |
| Programmer I - 0.6 @ $135.00 | 81.00 |
| Associate II - 0.3 @ $198.00 | 59.40 |
| Admin. Support III - 8.8 @ $54.00 | 475.20 |
| Admin. Support II - 4.5 @ $45.00 | 202.50 |
| **Subtotal** | **6,279.30** |
| Invoices are due and payable upon receipt.     Total | $ 6,279.30 |

EPIQ BANKRUPTCY SOLUTIONS, LLC
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501



# Invoice

| Date | Invoice# |
|---|---|
| 9/10/2010 | 40421 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX  75312-0255

**Payment By Wire:**
Bank:              SIL VLY BK SJ
Routing #:      121140399
Acct Name:    Epiq Bankruptcy Solutions, LLC
Acct. #:           3300693042

| Services Rendered |
|---|
| August 2010 |

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Description | Amount |
|---|---:|
| **PROFESSIONAL FEES** | |
| Senior Consultant IV - 22.7 @ $324.00 | 7,354.80 |
| Senior Consultant II - 16.3 @ $247.00 | 4,026.10 |
| Senior Consultant I - 2.3 @ $225.00 | 517.50 |
| Programmer III - 2.2 @ $162.00 | 356.40 |
| Programmer II - 1.0 @ $157.00 | 157.00 |
| Programmer I - 1.6 @ $135.00 | 216.00 |
| Associate II - 5.8 @ $198.00 | 1,148.40 |
| Associate I - 5.6 @ $167.00 | 935.20 |
| Case Manager I - 6.4 @ $113.00 | 723.20 |
| Admin. Support II - 4.3 @ $45.00 | 193.50 |
| Subtotal | **15,628.10** |
| | |
| **REIMBURSABLE EXPENSES** | |
| Postage/Express Mail | 14.94 |
| DTC Lists | 2,040.00 |
| Subtotal | **2,054.94** |

Invoices are due and payable upon receipt.

**Total** $ 17,683.04

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 10/11/2010 | 40624 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank: SIL VLY BK SJ
Routing #: 121140399
Acct Name: Epiq Bankruptcy Solutions, LLC
Acct. #: 3300693042

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Services Rendered |
|---|
| September 2010 |

| Description | Amount |
|---|---:|
| **PROFESSIONAL FEES** | |
| Practice Director - 0.7 @ $369.00 | 258.30 |
| Senior Consultant IV - 26.4 @ $324.00 | 8,553.60 |
| Senior Consultant III - 0.9 @ $270.00 | 243.00 |
| Programmer III - 4.0 @ $162.00 | 648.00 |
| Programmer II - 3.7 @ $157.00 | 580.90 |
| Programmer I - 18.0 @ $135.00 | 2,430.00 |
| Associate II - 45.6 @ $198.00 | 9,028.80 |
| Associate I - 35.4 @ $167.00 | 5,911.80 |
| Case Manager II - 15.3 @ $144.00 | 2,203.20 |
| Case Manager I - 44.9 @ $113.00 | 5,073.70 |
| Admin. Support III - 73.9 @ $54.00 | 3,990.60 |
| Admin. Support II - 95.2 @ $45.00 | 4,284.00 |
| Admin. Support I - 9.2 @ $36.00 | 331.20 |
| **Subtotal** | **43,537.10** |
| | |
| **SECURITIES SOLICITATION/ELECTION PROJECT FEES** | |
| Project Fee (Includes 1 Common Stock Voting Element) | 14,000.00 |
| Project Fee for Election Elements | 22,000.00 |
| Voting and Election Tabulation Fee (8 Elements @ $1,000) | 8,000.00 |
| Voting Tabulation (1 Element @ $1,000.00) for added Vanguard Tabulations | 1,000.00 |
| **Subtotal** | **45,000.00** |
| | |
| **NOTICING EXPENSES** | |
| Mailing to Registered Security Holders - Solicitation | 11,956.50 |
| Service and Collating of Class 4.10 Election Form - 450 @ $0.40/notice | 180.00 |
| Service and Collating of Class 4.23 Master Ballot - 400 @ $0.80/notice | 320.00 |
| Service and Collating of Class 4.23 Regi Holler Ballot - 4,620 @ $0.50/notice | 2,310.00 |
| Service and Collating of Class 4.6 Election Notice - 450 @ $0.40/notice | 180.00 |
| Service and Collating of Class 4.7 Election Form AA0 - 350 @ $0.40/notice | 140.00 |
| Service and Collating of Class 4.7 Election Form AA4 - 200 @ $0.40/notice | 80.00 |

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 10/11/2010 | 40624 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank:      SIL VLY BK SJ
Routing #:  121140399
Acct Name:  Epiq Bankruptcy Solutions, LLC
Acct. #:    3300693042

**Services Rendered**
September 2010

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Description | Amount |
|---|---:|
| Service and Collating of Class 4.8 Election Form - 400 @ $0.40/notice | 160.00 |
| Service and Collating of Common Unit Election - 56 @ $0.40/notice | 22.40 |
| Service and Collating of Election Cover Memo - 53 @ $0.10/notice | 5.30 |
| Service and Collating of FBG Equity Cover - 174 @ $0.10/notice | 17.40 |
| Service and Collating of Hogles Heirs Ballot - 694 @ $0.50/notice | 347.00 |
| Service and Collating of Non Election Cover Memo - 45 @ $0.10/notice | 4.50 |
| Service and Collating of Class 4.23 Beneficial Owners Ballot - 40,000 @ $0.60/notice | 24,000.00 |
| Service and Collating of Confirmation Hearing Notice - 46,000 @ $0.80/notice | 36,800.00 |
| Service and Collating of Cover letter - 44,000 @ $0.20/notice | 8,800.00 |
| Service of Equity Committee Letter - 44,000 @ $0.20/notice | 8,800.00 |
| Service of Non-Voting Notice - 2,000 @ $0.80/notice | 1,600.00 |
| Service and Collating of Election Form B - 300 @ $0.50/notice | 150.00 |
| Service and Collating of Election Form C - 130 @ $0.50/notice | 65.00 |
| Service and Collating of Election Form D - 20 @ $0.50/notice | 10.00 |
| Service and Collating of Election Form E - 180 @ $0.50/notice | 90.00 |
| Service and Collating of Election Form F - 250 @ $0.50/notice | 125.00 |
| Solicitation Mailing to Registered Security Holders - Vanguard | 1,734.00 |
| Service and Collating of Notice - 867 @ $0.20/notice | 173.40 |
| Service and Collating of Registered Holder Ballot - 867 @ $0.70/notice | 606.90 |
| Mailing to Registered Holders - Hughes Heirs Supplemental Mailing | 1,388.00 |
| Service and Collating of Ballot - 694 @ $0.90/notice | 624.60 |
| Service and Collating of Hughes Heirs Plan Supplement - 694 @ $2.30/notice | 1,596.20 |
| **Subtotal** | **102,286.20** |

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 10/11/2010 | 40624 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX  75312-0255

**Payment By Wire:**
Bank:        SIL VLY BK SJ
Routing #:   121140399
Acct Name:   Epiq Bankruptcy Solutions, LLC
Acct. #:     3300693042

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Services Rendered |
|---|
| September 2010 |

| Description | Amount |
|---|---|
| **REIMBURSABLE EXPENSES** | |
| #10 Reply Envelopes | 314.55 |
| 46,000 CD's at $4.00 Each | 184,000.00 |
| 867 Business Return Envelopes | 86.70 |
| 9x12 Envelopes | 644.52 |
| Messenger/Delivery | 1,329.11 |
| Outside Vendor Premium Charges | 1,312.60 |
| Return Postage for Tabulation (8 Elements) 5,200 @ $.50 | 2,600.00 |
| Labels - 6,025 @ $0.10/label | 602.50 |
| Postage/Express Mail | 31,780.75 |
| Overtime Meals/Travel | 898.28 |
| Access Court Docketing Service | 16.72 |
| DTC Lists | 1,360.00 |
| **Subtotal** | **224,945.73** |
| Sales Tax | 6,061.80 |
| Invoices are due and payable upon receipt.  **Total** | **$ 421,830.83** |

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 11/8/2010 | 40830 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX  75312-0255

**Payment By Wire:**
Bank:            SIL VLY BK SJ
Routing #:       121140399
Acct Name:       Epiq Bankruptcy Solutions, LLC
Acct. #:         3300693042

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Services Rendered |
|---|
| October 2010 |

| Description | Amount |
|---|---:|
| **PROFESSIONAL FEES** | |
| Practice Director - 3.6 @ $369.00 | 1,328.40 |
| Senior Consultant IV - 38.0 @ $324.00 | 12,312.00 |
| Senior Consultant III - 0.4 @ $270.00 | 108.00 |
| Senior Consultant I - 0.5 @ $225.00 | 112.50 |
| Programmer III - 2.5 @ $162.00 | 405.00 |
| Programmer II - 3.7 @ $157.00 | 580.90 |
| Programmer I - 5.6 @ $135.00 | 756.00 |
| Associate II - 52.6 @ $198.00 | 10,414.80 |
| Associate I - 40.5 @ $167.00 | 6,763.50 |
| Case Manager II - 41.8 @ $144.00 | 6,019.20 |
| Case Manager I - 129.9 @ $113.00 | 14,678.70 |
| Admin. Support III - 96.6 @ $54.00 | 5,216.40 |
| Admin. Support II - 27.8 @ $45.00 | 1,251.00 |
| Admin. Support I - 3.5 @ $36.00 | 126.00 |
| **Subtotal** | **60,072.40** |
| **NOTICING FEES** | |
| Plan Supplement Project Fee | 11,000.00 |
| Second Plan Supplement Project Fee | 11,000.00 |
| **Subtotal** | **22,000.00** |
| **NOTICING EXPENSES** | |
| Notice Mailing to Registered Security Holders - Plan Supplement | 3,706.95 |
| Service and Collating of Cover Memo - 249 @ $0.20/notice | 49.80 |
| Service and Collating of Plan Supplement - 44,410 @ $0.40/notice | 17,764.00 |
| Notice Mailing to Registered Security Holders - 2nd Plan Supplement | 3,706.95 |
| Service and Collating of Cover Memo - 249 @ $0.20/notice | 49.80 |
| Service and Collating of Ex 18 to Plan Supplement - 44,410 @ $3.10/notice | 137,671.00 |
| **Subtotal** | **162,948.50** |

# epiq SYSTEMS

**Invoice**

| Date | Invoice# |
|---|---|
| 11/8/2010 | 40830 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank: SIL VLY BK SJ
Routing #: 121140399
Acct Name: Epiq Bankruptcy Solutions, LLC
Acct. #: 3300693042

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Services Rendered |
|---|
| October 2010 |

| Description | Amount |
|---|---|
| **REIMBURSABLE EXPENSES** | |
| Messenger/Delivery | 749.43 |
| Labels - 89,379 @ $0.10/label | 8,937.90 |
| Postage/Express Mail | 15,066.16 |
| Overtime Meals/Travel | 1,693.31 |
| **Subtotal** | **26,446.80** |
| Sales Tax | 11,409.43 |

| | Total | $ 282,877.13 |
|---|---|---|

Invoices are due and payable upon receipt.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 12/9/2010 | 41034 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX  75312-0255

**Payment By Wire:**
Bank:         SIL VLY BK SJ
Routing #:    121140399
Acct Name:    Epiq Bankruptcy Solutions, LLC
Acct. #:      3300693042

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Services Rendered |
|---|
| November 2010 |

| Description | Amount |
|---|---|
| **CLAIMS AGENT SERVICES** | |
| Project Fee for Notice Mailing to Security Holders in Street Name - Notice of Effective Date | 11,000.00 |
| Subtotal | **11,000.00** |
| | |
| **PROFESSIONAL FEES** | |
| Practice Director - 34.2 @ $369.00 | 12,619.80 |
| Senior Consultant IV - 14.1 @ $324.00 | 4,568.40 |
| Programmer II - 3.4 @ $157.00 | 533.80 |
| Programmer I - 3.8 @ $135.00 | 513.00 |
| Associate II - 33.7 @ $198.00 | 6,672.60 |
| Associate I - 7.0 @ $167.00 | 1,169.00 |
| Case Manager II - 28.3 @ $144.00 | 4,075.20 |
| Case Manager I - 21.9 @ $113.00 | 2,474.70 |
| Admin. Support III - 9.8 @ $54.00 | 529.20 |
| Admin. Support II - 12.2 @ $45.00 | 549.00 |
| Admin. Support I - 0.2 @ $36.00 | 7.20 |
| Subtotal | **33,711.90** |
| | |
| **NOTICING FEES** | |
| Notice Mailing to Registered Security Holders - Notice of Effective Date | 3,706.95 |
| Service and Collating of Cover Memo for Bonds - 22 @ $0.20/notice | 4.40 |
| Service and Collating of Notice of Entry Of Confirmation Order And Occurrence Of Effective Date Of The Debtors Third Amended Joint Plan Of Reorganization - 37,902 @ $1.90/notice | 72,013.80 |
| Service and Collating of Cover Memo for Equity - 29 @ $0.20/notice | 5.80 |
| Subtotal | **75,730.95** |
| | |
| **REIMBURSABLE EXPENSES** | |
| Messenger/Delivery | 643.00 |
| Outside Vendor Premium Charges | 1,050.00 |
| Labels - 5,707 @ $0.10/label | 570.70 |
| Postage/Express Mail | 6,138.99 |
| Overtime Meals/Travel | 554.58 |
| DTC Lists | 170.00 |

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501

# epiq SYSTEMS

# Invoice

| Date | Invoice# |
|---|---|
| 12/9/2010 | 41034 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank:         SIL VLY BK SJ
Routing #:    121140399
Acct Name:    Epiq Bankruptcy Solutions, LLC
Acct. #:      3300693042

| Services Rendered |
|---|
| November 2010 |

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Description | Amount |
|---|---|
| Subtotal | 9,127.27 |
| **ADJUSTMENTS** | |
| Broadridge refund | -3,771.13 |
| Subtotal | -3,771.13 |

Invoices are due and payable upon receipt.    **Total**    $ 125,798.99

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501



# Invoice

| Date | Invoice# |
|---|---|
| 1/11/2011 | 41231 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank: SIL VLY BK SJ
Routing #: 121140399
Acct Name: Epiq Bankruptcy Solutions, LLC
Acct. #: 3300693042

| Services Rendered |
|---|
| December 2010 |

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Description | Amount |
|---|---|
| **PROFESSIONAL FEES** | |
| Senior Consultant IV - 5.5 @ $324.00 | 1,782.00 |
| Programmer II - 0.1 @ $157.00 | 15.70 |
| Associate II - 7.8 @ $198.00 | 1,544.40 |
| Case Manager II - 16.8 @ $144.00 | 2,419.20 |
| Admin. Support III - 21.4 @ $54.00 | 1,155.60 |
| Admin. Support II - 2.5 @ $45.00 | 112.50 |
| Admin. Support I - 0.2 @ $36.00 | 7.20 |
| Subtotal | 7,036.60 |
| | |
| **REIMBURSABLE EXPENSES** | |
| Expense Reimbursement for Broker Service of Materials (Broker: Mediant) - 10/12/10 | 446.75 |
| Expense Reimbursement for Broker Service of Materials (Broker: Mediant) - 10/7/10 | 356.40 |
| Expense Reimbursement for Broker Service of Materials (Broker: Mediant) - 11/18/10 | 353.90 |
| Expense Reimbursement for Broker Service of Materials (Broker: Mediant) - 9/15/10 | 406.59 |
| Labels - 14 @ $0.10/label | 1.40 |
| Postage/Express Mail | 318.42 |
| Overtime Meals/Travel | 140.13 |
| Access Court Docketing Service | 7.84 |
| Subtotal | 2,031.43 |
| | |
| Invoices are due and payable upon receipt.   **Total** | **$ 9,068.03** |

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor   New York, NY USA 10017   Tel: 646.282.2500   Fax: 646.282.2501



# Invoice

| Date | Invoice# |
|---|---|
| 2/9/2011 | 41421 |

**Remittance Address:**
Epiq Bankruptcy Solutions, LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

**Payment By Wire:**
Bank:          SIL VLY BK SJ
Routing #:     121140399
Acct Name:     Epiq Bankruptcy Solutions, LLC
Acct. #:       3300693042

| Services Rendered |
|---|
| January 2011 |

**Bill To**
General Growth Properties, Inc.
Attn: Linda J. Wight, Esq.
110 North Wacker Drive
Chicago, IL 60606

| Description | Amount |
|---|---:|
| **PROFESSIONAL FEES** | |
| Senior Consultant IV - 5.7 @ $356.00 | 2,029.20 |
| Programmer II - 0.1 @ $172.00 | 17.20 |
| Associate II - 3.0 @ $217.00 | 651.00 |
| Case Manager II - 20.1 @ $158.00 | 3,175.80 |
| Case Manager I - 0.9 @ $124.00 | 111.60 |
| Admin. Support III - 3.1 @ $59.00 | 182.90 |
| **Subtotal** | **6,167.70** |
| | |
| **REIMBURSABLE EXPENSES** | |
| Postage/Express Mail | 6.00 |
| **Subtotal** | **6.00** |

| **Invoices are due and payable upon receipt.** | Total | $ 6,173.70 |
|---|---|---:|

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
757 Third Avenue, 3rd Floor    New York, NY USA 10017    Tel: 646.282.2500    Fax: 646.282.2501