# Exhibit C

2872820

**Panacea Services LLC**
2805 Synergy St
North Las Vegas, NV 89030
Ph 702-655-2915  Fx 702-655-5325

2199111



# Invoice for services

| Date | Invoice # |
|---|---|
| 1/5/2009 | 7003753 |

| Bill To | Location |
|---|---|
| The Howard Hughes Corporation<br>10000 West Charleston Boulevard<br>Las Vegas, NV 89135<br><br>JAN 0 9 2009<br>Contract Administration | Far Hills  SW<br><br>#SW08-1570/G7 |

| Terms | Due Date |
|---|---|
| Net 30 | 2/4/2009 |

| Service | Qnty | Description | Rate | Date | Amount |
|---|---|---|---|---|---|
| | | Response to Violation received from the Southern Nevada Health District for solid waste clean up. | | | |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/6/2008 | 451.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/6/2008 | 346.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/6/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/6/2008 | 451.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 11/6/2008 | 600.00 |
| Backhoe | 8 | As Per Request | 85.00 | 11/6/2008 | 680.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/7/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/7/2008 | 451.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/7/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/7/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/7/2008 | 451.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/7/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/7/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/7/2008 | 451.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 11/7/2008 | 600.00 |
| Backhoe | 8 | As Per Request | 85.00 | 11/10/2008 | 680.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/10/2008 | 451.00 |
| Labor | 6 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 11/10/2008 | 672.00 |

| Authorized Signature | **Amount Due** |
|---|---|

**Panacea Services LLC**
2805 Synergy St
North Las Vegas, NV 89030
Ph 702-655-2915  Fx 702-655-5325



# Invoice for services

| Date | Invoice # |
|---|---|
| 1/5/2009 | 7003753 |

| Bill To | Location |
|---|---|
| The Howard Hughes Corporation<br>10000 West Charleston Boulevard<br>Las Vegas, NV 89135 | Far Hills |

| Terms | Due Date |
|---|---|
| Net 30 | 2/4/2009 |

| Service | Qnty | Description | Rate | Date | Amount |
|---|---|---|---|---|---|
| Loader | 8 | Loader work as requested | 85.00 | 11/10/2008 | 680.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/11/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/11/2008 | 451.00 |
| Loader | 8 | Loader work as requested | 85.00 | 11/11/2008 | 680.00 |
| Loader | 8 | Loader work as requested | 85.00 | 11/11/2008 | 680.00 |
| Loader | 8 | Loader work as requested | 85.00 | 11/12/2008 | 680.00 |
| Labor | 8 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 11/12/2008 | 896.00 |
| Labor | 7.5 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 11/12/2008 | 840.00 |
| Loader | 8 | Loader work as requested | 85.00 | 11/14/2008 | 680.00 |
| Loader | 10.5 | Loader work as requested | 85.00 | 11/14/2008 | 892.50 |
| Labor | 4 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 11/15/2008 | 448.00 |
| Loader | 8 | Loader work as requested | 85.00 | 11/17/2008 | 680.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/17/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/18/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/18/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/18/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/18/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/18/2008 | 451.00 |
| Backhoe | 7.5 | As Per Request | 85.00 | 11/18/2008 | 637.50 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/20/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/20/2008 | 451.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 451.00 | 11/20/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 346.00 | 11/20/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 346.00 | 11/20/2008 | 346.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 11/20/2008 | 346.00 |
| Labor | 8.5 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 12/1/2008 | 952.00 |
| Backhoe | 2.5 | As Per Request | 85.00 | 12/1/2008 | 212.50 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 12/2/2008 | 600.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 12/3/2008 | 451.00 |

Authorized Signature

**Amount Due**

2872820

**Panacea Services LLC**
2805 Synergy St
North Las Vegas, NV 89030
Ph 702-655-2915  Fx 702-655-5325



# Invoice for services

| Date | Invoice # |
|---|---|
| 1/5/2009 | 7003753 |

| Bill To |
|---|
| The Howard Hughes Corporation |
| 10000 West Charleston Boulevard |
| Las Vegas, NV 89135 |

| Location |
|---|
| Far Hills |

| Terms | Due Date |
|---|---|
| Net 30 | 2/4/2009 |

| Service | Qnty | Description | Rate | Date | Amount |
|---|---|---|---|---|---|
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 12/3/2008 | 451.00 |
| Labor | 2.5 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 12/3/2008 | 280.00 |
| Backhoe | 4.5 | As Per Request | 85.00 | 12/4/2008 | 382.50 |
| Labor | 4 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 12/4/2008 | 448.00 |
| Backhoe | 7 | As Per Request | 85.00 | 12/4/2008 | 595.00 |

*See Inv. 8003718 also*

*CODE 8*

Angela Henderson
JAN 0 7 2009

Glenn Lowrimore
JAN 0 8 2009

Authorized Signature
1843582001. 345/0100

**Amount Due**   **$30,238.00**



Page 3

Panacea Services LLC
2805 Synergy St
North Las Vegas, NV 89030
Ph 702-655-2915  Fx 702-655-5325

2199111

DEC 1 0 2008

2872820



# INVOICE for services

| Date | Invoice # |
|---|---|
| 12/5/2008 | 8003718 |

| Bill To |
|---|
| The Howard Hughes Corporation<br>10000 West Charleston Boulevard<br>Las Vegas, NV 89135 |

| Location |
|---|
| Far Hills   SW<br>WORK ORDER<br>FOR CLEAN UP |

| Terms | Due Date |
|---|---|
| Net 30 | 1/4/2009 |

| Service | Qnty | Description | Rate | Date | Amount |
|---|---|---|---|---|---|
| | | Response to Violation received from the Southern Nevada Health District for solid waste clean up. | | | |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/28/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/28/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/28/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/28/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/28/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/28/2008 | 451.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 10/28/2008 | 556.00 |
| Backhoe | 4 | As per request. | 85.00 | 10/28/2008 | 340.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 10/28/2008 | 600.00 |
| Labor | 5 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 10/28/2008 | 560.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/29/2008 | 346.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/29/2008 | 346.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/29/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/29/2008 | 451.00 |
| Labor | 6 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 10/29/2008 | 672.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 10/29/2008 | 600.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/29/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/29/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/29/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/29/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/29/2008 | 451.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/30/2008 | 346.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/30/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/30/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/30/2008 | 451.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 10/30/2008 | 556.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/30/2008 | 346.00 |

Authorized Signature

**Amount Due**

*2872820*

**Panacea Services LLC**
2805 Synergy St
North Las Vegas, NV 89030
Ph 702-655-2915  Fx 702-655-5325



# INVOICE for services

| Date | Invoice # |
|---|---|
| 12/5/2008 | 8003718 |

**Bill To**
The Howard Hughes Corporation
10000 West Charleston Boulevard
Las Vegas, NV 89135

**Location**
Far Hills

| Terms | Due Date |
|---|---|
| Net 30 | 1/4/2009 |

| Service | Qnty | Description | Rate | Date | Amount |
|---|---|---|---|---|---|
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/30/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/30/2008 | 451.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 10/30/2008 | 600.00 |
| Labor | 4 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 10/30/2008 | 448.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/31/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/31/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/31/2008 | 451.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 10/31/2008 | 556.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/31/2008 | 451.00 |
| Refuse Bins | 1 | 20 yard bin of waste hauled off the project. | 346.00 | 10/31/2008 | 346.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 10/31/2008 | 451.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 10/31/2008 | 600.00 |
| Labor | 8 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 10/31/2008 | 896.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/3/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/3/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/3/2008 | 451.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 11/3/2008 | 556.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/3/2008 | 451.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 11/3/2008 | 556.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 11/3/2008 | 556.00 |
| Labor | 8 | Excess sediment removal @ 28/hr utilizing 4 laborers. | 112.00 | 11/3/2008 | 896.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 11/3/2008 | 600.00 |
| Backhoe | 8 | As per request. | 85.00 | 11/3/2008 | 680.00 |
| Washout | 3 | Installation and removal of 4 bins/charged for only 3. | 675.00 | 11/3/2008 | 2,025.00 |
| Refuse Bins | 1 | 40 yard bin of waste hauled off the project. | 556.00 | 11/4/2008 | 556.00 |
| Bobcat Ser... | 8 | Bobcat services as per superintendent. | 75.00 | 11/4/2008 | 600.00 |
| Backhoe | 8 | As per request. | 85.00 | 11/4/2008 | 680.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/6/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/6/2008 | 451.00 |
| Refuse Bins | 1 | 30 yard bin of waste hauled off the project. | 451.00 | 11/6/2008 | 451.00 |

Authorized Signature: Glenn Lowrimore  DEC 2008

**Amount Due** $29,739.00

1843582001. 345510400

CODE 8