# Exhibit G



The Howard Hughes Corporation
an affiliate of General Growth Properties, Inc.



February 3, 2009

# INVOICE CORRECTION / RETURN NOTICE

The following invoice(s) have been returned to you for one of the reasons listed below. Please make corrections as noted and return the corrected invoice for payment. If an invoice has been adjusted, the adjustment is noted below. If you have any questions, please call Summerlin Contract Administration at (702) 791-4479.

**Vendor Name:**   REGENCY DESIGN & LANDSCAPING, INC

**Invoice Number:**   7781A            **Invoice Date:**   08/08/07

**Agreement Number:** 18400458

**Original Invoice Amount:**        $ 95,502.83

**Amount Paid:**              $  - ZERO-

☐   Reimbursable expenses not supported by back-up

☐   Invoice exceeds contracted amount

☐   Required agreement information not listed

☐   No lien releases submitted

☐   Other:

This invoice has been adjusted for several reasons:

1. $89,148.47 of this invoice amount was paid in August 2007.

2. The balance of this invoice $6,354.36 is being returned unpaid. The amount due to The Howard Hughes Corporation related to costs associated with Southern Nevada Health District violation # SW08-1570/G7 will be reduced by the amount of this adjustment. Other Regency invoices are being returned to you under separate cover. See attached worksheet for a list of all invoices being returned in relation to this issue. The balance of the contract noted above has been reduced in connection with this invoice rejection.

Thank you,            *[signature]*
Summerlin Contract Administration

Cc: Glenn Lowrimore
    *[signature] Carroll*

10000 W. Charleston Blvd., Suite 200, Las Vegas, NV 89135 (702) 791-4000

# Regency Design & Landscaping, Inc.

♦♦♦

3172 N. Rainbow Blvd. • PMB 223 • Las Vegas, NV 89108
Phone 656-8759 • Cell 210-9000 • Fax 395-7268
License #'s • 50138 B-2 • 48776 C-5 • 48775 C-10

---

The Howard Hughes Corporation
Summerlin
10000 West Charleston Blvd., Suite 200
Las Vegas, NV 89135

Attn: Jesse Del Quadro

COPY

Job Name: V. 18 Granite Ridge Phase 5 BCD Streetscape
Contract Agreement Number: 18400458

Date: August 8, 2007
Invoice Number: 7781 A

| Quantity | Description | Amount |
|---|---|---|
| | Original Contract Amount | $1,005,720.00 |
| | Change Orders Through 001 | $ 127,006.00 |
| | **Total Contract Value** | **$1,132,726.00** |
| | | |
| | 61% Complete | |
| | | |
| | Amount Being Billed: | $106,114.26 |
| | Retention Amount: | ($ 10,611.43) |
| | | |
| | | |

Total Amount Due On This Invoice: $95,502.83

Pd ao 7781 8/8/07          (89,148.47)

*Thank you, for choosing Regency Design & Landscaping, Inc.*   6,354.36
                                                                 BAe

DO NOT PAY
Re:
SW08-1570/G

# Invoice

Regency Design & Landscaping, Inc.

P.O. Box 35768
Las Vegas, NV  89133-5768
License #'s: 50138, 48775, 487776
702-656-8759 Office - 702-395-7268 Fax

| Date | Invoice # |
|---|---|
| 8/8/2007 | 7781A |

**Bill To**

The Howard Hughes Corporation
Summerlin
10000 W. Charleston, Suite 200
Las Vegas, NV  89135

*This invoice was received in July 2008. It is billing for the amount related to c/o #001 which was not executed at the time the original invoice was presented. THHC paid 89,148.47 at that time.*

| P.O. No. | Terms | Project |
|---|---|---|
| 18400458 | Net 30 | V. 18 Granite Ridge ... |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | V. 18 Granite Ridge Drive Phase 5 BCD Streetscape | 0.00 | | | | 0.00 | | | 0.00 |
| Irrigation | Irrigation | 207442.00 | 186697.80 | 90.00% | 0.08 | 207,442.00 | 8.00% | 98.00% | 16,595.36 |
| Planting | Planting | 225934.00 | 135560.40 | 60.00% | 0.2 | 225,934.00 | 20.00% | 80.00% | 45,186.80 |
| Rock | Rock | 352717.00 | 42,326.04 | 12.00% | 0.1 | 352,717.00 | 10.00% | 22.00% | 35,271.70 |
| Traffic C... | Traffic Control | 20,000.00 | 13,000.00 | 65.00% | 0.1 | 20,000.00 | 10.00% | 75.00% | 2,000.00 |
| Change ... | Upgrades and Additions Phase 1 | 70,604.00 | 35,302.00 | 50.00% | 0.1 | 70,604.00 | 10.00% | 60.00% | 7,060.40 |
| | ——— CHANGE ORDER ——— July 9, 2007 > Added 1 Change Order. (+$70,604.00) > Added 1 Change Order. (+$56,402.00) Total change to estimate +$127,006.00 | | | | | | | | |
| Retention | Retention | | | | -0.1 | 106,114.26 | | | -10611.43 |

Contract Number 18400458

0·00 %
0·00 %
7,060·40 X
10·00%
706·04%
6,354·36%

| Total | $95,502.83 |
|---|---|
| **Payments/Credits** | $-89,148.47 |
| **Balance Due** | $6,354.36 |

COPY