# Exhibit I

**The Howard Hughes Corporation**
an affiliate of General Growth Properties, Inc.



February 3, 2009

# INVOICE CORRECTION / RETURN NOTICE

The following invoice(s) have been returned to you for one of the reasons listed below. Please make corrections as noted and return the corrected invoice for payment. If an invoice has been adjusted, the adjustment is noted below. If you have any questions, please call Summerlin Contract Administration at (702) 791-4479.

Vendor Name:   REGENCY DESIGN & LANDSCAPING, INC

Invoice Number:   9161            Invoice Date:   12/03/08

Agreement Number: 18400458

Original Invoice Amount:     $ 307.38

Amount Paid:           $  - ZERO-

☐  Reimbursable expenses not supported by back-up

☐  Invoice exceeds contracted amount

☐  Required agreement information not listed

☐  No lien releases submitted

☐  Other:

1. This invoice is being returned unpaid. The amount due to The Howard Hughes Corporation related to costs associated with Southern Nevada Health District violation # SW08-1570/G7 will be reduced by the amount of this adjustment. Other Regency invoices are being returned to you under separate cover. See attached worksheet for a list of all invoices being returned in relation to this issue. The balance of the contract noted above has been reduced in connection with this invoice rejection.

Thank you,
Summerlin Contract Administration

Cc: Glenn Lowrimore

10000 W. Charleston Blvd., Suite 200, Las Vegas, NV 89135 (702) 791-4000