# Exhibit L

**The Howard Hughes Corporation**®

an affiliate of General Growth Properties, Inc.



February 3, 2009

# INVOICE CORRECTION / RETURN NOTICE

The following invoice(s) have been returned to you for one of the reasons listed below.  Please make corrections as noted and return the corrected invoice for payment.  If an invoice has been adjusted, the adjustment is noted below.  If you have any questions, please call Summerlin Contract Administration at (702) 791-4479.

**Vendor Name:**   REGENCY DESIGN & LANDSCAPING, INC

**Invoice Number:**   9195          **Invoice Date:**   01/07/09

**Agreement Number:** 18400458 / 21

**Original Invoice Amount:**          $   2,239.17

**Amount Paid:**          $   - ZERO-

COPY

☐   Reimbursable expenses not supported by back-up

☐   Invoice exceeds contracted amount

☐   Required agreement information not listed

☐   No lien releases submitted

☐   Other:

1.   This invoice is being returned unpaid.   The amount due to The Howard Hughes Corporation related to costs associated with Southern Nevada Health District violation # SW08-1570/G7 will be reduced by the amount of this adjustment.  Other Regency invoices are being returned to you under separate cover.  See attached worksheet for a list of all invoices being returned in relation to this issue.  The balance of the contract noted above has been reduced in connection with this invoice rejection.

Thank you,

Summerlin Contract Administration

Cc: Glenn Lowrimore

10000 W. Charleston Blvd., Suite 200, Las Vegas, NV 89135 (702) 791-4000

# Regency Design & Landscaping, Inc.

◆◆◆

P.O. Box 35768 • Las Vegas, NV  89133-5768
Phone 656-8759 • Cell 210-9000 • Fax 395-7268
License #'s • 50138 B-2 • 48776 C-5 • 48775 C–10

JAN 0 9 2009

Contract Administration

COPY

**The Howard Hughes Corporation**
Summerlin
10000 West Charleston Blvd., Suite 200
Las Vegas, NV 89135

Attn:  David Ward

Job Name: Landscape Maintenance Summerlin Parkway Village 3
Tunnel to Town Center Drive.
Contract Number: 18400121

Date: January 7, 2009
Invoice Number: 9195

| Quantity | Description | Amount |
|---|---|---|
| | **Amount of 66th Monthly Billing of Landscape Maintenance.** | $2,239.17 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total Amount Due On This Invoice:**   **$2,239.17**

*Thank you, for choosing Regency Design & Landscaping, Inc.*   David Ward
O.K. D.H.W.
JAN 0 8 2009

Glenn Lowamore
JAN 0 2009