# Exhibit O

**The Howard Hughes Corporation**
an affiliate of General Growth Properties, Inc.



October 22, 2009

## INVOICE CORRECTION / RETURN NOTICE

The following invoice(s) have been returned to you for one of the reasons listed below. Please make corrections as noted and return the corrected invoice for payment. If an invoice has been adjusted, the adjustment is noted below. If you have any questions, please call Summerlin Contract Administration at (702) 791-4479.

**Vendor Name:**  REGENCY DESIGN & LANDSCAPING, INC.

**Invoice Number:**  9421          **Invoice Date:**  October 11, 2009

**Agreement Number:**  18400458

**Original Invoice Amount:**     $ 102,523.59

**Amount Paid:**     $ 92,931.70

☐ Reimbursable expenses not supported by back-up

☐ Invoice exceeds contracted amount

☐ Required agreement information not listed

☐ No lien releases submitted

☐ Other: The invoice states it is billing 90% of retention. The amount is incorrect because the 90% is being calculated based on the contract amount before adjustments for back-charges. That balance was $1,139,151.00. The balance of this contract was reduced by $24,890.38 in June 2007 to $1,114,260.62. An invoice correction notice was sent to you at that time. A copy is enclosed.
The contract balance is now being reduced $20,676.00 for costs associated with completing punchlist items on this installation. This will bring the balance of this contract to $1,093,584.62. As of this date THHC has paid $1,000,652.92 to Regency for this work. Therefore, remaining balance due to Regency is $92,931.70. Because this payment is related to pre-petition work, payment cannot be made until approved by the courts. As per contract terms, THHC will require final unconditional lien releases are delivered when this final payment is made.

Thank you,

Summerlin Contract Administration

Cc: Glenn Lowrimore
    David Ward

10000 W. Charleston Blvd., Suite 200, Las Vegas, NV 89135 (702) 791-4000

# Regency Design & Landscaping, Inc.

♦♦♦

P.O. BOX 35768 • Las Vegas, NV 89133-5768
Phone 656-8759 • Cell 622-7000 • Fax 395-7268
License #'s • 50138 B-2

**Received**
DEC 0 9 2009
Contract Administration

3319762

The Howard Hughes Corporation
Summerlin
10000 West Charleston Blvd., Suite 200
Las Vegas, NV 89135

0.00
1,139,151.00
90.00%
1,025,235.50

1,025,235
10.00%
102,523.55

Job Name: V. 18 Granite Ridge Phase 5 BCD Streets
Contract Agreement Number: 18400458

Date: October 11, 2009
Invoice Number: 9421
RET-

1,114,260.62 *+
20,676.00 -
1,093,584.62 *

0.00 *

1,093,584.62 *+
1,000,652.92 -
92,931.70 *

0.00 *

113,607.70 *+
20,676.00 -
92,931.70 *

| Description | Amount |
|---|---|
| Original Contract Amount | $1,005,720.00 |
| Change Orders Through 002 | $ 133,431.00 |
| **Total Contract Value** | **$1,139,151.00** |
| C/O 100 - BACK CHARGE | (24,890.38) |
| 90% Complete | 1114,260.62 |
| C/O 101 - BACK CHARGE | (20,676.00) |
| 90% of Retention Being Billed: | $102,523.59  1,093,584 |
| | |
| | |
| **Total Amount Due On This Invoice:** | $102,523.59  wrong amt. |

see att'd explanation

Thank you, for choosing Regency Design & Landscaping, Inc.

Less punchlist items
completed by Par 3  (20,676⁰⁰)
see att'd        per G.L.
                              92,931.70

David Ward
O.K. DHW
OCT 2 0 2009

18405 18005 .. 99910400

code 8